**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| YELLOW CORPORATION, | ) | Case No. 23-11069 (CTG) |
| Debtor. | ) | |
| Tax I.D. No. 48-0948788 | ) | |
| In re: | ) | Chapter 11 |
| 1105481 ONTARIO INC., | ) | Case No. 23-11070 (CTG) |
| Debtor. | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| EXPRESS LANE SERVICE, INC., | ) | Case No. 23-11071 (CTG) |
| Debtor. | ) | |
| Tax I.D. No. 20-1557186 | ) | |
| In re: | ) | Chapter 11 |
| NEW PENN MOTOR EXPRESS LLC, | ) | Case No. 23-11072 (CTG) |
| Debtor. | ) | |
| Tax I.D. No. 23-2209533 | ) | |
| In re: | ) | Chapter 11 |
| ROADWAY EXPRESS INTERNATIONAL, INC., | ) | Case No. 23-11073 (CTG) |
| Debtor. | ) | |
| Tax I.D. No. 34-1504752 | ) | |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ROADWAY LLC, ) | Case No. 23-11074 (CTG) |
| Debtor. ) | |
| Tax I.D. No. 20-0453812 ) | |
| In re: ) | Chapter 11 |
| ROADWAY NEXT DAY CORPORATION, ) | Case No. 23-11075 (CTG) |
| Debtor. ) | |
| Tax I.D. No. 23-2200465 ) | |
| In re: ) | Chapter 11 |
| USF BESTWAY INC., ) | Case No. 23-11076 (CTG) |
| Debtor. ) | |
| Tax I.D. No. 86-0104184 ) | |
| In re: ) | Chapter 11 |
| USF DUGAN INC., ) | Case No. 23-11077 (CTG) |
| Debtor. ) | |
| Tax I.D. No. 48-0760565 ) | |
| In re: ) | Chapter 11 |
| USF HOLLAND INTERNATIONAL SALES CORPORATION, ) | Case No. 23-11078 (CTG) |
| Debtor. ) | |
| Tax I.D. No. 86-3892533 ) | |

2

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| USF HOLLAND LLC, | ) Case No. 23-11079 (CTG) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 38-0655940 | ) |
| In re: | ) Chapter 11 |
| | ) |
| USF REDSTAR LLC, | ) Case No. 23-11080 (CTG) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| In re: | ) Chapter 11 |
| | ) |
| USF REDDAWAY INC., | ) Case No. 23-11081 (CTG) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 93-0262830 | ) |
| In re: | ) Chapter 11 |
| | ) |
| YELLOW FREIGHT CORPORATION, | ) Case No. 23-11082 (CTG) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 93-1426357 | ) |
| In re: | ) Chapter 11 |
| | ) |
| YELLOW LOGISTICS, INC., | ) Case No. 23-11083 (CTG) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 34-1738381 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| YRC ASSOCIATION SOLUTIONS, INC., | ) Case No. 23-11084 (CTG) |
| Debtor. | ) |
| Tax I.D. No. 20-3720424 | ) |
| In re: | ) Chapter 11 |
| YRC ENTERPRISE SERVICES, INC., | ) Case No. 23-11085 (CTG) |
| Debtor. | ) |
| Tax I.D. No. 20-0780375 | ) |
| In re: | ) Chapter 11 |
| YRC FREIGHT CANADA COMPANY, | ) Case No. 23-11086 (CTG) |
| Debtor. | ) |
| Tax I.D. No. 98-0168827 | ) |
| In re: | ) Chapter 11 |
| YRC INC., | ) Case No. 23-11087 (CTG) |
| Debtor. | ) |
| Tax I.D. No. 34-0492670 | ) |
| In re: | ) Chapter 11 |
| YRC INTERNATIONAL INVESTMENTS, INC., | ) Case No. 23-11088 (CTG) |
| Debtor. | ) |
| Tax I.D. No. 20-0890711 | ) |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| YRC LOGISTICS INC., ) | Case No. 23-11089 (CTG) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. N/A ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| YRC LOGISTICS SERVICES, INC., ) | Case No. 23-11090 (CTG) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 36-3783345 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| YRC MORTGAGES, LLC, ) | Case No. 23-11091 (CTG) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 20-1619478 ) | |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| YRC REGIONAL TRANSPORTATION, INC., ) | Case No. 23-11092 (CTG) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 36-3790696 ) | |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF
CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "<u>Motion</u>")[1] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") for entry of an order (this "<u>Order</u>") (a) directing procedural consolidation and joint administration of the Debtors' chapter 11 cases and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

5

Declarations; and the district court having jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 23-11069.

3. The caption of the jointly administered cases shall read as follows:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) |
| Debtors. | ) (Jointly Administered) |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 511500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

4.  The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5.  A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Yellow Corporation to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, directing joint administration for procedural purposes only of the chapter 11 cases of: Yellow Corporation, Case No. 23-11069 (CTG); 1105481 Ontario Inc., Case No. 23-11070 (CTG); Express Lane Service, Inc., Case No. 23-11071 (CTG); New Penn Motor Express LLC, Case No. 23-11072 (CTG); Roadway Express International, Inc., Case No. 23-11073 (CTG); Roadway LLC, Case No. 23-11074 (CTG); Roadway Next Day Corporation, Case No. 23-11075 (CTG); USF Bestway Inc., Case No. 23-11076 (CTG); USF Dugan Inc., Case No. 23-11077 (CTG); USF Holland International Sales Corporation, Case No. 23-11078 (CTG); USF Holland LLC, Case No. 23-11079 (CTG); USF RedStar LLC, Case No. 23-11080 (CTG); USF Reddaway Inc., Case No. 23-11081 (CTG); Yellow Freight Corporation, Case No. 23-11082 (CTG); Yellow Logistics, Inc., Case No. 23-11083 (CTG); YRC Association Solutions, Inc., Case No. 23-11084 (CTG); YRC Enterprise Services, Inc., Case No. 23-11085 (CTG); YRC Freight

Canada Company, Case No. 23-11086 (CTG); YRC Inc., Case No. 23-11087 (CTG); YRC International Investments, Inc., Case No. 23-11088 (CTG); YRC Logistics Inc., Case No. 23-11089 (CTG); YRC Logistics Services, Inc., Case No. 23-11090 (CTG); YRC Mortgages, LLC, Case No. 23-11091 (CTG); and YRC Regional Transportation, Inc., Case No. 23-11092 (CTG). The docket in Case No. 23-11069 should be consulted for all matters affecting this case.

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

8. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and such notice satisfies the requirements of the Bankruptcy Rules and Local Rules.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: August 9th, 2023
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:244105.2 96859/001