# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## GLOBAL NOTES AND
## STATEMENT OF LIMITATIONS, METHODOLOGY,
## AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES
## OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements," and, together with the Schedules, the "Schedules and Statements"), filed by the above-captioned debtors and debtors in possession (collectively, the Debtors), were prepared, pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), by management of the Debtors, with the assistance of the Debtors' advisors. The Schedules and Statements are unaudited.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") are incorporated by reference in, and comprise an integral part of, all the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.[2]

The Schedules and Statements have been signed by Daniel L. Olivier, Chief Financial Officer of Debtor Yellow Corporation. Daniel L. Olivier is an authorized signatory for each of the Debtors.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors have prepared a Global Note with respect to any of an individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate. Capitalized terms not defined herein shall have the meanings ascribed to such terms in the *Declaration of Matthew A. Doheny, Chief Restructuring Officer of Yellow Corporation, In Support of the Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 14].

In reviewing and signing the Schedules and Statements, Daniel L. Olivier relied upon the efforts, statements, and representations of the Debtors' other personnel and advisors. Daniel L. Olivier has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor addresses.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors reserve all of their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

The Debtors and their agents, attorneys, and advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their agents, attorneys, and advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and advisors are advised of the possibility of such damages. The Debtors and their agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or recategorized, except as required by applicable law or order of the Bankruptcy Court.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodology

1. **Description of the Cases**. On August 6, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the Bankruptcy Court). These chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b) [Docket No. 169]. The chapter 11 cases are being jointly administered under Case No. 23-11069 (CTG). The Debtors are managing their businesses and their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On August 16, 2023, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors [Docket No. 269] (the "Committee"). No trustee or examiner has been appointed in these chapter 11 cases.

2.    **Global Notes Control**.  These Global Notes pertain to and comprise an integral part of each of the Debtors' Schedules and Statements and should be referenced in connection with any review thereof.  In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

3.    **"As Of" Information Date**.  To the best of the Debtors' knowledge and except as otherwise noted herein, the asset information provided herein represents the asset data of the Debtors as of July 31, 2023, and the liability information herein represents the liability data of the Debtors as of August 6, 2023, the date by which the Debtors had ceased substantially all operations.  Amounts ultimately realized may vary from net book value (or the applicable value ascribed herein) and such variance may be material.  Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein.  In addition, the amounts showing for total liabilities exclude items identified as "unknown," "disputed," "contingent," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

4.    **Reservations and Limitations**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.  Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   1.    **No Admission.**  Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

   2.    **Recharacterization**.  Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, designated or omitted certain items due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

   3.    **Classifications.**  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as

"executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

4.    **Claims Description**.  Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate, including but not limited to, with respect to claim descriptions and designations.  Listing a claim does not constitute an admission of liability by the Debtor against whom the claim is listed or by any of the other Debtors.

5.    **Estimates and Assumptions**.  To prepare and file the Schedules and Statements in accordance with the deadline ordered by the Bankruptcy Court in these chapter 11 cases, management was required to make reasonable estimates and assumptions that affected the reported amounts of these assets and liabilities.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

6.    **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment, and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "<u>Causes of Action</u>") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

7.    **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other

transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

8.      **Insiders**.  In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals and entities whom the Debtors believe would be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.  Such individuals may no longer serve in such capacities.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Parties listed as "insiders" have been included for informational purposes only, and such information may not be used for: (i) the purposes of determining (a) control of the Debtors; (b) the extent of which any party exercised management responsibilities or functions; (c) corporate decision making authority over the Debtors; or (d) whether the Debtors or any such insider could successfully argue that such party is not an "insider" under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability; or (e) for any other purpose.

5.    **Methodology**.

1.      **Basis of Presentation**.  Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements. For financial reporting purposes, prior to the Petition Date, the Debtors and their non-Debtor affiliate ordinarily prepared consolidated financial statements.  These Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP or any other generally accepted accounting principles of foreign jurisdictions, as applicable, nor are they intended to fully reconcile to the financial statements prepared by the Debtors.  Unlike the consolidated financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated.  Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.  Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature

of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date.  Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

2.    **Confidential or Sensitive Information**.  There may be instances in which the Debtors deemed it necessary and appropriate to redact certain information due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual. The alterations are limited to only what is necessary to protect the Debtor or third party and are consistent with the relief granted under the Creditor Matrix Order.

3.    **Duplication.**  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

4.    **Umbrella or Master Agreements**.  Contracts and leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella or master agreement.  Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.  Additionally, by listing an umbrella or master agreement in these Schedules and Statements, the Debtors make no representation as to the severability of such agreements and their related contracts and leases, including any subleases, and the Debtors reserve any and all rights with respect to any arguments or claims it may have in regard to the severability of such agreements.

5.    **Executory Contracts**.  Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so.  Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of diligent efforts to identify such documents.  In addition, although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired

nature) of the contract or lease, or an admission as to the existence or validity of any claims held by any counterparty to such contract or lease.

6. **Unexpired Leases**.  The Debtors have not included in the Schedules and Statements the future obligations of any capital or operating leases.  To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule E/F.

7. **Valuation**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets.  Accordingly, unless otherwise indicated, net book values of the Debtors' assets as of July 31, 2023, are reflected on the Schedules and Statements. Exceptions to this include operating cash and certain other assets.  Operating cash is presented at bank balance as of August 6, 2023.  Certain other assets, such as investments in the non-Debtor affiliates and other intangible assets, are listed at undetermined amounts, as the net book values may differ materially from fair market values. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material.  Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein.  In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.  Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.  Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be an admission that any Debtor was solvent or insolvent as of the Petition Date.

8. **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are stated at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  Any such leases are set forth in the Schedules and Statements.  Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease, including whether any lease is a true lease or a financing arrangement, and the Debtors reserve all of their rights with respect thereto.

9. **Contingent Assets**.  The Debtors believe that they may possess certain claims and causes of action against various parties.  Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws.  The Debtors are continuing to review potential causes of action, and accordingly, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements.  The Debtors

reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

10.    **Undetermined Amounts.** Claim amounts that could not be quantified by the Debtors are scheduled as "Undetermined". The description of an amount as "Undetermined" is not intended to reflect upon the materiality of such amount.

11.    **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements. To the extent there are undetermined amounts, the actual total may be different than the listed total. The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in these Schedules and Statements are inclusive of each Debtor's guarantor obligations.

12.    **Allocation of Liabilities.** The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

13.    **Paid Claims.** Pursuant to certain orders of the Bankruptcy Court entered in these chapter 11 cases (collectively, the "First Day Orders"), the Debtors were authorized to pay, among other things, certain prepetition claims of employees, lien claimants, foreign claimants, critical vendors, claimants under section 503(b)(9) of the Bankruptcy Code, and taxing authorities. Accordingly, these liabilities may have been or may be satisfied in accordance with such First Day Orders. Regardless of whether such claims are listed in the Schedules and Statements, to the extent such claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements.

14.    **Other Paid Claims.** To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Debtors' Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Bankruptcy Court approval. To the extent the Debtors pay any of the claims listed in the Schedules and Statements

pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements and take such other actions, including the filing of claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

15. **Credits and Adjustments**.  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed at the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

16. **Intercompany Claims**.  Receivables and payables among and between Debtors and (i) other Debtors and (ii) the non-Debtor affiliates are reported on Statement 4, Schedule A/B-77, and Schedule E/F, respectively, per the Debtors' books and records as of July 31, 2023. The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise or an admission as to the validity of such receivables and payables. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes. Without limiting the generality of the foregoing, certain intercompany receivables and payables among and between the Debtors have been consolidated and netted in the Debtors' books and records. Such treatment is not, and should not be construed as, an admission of the amount and/or validity of any such intercompany receivables and payables or the validity of any netting or offset per the Debtors' books and records. The Debtors take no position in these Schedules and Statements as to whether any such amounts would be allowed as a claim or an interest, or not all allowed at all. The listing of these amounts is not necessarily indicative of the ultimate recovery, if any, on any intercompany asset account or the impairment or claim status of any intercompany liability account. The Debtors reserve all rights to later change the amounts, characterization, classification, categorization or designation of intercompany accounts reported in the Schedules and Statements.

Prior to the Petition Date, the Debtors routinely engaged in intercompany transactions (collectively, "Intercompany Transactions") resulting in intercompany payables and receivables (the "Intercompany Claims").  Pursuant to the *Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management Systems, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 178] (the "Interim Cash Management Order"), the Debtors received the authority to continue to collect, concentrate and disburse cash in accordance with the Cash Management System (as defined in the Interim Cash Management Order), including Intercompany Transactions between Debtors and other Debtors or non-Debtor affiliates.  To the extent that an

Intercompany Claim has been satisfied pursuant to the Interim Cash Management Order, such Intercompany Claim is excluded from Schedule AB and Schedule E/F.

In addition, certain of the Debtors act on behalf of other Debtors. Reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

17.  **Guarantees and Other Secondary Liability Claims**.  The Debtors have exercised reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "Guarantees") in their executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.  Where such Guarantees have been identified, they have been included on Schedule H for the affected Debtor or Debtors.  However, certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted.  The Debtors reserve all of their rights to amend, supplement, and otherwise modify the Schedules to the extent that additional Guarantees are identified.

18.  **Claims of Third-Party Related Entities**.  While the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations thereto.  Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

19.  **Excluded Assets and Liabilities**.  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including without limitation, accrued salaries, employee benefit accruals and accrued accounts payable.  The Debtors have also excluded potential rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage claims exist.  In addition, the Debtors may have excluded amounts for which the Debtors have been granted authority to pay pursuant to the First Day Orders or other order that may be entered by the Bankruptcy Court. Certain immaterial assets and liabilities may have been excluded.

20.  **Liens**.  The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, shippers', or similar liens that may attach, or have attached, to such inventories, property, and equipment.

21. **Currency**. All amounts are reflected in U.S. dollars, which the Company uses as its reporting currency. Unless otherwise noted, the Debtors used conversion rates provided by WSJ Markets as of the Petition Date. One significant exception is the value of prepetition transfers, which were valued using the conversion rates as of the date of such transfer.

22. **Setoffs**. The Debtors routinely incur setoffs and net payments in the ordinary course of business. Such setoffs and nettings may occur due to a variety of transactions or disputes, including but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or other disputes between the Debtors and their customers or vendors. These setoffs and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for and, as such, are or may not be included separately in the Schedules and Statements. In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not aware. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

6. **Specific Schedules Disclosures.**

    **Schedule A/B-3 – Checking, savings, or other financial accounts, CDs, etc.** Schedule A/B-3 lists closing bank balances as of August 6, 2023. The Debtors have excluded bank accounts with no balance.

    **Schedule A/B-11 – Accounts receivable**. This item excludes intercompany receivables and certain non-operating accounts receivables. Please see Global Notes regarding Intercompany Items.

    Certain AR accounts including, but not limited to, overpayments in suspense, re-rates, etc. are not netted against amounts listed in AB 11.

    **Schedule A/B-15 – Stock and interests in incorporated and unincorporated businesses**. See Schedule Exhibit A/B-15 for additional businesses each applicable Debtor was a parent of or owned a significant interest in. Ownership interests in subsidiaries have been listed in an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

    **Schedules A/B, Part 10, Items 59-66 – Intangibles and intellectual property**. The Debtors' patents and trademarks are listed in undetermined amounts. These assets are also part of an ongoing marketing effort and thus are currently being valued in connection with possible sale transactions.

    **Schedules A/B-74 and 75 – Causes of action against third parties (whether or not a lawsuit has been filed) and other contingent and unliquidated claims or causes**

**of action of every nature, including counterclaims of the debtors and rights to set off claims**.  The Debtors attempted to list known causes of action and other claims.  Potential preference actions and/or fraudulent transfer action were not listed because the Debtors have not completed an analysis of such potential claims.  The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

**Executory Contracts**.  The Debtors have not attached such agreements on Schedule A/B.  Instead, the Debtors have only listed such agreements on Schedule G.

**Schedule D – Creditors Who Have Claims Secured by Property**.  Except as otherwise ordered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtor's Schedule D.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim.

In certain instances, a Debtor may be a co-obligor with respect to scheduled claims of other Debtors.  No claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are or may be otherwise satisfied or discharged.

Schedule D does not include beneficiaries of letters of credit.  Although the claims of these parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, and not to the beneficiaries thereof.

The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been listed on Schedule D.  The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

Detailed descriptions of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Authorizing the Debtors to Use UST Cash Collateral, (V) Granting Adequate Protection, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief*

[Docket No. 16] (the "DIP Motion"). The secured debt is jointly and severally the responsibility of multiple Debtors, as such the liability has been listed on each Debtor who is an obligor or guarantor of such debt. Only the principal amount is listed on Scheduled D; however, other amounts might be due to the creditors.

In response to "Describe debtor's property that is subject to lien", any description of the creditor's liens or their priority herein is qualified in its entirety by reference to the operative documents, agreements, schedules, any amendments and exhibits to the preceding and any documents evidencing perfection of such lien. The Debtor is taking no position on the extent or priority of a particular creditor's lien in this document.

The Debtors have indicated that multiple creditors have an interest in the same property when, among other things, inchoate statutory liens may exist with respect to such property. The Debtors take no position in these Schedules and Statements regarding the validity of any such liens or the extent or validity of a particular creditor's lien, including other creditors listed in Schedule D, and the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected on any such property.

**Schedule E/F – Creditors Who Hold Unsecured Claims**

***Part 1 – Creditors with Priority Unsecured Claims***. The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time.

Pursuant to the *Interim Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 276] (the "Interim Taxes Order"), the Debtors have been granted the authority to pay certain tax liabilities that accrued prepetition. Accordingly, unsecured priority tax claims may have been paid or may be paid pursuant to the Interim Taxes Order or pursuant to further Bankruptcy Court order. Therefore, the Debtors have listed certain taxing authorities with an undetermined amount.

**Employee PTO and Vacation Scheduled Claims**:

**All non-active U.S. Union employees and Union and Non-Union Canadian employees as of the Petition Date.**: as part of its customary benefits programs, the Debtors allow a certain amount of accrued and unpaid vacation to carry over for Union employees in the U.S. and Union and non-Union employees in Canada. The basis for determining the dates of carryover calculations varies by benefits program. Similarly, PTO and vacation accruals are determined specific to individual benefits programs and the Debtors have used records from July 21, 2023 for purposes of calculating such carryover as part of the claims listed for each former Union employee in the U.S and Union and non-Union employee in Canada. Further, for purposes of these Schedules

and Statements, the Debtors have listed all remaining, accrued and unpaid Non-Union PTO in the U.S. and Non-Union and Union vacation pay in Canada, as of the Petition Date, in an aggregate gross liquidated claim amount, without distinguishing between priority and unsecured portions for each individual employee, to the extent a bifurcation is applicable.

All non-active Non-Union Employees in the U.S.: As part of its customary benefits programs, the Debtors allow a certain amount of accrued and unpaid PTO to carry over in accordance with the terms of each program. In addition, each employee is entitled to PTO during the current 2023 calendar year. For purposes of calculating the accruals for PTO earned in 2023 for non-Union employees in the U.S. , the Debtors multiplied the individual employee's total vacation accrual potential for 2023  by 0.8667 to determine the portion of the 2023 balance that fell within the 180-day priority window and scheduled those amounts as a priority claim. The remainder of the 2023 balance for each claimant, as applicable, is scheduled as an unsecured claim, along with the total amount of any accrued and unused carryover days.

All current Employees as of the Petition Date: all current U.S. and Non-U.S. employees, regardless of whether or not they are owed accrued and unused PTO or vacation pay, have had these liabilities omitted from the Schedules.  As of September 8, 2023, the Bankruptcy Court has entered the *Third Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief* [Docket No. 422] which, among other things, authorized the Debtors to pay all accrued and unused PTO or vacation pay, as applicable, to employees severed between August 7, 2023 – September 8, 2023. In the Wage Motion [Docket No. 20] currently in front of the Court, the Debtors have requested additional final relief to pay, non-insider, current employees all outstanding PTO or vacation, as applicable, as they are severed in the course of continuing the winddown of the Debtors' business.

In addition to PTO or vacation pay, certain current or former employees may be owed amounts by the Debtor for other liabilities.  For those employees, the Debtors have listed these liabilities as a separate schedule entry.

***Part 2 – Creditors with Nonpriority Unsecured Claims***.  The liabilities identified on Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

The Schedules generally attribute liabilities as reflected on the Debtors' books and records.

Pursuant to the First Day Orders, the Debtors received authority to pay certain prepetition claims.  Accordingly, no undisputed, prepetition unsecured claims of

non-insiders that have been paid pursuant to the First Day Orders or pursuant to further Bankruptcy Court order have been listed on Schedule E/F, Part 2. Listing a claim or failure to list a claim on Schedule E/F, Part 2 that is subject to payment pursuant to the First Day Orders does not serve as an admission by the Debtors as to the validity of such claim or as to the status of payment of such claim.

Schedule E/F, Part 2 and Statements, Part 3, Question 7, contain information regarding pending litigation involving the Debtors. The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements. For the avoidance of doubt, demand letters received from potential litigants that do not list a specific Debtor are listed in the Schedules for Debtor Yellow Corporation.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases, if any, that may be or have been rejected in these chapter 11 cases.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained on Schedules D and E/F may be incomplete. The Debtors reserve their rights to, but undertake no obligations to, amend Schedules D and E/F if and as they receive such invoices.

Liabilities listed on Schedules E/F do not reflect any prepetition amounts paid under various authority granted by the Bankruptcy Court, including the First Day Orders, that have been issued postpetition. The Debtors expect that certain claimants may continue to receive payments for prepetition amounts paid under various authority granted by the Bankruptcy Court that would be issued postpetitition. The Debtors reserve all of their rights with respect to such payments, including the right to amend, supplement, or otherwise modify Schedule E/F, Part 2, to reflect such payments.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtors have made every effort to include as contingent, unliquidated, or disputed the Claim

of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may ultimately be paid in connection with the cure costs associated with assumption or assumption and assignment of an executory contract or unexpired lease.

**Schedule G – Executory Contracts and Unexpired Leases**.  While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, and unintended duplication or overinclusion of items may have occurred.

Listing a contract, lease, or agreement on Schedule G does not constitute an admission that such contract, lease, or agreement is an executory contract or unexpired lease or that such contract, lease, or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtors hereby reserve all their rights, claims and Causes of Action with respect to the contracts, leases, or agreements on Schedule G, including the right to dispute the validity, status, or enforceability of, or otherwise modify any contracts, leases, or agreements set forth on Schedule G and to amend, supplement, or otherwise modify Schedule G as necessary, at any time, to remove any contracts, leases, or agreements.

Certain contracts, leases, and agreements listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as supplemental agreements and letter agreements, which agreements may not be set forth on Schedule G.  The Debtors reserve all of their rights to amend, supplement, or otherwise modify Schedule G to the extent that additional information regarding such agreements becomes available.  Certain executory contracts or unexpired leases may not have been memorialized and could be subject to dispute. Any executory contracts or unexpired leases that have not been reduced to writing are not included on Schedule G.

Certain of the contracts, leases, and agreements listed on Schedule G may consist of several parts, including, without limitation, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be identified in Schedule G or that may be listed as a single entry.  The Debtors expressly reserve their rights to determine or challenge whether such documents constitute an executory contract or unexpired lease, a single contract, agreement or lease, or multiple, severable or separate contracts, agreements or leases.

The contracts, leases, and agreements identified in Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and

other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.

Unless otherwise specified in Schedule G, each executory contract or unexpired lease identified therein shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed therein. In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

The Debtors are party to certain confidentiality agreements which may constitute executory contracts. In order to not breach any such confidentiality agreements, the Debtors have not listed such confidentiality agreements in Schedule G. Such agreements may be provided upon request to the Debtors' counsel.

Omission of a contract, lease, or agreement from Schedule G does not constitute an admission that such omitted contract, lease, or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts, leases, or agreements are not impaired by any such omission.

Certain Debtors are guarantors and parties to guaranty agreements regarding the Debtors' prepetition credit facility. The guaranty obligations arising under these agreements are reflected in Schedule D only and are not listed on Schedule E/F.

In the ordinary course of business, the Debtors utilize purchase orders to obtain goods from various vendors. Due to the generally brief durations of purchase orders and the volume and frequency of these transactions, individual purchase orders that were active as of the Petition Date are not listed on Schedule G. The Debtors reserve all rights as to active purchase orders as of the Petition Date. The omission of purchase orders from Schedule G does not constitute an admission that any such purchase order is not an executory contract or unexpired lease.

**Schedule H – Co-Debtors**. For purposes of Schedule H, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, debt instruments, and other agreements. Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or become unenforceable. The disclosure of a guarantee relationship in Schedule H does not constitute an admission by the Debtors as to the effectiveness or enforceability of such guarantee.

In the ordinary course of businesses, the Debtors may become subject to pending or threatened litigation and claims arising out of the conduct of their businesses. These matters may involve multiple plaintiffs and defendants, some or all of whom may

assert cross-claims and counterclaims against other parties.  The Debtors have not listed any litigation-related co-Debtors in Schedule H.  Instead, all such listings to the extent known to the Debtors are listed on Schedule E/F.

7.    **Specific Statements Disclosures**.

**Statements, Part 1, Question 1 – Gross revenue from business.**  Revenue for fiscal year 2023 is as of July 31, 2023, is unaudited and as such could be subject to material adjustments.

**Statements, Part 1, Question 2 – Non-business revenue**.  Non-business revenue for fiscal year 2023 is as of July 31, 2023, which includes such items as interest income, foreign exchange gain, rental income on owned and leased property, gain on disposition and gain on property sales.

**Statements, Part 2, Question 3 – Certain payments or transfers to creditors within 90 days before filing this case.**  Prior to the Petition Date, the Debtors maintained a centralized cash management system through which certain Debtors made payments on behalf of certain Debtor affiliates and certain non-Debtor affiliates, as further explained in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 10] (the "Cash Management Motion").  As further described in the Cash Management Motion, prior to the Petition Date, in the ordinary course of business, the Debtors engaged in intercompany transactions with one another and with their non-Debtor affiliate, which resulted in the creation of corresponding intercompany payables and receivables.  Consequently, all payments to creditors listed in response to Statements, Part 2, Question 3 in each of the Debtors' Statements reflect payments made by Yellow Corporation or one of its Debtor affiliates from operating bank accounts on behalf of the corresponding Debtor, pursuant to the Debtors' Cash Management System as described in the Cash Management Motion.

Payments to insiders made in the ninety-day period before filing (and disclosed as part of the one-year period response to Statements, Part 2, Question 4) and payments related to bankruptcy in the ninety-day period before filing (and disclosed as part of the one-year period response to Statements, Part 6, Question 11) are not included in the response to Statements, Part 2, Question 3 – ninety-day payments.  There is no overlap or duplication between or among the data presented in response to these disclosures.

Disbursements made on account of multiple invoices may be reflected as a single payment on Statements, Part 2, Question 3.

**Statements, Part 2, Question 4 – Payments or other transfers of property made within 1 year before filing this case that benefited any insider.**  The listing of any

individual or entity as an insider does not constitute an admission or a final determination that any such individual or entity is or is not an insider.  Distributions by the Debtors to their directors and officers are listed in the attachment to Statements, Part 2, Question 4.  Certain directors and executive officers are directors and executive officers of multiple Debtor entities.

In the ordinary course of business, certain of the Debtors' eligible employees are granted awards whereby they are issued equity securities ("Equity Securities") of Yellow Corporation as part of their compensation package.  The Debtors transfer such Equity Securities on the vesting date.  For purposes of Statement 3, Question 4, the Debtors have listed the fair market value of the Equity Securities as of their applicable vesting date.  The Debtors have not listed the value of any Equity Securities that were granted in the one-year period prior to the Petition Date that have not vested.

**Statements, Part 2, Question 6 – Setoffs**.  For a discussion of setoffs and nettings incurred by the Debtors, refer to section 4(w) of the Global Notes.

**Statements, Part 5, Question 10 – Certain losses**.  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtors, however, may not have records of all such losses to the extent such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.

**Statements, Part 6, Question 11 – Payments related to bankruptcy**.  All disbursements listed in Statements, Part 2, Question 11 were initiated and disbursed by Yellow Corporation, but were for the benefit of all Debtors.

**Statements, Part 10, Question 20 – Off-premises storage**.  The locations listed for off-premises storage do not include shippers that are holding goods in-transit, including but not limited to goods on ships, in trucks, or in warehouses where they may be temporarily stored during the transport process.

**Statements, Part 11, Question 21 – Property Held for Another.**  As a trucking and logistics company that provides LTL services, the Debtors are in possession of customer shipments as part of the ordinary course of running their businesses. On the petition date, the Debtors were in possession of approximately 28,000 undelivered shipments. It would be unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain the location, description, and value of every undelivered shipment in the Debtors' possession as of the Petition Date. Therefore, the Debtors did not include the details of these undelivered shipments on Part 11, Question 21 of the Statements.

**Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.**  Please refer to Statements, Part 2, Question 4 regarding all payments to insiders.

**Fill in this information to identify the case:**

Debtor name    Yellow Logistics, Inc.

United States Bankruptcy Court for the:    District of Delaware

Case number (If known):    23-11083 (CTG)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1: Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**

     Copy line 88 from *Schedule A/B* ...........................................................................................

     $    Undetermined

   1b. **Total personal property:**

     Copy line 91A from *Schedule A/B* .........................................................................................

     $    39,962,721.95*

   1c. **Total of all property:**

     Copy line 92 from *Schedule A/B* ...........................................................................................

     $    39,962,721.95*

---

**Part 2: Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..........................................

   $    1,223,273,741.00*

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

     Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................................

     $    0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**

     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................................

     **+** $    12,403,105.58*

4. **Total liabilities** ........................................................................................................................

   Lines 2 + 3a + 3b

   $    1,235,676,846.58*

---

*Plus Undetermined Amounts

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name  Yellow Logistics, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (If known)  23-11083 (CTG)

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

*12/15*

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** | $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 JPMorgan Chase | Receivables / Concentrati | 1 7 1 3 | $ 10,028.87 |
| 3.2 | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1 None | $ 0.00 |
| 4.2 | $ |

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $ 10,028.87

**Part 2:**  **Deposits and prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
|---|---|
| 7.1 See Attached Rider | $ 166,234.49 |
| 7.2 | $ |

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | | |
|---|---|---|---|
| 8.1 | See Attached Rider | $ | 600,882.23 |
| 8.2 | | $ | |

**9.  Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 767,116.72

---

**Part 3:   Accounts receivable**

**10.  Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

**11.  Accounts receivable**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | 21,547,644.71 | — | 0.00 | = | ..... → | $ | 21,547,644.71 |
| | face amount | | doubtful or uncollectible accounts | | | | |
| 11b. Over 90 days old: | 916,068.95 | — | 900,000.00 | = | ..... → | $ | 16,068.95 |
| | face amount | | doubtful or uncollectible accounts | | | | |

**12.  Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 21,563,713.66

---

**Part 4:   Investments**

**13.  Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | | |
|---|---|---|---|
| 14.1 | | | $ |
| 14.2 | | | $ |

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                       % of ownership:

| | | | | |
|---|---|---|---|---|
| 15.1 | | % | | $ |
| 15.2 | | % | | $ |

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | | |
|---|---|---|---|
| 16.1 | | | $ |
| 16.2 | | | $ |

**17.  Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ 0.00

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |

**23. Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ _____ 0.00

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value  $ _____  Valuation method _____  Current value  $ _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops-either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | | $ _____ |

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $ _____  Valuation method _____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38 **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| **39. Office furniture** | | | |
| None | $ | | $ 0.00 |
| **40. Office fixtures** | | | |
| None | $ | | $ 0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office Equipment & Furniture | $ 42,989.39 | Net Book Value | $ 42,989.39 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ | | $ 0.00 |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ _____ 42,989.39

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor    Yellow Logistics, Inc.
_____    Case number (If known)  23-11083 (CTG)
            Name

## Part 8:    Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

☑  Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 None | $ | | $                    0.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 None | $ | | $                    0.00 |
| 48.2 | $ | | $ |

**49.  Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 None | $ | | $                    0.00 |
| 49.2 | $ | | $ |

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See Attached Rider | $          699,930.53 | | $          Undetermined |

**51.  Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | |
|---|---|
| $          Undetermined |

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☐  No

☑  Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐  No

☑  Yes

**\*Plus Undetermined Amounts**

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Attached Rider | | $    294,668.20* | | $   Undetermined |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$   Undetermined

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☑ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$   0.00

*Plus Undetermined Amounts

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

None              _____ − _____ = →    $        0.00

                         Total Face Amount   Doubtful or uncollectible Amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| None | Tax Year _____ | $ 0.00 |
| | Tax Year _____ | $ |
| | Tax Year _____ | $ |

**73. Interests in insurance policies or annuities**

See Attached Rider                                       $    Undetermined

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

None                                         $        0.00

**Nature of Claim**    _____

**Amount Requested**    $ _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None                                         $        0.00

**Nature of Claim**    _____

**Amount Requested**    $ _____

**76. Trusts, equitable or future interests in property**

None                                         $        0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

See Attached Rider                                 $    17,578,873.31

                                                           $ _____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.            $    17,578,873.31*

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

*Plus Undetermined Amounts

| Debtor | Yellow Logistics, Inc. | Case number (If known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 10,028.87 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 767,116.72 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $ 21,563,713.66 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 42,989.39 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ Undetermined | |
| 88. | **Real property.** *Copy line 56, Part 9.* . .......................................... → | | $Undetermined |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | $ 17,578,873.31* | |
| 91. | **Total.** Add lines 80 through 90 for each column............................91a. | $ 39,962,721.95* | + 91b. $Undetermined |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.............................................................. | | $ 39,962,721.95* |

**\*Plus Undetermined Amounts**

Debtor Name:  Yellow Logistics, Inc.                                    Case Number:  23-11083 (CTG)

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Deposits, including security deposits and utility deposits<br>*(Description, including name of holder of deposit)* | Current value of debtor's interest |
|---|---|
| Deposit - Rental Facility Security Deposit: Breit Industrial Canyon | $70,446.00 |
| Deposit - Rental Facility Security Deposit: Hartman Road LLC | $5,800.00 |
| Deposit - Rental Facility Security Deposit: Various Parties | $84,988.49 |
| Deposit - Utility Deposit: Greystone Power | $5,000.00 |
| **TOTAL** | **$166,234.49** |

Debtor Name:  Yellow Logistics, Inc.                                                                    Case Number:  23-11083 (CTG)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| Prepayment - Insurance Payment: Roanoke Insurance Group, Inc. | $9,951.34 |
| Prepayment - Miscellaneous: Various Parties | $12,618.44 |
| Prepayment - Miscellaneous: Progistics Distribution | $500,000.00 |
| Prepayment - Rent Payment: Breit Industrial Canyon GA 1B01 LLC | $78,312.45 |
| **TOTAL** | **$600,882.23** |

Debtor Name:  Yellow Logistics, Inc.                                                                    Case Number:  23-11083 (CTG)

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| IFS Equipment | $571,685.06 | N/A | Undetermined |
| Lift Equipment | $128,245.47 | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Yellow Logistics, Inc.                                                                 Case Number:  23-11083 (CTG)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Buildings / Structures | Buildings / Structures | $244,047.43 | N/A | Undetermined |
| Leasehold Improvements | Leasehold Improvements | $50,620.77 | N/A | Undetermined |
| Leased Property:<br>1250 Terminus Drive<br>Lithia Springs, GA 30122 | Leased Real Property | Undetermined | N/A | Undetermined |
| Leased Property:<br>1424 Corporate Center Drive, Building F<br>San Diego, CA 92154 | Leased Real Property | Undetermined | N/A | Undetermined |
| Leased Property:<br>1460 East Kearney Street<br>Mesquite, TX 75149 | Leased Real Property | Undetermined | N/A | Undetermined |
| Leased Property:<br>1876 S4130W<br>Salt Lake City, UT 84101 | Leased Real Property | Undetermined | N/A | Undetermined |
| Leased Property:<br>2141 Southwest Boulevard<br>Grove City, OH 43123 | Leased Real Property | Undetermined | N/A | Undetermined |
| Leased Property:<br>2200 Southwest Boulevard<br>Grove City, OH 43123 | Leased Real Property | Undetermined | N/A | Undetermined |
| Leased Property:<br>300 Hartman Road<br>Austell, GA 30168 | Leased Real Property | Undetermined | N/A | Undetermined |
| | | | **TOTAL** | $0.00 |
| | | | | + Undetermined Amounts |

Debtor Name:  Yellow Logistics, Inc.                                                      Case Number:  23-11083 (CTG)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ACE | Cargo Liability - Excess Valuation (Consumer Generated) | N10700504 | Undetermined |
| Aegis London | Excess Liability | B080121224U21 | Undetermined |
| Aegis London | Excess Liability | B080121224U21 | Undetermined |
| Aegis London | Excess Liability | NAMCA2301488 | Undetermined |
| AIG | 11th Excess Side A DIC | 01-613-52-20 | Undetermined |
| AIG | Employed Lawyers Prof. | 01-613-85-84 | Undetermined |
| AIG | Excess Fiduciary | 01-615-93-03 | Undetermined |
| AIG | Crime | 01-613-92-02 | Undetermined |
| AIG Specialty Insurance Company | Storage Tank Liability | ST 67167890 | Undetermined |
| Allianz Global Corporate & Specialty | Excess Liability | B0713NAMCA2001331 | Undetermined |
| Allianz Global Corporate & Specialty | Punitive Wrap | B080120233U20 | Undetermined |
| Allianz US Risk US Insurance Company | 1st Excess D&O | USF01159222 | Undetermined |
| Allianz US Risk US Insurance Company | Primary Fiduciary | USF01159322 | Undetermined |
| Allied World Assurance Company, LTD (AWAC) | Excess Liability | C060318/004 | Undetermined |
| Applied (via RT Specialty) | Excess Cyber | BFLCYETKS011200_020803_01 | Undetermined |
| Arcadian | Excess Liability | ARCGL120462023 | Undetermined |
| Arch Reinsurance Ltd. | Excess Liability | UFP0064909-03 | Undetermined |
| Aspen American Insurance Co | Excess Cyber | AY00J2L22 | Undetermined |
| AXA XL | 11th Excess Side A DIC | ELU186108-22 | Undetermined |
| AXA XL | Excess Cyber | MTE904180202 | Undetermined |
| AXA XL | Excess Liability | BM00039016LI23A | Undetermined |
| Axis Bermuda Puni-Wrap | Punitive Wrap | 1148440123EC | Undetermined |
| Axis Insurance Company | Crime | P-001-000440836-03 | Undetermined |
| Axis Surplus Insurance Company | Excess Liability | P-001-001165984-01 | Undetermined |

Debtor Name:  Yellow Logistics, Inc.                                                  Case Number:  23-11083 (CTG)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Beazley | EPL Puni-Wrap Excess | AR-V1621D220401 | Undetermined |
| Beazley Insurance Co. | 2nd Excess D&O | V29054220301 | Undetermined |
| Beazley Insurance Co. | EPL Excess | V1621D220401 | Undetermined |
| Beazley Insurance Co. | Excess Fiduciary | V29019220701 | Undetermined |
| Beazley Insurance Co. | Primary Cyber | W3024A220201 | Undetermined |
| Berkshire Hathaway Specialty Insurance | 8th Excess - Side A DIC Primary | 47-EPC-324928-01 | Undetermined |
| Berkshire International | Excess Liability | 92SRD307240 | Undetermined |
| Berkshire International | Excess Liability | 92SRD307241 | Undetermined |
| Berkshire International | Excess Liability | 92SRD307242 | Undetermined |
| Berkshire International | Punitive Wrap | 1221238 | Undetermined |
| Berkshire International | Punitive Wrap | 1221240 | Undetermined |
| Berkshire International | Punitive Wrap | 1221242 | Undetermined |
| Canopious (via RT Specialty) | Excess Cyber | CYT27220083 | Undetermined |
| Chubb | Crime | 8224-2361 | Undetermined |
| Chubb | Excess Fiduciary | DOX G71102385 001 | Undetermined |
| Chubb | International DIC | PHF D38239818 006 | Undetermined |
| Chubb | Pollution Legal Liability | PPI G2784652A 005 | Undetermined |
| Chubb | Primary D&O | J05961403 | Undetermined |
| Chubb | Self Insured States WC - All Other | C66934202, C66932412, C6693245A & C66932497 | Undetermined |
| Chubb | Umbrella Liability | XEU G71497513 005 | Undetermined |
| Chubb Bermuda Insurance, Ltd. | Excess Liability | YRCW-1020/BSF03 | Undetermined |
| Chubb Bermuda Insurance, Ltd. | Punitive Wrap | PD12428-001-A | Undetermined |
| Chubb Bermuda Insurance, Ltd. | Punitive Wrap | PD12438-001-A | Undetermined |
| CNA | 10th Excess Side A DIC | 652276604 | Undetermined |

Debtor Name:  Yellow Logistics, Inc.                                                            Case Number:  23-11083 (CTG)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CNA | Excess Liability | 7033962247 | Undetermined |
| Crum & Forester (RT Specialty) | Excess Cyber | CYB-104704 | Undetermined |
| Emergin (via RT Specialty) | Excess Cyber | W3024A220201 | Undetermined |
| Everest | Excess Cyber | CY5EX00488-221 | Undetermined |
| GAI Insurance Company, Ltd. | Punitive Wrap | EXC 1494396 | Undetermined |
| Great American Assurance Co. | Excess Liability | EXC 4455921 | Undetermined |
| HCC | K&R | U720-85886 | Undetermined |
| Helix Underwriting Parnters Ltd | Excess liability | CASFO200019LO2023 | Undetermined |
| Lex-London | Excess Liability | 62785570 | Undetermined |
| Lex-London | Punitive Wrap | 16135386 | Undetermined |
| Lloyd's of London | Professional Liability (DFF) | RIGRTL09220112 | Undetermined |
| Lloyd's of London | Shippers Interest (Domestic Freight Forwarding DFF - Customer Purchase) | RIGCAR09220078 | Undetermined |
| Magna Carta - Aegis | Punitive Wrap | B0713NAMCA2301493 | Undetermined |
| Magna Carta - Aegis | Punitive Wrap | MCPD20617330 | Undetermined |
| Magna Carta - Aegis | Punitive Wrap | MCPD20617330 | Undetermined |
| Markel | 3rd Excess D&O | MKLM6EL0008799 | Undetermined |
| Markel Bermuda | Primary EPL | MKLB25GPL0004148 | Undetermined |
| Mosaic | Excess Cyber | PCY2345322AA | Undetermined |
| North Rock / CNA | Punitive Wrap | 702100314 | Undetermined |
| Old Republic Ins. Co. | Insured States WC | MWC 108894 59 | Undetermined |
| Old Republic Insurance Co | 4th Excess D&O | ORPRO 12 102800 | Undetermined |
| Old Republic Insurance Co | Excess Fiduciary | ORPRO 14 100452 | Undetermined |
| Old Republic Insurance Company | Auto / General Liability | MWML18562 | Undetermined |
| Old Republic Insurance Company of Canada | Canadian AL / GL | CMWML 18562  19 | Undetermined |

Debtor Name:  Yellow Logistics, Inc.                                                                    Case Number:  23-11083 (CTG)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Resilience | Excess Cyber | 720000344-0001 | Undetermined |
| Roanoke (Munich Re Syndicate) | Excess Cargo (Terminal & Truck) | | Undetermined |
| RSUI (via RT Specialty) | Excess Cyber | LHZ798281 | Undetermined |
| RSUI Indemnity | Excess Flood | NHD930526 | Undetermined |
| Sompo | 9th Excess Side A DIC | ADX30002068801 | Undetermined |
| Sompo (Endurance) | Excess Liability | EXC10000006814 | Undetermined |
| Travelers | Primary Cargo Liability | QT-660-7S98668A-TIL-23 | Undetermined |
| Travelers<br>Travelers of Canada | Property | KTJ-CMB-1T61970-A-23 | Undetermined |
| Vantage Risk Ltd | Excess Liability | P02XC0000019010 | Undetermined |
| Westchester Surplus Insurance Company | Excess Liability | G74350033 001 | Undetermined |
| | | **TOTAL** | $0.00<br>+ Undetermined Amounts |

Debtor Name:  Yellow Logistics, Inc.                                                    Case Number:  23-11083 (CTG)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples*: Season tickets, country club membership | Current value of debtor's interest |
|---|---:|
| INTERCOMPANY RECEIVABLE FROM YELLOW CORPORATION | $14,325,131.70 |
| INTERCOMPANY RECEIVABLE FROM YRC FREIGHT CANADA COMPANY | $24,268.08 |
| Other Receivables: Delivered not Billed | $3,229,473.53 |
| **TOTAL** | **$17,578,873.31** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Yellow Logistics, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 23-11083 (CTG) |

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>CITADEL | **Describe debtor's property that is subject to a lien**<br>See Schedule D Disclosures | $      485,372,693.00 | $      Undetermined |
| **Creditor's mailing address**<br>SOUTHEAST FINANCIAL CENTER<br>200 S. BISCAYNE BOULEVARD<br>MIAMI, FL 33131 | **Describe the lien**<br>GUARANTOR OF B-2 TERM LOAN FACILITY (DEBT FORMERLY OWNED BY APOLLO GLOBAL MANAGEMENT) | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred**      UNDETERMINED | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor, and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |
| **2.2** **Creditor's name**<br>UNITED STATES DEPARTMENT OF TREASURY | **Describe debtor's property that is subject to a lien**<br>See Schedule D Disclosures | $      337,042,758.00 | $      Undetermined |
| **Creditor's mailing address**<br>ATTN: ASST. GENERAL COUNSEL<br>1500 PENNSYLVANIA AVE., NW<br>WASHINGTON, DC 20220 | **Describe the lien**<br>GUARANTOR OF UST TRANCHE A CREDIT FACILITY | | |
| **Creditor's email address, if known**<br>Eric.Froman@treasury.gov | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred**      UNDETERMINED | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Have you already specified the relative priority?<br>   ☑ No. Specify each creditor, including this creditor, and its relative priority.<br><br>   ☐ Yes. The relative priority of creditors is specified on lines | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 1,223,273,741.00

+ Undetermined Amounts

| Debtor | Yellow Logistics, Inc. | Case number (If known): 23-11083 (CTG) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3** | **Creditor's name**
UNITED STATES DEPARTMENT OF TREASURY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ 399,999,770.00  $ Undetermined

**Creditor's mailing address**
ATTN: ASST. GENERAL COUNSEL
1500 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20220

**Describe the lien**
GUARANTOR OF UST TRANCHE B CREDIT FACILITY

**Creditor's email address, if known**
Eric.Froman@treasury.gov

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.4** | **Creditor's name**
CITIZENS BUSINESS CAPITAL

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ 858,520.00  $ Undetermined

**Creditor's mailing address**
ATTN: DAVID J. SLATTERY, VICE PRESIDENT
1215 SUPERIOR AVE.
6TH FLOOR
CLEVELAND, OH 44114

**Describe the lien**
GUARANTOR OF ABL FACILITY

**Creditor's email address, if known**
david.slattery@citizensbank.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Yellow Logistics, Inc.
_____
          Name

Case number (If known):   23-11083 (CTG)

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.5**  **Creditor's name**

CITIZENS BUSINESS CAPITAL

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

ATTN: DAVID J. SLATTERY, VICE PRESIDENT
1215 SUPERIOR AVE.
6TH FLOOR
CLEVELAND, OH 44114

**Describe the lien**

LETTERS OF CREDIT - $359,288,388.60 OUTSTANDING AS OF THE PETITION DATE

**Creditor's email address, if known**

david.slattery@citizensbank.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines

---

**2.6**  **Creditor's name**

ALTER DOMUS PRODUCTS CORP

**Describe debtor's property that is subject to a lien**

As Provided in the UCC Financing Statement

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

AS COLLATERAL AGENT
225 W WASHINGTON ST, 9TH FL
CHICAGO, IL 60606

**Describe the lien**

DELAWARE UCC FINANCING STATEMENT NO.

**Creditor's email address, if known**

LEGAL_AGENCY@ALTERDOMUS.COM

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines

---

Debtor   Yellow Logistics, Inc.
         Name

Case number (If known):   23-11083 (CTG)

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.7**

**Creditor's name**
BANK OF NEW YORK MELLON, THE

**Describe debtor's property that is subject to a lien**
As Provided in the UCC Financing Statement

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**
AS COLLATERAL AGENT
240 GREENWICH ST, 7TH FL
NEW YORK, NY 10286

**Describe the lien**
DELAWARE UCC FINANCING STATEMENT NO. 20220277962

**Creditor's email address, if known**
DENNIS.ROEMLEIN@BNYMELLON.COM

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines

---

**2.8**

**Creditor's name**
BANK OF NEW YORK MELLON, THE

**Describe debtor's property that is subject to a lien**
As Provided in the UCC Financing Statement

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**
AS COLLATERAL AGENT
240 GREENWICH ST, 7TH FL
NEW YORK, NY 10286

**Describe the lien**
DELAWARE UCC FINANCING STATEMENT NO. 20220277996

**Creditor's email address, if known**
DENNIS.ROEMLEIN@BNYMELLON.COM

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines

---

Debtor    Yellow Logistics, Inc.
       Name

Case number (If known): 23-11083 (CTG)

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.9** | **Creditor's name**

CITIZENS BUSINESS CAPITAL

**Describe debtor's property that is subject to a lien**

As Provided in the UCC Financing Statement

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

1215 SUPERIOR AVE, 5TH FL
CLEVELAND, OH 44114

**Describe the lien**
DELAWARE UCC FINANCING STATEMENT NO. 20219184939

**Creditor's email address, if known**
DAVID.STILES@CITIZENSBANK.COM.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.10** | **Creditor's name**

CITIZENS BUSINESS CAPITAL

**Describe debtor's property that is subject to a lien**

As Provided in the UCC Financing Statement

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

1215 SUPERIOR AVE, 5TH FL
CLEVELAND, OH 44114

**Describe the lien**
DELAWARE UCC FINANCING STATEMENT NO. 20234845458

**Creditor's email address, if known**
DAVID.STILES@CITIZENSBANK.COM.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**  UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

---

| Debtor | Yellow Logistics, Inc. | Case number (If known): | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| ALTER DOMUS PRODUCTS CORP.<br>C/O: HOLLAND & KNIGHT LLP<br>ATTN: JOSHUA M. SPENCER<br>150 N. RIVERSIDE PLAZA<br>SUITE 2700<br>CHICAGO, IL 60606 | Line 2.    1 | |
| ALTER DOMUS PRODUCTS CORP.<br>ATTN: LISA SCHUTZ; LEGAL DEPARTMENT<br>225 W. WASHINGTON STREET<br>9TH FLOOR<br>CHICAGO, IL 60606 | Line 2.    1 | |
| CITIZENS BUSINESS CAPITAL<br>C/O: CHOATE, HALL & STEWART LLP<br>ATTN: KEVIN J. SIMARD<br>2 INTERNATIONAL PLACE<br>BOSTON, MA 02110 | Line 2.    4 | |
| GRAY ROBINSON PA<br>C/O CITADEL ADVISORS LLC<br>ATTN JEFFREY SCHLERF<br>1007 N ORANGE ST, 4TH FL, #127<br>WILMINGTON, DE 19801 | Line 2.    1 | |
| THE BANK OF NEW YORK MELLON<br>ATTN: JOANNA SHAPIRO, MANAGING DIRECTOR<br>240 GREENWICH STREET<br>7TH FLOOR<br>NEW YORK, NY 10286 | Line 2.    2 | |
| THE BANK OF NEW YORK MELLON<br>ATTN: JOANNA SHAPIRO, MANAGING DIRECTOR<br>240 GREENWICH STREET<br>7TH FLOOR<br>NEW YORK, NY 10286 | Line 2.    3 | |
| THE BANK OF NEW YORK MELLON<br>C/O: HOGAN LOVELLS US LLP<br>ATTN: ROBERT A. RIPIN<br>390 MADISON AVENUE<br>NEW YORK, NY 10017 | Line 2.    2 | |
| THE BANK OF NEW YORK MELLON<br>C/O: HOGAN LOVELLS US LLP<br>ATTN: ROBERT A. RIPIN<br>390 MADISON AVENUE<br>NEW YORK, NY 10017 | Line 2.    3 | |
| WHITE & CASE LLP<br>C/O CITADEL ADVISORS LLC<br>ATTN S GREISSMAN; A ZATZ; E FELD<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-1095 | Line 2.    1 | |
| WHITE & CASE LLP<br>C/O CITADEL ADVISORS<br>ATTN JASON N ZAKIA<br>111 S WACKER DR, STE 5100<br>CHICAGO, IL 60606 | Line 2.    1 | |
| | Line 2. | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Yellow Logistics, Inc. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 23-11083 (CTG) |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed  **Basis for the claim:** | $ _____ | $ _____ |
| **Date or dates debt was incurred** **Last 4 digits of account number** **SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| **2.2** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed  **Basis for the claim:** | $ _____ | $ _____ |
| **Date or dates debt was incurred** **Last 4 digits of account number** **SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| **2.3** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed  **Basis for the claim:** | $ _____ | $ _____ |
| **Date or dates debt was incurred** **Last 4 digits of account number** **SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **Is the claim subject to offset?** ☐ No ☐ Yes | | |

| Debtor | Yellow Logistics, Inc. | Case number (if known) 23-11083 (CTG) |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>015 LOGISTICS INC<br>OR TRU FUNDING LLC<br>PO BOX 151013<br>OGDEN, UT 84415 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable | $ 850.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>1 RELIABLE TRANSPORTATION INC<br>OR TRIUMPH BUSINESS CAPITAL<br>PO BOX 610028<br>DALLAS, TX 75261 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable | $ 500.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>1 XTREME PURPOSE LOGISTICS<br>OR OTR SOLUTIONS<br>PO BOX 1175760<br>ATLANTA, GA 30368-7576 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable | $ 2,050.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>101 US SUPPLY TRANSPORTATION LLC<br>4228 SIBLEY AVE<br>COLUMBUS, OH 43227 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable | $ 500.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>123 MOVING SOLUTIONS INC<br>2149 VISCOUNT ROW<br>ORLANDO, FL 32809 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable | $ 131.10 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>1ST PLATINUM FREIGHT INC<br>OR COMPASS FUNDING SOLUTIONS<br>PO BOX 205154<br>DALLAS, TX 75320-5154 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable | $ 4,100.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** | **Nonpriority creditor's name and mailing address**

2 BROTHERS TRANSPORTATION LLC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**

203K LOGISTICS LLC
OR INSIGHT TECHNOLOGY INC
PO BOX 200399
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**

2078081 ALBERTA LTD
54 MAINARD CRES
BRAMPTON, L6R 2V1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**

2449248 ONTARIO INC
OR REVOLUTION CAPITAL
27 ROYTEC ROAD - UNIT 11
WOODBRIDGE, L4L8E3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 13,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**

24X7 EXPEDITE
OR ECAPITAL FREIGHT FACTORING
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.12** | **Nonpriority creditor's name and mailing address**

288 TRUCKING LLC
OR CENTURY FINANCE LLC
PO BOX 589
MEMPHIS, TN 38101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,550.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**

2GO TRANS LLC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**

360 ON THE DOT TRUCKING LLC
OR INTERNET TRUCKSTOP PAYMENTS LLC
PO BOX 7410411
CHICAGO, IL 60674-0411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**

3E TRUCKING LLC
4219 MALUS DRIVE
SAINT LOUIS, MO 63125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**

3K LOGISTICS LLC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.17** | **Nonpriority creditor's name and mailing address**

3PARKS TRANSPORT
OR GENERAL BUSINESS CREDIT
110 E. 9THST, SUITE C-900
LOS ANGELES, CA 90079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 8,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**

4 GIRLS AND A TRUCK LLC
OR ENGAGED FINANCIAL LLC
PO BOX 775553
CHICAGO, IL 60677-5553

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

4 SEASONS TRANSPORT LLC
OR GAP FACTORING INC
PO BOX 150105
OGDEN, UT 84415-0105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,255.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**

4 TRANSPORTATION SERVICES, INC.
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 950.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**

441 EXPRESS LLC
380 GOWAN ROAD
LEXINGTON, TN 38351

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 625.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 575.00 |
|---|---|---|---|

448 COURIERS LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 950.00 |
|---|---|---|---|

4WAY MOTORS LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 900.00 |
|---|---|---|---|

5 STAR LOGISTICS LLC
OR OTR CAPITAL LLC
DEPT# 390 P.O. BOX 1000
MEMPHIS, TN 38148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,150.00 |
|---|---|---|---|

502VILLE TRUCKING LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 550.00 |
|---|---|---|---|

5B INTERNATIONAL SERVICE INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.27** | **Nonpriority creditor's name and mailing address**

5N LOGISTICS LLC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    800.00

---

**3.28** | **Nonpriority creditor's name and mailing address**

5R PRODUCTS INC
15080 HILTON DR
FONTANA, CA 92336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                Undetermined

---

**3.29** | **Nonpriority creditor's name and mailing address**

5TH WHEEL LOGISTICS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  2,600.00

---

**3.30** | **Nonpriority creditor's name and mailing address**

7 BROTHERS TRUCK LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  1,925.00

---

**3.31** | **Nonpriority creditor's name and mailing address**

7 DAYS MOTOR LINES, LLC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    600.00

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 525.00

7 STAR LOGISTICS

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 7,500.00

8745200 CANADA CORPORATION
PO BOX 68514 GREAT LAKES DR
BRAMPTON, ON L6R 2K7
CANADA

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 600.00

88MIKELLC
156 W. MICHIGAN AVE UNIT # 269
JACKSON, MI 49201

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 3,300.00

956 LOGISTICS LLC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 2,000.00

9KSTRG TRUCKING LLC
OR OPERATION FINANCE INC
PO BOX 227352
DALLAS, TX 75222-7352

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.37** | **Nonpriority creditor's name and mailing address**

A & A MIDWEST REBUILDERS SUPPLIERS INC
2580 N. COMMERCE ST.
NORTH LAS VEGAS, NV 89030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address**

A & G DISTRIBUTING
775 E 15TH ST STE B
COOKEVILLE, TN 38501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address**

A & K TRANSPORT LLC
2414 CEDARMILL DR
FRANKLIN, IN 46131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address**

A & K TRANSPORTATION INC
OR CD CONSORTIUM CORP.
8930 WAUKEGAN RD, STE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address**

A & L TRANSIT INC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.42 | **Nonpriority creditor's name and mailing address**<br><br>A & M GROUP ENTERPRISES, INC.<br>OR FIRST LINE FUNDING GROUP<br>PO BOX 328<br>MADISON, SD 57042 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $                2,600.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address**<br><br>A & M VENDING<br>323 W INTERSTATE RD<br>ADDISON, IL 60101 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Customer Claim | $                Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☒ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address**<br><br>A & N TRANSPORT INC<br>2069 MASTERPIECE CT<br>MANTECA, CA 95336 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $                2,050.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address**<br><br>A & R MOTOR EXPRESS, INC<br>OR RTS FINANCIAL SERVICE INC<br>PO BOX 840267<br>DALLAS, TX 75284-0267 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $                1,100.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address**<br><br>A & S EXPRESS LLC<br>1313 W 16TH ST<br>SEDALIA, MO 65301 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $                1,000.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.47** | **Nonpriority creditor's name and mailing address**

A & T TRANSPORTATION LLC
OR CROSSROAD SERVICES LLC
PO BOX 653076
DALLAS, TX 75265-3076

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,650.00

---

**3.48** | **Nonpriority creditor's name and mailing address**

A G N TRANSPORT LLC
OR TBS FACTORING SERVICE LLC
PO BOX 248920
OKLAHOMA CITY, OK 73124-8920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,700.00

---

**3.49** | **Nonpriority creditor's name and mailing address**

A JUAREZ TRANSPORTATION LLC
OR PARIKH FINANCIAL
2802 TRAILRIDGE COURT
MISSOURI CITY, TX 77459

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,200.00

---

**3.50** | **Nonpriority creditor's name and mailing address**

A LIGHTNING TRUCKING LLC
OR COREFUND CAPITAL LLC
PO BOX 223766
DALLAS, TX 75222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,800.00

---

**3.51** | **Nonpriority creditor's name and mailing address**

A M G TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,200.00

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

### 3.52

**Nonpriority creditor's name and mailing address**

A Y TRUCKING LLC
OR ECAPITAL FREIGHT FACTORING CORP., PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 400.00

### 3.53

**Nonpriority creditor's name and mailing address**

A&D CARRIER INC
OR ECAPITAL FREIGHT FACTORING (EAST) CORP
PO BOX 100920
ATLANTA, GA 30384-0920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,800.00

### 3.54

**Nonpriority creditor's name and mailing address**

A&G FREIGHT SERVICE LLC
2209 SAN SIMEON DR
MESQUITE, TX 75181

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500.00

### 3.55

**Nonpriority creditor's name and mailing address**

A&M TRUCKING LLC
OR TAB BANK
PO BOX 150830
OGDEN, UT 84415-0830

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,300.00

### 3.56

**Nonpriority creditor's name and mailing address**

A&T TRUCKING LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.00

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.57** | **Nonpriority creditor's name and mailing address**

A. & D. TRANSPORTATION, INC.
PO BOX 246
DRIFTING, PA 16834

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address**

A. C. CARTAGE, INC.
1702 EASTLINE RD
SEARCY, AR 72143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    1,250.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address**

A.I.M. LOGISTICS
11214 BLUE SEDGE DR
ROANOKE, IN 46783

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    3,955.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address**

A.S.L. GLOBAL LOGISTICS
11 BLAIR DRIVE
BRAMPTON, ON L6T2H4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address**

A1 FREEMAN NORTH AMERICAN INC
11517 N BROADWAY EXT
OKLAHOMA CITY, OK 73114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    200.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.62** | **Nonpriority creditor's name and mailing address**

A2B TRUCKING LLC
OR CAPITAL DEPOT, 8930 N. WAUKEGAN ROAD, SUITE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 750.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address**

AA EXPRESS INC
AA EXPRESS & LOGISTICS LLC
433 THATCHER AVENUE
SAINT LOUIS, MO 63147

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 950.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address**

AAA FREIGHT INC
AAA FREIGHT INC
PO BOX 14470
ST LOUIS, MO 63178-4470

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address**

AAA SOLUTIONS GROUP
751 KETTERING RD COLUMBUS
COLUMBUS, OH 43202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,750.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address**

AAA STARS LOGISTICS LLC
OR RTS FINANCIAL SERVICE, INC, PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,185.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,500.00 |
|---|---|---|---|

AAM NETWORK INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,950.00 |
|---|---|---|---|

AARYN LOGISTICS LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 400.00 |
|---|---|---|---|

ABAS BROTHERS LLC
OR TREADSTONE US CAPITAL LLC
PO BOX 631627
CINCINNATI, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,100.00 |
|---|---|---|---|

ABC TOWING & TRANSPORT
OR THUNDER FUNDING
DEPT #3003 P. O. BOX 1000
MEMPHIS, TN 38148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 26,380.00 |
|---|---|---|---|

ABI TRUCKING INC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.72** **Nonpriority creditor's name and mailing address**

ABK LOGISTICS LLC
OR TBS FACTORING SERVICE
PO BOX 248920
OKLAHOMA CITY, OK 73124-8920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,800.00

---

**3.73** **Nonpriority creditor's name and mailing address**

ABO LOGISTICS INC
OR ECAPITAL FREIGHT FACTORING CORP.
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               12,235.00

---

**3.74** **Nonpriority creditor's name and mailing address**

ABTK TRANSPORTS LLC
OR INTERNET TRUCKSTOP PAYMENTS LLC
PO BOX 7410411
CHICAGO, IL 60674-0411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  400.00

---

**3.75** **Nonpriority creditor's name and mailing address**

ABX
7183 CARLS HILL RD
ZIONSVILLE, PA 18092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  800.00

---

**3.76** **Nonpriority creditor's name and mailing address**

AC TRANSIT INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                3,125.00

---

| Debtor | Yellow Logistics, Inc. | | Case number *(if known)* | 23-11083 (CTG) |
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,600.00 |
| --- | --- | --- | --- |

AC TRANSPORT SERVICES, INC
PO BOX 4032
RANCHO CUCAMONGA, CA 91729

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,800.00 |
| --- | --- | --- | --- |

AC TRUCKING LLC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 536.16 |
| --- | --- | --- | --- |

ACCENT MOVING & STORAGE INC
400 N POPLAR AVE
BROKEN ARROW, OK 74012-2335

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,230.00 |
| --- | --- | --- | --- |

ACCURATE TRANSPORTATION, INC.
ACCURATE TRANSPORTATION, INC.
2150 CLOVERLEAF ST EAST
COLUMBUS, OH 43232

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,224.00 |
| --- | --- | --- | --- |

ACE TRANSPORTATION INC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.82** | **Nonpriority creditor's name and mailing address**

ACOSTA TRANS LLC
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address**

ACTIVE MOVING, INC.
2365 EAST 13 STREET SUITE 4N
BROOKLYN, NY 11229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,350.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address**

AD CARGO INC
OR OPENROAD FINANCIAL SERVICES, INC.
PO BOX 484
DALLAS, OR 97338

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,550.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address**

ADAL LOGISTICS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address**

ADAL TRANSPORT LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,129.40 |
|---|---|---|---|

ADAM TRANSPORTATION LLC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,400.00 |
|---|---|---|---|

ADAMS TRANSIT, INC.
P O BOX 338
FRIESLAND, WI 53935

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,250.00 |
|---|---|---|---|

ADELSA TRUCKING LLC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,550.00 |
|---|---|---|---|

ADI FREIGHT LINES
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,600.00 |
|---|---|---|---|

ADIL TRUCKING LLC
OR CARRIERNET GROUP FINANCIAL
PO BOX 1130
SIOUX FALLS, SD 57101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
| --- | --- | --- | --- |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 950.00 |
| --- | --- | --- | --- |

ADVANCE EXPRESS LLC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 124.00 |
| --- | --- | --- | --- |

ADVANCE RELOCATION SYSTEMS
11500 CROSSROADS CIRCLE SUITE
BALTIMORE, MD 21220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,700.00 |
| --- | --- | --- | --- |

ADVANCE TRANSPORTATION SYSTEMS INC
OR AMERISOURCE FUNDING INC
PO BOX 4738
HOUSTON, TX 77210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
| --- | --- | --- | --- |

ADVANCED EV USA GOLF CARS LLC
1406 SOUTHGATE DR.
ROSENBERG, TX 77471

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
| --- | --- | --- | --- |

AEROCLEAN
10455 RIVERSIDE DR STE 100
PALM BEACH GARDENS, FL 33410

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|--------|------------------------|------------------------|----------------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.97** **Nonpriority creditor's name and mailing address**

AFLAH TRUCKING LLC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,600.00

---

**3.98** **Nonpriority creditor's name and mailing address**

AFS
OR ASSIST FINANCIAL SERVICES INC
PO BOX 347
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 800.00

---

**3.99** **Nonpriority creditor's name and mailing address**

AFS LOGISTICS
PO BOX 18170
SHREVEPORT, LA 71138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.100** **Nonpriority creditor's name and mailing address**

AFT TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500.00

---

**3.101** **Nonpriority creditor's name and mailing address**

AG EXPEDITED INC
OR CREDENCE GROUP INC
95 W 61ST ST
WESTMONT, IL 60559-2615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 875.00

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

---

### Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102**

**Nonpriority creditor's name and mailing address**

AG TRANSPORTATION LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 550.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103**

**Nonpriority creditor's name and mailing address**

AGEMETTA TRUCKING LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104**

**Nonpriority creditor's name and mailing address**

AGK LOGISTICS INC
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,360.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105**

**Nonpriority creditor's name and mailing address**

AGP TRANSPORT INC
OR LOVES SOLUTIONS LLC
PO BOX 96-0479
OKLAHOMA CITY, OK 73196-0479

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 450.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106**

**Nonpriority creditor's name and mailing address**

AGRA ENTERPRISE LLC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 4,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.107** **Nonpriority creditor's name and mailing address**

AGX FREIGHT CARRIERS, LLC
P. O. BOX 72280
CLEVELAND, OH 44192

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,328.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108** **Nonpriority creditor's name and mailing address**

AH LOGISTICS
5437 W TERRACE AVE
FRESNO, CA 93722-8652

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109** **Nonpriority creditor's name and mailing address**

AH PRIME TRANSPORT LLC
OR FARWEST CAPITAL
PO BOX 961209
EL PASO, TX 79996

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110** **Nonpriority creditor's name and mailing address**

AHTNA LOGISTICS LLC
1420 STONERIDGE DR
STE A, MIDDLETOWN, PA 17057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.111** **Nonpriority creditor's name and mailing address**

AIDIAH TRUCKING LLC
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 750.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.112** **Nonpriority creditor's name and mailing address**

AIR LIFT COMPANY
2727 SNOW RD
LANSING, MI 48917

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$  Undetermined

---

**3.113** **Nonpriority creditor's name and mailing address**

AIR ROAD CARRIER LTD
6330 131A ST
SURREY, BC V3X1N9
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  1,200.00

---

**3.114** **Nonpriority creditor's name and mailing address**

AIRPORT LOGISTICS SERVICES GROUP, INC.
5600 NORTH RIVER ROAD SUITE 65
ROSEMONT, IL 60018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  1,100.00

---

**3.115** **Nonpriority creditor's name and mailing address**

AIRTEX
259 LOWER MORRISVILLE RD.
FALLSINGTON, PA 19054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$  Undetermined

---

**3.116** **Nonpriority creditor's name and mailing address**

AISA TRANSPORTATION LLC
1057 W 8TH ST
CORONA, CA 92882

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  1,600.00

---

| Debtor | Yellow Logistics, Inc. | | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.117** **Nonpriority creditor's name and mailing address**

AJ TRANSPORTATION LLC
OR INTERNET TRUCKSTOP PAYMENTS LLC
PO BOX 7410411
CHICAGO, IL 60674-0411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19,800.00

---

**3.118** **Nonpriority creditor's name and mailing address**

AK EXPRESS TRANSPORT LLC
OR ITHRIVE FUNDING
PO BOX 25357
SALT LAKE CITY, UT 84125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 850.00

---

**3.119** **Nonpriority creditor's name and mailing address**

AKA CARGO INC
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,150.00

---

**3.120** **Nonpriority creditor's name and mailing address**

AKAAL CARRIER INC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 525.00

---

**3.121** **Nonpriority creditor's name and mailing address**

AKKA EXPRESS INC
7465 WATT AVE
ROSEVILLE, CA 95661

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,600.00

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** | **Nonpriority creditor's name and mailing address**

AKS TRANS INC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    1,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address**

ALABAMA MOTOR EXPRESS, INC.
PO BOX 487
ASHFORD, AL 36312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    2,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address**

ALADDIN'S LOGISTICS LLC
OR TBS FACTORING SERVICE
PO BOX 248920
OKLAHOMA CITY, OK 73124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address**

ALAMOTAPE
310 MAIN AVE WAY SE
HICKORY, NC 28602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address**

ALANIS TRUCKING COMPANY LLC
74 FRESNO CIRCLE
RIO GRANDE CITY, TX 78582

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.127** | **Nonpriority creditor's name and mailing address**

ALBANIA TRUCKING INC
OR CAPITAL DEPOT
8930 N. WAUKEGAN ROAD, SUITE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 150.00

---

**3.128** | **Nonpriority creditor's name and mailing address**

ALBAZI TRUCKING INC
OR CARRIERNET GROUP FINANCIAL
PO BOX 1130
SIOUX FALLS, SD 57101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,500.00

---

**3.129** | **Nonpriority creditor's name and mailing address**

ALCIME LOGISTICS LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,350.00

---

**3.130** | **Nonpriority creditor's name and mailing address**

ALE LOGISTICS INCORPORATED
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,200.00

---

**3.131** | **Nonpriority creditor's name and mailing address**

ALESSI LLC
OR TRANSAM FINANCIAL SERVICES, INC.
PO BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,400.00

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,000.00 |
|---|---|---|---|

ALEX TRUCKING LLC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          **Is the claim subject to offset?**
                                             ☒ No
**Last 4 digits of account number**          ☐ Yes

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 450.00 |
|---|---|---|---|

ALEXANDER LOGISTICS LLC (MC1442456)
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          **Is the claim subject to offset?**
                                             ☒ No
**Last 4 digits of account number**          ☐ Yes

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,000.00 |
|---|---|---|---|

ALEXANDER, WINSTON & ASSOCIATES INC
6515 GOODMAN RD SUITE 4
OLIVE BRANCH, MS 38654

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          **Is the claim subject to offset?**
                                             ☒ No
**Last 4 digits of account number**          ☐ Yes

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 500.00 |
|---|---|---|---|

ALKS INC
9112 CONCORD DR
ORLAND PARK, IL 60462-2108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          **Is the claim subject to offset?**
                                             ☒ No
**Last 4 digits of account number**          ☐ Yes

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 19,000.00 |
|---|---|---|---|

ALL AMERICAN STAR COMPANY
OR ENGLAND CARRIER SERVICES, LLC
PO BOX 953086
ST LOUIS, MO 63195-3086

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**          **Is the claim subject to offset?**
                                             ☒ No
**Last 4 digits of account number**          ☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137** | **Nonpriority creditor's name and mailing address**

ALL CARE DELIVERY INC
4157 JAMI LN
SNELLVILLE, GA 30039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,223.90

---

**3.138** | **Nonpriority creditor's name and mailing address**

ALL IN 1 LOGISTICS LLC
OR TBS FACTORING SERVICE
PO BOX 248920
OKLAHOMA CITY, OK 73124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                710.00

---

**3.139** | **Nonpriority creditor's name and mailing address**

ALL IN TRANSPORT LLC (MC1243085)
OR TBS FACTORING SERVICE LLC
PO BOX 248920
OKLAHOMA CITY, OK 73124-8920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                450.00

---

**3.140** | **Nonpriority creditor's name and mailing address**

ALL SEASON TRANSPORT LLC
PO BOX 5174
KENT, WA 98064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,015.00

---

**3.141** | **Nonpriority creditor's name and mailing address**

ALL STATE TRUCKING TRANSPORTATION INC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,500.00

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.142** | **Nonpriority creditor's name and mailing address**

ALL STATES TRANSPORT LLC
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101-4565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,000.00

---

**3.143** | **Nonpriority creditor's name and mailing address**

ALL TRANSPORTATION SERVICES LLC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,500.00

---

**3.144** | **Nonpriority creditor's name and mailing address**

ALL V TRANSPORT, LLC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,750.00

---

**3.145** | **Nonpriority creditor's name and mailing address**

ALL YEAR ROUND GROUNDSMAN LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  750.00

---

**3.146** | **Nonpriority creditor's name and mailing address**

ALLBOUND
3540 SEVEN BRIDGES DR - STE 150
WOODRIDGE, IL 60517

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,000.00

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.147** **Nonpriority creditor's name and mailing address**

ALLEN TRANSPORTATION INC
OR CJM FINANCIAL INC
PO BOX 727
ANKENY, IA 50021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 35,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148** **Nonpriority creditor's name and mailing address**

ALLIANCE CFS LLC
OR HMD TRUCKING, INC.
10031 VIRGINIA AVE
CHICAGO RIDGE, IL 60415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149** **Nonpriority creditor's name and mailing address**

ALLIANCE TRUCKING INC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.150** **Nonpriority creditor's name and mailing address**

ALLSTATE FREIGHT SYSTEMS INC.
OR BARON FINANCE CALIFORNIA INC DBA REVOLUTION CAPITAL
PO BOX 741791
LOS ANGELES, CA 90074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151** **Nonpriority creditor's name and mailing address**

ALMO ELECTRONICS
2709 COMMERCE WAY
PHILADELPHIA, PA 19154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.152** Nonpriority creditor's name and mailing address

ALONZO TRUCKING LLC
OR TAFS, INC, P.O. BOX 872632
KANSAS CITY, MO 64187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,000.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.153** Nonpriority creditor's name and mailing address

ALONZO TRUCKING LLC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,275.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.154** Nonpriority creditor's name and mailing address

ALPHA EXPRESS LLC
OR APEX CAPITAL CORP, PO BOX 961029
FT WORTH, TX 76161

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,500.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.155** Nonpriority creditor's name and mailing address

ALPHA EXPRESS LLC (BOILING SPRINGS SC)
OR ORANGE COMMERCIAL CREDIT
PO BOX 11099
OLYMPIA, WA 98508-1099

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 6,900.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.156** Nonpriority creditor's name and mailing address

ALPHA KING TRUCKING LLC
450 RIDGE AVE
GREENDALE, IN 47025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 450.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.157**

**Nonpriority creditor's name and mailing address**

ALPHA LINES LLC
OR INTEGRATED LOGISTICS & ASSOCIATES
PO BOX 25189
FARMINGTON, NY 14425

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,100.00

---

**3.158**

**Nonpriority creditor's name and mailing address**

ALPHA LION TRUCKING LLC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,900.00

---

**3.159**

**Nonpriority creditor's name and mailing address**

ALPHA TRANS LTD
38 MARIA ANTONIA ROAD
WOODBRIDGE, ON L4H 2S4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500.00

---

**3.160**

**Nonpriority creditor's name and mailing address**

ALPHA TRANSPORT INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,400.00

---

**3.161**

**Nonpriority creditor's name and mailing address**

ALSOP TRUCKING INC
8629 JEFFERSON DAVIS HIGHWAY
FREDERICKSBURG, VA 22407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.162** | **Nonpriority creditor's name and mailing address**

ALTAIR LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,350.00

---

**3.163** | **Nonpriority creditor's name and mailing address**

ALTL, INC.
PO BOX 100, 3000 CORPORATE GROVE DRIVE
HUDSONVILLE, MI 49426

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,150.00

---

**3.164** | **Nonpriority creditor's name and mailing address**

ALTPRO LC
ALTPRO LC
6119A GREENVILLE AVE# 305
DALLAS, TX 75206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,750.00

---

**3.165** | **Nonpriority creditor's name and mailing address**

ALWAYS THERE EXPRESS CORPORATION
OR APEX CAPITAL CORPORATION
PO BOX 961029
FORT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,100.00

---

**3.166** | **Nonpriority creditor's name and mailing address**

ALYNEVYCH INC
OR TRU FUNDING LLC
PO BOX 151013
OGDEN, UT 84415-1013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,100.00

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167** **Nonpriority creditor's name and mailing address**

AM TRANSPORT
OR INSIGHT TECHNOLOGY INC
PO BOX 200399
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.168** **Nonpriority creditor's name and mailing address**

AMA LOGISTICS INC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169** **Nonpriority creditor's name and mailing address**

AMA TRANSPORT LLC
OR GULF COAST BANK AND TRUST
PO BOX 732951
DALLAS, TX 75373

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.170** **Nonpriority creditor's name and mailing address**

AMAHTRUCKING LLC
OR ALADDIN FINANCIAL, INC
PO BOX 1394
SIOUX FALLS, SD 57101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171** **Nonpriority creditor's name and mailing address**

AMAL TRANSPORT LLC
OR ALADDIN FINANCIAL, INC
PO BOX 1394
SIOUX FALLS, SD 57101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,350.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Yellow Logistics, Inc.                                                                      Case number (if known)   23-11083 (CTG)
         Name

---

### Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.172** **Nonpriority creditor's name and mailing address**

AMAN LOGISTICS LLC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161-1029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    4,500.00

---

**3.173** **Nonpriority creditor's name and mailing address**

AMAN TRANS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      600.00

---

**3.174** **Nonpriority creditor's name and mailing address**

AMARJOT INC
22 JOHN ST
MALDEN, MA 02148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,125.00

---

**3.175** **Nonpriority creditor's name and mailing address**

AMAROK LOGISTICS LLC
6860 SCOTT ST
HOLLYWOOD, FL 33024-3816

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    3,100.00

---

**3.176** **Nonpriority creditor's name and mailing address**

AMASON INC
OR TRU FUNDING LLC
PO BOX 151013
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,950.00

---

| Debtor | Yellow Logistics, Inc. | | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177** **Nonpriority creditor's name and mailing address**

AMBER LINE TRUCKING INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,450.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.178** **Nonpriority creditor's name and mailing address**

AMCAN FREIGHT EXPRESS LLC
AMCAN FREIGHT EXPRESS LLC
PO BOX 643
ROSEMONT, IL 60018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 450.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179** **Nonpriority creditor's name and mailing address**

AMEN TRUCKING LLC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 650.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180** **Nonpriority creditor's name and mailing address**

AMEREX CORPORATION
7595 GADSDEN HWY
TRUSSVILLE, AL 35173

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.181** **Nonpriority creditor's name and mailing address**

AMEREX CORPORATION
7595 GADSDEN HWY
TRUSSVILLE, AL 35173

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182** **Nonpriority creditor's name and mailing address**

AMERI FREIGHT WAY
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.183** **Nonpriority creditor's name and mailing address**

AMERICAN 1 LOGISTICS INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.184** **Nonpriority creditor's name and mailing address**

AMERICAN BILTRITE CANADA LTD
635 PEPIN RUE
SHERBROOKE, QC J1L2P8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.185** **Nonpriority creditor's name and mailing address**

AMERICAN CARGO ENTERPRISE LLC
18 HYATT AVE BLDG 3
NEWARK, NJ 07105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 37,483.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.186** **Nonpriority creditor's name and mailing address**

AMERICAN DREAM TRUCK LINES INC
27274 W MOCKINGBIRD DR
FLAT ROCK, MI 48134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,895.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.187** **Nonpriority creditor's name and mailing address**

AMERICAN EXPRESS CARGO INC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.188** **Nonpriority creditor's name and mailing address**

AMERICAN EXPRESS FREIGHT INC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.189** **Nonpriority creditor's name and mailing address**

AMERICAN FREIGHT EXPRESS INC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.190** **Nonpriority creditor's name and mailing address**

AMERICAN GLOBAL EXPRESS, LLC
OR ECAPITAL FREIGHT FACTORING CORP
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 8,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.191** **Nonpriority creditor's name and mailing address**

AMERICAN LANES TRANSPORT LLC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,950.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Yellow Logistics, Inc. _____   Case number (if known) ___ 23-11083 (CTG)
         Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.192 | **Nonpriority creditor's name and mailing address** | | |
| --- | --- | --- | --- |

**3.192** Nonpriority creditor's name and mailing address

AMERICAN LAUNDRY PRODUCTS
300 NORTHLAND BLVD
AIKEN, SC 29801

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.193** Nonpriority creditor's name and mailing address

AMERICAN LIGHT METALS DBA EMPIRE DIE CASTING CO.
635 HIGHLAND RD E
MACEDONIA, OH 44056

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.194** Nonpriority creditor's name and mailing address

AMERICAN PAPER
14700 E 11 MILE RD
WARREN, MI 48089

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.195** Nonpriority creditor's name and mailing address

AMERICAN SUCCESSFUL TRUCKING LLC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    950.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.196** Nonpriority creditor's name and mailing address

AMERICAN TIGERS LOGISTICS LLC
OR BOBTAIL CAPITAL LLC
PO BOX 7410633
CHICAGO, IL 60674

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    3,250.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Yellow Logistics, Inc.
Name

Case number (if known)    23-11083 (CTG)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,900.00 |
|---|---|---|---|

AMERICAN TRANSPORT SOLUTIONS, INC.
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 69,300.00 |
|---|---|---|---|

AMERICAN TRANSPORT, INC.
AMERICAN TRANSPORT, INC.
PO BOX 644831 - DEPT ATI
PITTSBURGH, PA 15264-4831

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,452.87 |
|---|---|---|---|

AMERIGAS
460 N GULPH RD.
KING OF PRUSSIA, PA 19406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,875.00 |
|---|---|---|---|

AMG EXPRESS TRUCKING LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,600.00 |
|---|---|---|---|

AMK TRANSPORT LLC
OR TETRA CAPITAL, LLC
PO BOX 25297
SALT LAKE CITY, UT 84125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | | Amount of claim |
| --- | --- | --- |

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 600.00 |
| --- | --- | --- | --- |

AMO TRUCKING LLC
OR OTR CAPITAL LLC, PO BOX 1175760
ATLANTA, GA 30368-7576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,450.00 |
| --- | --- | --- | --- |

AMPO TRANSPORT LLC
OR ECAPITAL FREIGHT FACTORING CORP
PO BOX 206773
DALLAS, TX 75320-6773

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,650.00 |
| --- | --- | --- | --- |

AMPRO EXPRESS
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 775.00 |
| --- | --- | --- | --- |

AMS TRANSPORT
OR EXPRESS FREIGHT FINANCE
PO BOX 6188
CAROL STREAM, IL 60197-6188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,800.00 |
| --- | --- | --- | --- |

AMZ TRANS INC
8930 WAUKEGAN RD, STE 230
MORTON GROVE, IL 60053

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |

**3.207** | **Nonpriority creditor's name and mailing address**

AN ENTERPRISE INC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                7,100.00

---

**3.208** | **Nonpriority creditor's name and mailing address**

ANAX HOLDINGS
401 WILSHIRE BLVD FL 12
SANTA MONICA, CA 90401-1456

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                Undetermined

---

**3.209** | **Nonpriority creditor's name and mailing address**

ANDY O EXPRESS INC
OR ASSIST FINANCIAL SERVICES INC
PO BOX 347
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,490.00

---

**3.210** | **Nonpriority creditor's name and mailing address**

ANET TRANSPORT LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,300.00

---

**3.211** | **Nonpriority creditor's name and mailing address**

ANGEL'S TRANSPORTATION LLC
OR LOVES SOLUTIONS LLC, PO BOX 96-0479
OKLAHOMA CITY, OK 73196-0479

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                4,700.00

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.212** **Nonpriority creditor's name and mailing address**

ANM TRANSPORT INC
OR J D FACTORS
PO BOX 3428
PALOS VERDES, CA 90274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,750.00

---

**3.213** **Nonpriority creditor's name and mailing address**

ANMAR TRUCKING INC
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,100.00

---

**3.214** **Nonpriority creditor's name and mailing address**

ANZU TRUCKING LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.00

---

**3.215** **Nonpriority creditor's name and mailing address**

AP LOGISTICS LLC (MC1362863)
OR CFS INC DBA COMFREIGHT HAULPAY
PO BOX 200400
DALLAS, TX 75320-0400

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.00

---

**3.216** **Nonpriority creditor's name and mailing address**

APACHE SERVICE INC
333 N AZUSA AVE
AZUSA, CA 91702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 150.00

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

API
12682 CARDINAL MEADOW DR WHSE 1-4
SUGAR LAND, TX 77478

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 800.00 |
|---|---|---|---|

APOLLO EXPRESS, INC.
170 CORPORATE WOODS COURT
BRIDGETON, MO 63044

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

APPALACHES NATURE
1200 9E RUE S
THEFORD MINES, QC G6G0G9
CANADA

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

APPLE FASTENERS
PO BOX 1039
HILDEBRAN, NC 28637

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 400.00 |
|---|---|---|---|

APS TRANS INC (WIXOM MI)
408 WRIGHT ST
WIXOM, MI 48393

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.222** | **Nonpriority creditor's name and mailing address**

APT TRANSPORT INC
32 MADISON AVENUE
FRANKLIN SQUARE, NY 11010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 4,445.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address**

AQUA SCIENCE
301 NOOSENECK RD
WYOMING, RI 02898

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address**

AR TRANSIT LLC
OR NFUSION CAPITAL, LLC
PO BOX 151072
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address**

ARAB CARTAGE & EXPRESS CO., INC.
1101 NATHAN RD SW
ARAB, AL 35016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address**

ARAGOSO
200 HOMER AVE STE 190
ASHLAND, MA 01721

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.227** **Nonpriority creditor's name and mailing address**

ARAMARK
2900 S 20TH ST
PHILADELPHIA, PA 19145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.228** **Nonpriority creditor's name and mailing address**

ARAMARK
PO BOX 650977
DALLAS, TX 75265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,117.17

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.229** **Nonpriority creditor's name and mailing address**

ARAS LOGISTICS INC
OR J D FACTORS, LLC
PO BOX 687
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,855.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.230** **Nonpriority creditor's name and mailing address**

ARAX LOGISTICS INC
OR CROSSROAD SERVICES LLC
PO BOX 7410440
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.231** **Nonpriority creditor's name and mailing address**

ARCH TRANSPORT LLC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,230.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,600.00 |
| --- | --- | --- | --- |

ARIAS TRUCKING
OR FLASH FUNDING LLC
PO BOX 224507
DALLAS, TX 75222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,600.00 |
| --- | --- | --- | --- |

ARIES LOGISTICS INC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,225.00 |
| --- | --- | --- | --- |

ARKO TRANS LLC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,381.34 |
| --- | --- | --- | --- |

ARL (MC152672)
VETERAN CARRIERS (DIV OF ARL)
PO BOX 809374
CHICAGO, IL 60680-9374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 350.00 |
| --- | --- | --- | --- |

ARM TRANSPORT LLC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.237**

**Nonpriority creditor's name and mailing address**
ARMAAN TRANSPORT LLC
12857 SE 225TH CT
KENT, WA 98031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.238**

**Nonpriority creditor's name and mailing address**
ARMADA TRANSPORT INC
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$               9,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.239**

**Nonpriority creditor's name and mailing address**
ARNOFF MOVING & STORAGE
10 STONEBREAK ROAD SUITE 1
MALTA, NY 12020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                110.19

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.240**

**Nonpriority creditor's name and mailing address**
ARNOTT TRUCKING LLC
OR OTR CAPITAL LLC
DEPT# 390 P.O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.241**

**Nonpriority creditor's name and mailing address**
ARO TRANS LLC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$               6,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.242** **Nonpriority creditor's name and mailing address**

ARROWHEAD TRANSPORT (MC1497250)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                2,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.243** **Nonpriority creditor's name and mailing address**

ARSH TRUCKING LLC
10 SUGGS LANE
HICKSVILLE, NY 11801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                1,550.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.244** **Nonpriority creditor's name and mailing address**

AS EXPRESS CORP
OR FINANCIAL CARRIER SERVICES
PO BOX 151052
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$              17,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.245** **Nonpriority creditor's name and mailing address**

ASA PRO TRANS INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                2,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.246** **Nonpriority creditor's name and mailing address**

ASANTE TRUCKING LLC
OR SAFINANCIAL GROUP INC
PO BOX 195
GRANGER, IN 46530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                  550.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.247** | **Nonpriority creditor's name and mailing address**

ASAP TRUCKING COMPANY
120 PEACH STATE CT, PO BOX 515
TYRONE, GA 30290

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 550.00

---

**3.248** | **Nonpriority creditor's name and mailing address**

ASAP XPRESS INC
OR SOURCE FUNDING INC
PO BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,550.00

---

**3.249** | **Nonpriority creditor's name and mailing address**

ASB TRANSPORTATION LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,750.00

---

**3.250** | **Nonpriority creditor's name and mailing address**

ASE TRANSPORTS LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 300.00

---

**3.251** | **Nonpriority creditor's name and mailing address**

ASH TRANSPORT LLC (MC1190893)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,000.00

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.252** **Nonpriority creditor's name and mailing address**

ASH TRANSPORT LOGISTICS LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.253** **Nonpriority creditor's name and mailing address**

ASHLEY FURNITURE INDUSTRIES INC
1 ASHLEY WAY
ARCADIA, WI 54612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.254** **Nonpriority creditor's name and mailing address**

ASK TRANSPORT LLC
8085 OWENS WAY
ARVADA, CO 80005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,350.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.255** **Nonpriority creditor's name and mailing address**

ASLAM TRANSPORT INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.256** **Nonpriority creditor's name and mailing address**

ASLAN EXPRESS INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 8,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.257** **Nonpriority creditor's name and mailing address**

ASNE TRUCKING LLC
OR INTEGRA FUNDING SOLUTIONS, LLC
6300 RIDGLEA PL, SUITE 1101
FORT WORTH, TX 76116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.258** **Nonpriority creditor's name and mailing address**

ASO LLC
300 SARASOTA CENTER BLVD
SARASOTA, FL 34240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.259** **Nonpriority creditor's name and mailing address**

ASR TRUCKING LLC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.260** **Nonpriority creditor's name and mailing address**

ASSOCIATED PACKAGING
5250 EAGLE TRAIL DR STE B
TAMPA, FL 33634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.261** **Nonpriority creditor's name and mailing address**

ASSURED DISPATCHING LLC
OR SEVENOAKS CAPITAL ASSOCIATES LLC
P O BOX 669130
HOUSTON, TX 75266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,650.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 150.00 |
|---|---|---|---|

AST

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 600.00 |
|---|---|---|---|

AT FAMILY TRUCKING LLC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 13,081.65 |
|---|---|---|---|

ATB FREIGHT EXPEDITORS
5505 BAHIA MAR CIRCLE
STONE MOUNTAIN, GA 30087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ATKORE
4205 ELIZABETH ST
WAYNE, MI 48184

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

| 3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 700.00 |
|---|---|---|---|

ATLANTIC CARGO INC
OR ORANGE COMMERCIAL CREDIT
PO BOX 11099
OLYMPIA, WA 98508-1099

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| | |
|---|---|
| **3.267** **Nonpriority creditor's name and mailing address** | $ 2,100.00 |
| ATOM LOGISTICS INC<br>OR J D FACTORS<br>PO BOX 3428<br>PALOS VERDES, CA 90274 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable |
| **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☒ No |
| **Last 4 digits of account number** | ☐ Yes |

| | |
|---|---|
| **3.268** **Nonpriority creditor's name and mailing address** | $ 1,900.00 |
| ATS CARRIER CORPORATION<br>OR ENGLAND CARRIER SERVICES<br>PO BOX 953086<br>ST LOUIS, MO 63195 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable |
| **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☒ No |
| **Last 4 digits of account number** | ☐ Yes |

| | |
|---|---|
| **3.269** **Nonpriority creditor's name and mailing address** | $ 1,000.00 |
| ATS FREEWAY<br>OR COMPASS FUNDING SOLUTIONS<br>PO BOX 205154<br>DALLAS, TX 75320 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable |
| **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☒ No |
| **Last 4 digits of account number** | ☐ Yes |

| | |
|---|---|
| **3.270** **Nonpriority creditor's name and mailing address** | $ 1,700.00 |
| ATTEBERRY ENTERPRISES, LLC<br>14058 HWY J<br>CONWAY, MO 65632 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable |
| **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☒ No |
| **Last 4 digits of account number** | ☐ Yes |

| | |
|---|---|
| **3.271** **Nonpriority creditor's name and mailing address** | $ 556.95 |
| AUCA WESTERN FIRST AID LBX<br>25259 NETWORK PLACE<br>CHICAGO, IL 60673 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable |
| **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☒ No |
| **Last 4 digits of account number** | ☐ Yes |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.272** | **Nonpriority creditor's name and mailing address**

AUGUSTA TRANSPORTATION
PO BOX 1867
AUGUSTA, GA 30903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.273** | **Nonpriority creditor's name and mailing address**

AUJLA TRANSPORTATION
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 625.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.274** | **Nonpriority creditor's name and mailing address**

AULAKH BROS TRANS INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,050.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.275** | **Nonpriority creditor's name and mailing address**

AUSCOR TRANSPORTATION SERVICES
PO BOX 625
BERNARDSVILLE, NJ 07924

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.276** | **Nonpriority creditor's name and mailing address**

AUSTIN KAYAK LLC
3106 LONGHORN BLVD
AUSTIN, TX 78758

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 9,278.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.277** **Nonpriority creditor's name and mailing address**

AUTHENTIC QUALITY TRANSPORT
26401 ELINORE AVE
EUCLID, OH 44132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.278** **Nonpriority creditor's name and mailing address**

AV PADILLA TRUCKING LLC
OR NU-KO CAPITAL LLC
PO BOX 150884
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 950.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.279** **Nonpriority creditor's name and mailing address**

AV-DG LOGISTICS
OR CFS, INC DBA COMFREIGHT HAULPAY
65 PINE AVE, STE 853
LONG BEACH, CA 90802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.280** **Nonpriority creditor's name and mailing address**

AVELINO VIP TRANSPORT LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.281** **Nonpriority creditor's name and mailing address**

AVONDALE SDA SCHOOL
1201 N ORCHARD KNOB AVE
CHATTANOOGA, TN 37406

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

Debtor    Yellow Logistics, Inc.                                    Case number (if known)    23-11083 (CTG)
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.282**   **Nonpriority creditor's name and mailing address**

AVP EXPRESS LLC
OR YANKTON FACTORING
PO BOX 217
YANKTON, SD 57078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                3,900.00

---

**3.283**   **Nonpriority creditor's name and mailing address**

AVP TRANSPORT

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,100.00

---

**3.284**   **Nonpriority creditor's name and mailing address**

AVR INC
14698 GALAXIE AVE
APPLE VALLEY, MN 55124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,500.00

---

**3.285**   **Nonpriority creditor's name and mailing address**

AX EXPRESS INC
OR CAPITAL DEPOT INC
8930 WAUKEGAN RD SUITE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,450.00

---

**3.286**   **Nonpriority creditor's name and mailing address**

AYG CARRIER LLC
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  600.00

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.287** **Nonpriority creditor's name and mailing address**

AYR TRUCKING & DELIVERY LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$ 200.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.288** **Nonpriority creditor's name and mailing address**

AZAD LOGISTICS LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$ 825.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.289** **Nonpriority creditor's name and mailing address**

AZR TRANSPORT LLC
11324 SIERRA GORDA DR
LAREDO, TX 78045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$ 1,450.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.290** **Nonpriority creditor's name and mailing address**

B & B TRANSPORT LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$ 700.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.291** **Nonpriority creditor's name and mailing address**

B & G ALONZO TRUCKING
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$ 2,070.00**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Yellow Logistics, Inc.

Name

Case number *(if known)*   23-11083 (CTG)

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,400.00 |
|---|---|---|---|

B & K TRUCKING LLC
287 JENNIFER LN NW
LILBURN, GA 30047

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 300.00 |
|---|---|---|---|

B & P TRANSPORT LLC
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,200.00 |
|---|---|---|---|

B & V TRUCKING LLC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 400.00 |
|---|---|---|---|

B EXPRESS LLC
OR TBS FACTORING SERVICE
PO BOX 248920
OKLAHOMA CITY, OK 73124-8920

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,500.00 |
|---|---|---|---|

B O I TRANSPORTATION INCORPORATED
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.297** | **Nonpriority creditor's name and mailing address**

B PLUS
201 W WILLIAM WHITE WAY
SHELTON, WA 98584

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$          Undetermined

---

**3.298** | **Nonpriority creditor's name and mailing address**

B&B TRANSPORT INC
4263 E NORTH AVE
FRESNO, CA 93725

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$          3,400.00

---

**3.299** | **Nonpriority creditor's name and mailing address**

B&B TRUCKING
4039 COLUMBIA AVE
COLUMBIA, PA 17512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$          2,100.00

---

**3.300** | **Nonpriority creditor's name and mailing address**

B&G ENTERPRISES II, LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$          2,500.00

---

**3.301** | **Nonpriority creditor's name and mailing address**

B&M EXPRESS LLC
OR CAPITAL DEPOT
8930 N. WAUKEGAN ROAD, SUITE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$          3,100.00

---

| Debtor | Yellow Logistics, Inc. | | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.302**

**Nonpriority creditor's name and mailing address**

B&M TRUCKING SERVICES LLC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                900.00

---

**3.303**

**Nonpriority creditor's name and mailing address**

BA SOLUTIONS NC CORP
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              1,300.00

---

**3.304**

**Nonpriority creditor's name and mailing address**

BAAJ TRANSPORT LLC
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101-4565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              2,200.00

---

**3.305**

**Nonpriority creditor's name and mailing address**

BADR TRANSPORTATION INC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              5,700.00

---

**3.306**

**Nonpriority creditor's name and mailing address**

BAE BAES TRANSPORTATION
OR ECAPITAL FREIGHT FACTORING
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                293.75

---

| Part 2: | Additional Page | |
|---------|-----------------|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.307**

**Nonpriority creditor's name and mailing address**

BAGHDAD TRUCKING INC
OR ECAPITAL FREIGHT FACTORING CORP.
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,400.00

---

**3.308**

**Nonpriority creditor's name and mailing address**

BAIKOZU INC
OR TAB BANK
PO BOX 150830
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,100.00

---

**3.309**

**Nonpriority creditor's name and mailing address**

BAKER'S LOGISTICS LLC
OR LOVES SOLUTIONS LLC
PO BOX 96-0479
OKLAHOMA CITY, OK 73196-0479

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,100.00

---

**3.310**

**Nonpriority creditor's name and mailing address**

BALIC TRANSPORT INC
10151 E 107TH PL
BRIGHTON, CO 80601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,075.00

---

**3.311**

**Nonpriority creditor's name and mailing address**

BALTIC CORP
OR ASSIST FINANCIAL SERVICES, INC.
PO BOX 347
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,700.00

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.312** | **Nonpriority creditor's name and mailing address**

BAM LOGISTICS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,274.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address**

BAMBOOTS CORPORATION
8313 ROLLING ROCK DR
FORT WORTH, TX 76123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address**

BAMBY EXPRESS INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,950.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address**

BANKO EXPRESS LLC
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 150.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address**

BANKS & BANKS LLC
33756 SANDY RIDGE ROAD
FRANKLIN, VA 23851

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.317** **Nonpriority creditor's name and mailing address**

BARNHART TRANSPORTATION LLC
PO BOX 247
HARBORCREEK, PA 16421

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.318** **Nonpriority creditor's name and mailing address**

BARON EXPRESS INC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 950.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.319** **Nonpriority creditor's name and mailing address**

BASIC BOB'S TRUCKING LLC
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.320** **Nonpriority creditor's name and mailing address**

BASKILE TRUCKING LLC
OR ALADDIN FINANCIAL, INC
PO BOX 1394
SIOUX FALLS, SD 57101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.321** **Nonpriority creditor's name and mailing address**

BATA LOGISTICS LLC
OR J D FACTORS LLC
PO BOX 687
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.322** **Nonpriority creditor's name and mailing address**

BATON ROUGE CARGO SERVICE, INC.
2808 COURT ST
PORT ALLEN, LA 70767

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,017.47

---

**3.323** **Nonpriority creditor's name and mailing address**

BAY & BAKOL TRANSPORTATION LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,050.00

---

**3.324** **Nonpriority creditor's name and mailing address**

BAY INSULATION OF KANSAS CITY INC % SIMPLFIED LOGISTICS, LLC
PO BOX 40088
BAY VILLAGE, OH 44140-0088

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.325** **Nonpriority creditor's name and mailing address**

BAY INSULATION OF WASHINGTON % SIMPLIFIED LOGISTICS, LLC
PO BOX 40088
BAY VILLAGE, OH 44140-0088

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.326** **Nonpriority creditor's name and mailing address**

BAY TRUCKING LLC
17155 W SHERMAN ST
PO BOX 7410440
GOODYEAR, AZ 85338

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,200.00

---

Debtor    Yellow Logistics, Inc.
Name

Case number (if known)    23-11083 (CTG)

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.327 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,000.00 |
|---|---|---|---|

BAYSTAR TRANS INC
PO BOX 2648
UNION CITY, CA 94587

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 32,475.00 |
|---|---|---|---|

BB EXPRESS LLC
OR TRANSAM FINANCIAL SERVICES, INC.
PO BOX 872632
KANSAS CITY, MO 64187

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,800.00 |
|---|---|---|---|

BBE
OR TBS FACTORING SERVICE
PO BOX 248920
OKLAHOMA CITY, OK 73124-8920

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.330 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,000.00 |
|---|---|---|---|

BC TRUCKING INC
OR SINGH FINANCING
10206 FAIRBANKS N HOUSTON RD
HOUSTON, TX 77064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 600.00 |
|---|---|---|---|

BCT TRANSPORT & LOGISTICS LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.332** Nonpriority creditor's name and mailing address

BEAR RIVER VALLEY CO OP
2780 N 4800 W
CORINNE, UT 84307

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Claim

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

$    Undetermined

---

**3.333** Nonpriority creditor's name and mailing address

BEARINGS MANUFACTURING
15157 FOLTZ PKWY
STRONGSVILLE, OH 44149

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Claim

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

$    Undetermined

---

**3.334** Nonpriority creditor's name and mailing address

BED BATH & BEYOND
650 LIBERTY AVE
UNION, NJ 07083

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Claim

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

$    Undetermined

---

**3.335** Nonpriority creditor's name and mailing address

BED BATH & BEYOND
ATTN: JENNIFER LAWLER
650 LIBERTY AVE,
UNION, NJ 07083

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$    39,891.96

---

**3.336** Nonpriority creditor's name and mailing address

BEE ZONE LOGISTICS LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$    4,100.00

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 450.00 |
|---|---|---|---|

BEEK LOGISTICS LLC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 500.00 |
|---|---|---|---|

BEE-LINE DELIVERY SERVICE
11113 LANDMARK 35 DR.
SAN ANTONIO, TX 78233

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,000.00 |
|---|---|---|---|

BEETLE TRANSPORTATION INCORPORATED
P.O.BOX 1653
LOMBARD, IL 60148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,300.00 |
|---|---|---|---|

BEJAY TRUCKING LLC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,200.00 |
|---|---|---|---|

BEK PRIME LOGISTICS INC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.342**  **Nonpriority creditor's name and mailing address**

BELEXPRESS LLC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 450.00

---

**3.343**  **Nonpriority creditor's name and mailing address**

BELTWAY TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,600.00

---

**3.344**  **Nonpriority creditor's name and mailing address**

BEN TRUCKING LLC
OR PHOENIX CAPITAL GROUP, PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,200.00

---

**3.345**  **Nonpriority creditor's name and mailing address**

BENEFIT TRUCKING
10031 VIRGINIA AVE
CHICAGO RIDGE, IL 60415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,250.00

---

**3.346**  **Nonpriority creditor's name and mailing address**

BENIPAL LOGISTICS LLC
1310 EDGEWOOD LN
STREETSBORO, OH 44241-6604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,800.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.347** **Nonpriority creditor's name and mailing address**

BENITEZ TRANSPORT
2100 N JACKSON RD
HIDALGO, TX 78557

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,400.00

---

**3.348** **Nonpriority creditor's name and mailing address**

BENJAMIN MAZER TRUCKING INC.
2 UNIVERSITY PLAZA SUITE 100
HACKENSACK, NJ 07601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,270.00

---

**3.349** **Nonpriority creditor's name and mailing address**

BENJEI ENTERPRISE INC
OR ECAPITAL FREIGHT FACTORING CORP
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 150.00

---

**3.350** **Nonpriority creditor's name and mailing address**

BERKELEY EXPRESS, INC.
331 ELEANOR RD
FORKED RIVER, NJ 08731

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,012.50

---

**3.351** **Nonpriority creditor's name and mailing address**

BESSEY TOOLS INC
757 DOUGLAS HILLS RD
LITHIA SPRINGS, GA 30122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.352** | **Nonpriority creditor's name and mailing address**

BEST AMERICAN TRANSPORT INC
3 GRANT SQ # 401
HINSDALE, IL 60521

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                5,600.00

---

**3.353** | **Nonpriority creditor's name and mailing address**

BEST CARGO FREIGHT CORP

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                1,400.00

---

**3.354** | **Nonpriority creditor's name and mailing address**

BEST COURIER & DELIVERY, AT-ONCE DELIVERY SYSTEMS INC.
PO BOX 6327
LIBERTYVILLE, IL 60048

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                650.00

---

**3.355** | **Nonpriority creditor's name and mailing address**

BEST IN WEST TRANSPORTATION INC
BEST IN WEST TRANSPORTATION INC
13704 DE FOE AVENUE
SYLMAR, CA 91342

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                1,100.00

---

**3.356** | **Nonpriority creditor's name and mailing address**

BEST SANITATION LLC
OR PORTER BILLING SERVICES, LLC
PO BOX 440127
NASHVILLE, TN 37244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                750.00

---

Debtor    Yellow Logistics, Inc.                                Case number (if known)    23-11083 (CTG)
      Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.357 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 540.00 |
|---|---|---|---|

BEST TRUCKING EXPRESS LLC
3014 DAVID CT
COLUMBUS, OH 43224

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | $ 4,200.00 |
|---|---|---|

BEST WAY TRANSPORT, INC.
11205 SE FOSTER RD
PORTLAND, OR 97266

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | $ 4,700.00 |
|---|---|---|

BEVERLY FREIGHT INC
OR CD CONSORTIUM CORP
8930 WAUKEGAN RD STE 230
MORTON GROVE, IL 60053

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | $ 1,300.00 |
|---|---|---|

BEYOND FREIGHT INC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | $ 2,025.00 |
|---|---|---|

BFB FREIGHT
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Yellow Logistics, Inc.

Name

Case number (if known)    23-11083 (CTG)

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.362 | **Nonpriority creditor's name and mailing address**<br><br>BFNL TRUCKING LLC<br>OR OTR CAPITAL DBA OTR SOLUTIONS<br>PO BOX 1175760<br>ATLANTA, GA 30368-7576 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 650.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.363 | **Nonpriority creditor's name and mailing address**<br><br>BFREIGHT INC<br>OR OUTGO INC<br>117 E LOUISA ST #161<br>SEATTLE, WA 98102 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 800.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.364 | **Nonpriority creditor's name and mailing address**<br><br>BHF EXPRESS LLC<br>OR CRESTMARK TPG LLC<br>PO BOX 682348<br>FRANKLIN, TN 37068 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 1,400.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.365 | **Nonpriority creditor's name and mailing address**<br><br>BIG BIRD TRANSPORTATION LLC<br>15614 SUMMER MAPLE TRAIL<br>CYPRESS, TX 77429 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 1,900.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.366 | **Nonpriority creditor's name and mailing address**<br><br>BIG BLUE EXPRESS, LLC<br>180 OLE STILL LANE<br>ELGIN, SC 29045 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 1,150.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.367** **Nonpriority creditor's name and mailing address**

BIG BROTHER BUCKS TRUCKING LLC
OR ECAPITAL FREIGHT FACTORING CORP.
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 550.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.368** **Nonpriority creditor's name and mailing address**

BIG GRIP STRIP TRUCKING LLC
OR SUNBELT FINANCE
PO BOX 1000 DEPT 144
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 662.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.369** **Nonpriority creditor's name and mailing address**

BIG ROCK TRANS INC
OR CAPITAL DEPOT
8930 N. WAUKEGAN ROAD, SUITE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.370** **Nonpriority creditor's name and mailing address**

BIG SKY FULFILLMENT
PO BOX 1006
BONNER, MT 59823

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.371** **Nonpriority creditor's name and mailing address**

BIG WHEELS TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.372** **Nonpriority creditor's name and mailing address**

BIGG RIGGIN INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 300.00

---

**3.373** **Nonpriority creditor's name and mailing address**

BIGSAM TRANSPORT LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,200.00

---

**3.374** **Nonpriority creditor's name and mailing address**

BILIM LB INCORPORATED
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,200.00

---

**3.375** **Nonpriority creditor's name and mailing address**

BIR TRANSPORT COMPANY, INC.
2042 TOWN CENTER BLVD PMB 350
KNOXVILLE, TN 37922

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,100.00

---

**3.376** **Nonpriority creditor's name and mailing address**

BISOM TRUCK LINE, INC.
725 FIRST ST. NORTH
NEWTON, IA 50208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.00

---

Debtor    Yellow Logistics, Inc.                                   Case number (if known)    23-11083 (CTG)
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.377 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 750.00 |
|---|---|---|---|

BJS LOGISTICS LLC
OR CFS, INC DBA COMFREIGHT HAULPAY
65 PINE AVE, STE 853
LONG BEACH, CA 90802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.378 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,000.00 |
|---|---|---|---|

BLACK DOG TRANSPORT INC
OR CROSSROAD SERVICES LLC
PO BOX 653076
DALLAS, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 150.00 |
|---|---|---|---|

BLACK HAWK INC
OR CAPITAL DEPOT
8930 N WAUKEGAN ROAD, SUITE 230
MORTON GROVE, IL 60053

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,125.00 |
|---|---|---|---|

BLACK HAWK TRANSPORT LTD
OR ECAPITAL ORILLIA (CAN)
174 WEST ST SOUTH 2ND FLOOR
ORILLIA, ON L3V 6L4
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,600.00 |
|---|---|---|---|

BLACK PEARL TRANSPORT LTD

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.382** | **Nonpriority creditor's name and mailing address**

BLACKSTRAP INDUSTRIES, INC.
C/O: LARRY R. DAVIDSON
121 SW MORRISON ST., SUITE 1020
PORTLAND, OR 97204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Open Litigation

$                              Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.383** | **Nonpriority creditor's name and mailing address**

BLANCHARD USED PARTS
3150 CHARLESTON HWY
WEST COLUMBIA, SC 29172

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$                              Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.384** | **Nonpriority creditor's name and mailing address**

BLANCO TRANSPORTS
OR OTR CAPITAL LLC
DEPT# 390 P.O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                                   900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.385** | **Nonpriority creditor's name and mailing address**

BLESSED EXPRESS LLC
OR LOVES SOLUTIONS LLC, PO BOX 639565
CINCINNATI, OH 45263-9565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                                   650.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.386** | **Nonpriority creditor's name and mailing address**

BLF TRANSPORTATION, LLC
OR PHOENIX CAPITAL GROUP LLC
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                                   150.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.387** **Nonpriority creditor's name and mailing address**

BLUE + YELLOW LLC
OR BOBTAIL
PO BOX 932119
ATLANTA, GA 31193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 700.00

---

**3.388** **Nonpriority creditor's name and mailing address**

BLUE EAGLE CARRIER INC
5910 TANGERINE AVE
SACRAMENTO, CA 95823

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 835.00

---

**3.389** **Nonpriority creditor's name and mailing address**

BLUE EAGLE TRANSPORT LLC
7255 WINBERLY
RICHMOND, TX 77407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,550.00

---

**3.390** **Nonpriority creditor's name and mailing address**

BLUE NEXT DOOR TRANSPORT LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,300.00

---

**3.391** **Nonpriority creditor's name and mailing address**

BLUE ORCA EXPRESS LLC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,000.00

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
| --- | --- | --- | --- |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.392** **Nonpriority creditor's name and mailing address**

BLUE PANORAMA CORP
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,300.00

---

**3.393** **Nonpriority creditor's name and mailing address**

BLUE ROADS TRUCKING INC
7820 SHALIMAR ST
MIRAMAR, FL 33023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,900.00

---

**3.394** **Nonpriority creditor's name and mailing address**

BLUE SKY FREIGHT CARRIER LLC
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101-4565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 850.00

---

**3.395** **Nonpriority creditor's name and mailing address**

BLUE STAR LOGISTICS INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,300.00

---

**3.396** **Nonpriority creditor's name and mailing address**

BLUE STREAK COURIERS
PO BOX 551261
JACKSONVILLE, FL 32255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,398.04

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.397** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 650.00

BLUELINKS TRANSPORT
OR G SQUARED FUNDING LLC
8215 ROSWELL RD BUILDING 600
SANDY SPRINGS, GA 30350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.398** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,675.00

BLUESTAR SERVICES LLC
PO BOX 72847
ROSELLE, IL 60172

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.399** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 500.00

BLUGO TRANSPORTATION LLP
OR ECAPITAL FREIGHT FACTORING CORP.
PO BOX 206773
DALLAS, TX 75320-6773

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.400** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 650.00

BMS TRANSPORTATION COMPANY, INC.
PO BOX 2326
PLATTE CITY, MO 64079

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.401** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 660.00

BMS TRUCKING LLC (MILWAUKEE WI)
OR ALADDIN FINANCIAL, INC
PO BOX 1394
SIOUX FALLS, SD 57101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.402** **Nonpriority creditor's name and mailing address**

B-NASA TOWING LLC
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 660.00

---

**3.403** **Nonpriority creditor's name and mailing address**

BNBB TRUCKING INC
OR OTR CAPITAL LLC
DEPT# 390 PO BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,800.00

---

**3.404** **Nonpriority creditor's name and mailing address**

BNGN LOGISTICS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,200.00

---

**3.405** **Nonpriority creditor's name and mailing address**

BNJ TRUCKING LLC
OR TRANSAM FINANCIAL SERVICES, INC.
PO BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 400.00

---

**3.406** **Nonpriority creditor's name and mailing address**

BNT TRANSPORT LLC
OR COMMERCIAL FUNDING INC
P.O. BOX 207527
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 550.00

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.407** | **Nonpriority creditor's name and mailing address**

BO TRANSPORTS
6063 SOUTHCREST WAY
ST LOUIS, MO 63129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                850.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.408** | **Nonpriority creditor's name and mailing address**

BOGGSTRUCKING LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$              1,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.409** | **Nonpriority creditor's name and mailing address**

BOGO TRAVEL INC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.410** | **Nonpriority creditor's name and mailing address**

BOHREN LOGISTICS, INC.
325 N. TAYLOR RD.
GARRETT, IN 46738

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$              5,750.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.411** | **Nonpriority creditor's name and mailing address**

BOIZ TRANSPORTATION LLC
7253 CROCKETT CT
FONTANA, CA 92336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$              1,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Yellow Logistics, Inc.          Case number (if known)    23-11083 (CTG)
         Name

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.412** | **Nonpriority creditor's name and mailing address**

BOLT LOGISTICS
157 ADELAIDE ST W
TORONTO, ON M5H4E7
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.413** | **Nonpriority creditor's name and mailing address**

BONANZA CARRIERS LLC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    3,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.414** | **Nonpriority creditor's name and mailing address**

BOWEN FOAM AND FABRICS
7100 N LOOP E STE A7
HOUSTON, TX 77028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.415** | **Nonpriority creditor's name and mailing address**

BOWERMAN TRUCKING, INC
BOWERMAN TRUCKING, INC
180 LEE LANE
SEARCY, AR 72143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    1,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.416** | **Nonpriority creditor's name and mailing address**

BOWKEYS LOGISTICS LLC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    4,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.417** | **Nonpriority creditor's name and mailing address**

BOX TRUCK KING LLC
OR REV CAPITAL
PO BOX 741791
LOS ANGELES, CA 90074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,295.00

---

**3.418** | **Nonpriority creditor's name and mailing address**

BR TRANSPORTATION LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 800.00

---

**3.419** | **Nonpriority creditor's name and mailing address**

BRAKE PARTS INC % ITS TRAFFIC SYSTEMS
28915 CLEMENS RD #200
WESTLAKE, OH 44145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.420** | **Nonpriority creditor's name and mailing address**

BRAKE PARTS INC % ITS TRAFFIC SYSTEMS
28915 CLEMENS RD #200
WESTLAKE, OH 44145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 671,549.49

---

**3.421** | **Nonpriority creditor's name and mailing address**

BRANDED GROUP SA
2580 N POWERLINE RD STE 601
POMPANO BEACH, FL 33069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.422** **Nonpriority creditor's name and mailing address**

BRAVO EXPRESS INC
1111 TINKER RD
ROCKLIN, CA 95765

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,850.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.423** **Nonpriority creditor's name and mailing address**

BRAVO EXPRESS TRUCKING INC
303 9TH ST
WEST BABYLON, NY 11704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.424** **Nonpriority creditor's name and mailing address**

BRENDAMOUR MOVING & STORAGE INC.
2630 GLENDALE MILFORD ROAD
CINCINNATI, OH 45241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 347.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.425** **Nonpriority creditor's name and mailing address**

BRIGHT FUTURE TRUCKING LLC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.426** **Nonpriority creditor's name and mailing address**

BRIO LOGISTICS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.427** **Nonpriority creditor's name and mailing address**

BRITE LOGISTICS INC
5000 S HOMAN AVE
CHICAGO, IL 60632

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,050.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.428** **Nonpriority creditor's name and mailing address**

BRIWAY LOGISTICS INC
481 TALL GRASS CIRCLE
LAKE ZURICH, IL 60047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.429** **Nonpriority creditor's name and mailing address**

BRN SLEEP PRODUCTS
3771 CAMERON RD
ORANGEBURG, SC 29115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.430** **Nonpriority creditor's name and mailing address**

BRO-KAGAE TRANSPORT & LOGISTICS LLC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.431** **Nonpriority creditor's name and mailing address**

BROTHERS EXPRESS LINE, LLC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,980.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.432** **Nonpriority creditor's name and mailing address**

BROTHERS EXPRESS, LLC
7162 READING ROAD - SUITE 1001
CINCINNATI, OH 45237

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 625.00

---

**3.433** **Nonpriority creditor's name and mailing address**

BROTHERS TRANS LLC
24131 94TH AVE S
KENT, WA 98030-4752

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 550.00

---

**3.434** **Nonpriority creditor's name and mailing address**

BROTHERS TRUCKING COMPANY INC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,300.00

---

**3.435** **Nonpriority creditor's name and mailing address**

BROWN & JOSEPH
ONE PIERCE PLACE,
SUITE 700 W
ITASCA, IL 60143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,852.19

---

**3.436** **Nonpriority creditor's name and mailing address**

BROWN CARTAGE COMPANY INC.
5801 NEW CALHOUN HWY. NE
ROME, GA 30161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.00

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.437** | **Nonpriority creditor's name and mailing address**

BRUGER INC
895 SUNRISE DR
SOUTH ELGIN, IL 60177

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                2,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.438** | **Nonpriority creditor's name and mailing address**

BRV TRUCKING LLC
OR ECAPITAL FREIGHT FACTORING CORP
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                   725.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.439** | **Nonpriority creditor's name and mailing address**

BRYAN TRUCKING OPERATIONS CORP
PO BOX 1984
FERNLEY, NV 89408

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                   620.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.440** | **Nonpriority creditor's name and mailing address**

BRZ
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.441** | **Nonpriority creditor's name and mailing address**

BRZ TRUCKING LLC
3005 CHIMNEY WOOD TRAIL
INDIAN TRAIL, NC 28079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                3,050.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.442** | **Nonpriority creditor's name and mailing address**

BSD TRUCKING INC
OR ECAPITAL FREIGHT FACTORING
174 WEST ST SOUTH 2ND FLOOR
ORILLIA, ON L3V 6L4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,185.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.443** | **Nonpriority creditor's name and mailing address**

BSE TRANSPORT

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.444** | **Nonpriority creditor's name and mailing address**

BSL EXPRESS TRUCKING INC
PO BOX 1249
PO BOX 1249
BOLINGBROOK, IL 60440-9998

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.445** | **Nonpriority creditor's name and mailing address**

BTI INC
9 E ELLINGTON CT
SOUTH ELGIN, IL 60177

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.446** | **Nonpriority creditor's name and mailing address**

BTI LOGISTICS LLC
1125 W 650 N
CENTERVILLE, UT 84014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.447**  **Nonpriority creditor's name and mailing address**

BTR TRUCKING INC
447 WINDHAM COVE DRIVE
CRYSTAL LAKE, IL 60014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                  600.00

---

**3.448**  **Nonpriority creditor's name and mailing address**

BTR-WAY LOGISTICS LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                  950.00

---

**3.449**  **Nonpriority creditor's name and mailing address**

BTS TRANSPORT
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                3,700.00

---

**3.450**  **Nonpriority creditor's name and mailing address**

BUCKEYE CARRIER LLC
OR ENGAGED FINANCIAL LLC
PO BOX 775553
CHICAGO, IL 60677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                1,600.00

---

**3.451**  **Nonpriority creditor's name and mailing address**

BUCKLEY LOGISTICS LLC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                  350.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.452** | **Nonpriority creditor's name and mailing address**

BUILDING SPECIALTIES COMPANY INC
2171 RUFFNER RD
BIRMINGHAM, AL 35210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.453** | **Nonpriority creditor's name and mailing address**

BULL TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,100.00

---

**3.454** | **Nonpriority creditor's name and mailing address**

BURALE TRANSPORT LLC
OR PAY4FREIGHT.COM
PO BOX 1429
BELLEVUE, NE 68005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    2,800.00

---

**3.455** | **Nonpriority creditor's name and mailing address**

BURNS TRANSPORT INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    600.00

---

**3.456** | **Nonpriority creditor's name and mailing address**

BURU LLC
OR SAINT JOHN CAPITAL CORPORATION
PO BOX 74007671
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    450.00

---

Debtor    Yellow Logistics, Inc.
     Name

Case number *(if known)*    23-11083 (CTG)

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.457** | **Nonpriority creditor's name and mailing address**

BX USA INC
OR OTR CAPITAL LLC
DEPT# 390 P.O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                 2,800.00

---

**3.458** | **Nonpriority creditor's name and mailing address**

C & C USA CORP
OR CENTURY FINANCE LLC
PO BOX 589
MEMPHIS, TN 38101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                 5,700.00

---

**3.459** | **Nonpriority creditor's name and mailing address**

C & S TRANSFER LLC
10 DOUBLE CREEK DRIVE A-14
HATTIESBURG, MS 39402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                  900.00

---

**3.460** | **Nonpriority creditor's name and mailing address**

C & S TRANSPORTATION INC
730 EPPERSON DR
CITY OF INDUSTRY, CA 91748

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                10,800.00

---

**3.461** | **Nonpriority creditor's name and mailing address**

C DOUBLE SS TRANSPORT LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                 1,770.00

---

Debtor    Yellow Logistics, Inc.
          Name                                    Case number (if known)    23-11083 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,000.00 |
|---|---|---|---|

C&D TRANSPORT SERVICES LLC
1233 BLUESTEM ST
PANAMA CITY, FL 32405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.463 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,000.00 |
|---|---|---|---|

C&F LOGISTIC INC
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101-4565

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.464 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,350.00 |
|---|---|---|---|

C. I. T. E.
1116 N W 5TH ST
RICHMOND, IN 47374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.465 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,900.00 |
|---|---|---|---|

C. PEREZ TRANSPORTATION INC.
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.466 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,200.00 |
|---|---|---|---|

C.D. TRUCKING LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.467 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,600.00 |
|---|---|---|---|

C2B CARGO LLC
OR PRO FUNDING INC
PO BOX 1000 DEPT #3045
MEMPHIS, TN 38148-3045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.468 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,100.00 |
|---|---|---|---|

C4 TRANSPORTATION INC
OR ECAPITAL FREIGHT FACTORING
PO BOX 206773
DALLAS, TX 75320-6773

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.469 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,600.00 |
|---|---|---|---|

CABO TRANSPORT USA LLC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.470 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,700.00 |
|---|---|---|---|

CAL CARRIER INC
OR TAB BANK
PO BOX 150830
OGDEN, UT 84415

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.471 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,300.00 |
|---|---|---|---|

CALI BROTHERS INC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.472 Nonpriority creditor's name and mailing address**

CAMBRIDGE TRANSPORT LLC
OR TRANSAM FINANCIAL SERVICES, INC.
PO BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.473 Nonpriority creditor's name and mailing address**

CAMELBACK TRANSPORTATION LLC
OR EXPRESS FREIGHT FINANCE
PO BOX 6188
CAROL STREAM, IL 60197-6188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.474 Nonpriority creditor's name and mailing address**

CANAL CARTAGE COMPANY
PO BOX 207284
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,968.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.475 Nonpriority creditor's name and mailing address**

CANAMEX-CARBRA TRANSPORTATION SERVICES INC.
7415 TORBRAM ROAD
MISSISSAUGA, ON L4T 1G8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.476 Nonpriority creditor's name and mailing address**

CANDY GIRL TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 96 of 588

| Debtor | Yellow Logistics, Inc. | | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.477 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,300.00 |
|---|---|---|---|

CANIBALL LOGISTICS LLC
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.478 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 42,955.68 |
|---|---|---|---|

CANO & SONS TRUCKING LLC
109 W DICKER ROAD SUITE B
SAN JUAN, TX 78589

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.479 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,500.00 |
|---|---|---|---|

CAPITAL 1 TRANS INC
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 450.00 |
|---|---|---|---|

CAPITAL 1 TRANSPORT LLC
OR BC FACTORING LLC
P.O. BOX 172091
MEMPHIS, TN 38187

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.481 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 375.00 |
|---|---|---|---|

CAPRICORN EXPRESS LLC
OR RIVIERA FINANCE - MINNEAPOLIS
PO BOX 850243
MINNEAPOLIS, MN 55485-0243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.482** **Nonpriority creditor's name and mailing address**

CARAMEX LOGISTICS INC
62 SELBY ROAD
BRAMPTON, ON L6W3L4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,800.00

---

**3.483** **Nonpriority creditor's name and mailing address**

CARDINAL TRANSPORT
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,400.00

---

**3.484** **Nonpriority creditor's name and mailing address**

CAREY ALL FREIGHT LLC
OR BASICBLOCK INC
PO BOX 8697
OMAHA, NE 68108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,000.00

---

**3.485** **Nonpriority creditor's name and mailing address**

CARGO KING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.00

---

**3.486** **Nonpriority creditor's name and mailing address**

CARGO LINES
OR SUNBELT FINANCE
PO BOX 1000 - DEPT 144
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,750.00

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.487 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,687.00 |
|---|---|---|---|

CARGO MANAGEMENT GROUP
1100 BOLETUS DR
HENDERSON, NV 89011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.488 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

CARGO MODULES
10 E MERRICK RD STE 209
VALLEY STREAM, NY 11580

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,500.00 |
|---|---|---|---|

CARGO SOLUTION OREGON EXPRESS
2515 GEARY ST
ALBANY, OR 97322

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,900.00 |
|---|---|---|---|

CARGO TRANSPORT ALLIANCE LLC
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,100.00 |
|---|---|---|---|

CARGOTRANS INTERNATIONAL CORP.
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Yellow Logistics, Inc.
         Name

Case number (if known)   23-11083 (CTG)

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.492** **Nonpriority creditor's name and mailing address**

CARIBBEAN EAGLE LLC
OR ECAPITAL FREIGHT FACTORING CORP.
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  3,000.00

---

**3.493** **Nonpriority creditor's name and mailing address**

CARLSTAR % TMC
315 N RACINE AVE
CHICAGO, IL 60607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  6.46

---

**3.494** **Nonpriority creditor's name and mailing address**

CARRIER ASSURE INC
1007 N ORANGE ST FLOOR 4 #222
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  4,050.00

---

**3.495** **Nonpriority creditor's name and mailing address**

CARRIER STAR INC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  1,600.00

---

**3.496** **Nonpriority creditor's name and mailing address**

CARRIER411 SERVICES, INC.
1540 INTERNATIONAL PKWY
LAKE MARY, FL 32746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  1,776.00

---

Debtor   Yellow Logistics, Inc.                    Case number (if known)   23-11083 (CTG)
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.497** | **Nonpriority creditor's name and mailing address**

CARRY ON TRUCKING LLC
PO BOX 883
MARYSVILLE, WA 98270

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   650.00

---

**3.498** | **Nonpriority creditor's name and mailing address**

CARTER EXPRESS, INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   1,900.00

---

**3.499** | **Nonpriority creditor's name and mailing address**

CASCADE LOGISTICS LLC
18000 SE VOGEL RD
DAMASCUS, OR 97089

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   1,800.00

---

**3.500** | **Nonpriority creditor's name and mailing address**

CASS
13001 HOLLENBERG DR
BRIDGETON, MO 63044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$   Undetermined

---

**3.501** | **Nonpriority creditor's name and mailing address**

CASTER LOGISTICS LLC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   1,500.00

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
| --- | --- | --- | --- | --- |
| | Name | | | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

---

**3.502** **Nonpriority creditor's name and mailing address**

CASTIEL H&F LLC
68 SOUTH DEVINE STREET
NEWARK, NJ 07106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 486.30

---

**3.503** **Nonpriority creditor's name and mailing address**

CAYENNE EXPRESS INC.
410 TRANSPOINT DR.
DUPO, IL 62239

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500.00

---

**3.504** **Nonpriority creditor's name and mailing address**

CC&K TRUCKING LLC
OR PARIKH FINANCIAL
2802 TRAILRIDGE COURT
MISSOURI CITY, TX 77459

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,600.00

---

**3.505** **Nonpriority creditor's name and mailing address**

CCAMPOS TRUCKING, LLC.
OR OTR CAPITAL LLC
DEPT# 390 P.O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,780.00

---

**3.506** **Nonpriority creditor's name and mailing address**

CDAV TRANSPORTATION LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,300.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.507**

**Nonpriority creditor's name and mailing address**

CDB TRANSPORTATION LLC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    3,400.00

---

**3.508**

**Nonpriority creditor's name and mailing address**

CDM TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      675.00

---

**3.509**

**Nonpriority creditor's name and mailing address**

CDN LOGISTICS, INC.
PO BOX 3360
XXX
NORTHLAKE, IL 60164-3360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    2,000.00

---

**3.510**

**Nonpriority creditor's name and mailing address**

CED GREENTECH
423 FOSTER BROTHERS DR STE 300
W COLUMBIA, SC 29172

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                Undetermined

---

**3.511**

**Nonpriority creditor's name and mailing address**

CENTRAL VALLEY CAPACITY INC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,200.00

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.512** **Nonpriority creditor's name and mailing address**

CENTRIC PARTS % ITS TRAFFICE SYSTEMS
28915 CLEMENS RD # 200
WESTLAKE, OH 44145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.513** **Nonpriority creditor's name and mailing address**

CH FREIGHT INC
OR CAPITAL DEPOT, 8930 N. WAUKEGAN ROAD, SUITE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.514** **Nonpriority creditor's name and mailing address**

CH FREIGHT LINE LLC
3212 EASTWOOD DRIVE
ROCHESTER HILLS, MI 48309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.515** **Nonpriority creditor's name and mailing address**

CH TRUCKING EPT, LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.516** **Nonpriority creditor's name and mailing address**

CHAHAL EXPRESS
14 CARTERET ST
PORT READING, NJ 07064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Yellow Logistics, Inc.                                    Case number *(if known)*   23-11083 (CTG)
   Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.517** | **Nonpriority creditor's name and mailing address**

CHAMP C/O ITS TRAFFIC SYSTEMS
28915 CLEMENS RD STE 200
WESTLAKE, OH 44145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$  Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.518** | **Nonpriority creditor's name and mailing address**

CHAMPION USA LLC
1900 GLADES RD
BOCA RATON, FL 33431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$  Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.519** | **Nonpriority creditor's name and mailing address**

CHANK LOGISTICS LLC
OR INTEGRA FUNDING SOLUTIONS LLC
6300 RIDGLEA PL, SUITE 316
FORT WORTH, TX 76116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  2,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.520** | **Nonpriority creditor's name and mailing address**

CHAPPELL TRANSPORT LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.521** | **Nonpriority creditor's name and mailing address**

CHASE FREIGHT SERVICES LLC
31107 AVONDALE ST
CANTON, MI 48188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  3,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.522 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,525.00 |
|---|---|---|---|
| | CHASE TRANSPORTATION OR OTR CAPITAL LLC DEPT# 390 P.O. BOX 1000 MEMPHIS, TN 38148 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.523 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,700.00 |
|---|---|---|---|
| | CHASER, LLC OR RTS FINANCIAL SERVICES INC PO BOX 840267 DALLAS, TX 75284 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.524 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,850.00 |
|---|---|---|---|
| | CHASERS TRANSPORTATION LLC OR TAFS INC PO BOX 872632 KANSAS CITY, MO 64187 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.525 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,250.00 |
|---|---|---|---|
| | CHASIN CARGO INC OR SUNBELT FINANCE PO BOX 1000 DEPT 144 MEMPHIS, TN 38148 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.526 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 400.00 |
|---|---|---|---|
| | CHAVEZ BROS TRUCKING OR APEX CAPITAL CORP PO BOX 961029 FT WORTH, TX 76161-1029 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.527** **Nonpriority creditor's name and mailing address**

CHCL LOGISTICS INC
OR GEELERS FINANCIAL
760 E TASMAN DR
MILPITAS, CA 95035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                3,200.00

---

**3.528** **Nonpriority creditor's name and mailing address**

CHEETAH FINAL MILE LLC
15342 S KEELER ST STE A
OLATHE, KS 66062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                687.04

---

**3.529** **Nonpriority creditor's name and mailing address**

CHEMA'S TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                500.00

---

**3.530** **Nonpriority creditor's name and mailing address**

CHEMPRENE
483 FISHKILL AVE
BEACON, NY 12508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                Undetermined

---

**3.531** **Nonpriority creditor's name and mailing address**

CHEP'S LOGISTICS LLC
OR OPERATION FINANCE INC
PO BOX 227352
DALLAS, TX 75222-7352

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,200.00

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.532** | **Nonpriority creditor's name and mailing address**

CHICAGO EMPIRE INC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 480.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.533** | **Nonpriority creditor's name and mailing address**

CHIRU CARRIER SERVICES,LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 675.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.534** | **Nonpriority creditor's name and mailing address**

CHORES LLC
1200 BROADWAY APT 1105
NASHVILLE, TN 37203-5144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.535** | **Nonpriority creditor's name and mailing address**

CHRISTOS LOGISTICS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 750.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.536** | **Nonpriority creditor's name and mailing address**

CHUBB GROUP
436 WALNUT STREET
10TH FLOOR
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #K08805866

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 5866

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.537** | **Nonpriority creditor's name and mailing address**

CHUBB GROUP
436 WALNUT STREET
10TH FLOOR
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #K0898993A

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 993A

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.538** | **Nonpriority creditor's name and mailing address**

CIA TRANSPORTATION LLC
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,200.00

---

**3.539** | **Nonpriority creditor's name and mailing address**

CINTAS
P.O. BOX 740855
CINCINNATI, OH 45274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 764.26

---

**3.540** | **Nonpriority creditor's name and mailing address**

CIRCLE B INC.
6402 LOFTUS ROAD
DE FOREST, WI 53532

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 700.00

---

**3.541** | **Nonpriority creditor's name and mailing address**

CIRCLE EXPRESS INTERNATIONAL GROUP INC
15350 STAFFORD ST
CITY OF INDUSTY, CA 91744

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,900.00

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.542 | **Nonpriority creditor's name and mailing address**<br><br>CIRCLE GRAPHICS % BLUEGRACE<br>2846 S. FALKENBURG RD.<br>RIVERVIEW, FL 33578 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Customer Claim | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| 3.543 | **Nonpriority creditor's name and mailing address**<br><br>CIRCLE PROSCO<br>401 N GATES DR<br>BLOOMINGTON, IN 47404 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 1,798.50 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.544 | **Nonpriority creditor's name and mailing address**<br><br>CIRCLE T TRANSPORTATION, INC.<br>OR EAGLE CAPITAL CORPORATION<br>PO BOX 4215<br>TUPELO, MS 38803-4215 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 800.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.545 | **Nonpriority creditor's name and mailing address**<br><br>CISNEROS TRUCKING | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 550.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.546 | **Nonpriority creditor's name and mailing address**<br><br>CITY 2 CITY INC<br>1932 BATH AVE<br>BROOKLYN, NY 11214 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 2,800.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.547 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 376.63 |
|---|---|---|---|
| | CITY BUSINESS SHIPPING INC<br>225 EAST 9TH ST<br>LOS ANGELES, CA 90015 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.548 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,450.00 |
|---|---|---|---|
| | CITYWIDE DELIVERY, INC | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.549 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,075.00 |
|---|---|---|---|
| | CJI LLC<br>OR JD FACTORS LLC<br>PO BOX 687<br>WHEATON, IL 60187 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.550 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,100.00 |
|---|---|---|---|
| | CJK TRUCKING INC | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,100.00 |
|---|---|---|---|
| | CJM TRANSPORTATION INC<br>7634 LOWER EAST VALLEY RD<br>PIKEVILLE, TN 37367 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.552** **Nonpriority creditor's name and mailing address**

CKAR TRANSPORT LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,400.00

---

**3.553** **Nonpriority creditor's name and mailing address**

CLAIR CARRIERS LLC
OR ECAPITAL FREIGHT FACTORING
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 400.00

---

**3.554** **Nonpriority creditor's name and mailing address**

CLARITY FULFILLMENT
6901 LYNN WAY
PITTSBURGH, PA 15208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,025.00

---

**3.555** **Nonpriority creditor's name and mailing address**

CLASS 1 LOGISTICS LLC
OR LOVES SOLUTIONS LLC
PO BOX 96-0479
OKLAHOMA CITY, OK 73196

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,450.00

---

**3.556** **Nonpriority creditor's name and mailing address**

CLASSIC TRANSPORTATION OF SUNBURY
1879 FEDERAL PKWY
112
COLUMBUS, OH 43207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,750.00

---

| Debtor | Yellow Logistics, Inc. | Case 23-11083-CTG    Doc 4    Filed 09/12/23    Page 156 of 649 | Case number (if known) | 23-11083 (CTG) |

Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.557** | **Nonpriority creditor's name and mailing address**

CLB DELIVERY SERVICE LLP
319 MESSINGER STREET
BANGOR, PA 18013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.558** | **Nonpriority creditor's name and mailing address**

CLEAR SKY LOGISTICS LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    2,450.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.559** | **Nonpriority creditor's name and mailing address**

CLEVA TECHNOLOGIES
1951 NW 19TH ST STE 101
BOCA RATON, FL 33431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.560** | **Nonpriority creditor's name and mailing address**

CLEVELAND TRUCKING (MC670177)
OR STEELHEAD FINANCE
3518 HEATHROW WAY
MEDFORD, OR 97504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    850.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.561** | **Nonpriority creditor's name and mailing address**

CLIMATE EXPRESS, INC.
P O BOX 1065
UNION, MO 63084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    1,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.562 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 13,775.00 |
|---|---|---|---|

CLOUDTRUCKS LLC
CLOUDTRUCKS LLC
PO BOX 120310 DEPT 0310
DALLAS, TX 75312-0310

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 150.00 |
|---|---|---|---|

CLR TRANSPORT LLC
54 SAINT ANDREWS PL
YONKERS, NY 10705-3115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.564 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 500.00 |
|---|---|---|---|

CLUTCH HAULING LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.565 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,279.35 |
|---|---|---|---|

CNB EXPRESS
4212 HUNTERS GREEN WAY NE
KENNESAW, GA 30144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,850.00 |
|---|---|---|---|

CNC LOGISTICS
7157 MERCHANT AVE STE C
EL PASO, TX 79923

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.567 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 725.00 |
|---|---|---|---|

CNG ENTERPRISE LLC
OR ITHRIVE FUNDING LLC
DEPT#848 PO BOX 1000
MEMPHIS, TN 38148-1000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.568 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 900.00 |
|---|---|---|---|

COACHYTO GLOBAL MOTORS INC
OR TRANSAM FINANCIAL SERVICES, INC.
PO BOX 872632
KANSAS CITY, MO 64187

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.569 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,722.50 |
|---|---|---|---|

COAST CONNECTION INC
COAST CONNECTION INC
PO BOX 465
LINCOLNSHIRE, IL 60069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.570 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,200.00 |
|---|---|---|---|

COASTAL AGROBUSINESS INC
2230 CAROLINA LEAF RD
GREENVILLE, NC 27834

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.571 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 875.00 |
|---|---|---|---|

COBA LLC
230 JR ACHIEVEMENT DR - B316
ELKHART, IN 46516

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Yellow Logistics, Inc.
Name

Case number (if known)  23-11083 (CTG)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.572** Nonpriority creditor's name and mailing address

COBB REFRIGERATED FREIGHT, INC.
420 CALIFORNIA AVENUE
MODESTO, CA 95351

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 527.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.573** Nonpriority creditor's name and mailing address

COCO JOY
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Customer Claim

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☒ Yes

---

**3.574** Nonpriority creditor's name and mailing address

COCO JOY
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 10.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.575** Nonpriority creditor's name and mailing address

COE LOGISTICS LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,000.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.576** Nonpriority creditor's name and mailing address

COLUMBIA RIVER TRANSPORT LLC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 700.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.577 Nonpriority creditor's name and mailing address**

COMMON TRANSPORTATION LLC
1819 HAYMARKET RD
WAUKESHA, WI 53189

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    476.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.578 Nonpriority creditor's name and mailing address**

COMPASS UNITED CARRIER LLC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.579 Nonpriority creditor's name and mailing address**

CONDOR TRANS INC
1000 GROVE DRIVE APT 1B
MT PROSPECT, IL 60056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    1,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.580 Nonpriority creditor's name and mailing address**

CONSTANT TRANSPORTS
OR INTEGRITY FACTORING & CONSULTING INC
PO BOX 30015 DEPT 355
SALT LAKE CITY, UT 84130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    1,150.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.581 Nonpriority creditor's name and mailing address**

CONTAINER AND PACKAGING SUPPLY INCORPORA
1345 E STATE ST
EAGLE, ID 83616

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.582** **Nonpriority creditor's name and mailing address**

CONTAINERPORT GROUP, INC.
CONTAINERPORT GROUP, INC.
PO BOX 827506
PHILADELPHIA, PA 19182

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 741.00

---

**3.583** **Nonpriority creditor's name and mailing address**

CONTINENTAL FREIGHT SYSTEMS
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161-1029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,247.92

---

**3.584** **Nonpriority creditor's name and mailing address**

COOPER LIGHTING % CASS
PO BOX 67
SAINT LOUIS, MO 63166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.585** **Nonpriority creditor's name and mailing address**

COOPERS TRANSPORTATION LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,000.00

---

**3.586** **Nonpriority creditor's name and mailing address**

CORB INC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,400.00

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.587** | **Nonpriority creditor's name and mailing address**

CORIA TRUCKING, INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 800.00

---

**3.588** | **Nonpriority creditor's name and mailing address**

CORPORATE TIRE LLC
130 SUNBELT CT
GREER, SC 29650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.589** | **Nonpriority creditor's name and mailing address**

CORSAN FREIGHT LLC
13201 REESE BLVD W STE 100
HUNTERSVILLE, NC 28078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,600.00

---

**3.590** | **Nonpriority creditor's name and mailing address**

CORVUS JANITORIAL SYSTEMS OF COLUMBUS
PO BOX 636718
CINCINNATI, OH 45263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 655.76

---

**3.591** | **Nonpriority creditor's name and mailing address**

COSMO LOGISTICS CORP

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 300.00

---

Debtor    Yellow Logistics, Inc.                                    Case number (if known)    23-11083 (CTG)
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.592 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 900.00 |
|---|---|---|---|

COTUNA TRANSPORT INC
728 HATFIELD CIR
SALINE, MI 48176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.593 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

COUER DALENE WINDOW CO
115 N SYCAMORE ST
SPOKANE, WA 99202

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

| 3.594 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 15,145.00 |
|---|---|---|---|

COUGAR TRUCK LINES LLC
OR BAY VIEW FUNDING
PO BOX 204703
DALLAS, TX 75320-4703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.595 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

COUNTRY CONNECTION
2805 RICHTER AVE
OROVILLE, CA 95966

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

| 3.596 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

COUNTRY MALT GROUP
716 RTE 9
CHAMPLAIN, NY 12919

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.597 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 575.00 |
|---|---|---|---|

COWEN TRUCK LINE, INC.
P O BOX 480
PERRYSVILLE, OH 44864

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.598 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

COYOTE LOGISTICS
960 NORTH POINT PKWY
ALPHARETTA, GA 30005

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

| 3.599 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,100.00 |
|---|---|---|---|

CP SHAWN INC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.600 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,000.00 |
|---|---|---|---|

CP TRUCKING LLC
6711 CHAMOIS CIR
CYPRESS, CA 90630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.601 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,400.00 |
|---|---|---|---|

CRAZY HORSE TRANSPORT LLC
OR JD FACTORS LLC
PO BOX 687
WHEATON, IL 60187

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.602** **Nonpriority creditor's name and mailing address**

CRDC USA
390 N EBERTS LN
YORK, PA 17403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.603** **Nonpriority creditor's name and mailing address**

CREDOMAX TRANSPORT INC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,800.00

---

**3.604** **Nonpriority creditor's name and mailing address**

CREST QUALITY SERVICE LLC
6688 JOLIET RD UNIT 192
INDIAN HEAD PARK, IL 60525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 950.00

---

**3.605** **Nonpriority creditor's name and mailing address**

CRF LOGISTICS
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,300.00

---

**3.606** **Nonpriority creditor's name and mailing address**

CROCS CORPORATE OFFICE
13601 VIA VARRA
BROOMFIELD, CO 80020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.607** **Nonpriority creditor's name and mailing address**

CROCS FOOTWEAR
13601 VIA VARRA
BROOMFIELD, CO 80020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.608** **Nonpriority creditor's name and mailing address**

CROSSPOINT TRANSPORT LLC
OR ITHRIVE FUNDING LLC
DEPT#848 PO BOX 1000
MEMPHIS, TN 38148-1000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.609** **Nonpriority creditor's name and mailing address**

CROSSROADS CARRIERS, LLC
OR TAB BANK
PO BOX 150830
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,250.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.610** **Nonpriority creditor's name and mailing address**

CROSSTOWN COURIER, INC.
1450 GOULD BLVD
LAVERGNE, TN 37086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 138.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.611** **Nonpriority creditor's name and mailing address**

CROSSWOODS FREIGHT LLC
OR SMARTTRUCKER LLC
PO BOX 30516 DEPT# 506
LANSING, MI 48909-8016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,450.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.612** **Nonpriority creditor's name and mailing address**

CROWN EQUIPMENT CORPORATION
PO BOX 641173
CINCINNATI, OH 45264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  4,934.30

---

**3.613** **Nonpriority creditor's name and mailing address**

CRUZE CARRIER INC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  500.00

---

**3.614** **Nonpriority creditor's name and mailing address**

CRW INC.
3716 S. ELYRIA ROAD
SHREVE, OH 44676

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  1,050.00

---

**3.615** **Nonpriority creditor's name and mailing address**

CRYSTAL TRANS INC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  1,900.00

---

**3.616** **Nonpriority creditor's name and mailing address**

CSX TRANSPORTATION INC
CSX TRANSPORTATION INC
PO BOX 532601
ATLANTA, GA 30353-2601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  4,404.00

---

| Part 2: | Additional Page | |
|---------|-----------------|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.617** **Nonpriority creditor's name and mailing address**

CUCOS TRUCKING
382 N. LEMON AVE #137
WALNUT, CA 91789

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,075.00

---

**3.618** **Nonpriority creditor's name and mailing address**

CULT POWER INC
OR VERO BUSINESS CAPITAL
PO BOX 639565
CINCINNATI, OH 45263-9565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,500.00

---

**3.619** **Nonpriority creditor's name and mailing address**

CVL CARGO INC
OR ORANGE COMMERCIAL CREDIT
PO BOX 11099
OLYMPIA, WA 98508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500.00

---

**3.620** **Nonpriority creditor's name and mailing address**

D & G TRANSPORTATION, INC.
N 118 W18574 BUNSEN DRIVE
GERMANTOWN, WI 53022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 800.00

---

**3.621** **Nonpriority creditor's name and mailing address**

D & R TRUCKING LLC
OR PARIKH FINANCIAL
2802 TRAILRIDGE COURT
MISSOURI CITY, TX 77459

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 750.00

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.622** | **Nonpriority creditor's name and mailing address**

D & S ELITE TRANSPORT LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,180.00

---

**3.623** | **Nonpriority creditor's name and mailing address**

D E L TRANSPORT INC
OR FACTORING EXPRESS LLC
P.O. BOX 150205
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,300.00

---

**3.624** | **Nonpriority creditor's name and mailing address**

D VITO TRUCKING CORP
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.00

---

**3.625** | **Nonpriority creditor's name and mailing address**

D&A CARGO LLC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,750.00

---

**3.626** | **Nonpriority creditor's name and mailing address**

D&C TRUCKING OF CHESTER, LLC
OR MATCH FACTORS
P.O. BOX 13259
FLORENCE, SC 29504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,400.00

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.627** **Nonpriority creditor's name and mailing address**

D&Z TRANSPORTATION LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.628** **Nonpriority creditor's name and mailing address**

D12 COMMERCIAL INTERIORS
2740 ATLANTA HWY
ATHENS, GA 30606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.629** **Nonpriority creditor's name and mailing address**

D2D RELO, LLC
OR G SQUARED FUNDING, LLC
8215 ROSWELL RD BUILDING 600
SANDY SPRINGS, GA 30350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 839.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.630** **Nonpriority creditor's name and mailing address**

DAB TRUCKING SERVICES COMPANY
OR ASSIST FINANCIAL SERVICES INC
PO BOX 347
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 6,750.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.631** **Nonpriority creditor's name and mailing address**

DACS LOGISTICS LLC
5662 MOUNTAIN HOLLOW DR
DALLAS, TX 75249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.632** **Nonpriority creditor's name and mailing address**

DACSA TRUCKING  LLC
PO BOX 935
IMPERIAL, CA 92251

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 725.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.633** **Nonpriority creditor's name and mailing address**

DADDY TRANSPORT SERVICES INC
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.634** **Nonpriority creditor's name and mailing address**

DAGO TRUCKING LLC
OR CLOUDTRUCKS FLEX LLC
DEPT 2148, PO BOX 122148
DALLAS, TX 75312-2148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.635** **Nonpriority creditor's name and mailing address**

DAK TRANSPORT INC
OR J D FACTORS, LLC
PO BOX 687
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,750.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.636** **Nonpriority creditor's name and mailing address**

DAL LEASING. LTD
250 FM 2021
LUFKIN, TX 75901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,350.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.637** **Nonpriority creditor's name and mailing address**

DALLA TRANSPORT LLC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.638** **Nonpriority creditor's name and mailing address**

DALTON ENTERPRISES
131 WILLOW ST
CHESHIRE, CT 06410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.639** **Nonpriority creditor's name and mailing address**

DAMY ENTERPRISE LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.640** **Nonpriority creditor's name and mailing address**

DAN MIJAILOVIC TRANSPORT INC
7743 CHERRY TREE LN
WILLOWBROOK, IL 60527

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.641** **Nonpriority creditor's name and mailing address**

DANDD SERVICES PLUS LLC
OR FREIGHT FACTORING SPECIALISTS LLC
DEPT 10010 - PO BOX 31792
TAMPA, FL 33631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.642** **Nonpriority creditor's name and mailing address**

DANSBY HAULING LLC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.643** **Nonpriority creditor's name and mailing address**

DARKSIDE TRUCKING, LTD.
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,450.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.644** **Nonpriority creditor's name and mailing address**

DART TRANS. NV, LLC
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.645** **Nonpriority creditor's name and mailing address**

DAS CARRIER INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.646** **Nonpriority creditor's name and mailing address**

DASG TRUCKING INC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,475.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---------|-----------------|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.647** | **Nonpriority creditor's name and mailing address**

DASH FORTH LLC
P.O. BOX 1709
SANDPOINT, ID 83864

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    3,175.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.648** | **Nonpriority creditor's name and mailing address**

DATONG INTERNATIONAL, INC
PO BOX 4691
HAYWARD, CA 94540

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    12,650.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.649** | **Nonpriority creditor's name and mailing address**

DAUOD PARWANI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    550.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.650** | **Nonpriority creditor's name and mailing address**

DAVER TRANS GROUP, INC
OR CROSSROAD SERVICES LLC
PO BOX 7410440
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    3,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.651** | **Nonpriority creditor's name and mailing address**

DAYDIET PEREZ TRANSPORTATION LLC
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    1,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.652 | **Nonpriority creditor's name and mailing address**<br><br>DAYLIGHT LOGISTICS INC<br>OR TRANSAM FINANCIAL SERVICES, INC.<br>PO BOX 872632<br>KANSAS CITY, MO 64187 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 2,150.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.653 | **Nonpriority creditor's name and mailing address**<br><br>DB ROADLINE INC<br>P O BOX 381<br>FORTVILLE, IN 46040 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 7,800.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.654 | **Nonpriority creditor's name and mailing address**<br><br>DCA TRANSPORT & LOGISTICS LLC<br>OR INTEGRITY FACTORING & CONSULTING INC<br>PO BOX 30015 DEPT 355<br>SALT LAKE CITY, UT 84130 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 1,800.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.655 | **Nonpriority creditor's name and mailing address**<br><br>DCP CARDONA LLC<br>OR AJG CAPITAL LLC, 1279 WINTER GARDEN VINELAND RD<br>WINTER GARDEN, FL 34787 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 150.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.656 | **Nonpriority creditor's name and mailing address**<br><br>DDD TRANSPORT INC<br>OR ACS FACTORS<br>PO BOX 150306<br>OGDEN, UT 84415 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 3,000.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.657**   **Nonpriority creditor's name and mailing address**

DDK TRANS INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.658**   **Nonpriority creditor's name and mailing address**

DDX TRANSPORT, LLC
1018 TOWN DR SUITE#9
WILDER, KY 41076

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.659**   **Nonpriority creditor's name and mailing address**

DEANDER TRANSPORT LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.660**   **Nonpriority creditor's name and mailing address**

DEBUT
2457 E 30TH ST
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.661**   **Nonpriority creditor's name and mailing address**

DEDICATED LANES LLC
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.662** **Nonpriority creditor's name and mailing address**

DEEP CARRIERS INC
OR SUNBELT FINANCE
PO BOX 1000, DEPT 144
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 550.00

---

**3.663** **Nonpriority creditor's name and mailing address**

DEEP LLC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161-1029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 750.00

---

**3.664** **Nonpriority creditor's name and mailing address**

DEF TRANSPORT LLC
OR ENGAGED FINANCIAL LLC
PO BOX 775553
CHICAGO, IL 60677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,700.00

---

**3.665** **Nonpriority creditor's name and mailing address**

DEI
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 700.00

---

**3.666** **Nonpriority creditor's name and mailing address**

DELANEE TRUCKING LLC
OR SAINT JOHN CAPITAL CORPORATION
PO BOX 74007671
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,000.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.667** **Nonpriority creditor's name and mailing address**

DELIVERY ENTERPRISES LLC
10164 LYNN DR
N ROYALTON, OH 44133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,670.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.668** **Nonpriority creditor's name and mailing address**

DELTA FREIGHT CORPORATION
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.669** **Nonpriority creditor's name and mailing address**

DELTA FREIGHT INC
OR ASSIST FINANCIAL SERVICES, INC.
PO BOX 347
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 575.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.670** **Nonpriority creditor's name and mailing address**

DELTA LOGISTICS
OR ORANGE COMMERCIAL CREDIT
PO BOX 11099
OLYMPIA, WA 98508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 33,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.671** **Nonpriority creditor's name and mailing address**

DELTA TRANSPORT LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,378.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.672 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 450.00 |
|---|---|---|---|

DELTA TRANSPORTATION SERVICES INCORPORATED
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.673 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

DELTRAN USA LLC
100 E NEW YORK AVE
DELAND, FL 32724

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.674 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,025.00 |
|---|---|---|---|

DELUXE TRANSPORTATION LLC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.675 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

DEMICHELE SYSTEMS
2110 S DOUGLAS DR
CHANDLER, AZ 85286

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.676 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,300.00 |
|---|---|---|---|

DENTRO CARRIERS LTD
OR BVD CAPITAL CORPORATION
8177 TORBRAM RD
BRAMPTON, L6T5C5
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.677** **Nonpriority creditor's name and mailing address**

DEOL TRANSPORT
4003 WHITE SANDS DR
BAKERSFIELD, CA 93313

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,000.00

---

**3.678** **Nonpriority creditor's name and mailing address**

DEOL TRUCKING LLC
2742 KRISTEN STREET
LIVE OAK, CA 95953

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 750.00

---

**3.679** **Nonpriority creditor's name and mailing address**

DESERT EAGLE TRANSPORTATION LLC
OR JD FACTORS LLC
PO BOX 687
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,150.00

---

**3.680** **Nonpriority creditor's name and mailing address**

DESI TRANSPORT LLC
4483 WILLOW CHASE TER
JACKSONVILLE, FL 32258

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,600.00

---

**3.681** **Nonpriority creditor's name and mailing address**

DESIGNER BRANDS INC
SETH ECKHARDT
810 DSW DR
COLUMBUS, OH 43219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,750.00

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.682** | **Nonpriority creditor's name and mailing address**

DESTINY MOTOR FREIGHT LTD
OR REVOLUTION CAPITAL
27 ROYTEC ROAD, UNIT 11
WOODBRIDGE, L4L8E3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 770.00

---

**3.683** | **Nonpriority creditor's name and mailing address**

DETA LOGISTICS LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,000.00

---

**3.684** | **Nonpriority creditor's name and mailing address**

DETERMINATION INVESTORS LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,050.00

---

**3.685** | **Nonpriority creditor's name and mailing address**

DFT TRANSPORTATION LLC
OR GREAT PLAINS TRANSPORTATION SERVICES INC
PO BOX 4539
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,800.00

---

**3.686** | **Nonpriority creditor's name and mailing address**

DGL XPRESS
12556 WEAVER RD
HORIZON CITY, TX 79928

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 150.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.687 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 550.00 |
|---|---|---|---|

DGS TRUCKING INC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.688 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,190.00 |
|---|---|---|---|

DH CARRIERS
1943 BLEVIN ROAD
YUBA CITY, CA 95993

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.689 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 550.00 |
|---|---|---|---|

DHILLON CARRIER INC
OR CAPITAL DEPOT
8930 N. WAUKEGAN ROAD, SUITE 230
MORTON GROVE, IL 60053

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.690 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 150.00 |
|---|---|---|---|

DIALVAN INC
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.691 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 500.00 |
|---|---|---|---|

DIAZ & SONS LOGISTICS INC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Yellow Logistics, Inc.                                    Case number (if known)    23-11083 (CTG)
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.692** | **Nonpriority creditor's name and mailing address**

DIEFFENBACHS POTATO CHIPS
8960 OLD ROUTE 22
BETHEL, PA 19507

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.693** | **Nonpriority creditor's name and mailing address**

DIETZGEN CORPORATE OFFICE
121 KELSEY LN STE G
TAMPA, FL 33619

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.694** | **Nonpriority creditor's name and mailing address**

DIN LINE INC
101 BAR HARBOUR RD UNIT 4H
SCHAUMBURG, IL 60193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,370.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.695** | **Nonpriority creditor's name and mailing address**

DINGO TRANSPORT LLC (MC1448041)
OR PARTNERS FUNDING INC
PO BOX 5431
CAROL STREAM, IL 60197-5431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.696** | **Nonpriority creditor's name and mailing address**

DINO EXPRESS INC
OR SAINT JOHN CAPITAL CORP
PO BOX 74007671
CHICAGO, IL 60674-7671

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.697**   **Nonpriority creditor's name and mailing address**

DION LOGISTICS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.698**   **Nonpriority creditor's name and mailing address**

DIPSI INC
290 EAST CENTER STREET
WIND GAP, PA 18091

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.699**   **Nonpriority creditor's name and mailing address**

DIRECT FREIGHT CARRIER LLC
4770 INDIANOLA AVE #101D
COLUMBUS, OH 43214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.700**   **Nonpriority creditor's name and mailing address**

DIRECT FREIGHT LLC
5695 84TH ST SE
CALEDONIA, MI 49316

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 775.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.701**   **Nonpriority creditor's name and mailing address**

DIRECT PACK
612 AIRPORT RD
ROCKINGHAM, NC 28379

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

Debtor    Yellow Logistics, Inc.

Name

Case number *(if known)*    23-11083 (CTG)

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.702** | **Nonpriority creditor's name and mailing address**

DIRECT TRANSPORTATION
15218 SUMMIT AVE SUITE 300-435
FONTANA, CA 92336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,400.00

---

**3.703** | **Nonpriority creditor's name and mailing address**

DIRIR EXPRESS LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,000.00

---

**3.704** | **Nonpriority creditor's name and mailing address**

DISCREET DISPOSAL LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   400.00

---

**3.705** | **Nonpriority creditor's name and mailing address**

DISPATCHTRACK, LLC
DEPT. 0177
PO BOX 120177
DALLAS, TX 75312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                4,000.00

---

**3.706** | **Nonpriority creditor's name and mailing address**

DISTANCE TRUCKING INC
OR JD FACTORS LLC
PO BOX 687
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                4,396.25

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.707** **Nonpriority creditor's name and mailing address**

DIZDARWAY LLC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,300.00

---

**3.708** **Nonpriority creditor's name and mailing address**

DJ BROS LLC
OR OTR CAPITAL LLC
DEPT# 390 - PO BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,700.00

---

**3.709** **Nonpriority creditor's name and mailing address**

DJD TRANSPORTATION LLC
OR PAY4FREIGHT
PO BOX 1429
BELLEVUE, NE 68005-1429

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,200.00

---

**3.710** **Nonpriority creditor's name and mailing address**

DJS TRUCKING EXPRESS, INC.
OR STEELHEAD FINANCE
3518 HEATHROW WAY
MEDFORD, OR 97504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 730.00

---

**3.711** **Nonpriority creditor's name and mailing address**

DJS TRUCKING INC
8029 BARRYMORE DRIVE
DARIEN, IL 60561

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,100.00

| Debtor | Yellow Logistics, Inc. | | Case number *(if known)* | 23-11083 (CTG) |
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.712 | **Nonpriority creditor's name and mailing address**<br><br>DLH LOGISTICS LLC<br>OR PROVIDENT COMMERCIAL FINANCE LLC<br>P.O. BOX 11407 DEPT#2659<br>BIRMINGHAM, AL 35246-2659 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 450.00 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.713 | **Nonpriority creditor's name and mailing address**<br><br>DLR TRANSPORTATION<br>OR RTS FINANCIAL SERVICE, INC<br>PO BOX 840267<br>DALLAS, TX 75284 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 3,750.00 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.714 | **Nonpriority creditor's name and mailing address**<br><br>DM EXPRESS INC<br>OR APEX CAPITAL CORPORATION<br>PO BOX 961029<br>FORT WORTH, TX 76161 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 2,240.00 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.715 | **Nonpriority creditor's name and mailing address**<br><br>DM INTERNATIONAL LLC<br>OR FIRST LINE FUNDING GROUP<br>PO BOX 328<br>MADISON, SD 57042 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 1,300.00 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.716 | **Nonpriority creditor's name and mailing address**<br><br>DM TRANSPORTATION LLC<br>OR ENGLAND CARRIER SERVICES<br>PO BOX 953086<br>ST LOUIS, MO 63195 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 1,800.00 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.717** **Nonpriority creditor's name and mailing address**

DMC TRUCKIN
125 SANTANDER DR
LAREDO, TX 78046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.00

---

**3.718** **Nonpriority creditor's name and mailing address**

DNA LOGISTICS
5640 NW 61ST STREET 1422
COCONUT CREEK, FL 33073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.00

---

**3.719** **Nonpriority creditor's name and mailing address**

DNE JR TRANSPORTATION SERVICES LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,200.00

---

**3.720** **Nonpriority creditor's name and mailing address**

DNI TRUCKING LLC
748 GRANT BLVD
LEHIGH ACRES, FL 33974

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,400.00

---

**3.721** **Nonpriority creditor's name and mailing address**

DNK EXPRESS INC
3901 S. EAST STREET SUITE A
INDIANAPOLIS, IN 46227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 425.00

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.722 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 800.00 |
|---|---|---|---|

DOCK LOAD DELIVER LLC
OR TAB BANK
PO BOX 150830
OGDEN, UT 84415

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.723 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,150.00 |
|---|---|---|---|

DODIK TRUCKING INC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.724 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

DOLLAR TREE
500 VOLVO PARKWAY
CHESAPEAKE, VA 23320

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.725 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,075.00 |
|---|---|---|---|

DOLPHIN LINE, INC.
4521 HIGGINS RD
XXX
MOBILE, AL 36619

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.726 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 450.00 |
|---|---|---|---|

DOMIRIQUENOS LOGISTICS LLC
OR BOBTAIL
PO BOX 7410633
CHICAGO, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.727** **Nonpriority creditor's name and mailing address**

DON EXPRESS CORPORATION

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.728** **Nonpriority creditor's name and mailing address**

DOOLEYS TRANSPORTATION LLC
OR ECAPITAL FREIGHT FACTORING
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,000.00

---

**3.729** **Nonpriority creditor's name and mailing address**

DOOWUTCHYALIKE TRUCKING
7400 ORCHARD VIEW DR NE
ROCKFORD, MI 49341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 275.00

---

**3.730** **Nonpriority creditor's name and mailing address**

DORU TRUCKING LINE INC
DORU TRUCKING LINE INC
5171 WALLINGS RD SUITE 210
NORTH ROYALTON, OH 44133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,200.00

---

**3.731** **Nonpriority creditor's name and mailing address**

DOSPED INC
4830 N CUMBERLAND AVE
10C
NORRIDGE, IL 60706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.00

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.732**  **Nonpriority creditor's name and mailing address**

DOUBLE D EXPRESS, INC.
P.O. BOX 606
PERU, IL 61354

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  1,100.00

---

**3.733**  **Nonpriority creditor's name and mailing address**

DOUBLE D TRANSPORT LLC
OR CJM FINANCIAL INC
PO BOX 727
ANKENY, IA 50021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  800.00

---

**3.734**  **Nonpriority creditor's name and mailing address**

DOUBLE J WORLD TRANSPORT LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  950.00

---

**3.735**  **Nonpriority creditor's name and mailing address**

DOUBLE TROUBLE TRKG LLC
OR SUNBELT FINANCE
PO BOX 1000 DEPT 144
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  800.00

---

**3.736**  **Nonpriority creditor's name and mailing address**

DOUG BRADLEY TRUCKING, INC.
680 E WATER WELL RD
SALINA, KS 67401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  2,800.00

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.737** **Nonpriority creditor's name and mailing address**

DOUG GRANT TRUCKING LLC
324 IRVIN ROAD
BLANCHESTER, OH 45107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    16,500.00

---

**3.738** **Nonpriority creditor's name and mailing address**

DOVE CONSULTING INC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     1,100.00

---

**3.739** **Nonpriority creditor's name and mailing address**

DOWNEY EXPRESS TRANSPORTATION
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     1,450.00

---

**3.740** **Nonpriority creditor's name and mailing address**

DREAMS TRUCKING LLC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     2,000.00

---

**3.741** **Nonpriority creditor's name and mailing address**

DREAMWORKS CARRIER LLC
OR CD CONSORTIUM CORP.
8930 WAUKEGAN RD, STE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     6,550.00

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.742** **Nonpriority creditor's name and mailing address**

DRIVE
OR SMART FREIGHT FUNDING
3803 N 153RD ST, SUITE 100
OMAHA, NE 68116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.743** **Nonpriority creditor's name and mailing address**

DS EXPRESS INC
DS EXPRESS INC
15850 NEW AVENUE - SUITE 110
LEMONT, IL 60439

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,870.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.744** **Nonpriority creditor's name and mailing address**

DSR EXPRESS LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,624.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.745** **Nonpriority creditor's name and mailing address**

DTM TRANSPORT LLC
OR OAK HILL CAPITAL CORP
PO BOX 744
RED BANK, NJ 07701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 750.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.746** **Nonpriority creditor's name and mailing address**

DUBLIN TECHNICAL SYSTEMS INCORPORATED
6199 SHAMROCK CT
DUBLIN, OH 43016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

Debtor    Yellow Logistics, Inc.
_____
Name

Case number (if known)    23-11083 (CTG)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

---

**3.747** | **Nonpriority creditor's name and mailing address**

DUNDEE TRUCKING INC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,300.00

---

**3.748** | **Nonpriority creditor's name and mailing address**

DUNMAR MOVING SYSTEM
8030 WHITEPINE ROAD
RICHMOND, VA 23237-2263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 581.63

---

**3.749** | **Nonpriority creditor's name and mailing address**

DURADEK US INC
1142 CLAY STREET
KANSAS CITY, MO 64116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.750** | **Nonpriority creditor's name and mailing address**

DUTCH BOY TRUCKING INC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,700.00

---

**3.751** | **Nonpriority creditor's name and mailing address**

DUVAL SEMI TRAILERS INC
827 FAIRWAYS CT SUITE 110
STOCKBRIDGE, GA 30281

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,151.24

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.752** **Nonpriority creditor's name and mailing address**

DYNAMIC FREIGHT HAULERS
OR INVOICE PAYMENT SYSTEM
PO BOX 77226
MISSISSAUGA, L5T2P4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.753** **Nonpriority creditor's name and mailing address**

DYNAMIC LIFECYCLE INNOVATIONS INC.
N5549 COUNTY ROAD Z
ONALASKA, WI 54650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.754** **Nonpriority creditor's name and mailing address**

DYNAMIC PRO SERVICES LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.755** **Nonpriority creditor's name and mailing address**

E & J TRUCKING EMPIRE LLP
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.756** **Nonpriority creditor's name and mailing address**

E & K LOGISTICS LTD
OR ECAPITAL FREIGHT FACTORING CORP
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.757** **Nonpriority creditor's name and mailing address**

E & R TRUCKING
297 MALDONADO STREET
MENDOTA, CA 93640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,200.00

---

**3.758** **Nonpriority creditor's name and mailing address**

E AND A TRANSPORTATION LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,100.00

---

**3.759** **Nonpriority creditor's name and mailing address**

E C TRUCKING (SPARKS NV)
4594 GANNET PEAK CIRCLE
SPARKS, NV 89436

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.00

---

**3.760** **Nonpriority creditor's name and mailing address**

E N S TRANSPORTATION LLC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.00

---

**3.761** **Nonpriority creditor's name and mailing address**

E ROCHA TRUCKING CORP
1441 PASO REAL AVE #47
ROWLAND HEIGHTS, CA 91748

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,531.67

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.762**

**Nonpriority creditor's name and mailing address**

E&R LOGISTICS LLC
OR INTERNET TRUCKSTOP PAYMENTS LLC
PO BOX 7410411
CHICAGO, IL 60674-0411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,100.00

---

**3.763**

**Nonpriority creditor's name and mailing address**

E&R TRUCKING SERVICES LLC
OR STEELHEAD FINANCE
3518 HEATHROW WAY
MEDFORD, OR 97504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.00

---

**3.764**

**Nonpriority creditor's name and mailing address**

E.J.A. TRUCKING, INC.
6040 BAUMGARTNER INDUSTRIAL DRIVE
ST LOUIS, MO 63129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,200.00

---

**3.765**

**Nonpriority creditor's name and mailing address**

EAGLE 5 TRANSPORTATION LLC
OR THUNDER FUNDING
DEPT #3003 P. O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,600.00

---

**3.766**

**Nonpriority creditor's name and mailing address**

EAGLE EXPRESS, INC.
5601 BELLEVILLE ROAD
CANTON, MI 48188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.00

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.767** **Nonpriority creditor's name and mailing address**

EAGLE LOGISTICS LIMITED LIABILITY COMPANY
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,100.00

---

**3.768** **Nonpriority creditor's name and mailing address**

EAGLE TRANS LLC
OR ORANGE COMMERCIAL CREDIT
PO BOX 11099
OLYMPIA, WA 98508-1099

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,000.00

---

**3.769** **Nonpriority creditor's name and mailing address**

EAGLE TRANSLINES LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 950.00

---

**3.770** **Nonpriority creditor's name and mailing address**

EAGLE TRANSPORT, LLC
OR JD FACTORS LLC
PO BOX 687
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500.00

---

**3.771** **Nonpriority creditor's name and mailing address**

EAGLE TRANSPORTATION
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161-1029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,000.00

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.772 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 2,100.00 |
|---|---|---|---|---|

EAGLE TRUCKLINE LLC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.773 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 3,500.00 |
|---|---|---|---|---|

EAST WEST HAULING INC
700 FIRST ST
HARRISON, NJ 07029

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.774 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,650.00 |
|---|---|---|---|---|

EASTERN STAR HAULERS INC
56 MORRELL PL STE 1
XX
GARFIELD, NJ 07026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.775 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 790.00 |
|---|---|---|---|---|

EASTON FARM & TRUCKING LLC
11524 HOLLOWAY RD
SPARTA, IL 62286

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.776 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 3,900.00 |
|---|---|---|---|---|

EASTWEST XPRESS LLC
8325 OLD SONOMA PLACE
BRISTOW, VA 20136

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.777** **Nonpriority creditor's name and mailing address**

EASY WAY TRANS INC
OR ASSIST FINANCIAL SERVICES, INC.
PO BOX 347
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,000.00

---

**3.778** **Nonpriority creditor's name and mailing address**

EB LOGISTICS LLC
OR DORADO FINANCE
1790 LEE TREVINO STE. 600
EL PASO, TX 79936

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    6,200.00

---

**3.779** **Nonpriority creditor's name and mailing address**

EC TRANS INC
801 S DUPONT AVE UNIT C2
ONTARIO, CA 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    8,200.00

---

**3.780** **Nonpriority creditor's name and mailing address**

ECCOTRANS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,050.00

---

**3.781** **Nonpriority creditor's name and mailing address**

ECHOTRANS
OR CD CONSORTIUM CORP
8930 WAUKEGAN RD - STE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,600.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.782**  **Nonpriority creditor's name and mailing address**

ECKLUND LOGISTICS, INC.
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    875.00

---

**3.783**  **Nonpriority creditor's name and mailing address**

ECM INDUSTRIES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   2,200.00

---

**3.784**  **Nonpriority creditor's name and mailing address**

ECO ADVANCEMENTS INC
1564 W SEARCY ST
KENSETT, AR 72082

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                  Undetermined

---

**3.785**  **Nonpriority creditor's name and mailing address**

ECO TRUCK LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  11,950.00

---

**3.786**  **Nonpriority creditor's name and mailing address**

ECONOMY TRANSPORT CORPORATION
P O BOX 24876
ROCHESTER, NY 14624

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    950.00

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.787** **Nonpriority creditor's name and mailing address**

EDI EXPRESS
2303 W 190TH ST
TORRANCE, CA 90504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                    Undetermined

---

**3.788** **Nonpriority creditor's name and mailing address**

EDIJEN TRANSPORT INC.
5011 PEDLEY RD
RIVERSIDE, CA 92509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    600.00

---

**3.789** **Nonpriority creditor's name and mailing address**

EDITH'S TRUCKING
OR INSIGHT TECHNOLOGY INC
PO BOX 200399
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    600.00

---

**3.790** **Nonpriority creditor's name and mailing address**

EDJ TRANSPORT LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    150.00

---

**3.791** **Nonpriority creditor's name and mailing address**

EDLO SALES & ENGINEERING
407 YORKTOWN RD
LOGANSPORT, IN 46947

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                    Undetermined

---

Debtor    Yellow Logistics, Inc.
Name

Case number (if known)    23-11083 (CTG)

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.792** **Nonpriority creditor's name and mailing address**

EDUARD S TRUCKING INC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,128.59

---

**3.793** **Nonpriority creditor's name and mailing address**

EDULINK GROUP INC
OR BUSBOT INCORPORATED DBA AXLE
PO BOX 392797
PITTSBURGH, PA 15251-9797

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,900.00

---

**3.794** **Nonpriority creditor's name and mailing address**

EEC EXPRESS LLC
3733 NE 4TH ST
HOMESTEAD, FL 33033-6231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.00

---

**3.795** **Nonpriority creditor's name and mailing address**

EFF EXPRESS LLC
OR CCT FACTORING, LLC
PO BOX 116999
ATLANTA, GA 30368

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 450.00

---

**3.796** **Nonpriority creditor's name and mailing address**

EFS LLC
PO BOX 630038
CINCINNATI, OH 45263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,895.94

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.797 | **Nonpriority creditor's name and mailing address**<br><br>EGZIT CORPORATION<br>OR CD CONSORTIUM CORP<br>8930 WAUKEGAN RD, STE 230<br>MORTON GROVE, IL 60053 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 3,800.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.798 | **Nonpriority creditor's name and mailing address**<br><br>EIGHTY-EIGHT TRUCKING & LOGISTICS LLC<br>OR RTS FINANCIAL SERVICE INC<br>PO BOX 840267<br>DALLAS, TX 75284-0267 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 550.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.799 | **Nonpriority creditor's name and mailing address**<br><br>EKAM TRANSPORT LLC<br>7 CAITLIN COURT<br>JOHNSONCITY, TN 37604 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 22,210.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.800 | **Nonpriority creditor's name and mailing address**<br><br>EL TRONCO LLC<br>OR TAFS, INC<br>P.O. BOX 872632<br>KANSAS CITY, MO 64187 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 4,400.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.801 | **Nonpriority creditor's name and mailing address**<br><br>ELC EXPRESS LLC<br>OR TBS FACTORING SERVICE<br>PO BOX 248920<br>OKLAHOMA CITY, OK 73124 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 2,080.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.802 | **Nonpriority creditor's name and mailing address**<br><br>ELEFANTE EXPRESS LTD | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 1,800.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.803 | **Nonpriority creditor's name and mailing address**<br><br>ELIANA STAR TRUCKING LLC<br>OR PHOENIX CAPITAL GROUP<br>PO BOX 1415<br>DES MOINES, IA 50305 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 1,700.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.804 | **Nonpriority creditor's name and mailing address**<br><br>ELITE ANYWHERE<br>18181 BUTTERFIELD BLVD STE 135<br>MORGAN HILLS, CA 95037 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 1,038.17 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.805 | **Nonpriority creditor's name and mailing address**<br><br>ELITE SUPREME ENTERPRISES LLC | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 450.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.806 | **Nonpriority creditor's name and mailing address**<br><br>ELITE TRANSFER LLC<br>OR FIRST LINE FUNDING GROUP<br>PO BOX 328<br>MADISON, SD 57042 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 1,549.05 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor  Yellow Logistics, Inc.                                    Case number (if known)  23-11083 (CTG)
        Name

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.807 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,325.00 |
|---|---|---|---|

ELITE TRUCKING INC
3289 ARMSLEY DR
CHINO HILLS, CA 91709

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.808 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 750.00 |
|---|---|---|---|

ELLIS & ELLIS TRANSPORTATION LLC
1200 PUNCHEON CREEK RD
LAWRENCEBURG, KY 40342

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.809 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 335.00 |
|---|---|---|---|

ELLIS TRANSPORTATION
740 HICKORY INDUSTRIAL DRIVE
OLD HICKORY, TN 37138

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.810 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,150.00 |
|---|---|---|---|

ELLIS TRUCKING & BROKERAGE, LLC
OR FINANCIAL CARRIER SERVICES
PO BOX 151052
OGDEN, UT 84415

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.811 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,250.00 |
|---|---|---|---|

ELMER BUCHTA TRUCKING LLC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.812 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,500.00 |
|---|---|---|---|

EM WAY INC
OR PORTER BILLING SERVICES LLC
PO BOX 398
BIRMINGHAM, AL 35201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.813 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,100.00 |
|---|---|---|---|

EMCO TRANSPORTATION LLC
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.814 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 750.00 |
|---|---|---|---|

EMPEROR TRANSPORT
OR OAK HILL CAPITAL CORP
PO BOX 744
RED BANK, NJ 07701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.815 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,050.00 |
|---|---|---|---|

EMV TRANSPORTATION LLC
5941 STATE HIGHWAY 359
LAREDO, TX 78043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.816 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,250.00 |
|---|---|---|---|

ENCORE TRANSIT INC
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.817** | **Nonpriority creditor's name and mailing address**

ENDALE INTL SERVICES LLC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 950.00

---

**3.818** | **Nonpriority creditor's name and mailing address**

ENE TRUCKING LLC
OR THUNDER FUNDING
DEPT #3003 P. O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 850.00

---

**3.819** | **Nonpriority creditor's name and mailing address**

ENERGY FEDERATION INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,583.88

---

**3.820** | **Nonpriority creditor's name and mailing address**

ENG TRANSPORTATION INC.
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,300.00

---

**3.821** | **Nonpriority creditor's name and mailing address**

ENSAF LOGISTICS LLC
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,050.00

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.822** | **Nonpriority creditor's name and mailing address**

EOS LOGISTICS
PO BOX 423
ENID, OK 73702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.823** | **Nonpriority creditor's name and mailing address**

EP EXPEDITED TRANSPORT LLC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    600.00

---

**3.824** | **Nonpriority creditor's name and mailing address**

ERDNER BROS.,INC.
PO BOX 68
SWEDESBORO, NJ 08085

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    450.00

---

**3.825** | **Nonpriority creditor's name and mailing address**

ERIC'S DAWN TRANSPORTATION LLC
OR SMARTTRUCKER LLC
PO BOX 30516 DEPT# 506
LANSING, MI 48909-8016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,497.00

---

**3.826** | **Nonpriority creditor's name and mailing address**

ERIVES ENTERPRISES INC
OR FARWEST CAPITAL
PO BOX 961209
EL PASO, TX 79996

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    5,500.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.827** **Nonpriority creditor's name and mailing address**

ESQUIRE LOGISTICS INC
8272 NW 21ST STREET
DORAL, FL 33122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 185.30

---

**3.828** **Nonpriority creditor's name and mailing address**

ESQUIVEL TRANSPORT LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.829** **Nonpriority creditor's name and mailing address**

ETHEREDGE TRUCKING, INC.
166 WOODSDALE DR
MOGADORE, OH 44260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 400.00

---

**3.830** **Nonpriority creditor's name and mailing address**

E-TRANSPORT CARRIERS INC
E-TRANSPORT CARRIERS LLC
PO BOX 62892
BALTIMORE, MD 21264-2892

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,019.00

---

**3.831** **Nonpriority creditor's name and mailing address**

EURO EXPRESS, LLC
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 550.00

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.832** Nonpriority creditor's name and mailing address

EURO UNITED LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                1,000.00

---

**3.833** Nonpriority creditor's name and mailing address

EVA TRANSPORTS LLC
OR PROVIDENT COMMERCIAL FINANCE, LLC
P.O. BOX 11407 DEPT#2659
BIRMINGHAM, AL 35246-2659

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                1,150.00

---

**3.834** Nonpriority creditor's name and mailing address

EVANGER ENTERPRISES LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                1,200.00

---

**3.835** Nonpriority creditor's name and mailing address

EVANS DELIVERY COMPANY, INC.
EVANS DELIVERY COMPANY, INC.
PO BOX 62892
BALTIMORE, MD 21264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$              12,695.56

---

**3.836** Nonpriority creditor's name and mailing address

EVEN GROUNDS FREIGHT LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                  150.00

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.837** **Nonpriority creditor's name and mailing address**

EVER TRUCKING LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,100.00

**3.838** **Nonpriority creditor's name and mailing address**

EVEREST TRANSIT INC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 800.00

**3.839** **Nonpriority creditor's name and mailing address**

EVERGREEN TRANSPORT INC
5123 CHOCTAW RIDGE DR
INDIANAPOLIS, IN 46239

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 770.00

**3.840** **Nonpriority creditor's name and mailing address**

EVOLUTION TRANSPORT INC
5725 PLATINUM DRIVE
ERIE, PA 16509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,707.25

**3.841** **Nonpriority creditor's name and mailing address**

E-WAY EXPRESS LLC
1285 APPLE HOLLOW DR
ARNOLD, MO 63010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,550.00

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.842** **Nonpriority creditor's name and mailing address**

EXCALIBUR TRUCKING LLC
OR ECAPITAL FREIGHT FACTORING, PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,350.00

---

**3.843** **Nonpriority creditor's name and mailing address**

EXCLUSIVE ORTIZ TRANSPORTATION LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.844** **Nonpriority creditor's name and mailing address**

EXECUTIVE LOGISTICS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.845** **Nonpriority creditor's name and mailing address**

EXELLAR TRANSPORTATION INC
EXELLAR TRANSPORTATION INC
7289 TORBRAM ROAD
MISSISSAUGA, L4T1G8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,800.00

---

**3.846** **Nonpriority creditor's name and mailing address**

EXIT 215 LOGISTICS LLC
680 SHORE DRIVE
LITHONIA, GA 30058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,076.60

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.847** | **Nonpriority creditor's name and mailing address**

EXPEDIA CARRIERS INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.848** | **Nonpriority creditor's name and mailing address**

EXPEDITED CARRIERS INC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.849** | **Nonpriority creditor's name and mailing address**

EXPEDITED TRUCKING INC.
OR SAINT JOHN CAPITAL CORPORATION
PO BOX 74007671
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.850** | **Nonpriority creditor's name and mailing address**

EXPRESS LINE TRANSPORTATION LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.851** | **Nonpriority creditor's name and mailing address**

EXPRESS TRADINGS CORP
2801 PS BUSINESS CENTER DR
WOODBRIDGE, VA 22192

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

| **3.852** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,200.00 |
|---|---|---|---|

EXPRESS UNLIMITED FREIGHT LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.853** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 315.00 |
|---|---|---|---|

EXPRESSWAY TRUCKING LLC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.854** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,793.41 |
|---|---|---|---|

EYEMG - INTERACTIVE MEDIA GROUP
190 N UNION ST STE 300
AKRON, OH 44304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.855** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,200.00 |
|---|---|---|---|

EZANA TRUCKING LLC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.856** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,250.00 |
|---|---|---|---|

F & A CARRIERS INC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.857** | **Nonpriority creditor's name and mailing address**

F&D TRANSPORT LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 640.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.858** | **Nonpriority creditor's name and mailing address**

F&T INFINITY TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.859** | **Nonpriority creditor's name and mailing address**

F.E.M TRANSPORT

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 775.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.860** | **Nonpriority creditor's name and mailing address**

F1 EXPRESS INC
OR TRANSWEST CAPITAL
PO BOX 123381 - DEPT 3381
DALLAS, TX 75312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.861** | **Nonpriority creditor's name and mailing address**

F2F TRANSPORT, LLC
PO BOX 2487
CHATTANOOGA, TN 37409

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 15,050.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.862** **Nonpriority creditor's name and mailing address**

FABIAN TRUCKING INC
116 VON LOGAN DR
THOMASVILLE, NC 27360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 615.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.863** **Nonpriority creditor's name and mailing address**

FABRICATION ENTERPRISE
250 CLEARBROOK RD
ELMSFORD, NY 10523

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.864** **Nonpriority creditor's name and mailing address**

FACE 2 FACE EXPRESS
FACE 2 FACE EXPRESS
405 BEAMER DR
ANDERSON, SC 29625

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,850.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.865** **Nonpriority creditor's name and mailing address**

FALCON EXPRESS
11150 WATER ELM PL
FONTANA, CA 92337

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.866** **Nonpriority creditor's name and mailing address**

FALCON TRANSPORTS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.867** **Nonpriority creditor's name and mailing address**

FALU LOGISTICS
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.00

---

**3.868** **Nonpriority creditor's name and mailing address**

FAMA TRUCKING LLC
OR ATLAS FACTORING LLC
906 N. MESA STE 301
EL PASO, TX 79902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,750.00

---

**3.869** **Nonpriority creditor's name and mailing address**

FANTON LOGISTICS INC
10801 BROADWAY AVE
CLEVELAND, OH 44125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,200.00

---

**3.870** **Nonpriority creditor's name and mailing address**

FARBER MECHANICAL CONTRACTORS
800 EAST 12TH AVENUE
COLUMBUS, OH 43211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 300.00

---

**3.871** **Nonpriority creditor's name and mailing address**

FAREY TRUCKING LLC
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.00

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.872** | **Nonpriority creditor's name and mailing address**

FARM TRANSPORT LLC
1353 COLUMBUS-SANDUSKY RD S
MARION, OH 43302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,200.00

---

**3.873** | **Nonpriority creditor's name and mailing address**

FARMORE TRUCKING LLC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,100.00

---

**3.874** | **Nonpriority creditor's name and mailing address**

FAST & FURIOUS FREIGHT LLC
OR FINANCIAL CARRIER SERVICES
PO BOX 151052
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 350.00

---

**3.875** | **Nonpriority creditor's name and mailing address**

FAST ACTION TRUCKING, INC.
29 WEST PLAINFIELD ROAD
COUNTRYSIDE, IL 60525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,050.00

---

**3.876** | **Nonpriority creditor's name and mailing address**

FAST CARGO INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 550.00

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.877** | **Nonpriority creditor's name and mailing address**

FAST DELIVERY TRANSPORT INC
OR FACTORING EXPRESS LLC
PO BOX 150205
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,950.00

---

**3.878** | **Nonpriority creditor's name and mailing address**

FAST4WARD EXPRESS INC
OR J D FACTORS, LLC
PO BOX 687
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,700.00

---

**3.879** | **Nonpriority creditor's name and mailing address**

FASTCAP LLC
5016 PACIFIC HWY
FERNDALE, WA 98248

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$    Undetermined

---

**3.880** | **Nonpriority creditor's name and mailing address**

FASTRACK LOGISTICS INC
OR STEELHEAD FINANCE
3518 HEATHROW WAY
MEDFORD, OR, 97504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    3,025.00

---

**3.881** | **Nonpriority creditor's name and mailing address**

FASTSTAFF
OR MP STAR FINANCIAL INC
PO BOX 645005
CINCINNATI, OH 45264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    35,103.26

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.882** **Nonpriority creditor's name and mailing address**

FAUST RUNNERS INC
OR SAINT JOHN CAPITAL CORPORATION
PO BOX 74007671
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 650.00

---

**3.883** **Nonpriority creditor's name and mailing address**

FAXSTAR INC
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101-4565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,100.00

---

**3.884** **Nonpriority creditor's name and mailing address**

FDA LOGISTICS LLC
211 SCOTT PLACE
CHEEKTOWAGA, NY 14225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 950.00

---

**3.885** **Nonpriority creditor's name and mailing address**

FE GROUP LLC
16406 E US ROUTE 224 # 3
FINDLAY, OH 45840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.886** **Nonpriority creditor's name and mailing address**

FEDERAL TOOL
2150 STONEBRIDGE RD
W BEND, WI 53095

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

Debtor   Yellow Logistics, Inc.
Name

Case number *(if known)*   23-11083 (CTG)

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.887**

**Nonpriority creditor's name and mailing address**

FEDEX
DEPT CH PO BOX 10306
PALATINE, IL 60055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                4,722.38

---

**3.888**

**Nonpriority creditor's name and mailing address**

FERNANDEZ CARGO EXPRESS INC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                3,200.00

---

**3.889**

**Nonpriority creditor's name and mailing address**

FEXIMA EXPRESS LLC
OR PRO FUNDING LTD
PO BOX 111
FORT WORTH, TX 76101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,050.00

---

**3.890**

**Nonpriority creditor's name and mailing address**

FGE INC
500 TROLLEY BLVD
ROCHESTER, NY 14606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,050.00

---

**3.891**

**Nonpriority creditor's name and mailing address**

FGS TRANS LLC
1583 ROSE ST
REDLANDS, CA 92374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,700.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.892** **Nonpriority creditor's name and mailing address**

FGX INTERNATIONAL
500 GEORGE WASHINGTON HWY
SMITHFIELD, RI 02917

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.893** **Nonpriority creditor's name and mailing address**

FICOSA NORTH AMERICA
2991 HIGHLANDS PARK BLVD
COOKEVILLE, TN 38506

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.894** **Nonpriority creditor's name and mailing address**

FIELD FASTENERS
10243 COUNTY ROAD 2121
TYLER, TX 75707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.895** **Nonpriority creditor's name and mailing address**

FIGUEROA TRUCKING LLC
OR TBS FACTORING SERVICE
PO BOX 248920
OKLAHOMA CITY, OK 73124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 600.00

---

**3.896** **Nonpriority creditor's name and mailing address**

FILIP TRUCKING INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 650.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.897** **Nonpriority creditor's name and mailing address**

FINAL TARGET LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                  800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.898** **Nonpriority creditor's name and mailing address**

FINANFAC&TRANSPORTERS LLC
8165 W 36TH AVE APT 3
HIALEAH, FL 33018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                5,187.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.899** **Nonpriority creditor's name and mailing address**

FINEL TRANSPORTATION
OR APEX CAPITAL CORP
PO BOX 961029
FORT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                  150.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.900** **Nonpriority creditor's name and mailing address**

FIRE EAGLE EXPRESS CORP
OR STEELHEAD FINANCE, 3518 HEATHROW WAY
MEDFORD, OR 97504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                2,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.901** **Nonpriority creditor's name and mailing address**

FIRE TRANSPORT CORP
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                1,390.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Yellow Logistics, Inc.
Name

Case number (if known)  23-11083 (CTG)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.902** **Nonpriority creditor's name and mailing address**

FIRST CHOICE INTERNATIONAL SHIPPING LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.903** **Nonpriority creditor's name and mailing address**

FIRST OPTION, INC.
P O BOX 68
MARION, IN 46952

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,150.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.904** **Nonpriority creditor's name and mailing address**

FIRST TRANSPORT LLC
19660 W 8 MILE RD
SOUTHFIELD, MI 48075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 650.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.905** **Nonpriority creditor's name and mailing address**

FISCHAMMARI LOGISTICS
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.906** **Nonpriority creditor's name and mailing address**

FIVE COFFEE ROASTERS
59-01 55TH ST
MASPETH, NY 11378

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.907** **Nonpriority creditor's name and mailing address**

FIVE KEYS CARRIERS INC
OR LOVES SOLUTIONS LLC
PO BOX 96-0479
OKLAHOMA CITY, OK 73196-0479

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,100.00

---

**3.908** **Nonpriority creditor's name and mailing address**

FIVE LIONS TRANSPORTATION LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 800.00

---

**3.909** **Nonpriority creditor's name and mailing address**

FIVE RIVERS TRANSPORT
FIVE RIVERS TRANSPORT
8918 QUAIL RIDGE LANE
LENEXA, KS 66220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,200.00

---

**3.910** **Nonpriority creditor's name and mailing address**

FIVE RIVERS TRUCKING,LLC
511 CAN DO EXPRESSWAY
HAZLE TOWNSHIP, PA 18202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,400.00

---

**3.911** **Nonpriority creditor's name and mailing address**

FIVE STAR TRANSPORT LLC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,140.00

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.912** **Nonpriority creditor's name and mailing address**

FIVE STAR TRUCKING, INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,150.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.913** **Nonpriority creditor's name and mailing address**

FIVE STARS TRANSPORT LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 850.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.914** **Nonpriority creditor's name and mailing address**

FIVE TWO TRANSPORT LLC
OR LOVES SOLUTIONS LLC, PO BOX 96-0479
OKLAHOMA CITY, OK 73196-0479

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.915** **Nonpriority creditor's name and mailing address**

FJ TRANSPORTATION INC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.916** **Nonpriority creditor's name and mailing address**

FLA ACCESSORIES
290 TOWN CENTER DR STE 1000
DEARBORN, MI 48126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

Debtor    Yellow Logistics, Inc.    Case number (if known)    23-11083 (CTG)
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |

| 3.917 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 700.00 |

FLASH TRANS LOGISTICS LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.918 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,300.00 |

FLEEMAN CARRIERS, INC
605 WINDSOR DRIVE
LAWRENCEBURG, TN 38464

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.919 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,700.00 |

FLEET QUEST LOGISTICS LLC
OR APEX CAPITAL
PO BOX 961029
FT WORTH, TX 76161

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.920 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 825.00 |

FLEET SERVICES AND SALES LLC
1087 S COBB DR SE
MARIETTA, GA 30060-3318

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.921 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,300.00 |

FLEETEX TRANSPORT LTD
30 SIMONA DRIVE
BOLTON, ON L7E 4E8
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.922** **Nonpriority creditor's name and mailing address**

FLETCHER TRANSPORT INC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.00

---

**3.923** **Nonpriority creditor's name and mailing address**

FLETES MEXICO CARGA EXPRESS
5924 GREENBRIER RD
EL PASO, TX 79912

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 29,553.43

---

**3.924** **Nonpriority creditor's name and mailing address**

FLEX CARGO LLC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,400.00

---

**3.925** **Nonpriority creditor's name and mailing address**

FLEX TRANSPORT INC
OR PRO FUNDING INC
DEPT# 3045 - PO BOX 1000
MEMPHIS, TN 38148-3045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,650.00

---

**3.926** **Nonpriority creditor's name and mailing address**

FLIGHT EXPRESS INC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,800.00

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.927 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 605.85 |
|---|---|---|---|

FLT
801 LUNT AVE
ELK GROVE, IL 60007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.928 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,150.00 |
|---|---|---|---|

FLYHI TRANS, INC.
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.929 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,900.00 |
|---|---|---|---|

FLYING CARRIERS LLC
OR OTR CAPITAL LLC
DEPT# 390 P.O. BOX 1000
MEMPHIS, TN 38148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.930 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 150.00 |
|---|---|---|---|

FM TRANS INC
2969 SEASONS DR
GREENWOOD, IN 46143

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.931 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,100.00 |
|---|---|---|---|

FMA TRUCKING LLC
4889 SINCLAIR RD SUITE # 106
COLUMBUS, OH 43229

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.932** **Nonpriority creditor's name and mailing address**

FMJ FREIGHT & LOGISTICS LLC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,783.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.933** **Nonpriority creditor's name and mailing address**

FMR LOGISTICS LLC
OR OTR CAPITAL LLC
DEPT# 390 P.O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.934** **Nonpriority creditor's name and mailing address**

FMS TRUCKING LLC
OR OTR CAPITAL LLC
DEPT# 390 P.O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 850.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.935** **Nonpriority creditor's name and mailing address**

FOE GENERATIONAL WEALTH TRANSPORTATION

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,350.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.936** **Nonpriority creditor's name and mailing address**

FOOT LOCKER INC
3543 SIMPSON FERRY RD
CAMP HILL, PA 17011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.937** **Nonpriority creditor's name and mailing address**

FORBO MOVEMENT SYSTEMS
10125 S TRYON ST
CHARLOTTE, NC 28273

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.938** **Nonpriority creditor's name and mailing address**

FORCE TRANS INC
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,350.00

---

**3.939** **Nonpriority creditor's name and mailing address**

FOREVER INC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,800.00

---

**3.940** **Nonpriority creditor's name and mailing address**

FOREWAY TRANSPORTATION, INC.
1413 RANDALL STREET
COOPERSVILLE, MI 49404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,950.00

---

**3.941** **Nonpriority creditor's name and mailing address**

FORMERRA
1250 WINDHAM PKWY
ROMEOVILLE, IL 60446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.942** **Nonpriority creditor's name and mailing address**

FORT MYERS TRUCKING, INC.
PO BOX 150576
CAPE CORAL, FL 33915-0576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 425.00

---

**3.943** **Nonpriority creditor's name and mailing address**

FORTECHO LLC
PO BOX 3404
MUNSTER, IN 46321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 625.00

---

**3.944** **Nonpriority creditor's name and mailing address**

FORTES CORPORATION
OR JD FACTORS LLC
PO BOX 687
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,100.00

---

**3.945** **Nonpriority creditor's name and mailing address**

FORWARD AIR
DEPT, #888155
KNOXVILLE, TN 37995

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 40,573.69

---

**3.946** **Nonpriority creditor's name and mailing address**

FORWARD FREIGHT TRANSPORTATION LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.947** **Nonpriority creditor's name and mailing address**

FOUNTAIN VALLEY ENTERPRISE, INC.
14986 COUNTY ROAD 20
FAYETTE, OH 43521

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.948** **Nonpriority creditor's name and mailing address**

FOUR SEASONS TRUCKING LLC
OR PORTER BILLING SERVICES, LLC
PO BOX 440127
NASHVILLE, TN 37244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 150.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.949** **Nonpriority creditor's name and mailing address**

FOUR WAYS LOGISTICS II, INC.
12910 85TH CT
PALOS PARK, IL 60464

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.950** **Nonpriority creditor's name and mailing address**

FOX FREIGHT INC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.951** **Nonpriority creditor's name and mailing address**

FOX TRANSPORTATION INC
P.O. BOX 3119
RANCHO CUCAMONGA, CA 91729

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,630.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Yellow Logistics, Inc.
        Name                                          Case number (if known)    23-11083 (CTG)

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.952** | **Nonpriority creditor's name and mailing address**

FOX TRUCKING XPRESS INC
OR STEELHEAD FINANCE
3518 HEATHROW WAY
MEDFORD, OR 97504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.953** | **Nonpriority creditor's name and mailing address**

FREDI TRANSPORT INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.954** | **Nonpriority creditor's name and mailing address**

FREEDOM FREIGHT INC.
3605 SELMA-JAMESTOWN ROAD
SOUTH CHARLESTON, OH 45368

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.955** | **Nonpriority creditor's name and mailing address**

FREEDOM TRANSPORT INC.
10959 ALDER AVE
BLOOMINGTON, CA 92316

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.956** | **Nonpriority creditor's name and mailing address**

FREEWAY EXPRESS LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 850.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.957** | **Nonpriority creditor's name and mailing address**

FREEWAY TRANSPORTATION GROUP LLC
OR CARRIERNET GROUP FINANCIAL
PO BOX 1130
SIOUX FALLS, SD 57101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.958** | **Nonpriority creditor's name and mailing address**

FREGOSO TRUCKING

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 150.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.959** | **Nonpriority creditor's name and mailing address**

FREIGHT CONCEPTS INC.
10805 N POMONA AVE
KANSAS CITY, MO 64153

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 28,944.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.960** | **Nonpriority creditor's name and mailing address**

FREIGHT DIRECT LLC
OR CROSSROAD SERVICES LLC
PO BOX 653076
DALLAS, TX 75265-3076

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.961** | **Nonpriority creditor's name and mailing address**

FREIGHT HUNTER TRANSPORTATION INC
16753 MAVERICK COURT
WESTFIELD, IN 46074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.962** | **Nonpriority creditor's name and mailing address**

FREIGHT OTR SERVICES LLC
OR INTEGRA FUNDING SOLUTIONS, LLC
6300 RIDGLEA PL, SUITE 1101
FORT WORTH, TX 76116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.963** | **Nonpriority creditor's name and mailing address**

FREIGHT PROS LLC
OR THUNDER FUNDING
DEPT #3003 P. O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 550.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.964** | **Nonpriority creditor's name and mailing address**

FREIGHT SEEKERS LLC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.965** | **Nonpriority creditor's name and mailing address**

FREIGHT USA LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.966** | **Nonpriority creditor's name and mailing address**

FREIGHT WAY EXPRESS INC
OR LOVES SOLUTIONS LLC
PO BOX 639565
CINCINNATI, OH 45263-9565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.967** **Nonpriority creditor's name and mailing address**

FREIGHTHAWK XPRESS LLC
FREIGHTHAWK XPRESS LLC
255 MADSEN DRIVE
BLOOMINGDALE, IL 60108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                          500.00

---

**3.968** **Nonpriority creditor's name and mailing address**

FREIGHTIE INC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                        4,000.00

---

**3.969** **Nonpriority creditor's name and mailing address**

FREIGHTLINE REPUBLIC LLC
OR VIVA CAPITAL FUNDING, INC.
PO BOX 17548
EL PASO, TX 79917

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                        6,475.00

---

**3.970** **Nonpriority creditor's name and mailing address**

FREIGHTMANIA, INC.
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      30,700.00

---

**3.971** **Nonpriority creditor's name and mailing address**

FREIGHTWELL LOGISTICS LLC
OR BUSBOT INCORPORATED DBA AXLE
PO BOX 392797
PITTSBURGH, PA 15251-9797

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                        2,500.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.972** **Nonpriority creditor's name and mailing address**

FREZ & SONS LLC
FREZ & SONS LLC
PO BOX 10553
SILVER SPRINGS, MD 20914

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 700.00

---

**3.973** **Nonpriority creditor's name and mailing address**

FRIENDLY FREIGHT INC
OR ACS FACTORS
PO BOX 150306
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,400.00

---

**3.974** **Nonpriority creditor's name and mailing address**

FRIENDOS FREIGHT LINES LLC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.00

---

**3.975** **Nonpriority creditor's name and mailing address**

FRONTLINE EXPRESS INC
P.O. BOX 90323
BROOKLYN, NY 11209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,500.00

---

**3.976** **Nonpriority creditor's name and mailing address**

FTC
6311 STONER DRIVE
GREENFIELD, IN 46140

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.977** 

**Nonpriority creditor's name and mailing address**

FUENTES AND SONS TRANSPORTATION
OR TAB BANK
PO BOX 150290
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,800.00

---

**3.978**

**Nonpriority creditor's name and mailing address**

FUENTES TRANS EXPRESS LLC
6932 LURLINE AVE
WINNETKA, CA 91306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 400.00

---

**3.979**

**Nonpriority creditor's name and mailing address**

FUENTES TRUCKING

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.00

---

**3.980**

**Nonpriority creditor's name and mailing address**

FULL SPEED AHEAD INC
355 W DUNDEE RD, STE 205
BUFFALO GROVE, IL 60089

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,800.00

---

**3.981**

**Nonpriority creditor's name and mailing address**

FUN SWEETS LLC
501 103RD AVE. N.
ROYAL PALM BEACH, FL 33411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.982 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 900.00 |
|---|---|---|---|

FUTURE STAR INC
3102 OLD BAUMGARTNER RD
SAINT LOUIS, MO 63129

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.983 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,800.00 |
|---|---|---|---|

FUTURE TRANS INC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.984 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,150.00 |
|---|---|---|---|

FYN TRANSPORTATION LLC
OR CFS, INC DBA COMFREIGHT HAULPAY
65 PINE AVE, STE 853
LONG BEACH, CA 90802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.985 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,950.00 |
|---|---|---|---|

G & H MOTOR FREIGHT LINES
116 NW TOWNLINE RD PO BOX 239
GREENFIELD, IA 50849

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.986 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,492.50 |
|---|---|---|---|

G & I SOLUTIONS INC
OR OTR CAPITAL LLC
DEPT# 390 P.O. BOX 1000
MEMPHIS, TN 38148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Name

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

| 3.987 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 650.00 |

G & Y TRANSPORTATION LLC
OR CASHWAY FUNDING
PO BOX 724051
ATLANTA, GA 31139-4051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.988 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,700.00 |

G E M FREIGHT CARRIERS LLC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161-1029

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.989 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,800.00 |

G F S TRANSPORT INC
16550 PARADUXX CT
BAKERSFIELD, CA 93314

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.990 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 650.00 |

G G TRUCK LINES INC
44289 WILMINGTON DR
CANTON, MI 48188

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.991 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 650.00 |

G LOPEZ TRANSPORTATION
OR ITHRIVE FUNDING LLC
DEPT#848 PO BOX 1000
MEMPHIS, TN 38148-1000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.992** | **Nonpriority creditor's name and mailing address**

G P B LOGISTICS LLC
OR RTS FINANCIAL SERVICES
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,700.00

---

**3.993** | **Nonpriority creditor's name and mailing address**

G S DHAMI LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,400.00

---

**3.994** | **Nonpriority creditor's name and mailing address**

G T S TRUCKING INC
719 SAWDUST RD STE 330
THE WOODLANDS, TX 77380

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,325.00

---

**3.995** | **Nonpriority creditor's name and mailing address**

G&J EXPRESS LLC
5407 CHAPEL BROOK DR
HOUSTON, TX 77069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,375.00

---

**3.996** | **Nonpriority creditor's name and mailing address**

G&T INTERNATIONAL
17 GALTEE RD
BRAMPTON, ON L6X 0J5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                3,800.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.997** | **Nonpriority creditor's name and mailing address**

G&VN INC
OR ASSIST FINANCIAL SERVICES, INC
PO BOX 347
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.998** | **Nonpriority creditor's name and mailing address**

GAKAMI & SONS LOGISTICS, LLC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.999** | **Nonpriority creditor's name and mailing address**

GALEE TRUCKING INC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1000** | **Nonpriority creditor's name and mailing address**

GALERIE AU CHOCOLAT
330 LANGLEY DRIVE
HEBRON, KY 41048

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1001** | **Nonpriority creditor's name and mailing address**

GALT LOGISTICS INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,075.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.100 2** Nonpriority creditor's name and mailing address

GALVAN TRUCKING
3032 KALEI CT
PERRIS, CA 92571-3773

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 450.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100 3** Nonpriority creditor's name and mailing address

GAMA TRADE INC
OR FINANCIAL CARRIER SERVICES
PO BOX 151052
OGDEN, UT 84415

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100 4** Nonpriority creditor's name and mailing address

GAMBIT LOGISTICS LLC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 985.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100 5** Nonpriority creditor's name and mailing address

GAN-TRANS, LTD A CORP.
800 CARDEN ST
SAN LEANDRO, CA 94577

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 150.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100 6** Nonpriority creditor's name and mailing address

GAO TRANSPORTATION INC
1822 SHORELINE DR
MISSOURI CITY, TX 77459

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.100 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

GARDEN STATE BULB COMPANY LLC
2720 INDUSTRIAL WAY
VINELAND, NJ 08360

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

| 3.100 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 525.00 |
|---|---|---|---|

GARLAND TRUCKING
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.100 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,700.00 |
|---|---|---|---|

GARRIDO COMPANY TRUCK INC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.101 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,800.00 |
|---|---|---|---|

GBT TRUCKING LLC
OR GH FACTOR LLC
PO BOX 746847
ATLANTA, GA 30374-6847

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.101 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,650.00 |
|---|---|---|---|

GCUBED TRUCKING LLC
OR RIVIERA FINANCE - MINNEAPOLIS
P.O BOX 850243
MINNEAPOLIS, MN 55485-0243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.101 2** **Nonpriority creditor's name and mailing address**

GD TRANSPORT SERVICES CORP
OR FACTOR PLUS LLC
PO BOX 45-1653
MIAMI, FL 33245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,900.00

---

**3.101 3** **Nonpriority creditor's name and mailing address**

GE HEALTHCARE TECHNOLOGIES % EM6 LOGISTI
EM6- ATTN: GE HEALTHCARE
ORMOND BEACH, FL 32173

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                  Undetermined

---

**3.101 4** **Nonpriority creditor's name and mailing address**

GE TRANS
12008 CORLEY DR
WHITTIER, CA 90604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,800.00

---

**3.101 5** **Nonpriority creditor's name and mailing address**

GEC TRANSPORT SOLUTIONS LLC
OR JD FACTORS LLC
PO BOX 687
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    2,550.00

---

**3.101 6** **Nonpriority creditor's name and mailing address**

GEE TRUCKING INC.
18 ARBOR DRIVE
LEXINGTON, NC 27292

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      925.00

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.101 7**

**Nonpriority creditor's name and mailing address**

GEESE CARTAGE & COURIER, LLC
1345 DIAMOND SPRINGS ROAD SUITE 101
VIRGINIA BEACH, VA 23455-3629

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    118.56

---

**3.101 8**

**Nonpriority creditor's name and mailing address**

GELLE TRUCKING LLC
OR ALADDIN FINANCIAL, INC
PO BOX 1394
SIOUX FALLS, SD 57101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,775.00

---

**3.101 9**

**Nonpriority creditor's name and mailing address**

GENEX EXPRESS ENTERPRISES INC
152 TOUHY COURT
DES PLAINES, IL 60018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    800.00

---

**3.102 0**

**Nonpriority creditor's name and mailing address**

GERALD TRUCKING INC
OR CAPITAL DEPOT
8930 N. WAUKEGAN ROAD, SUITE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,500.00

---

**3.102 1**

**Nonpriority creditor's name and mailing address**

GES TRANS INC
OR SAINT JOHN CAPITAL CORPORATION
PO BOX 74007671
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    800.00

---

**Part 2:** | **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.102 2**

**Nonpriority creditor's name and mailing address**

GETGO TRANSPORTATION CO., LLC
28500 LEMOYNE RD
MILLBURY, OH 43447

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    2,500.00

---

**3.102 3**

**Nonpriority creditor's name and mailing address**

GFS EXPRESS INC
PO BOX 831915
MIAMI, FL 33283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    950.00

---

**3.102 4**

**Nonpriority creditor's name and mailing address**

GGC TRANSPORT INC
OR THUNDER CARRIER SERVICES, LLC
P. O. BOX 1000 DEPT #3003
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    2,850.00

---

**3.102 5**

**Nonpriority creditor's name and mailing address**

GGF
OR STEELHEAD FINANCE
3518 HEATHROW WAY
MEDFORD, OR 97504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,100.00

---

**3.102 6**

**Nonpriority creditor's name and mailing address**

GGT-FREIGHT LLC
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,300.00

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.102 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 3,700.00 |
|---|---|---|---|
| | GH & W LOGISTICS LLC OR TBS FACTORING SERVICE LLC PO BOX 248920 OKLAHOMA CITY, OK 73124-8920 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.102 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 3,300.00 |
|---|---|---|---|
| | GHUMAAN TRUCKING INC 17016 PECAN HOLLOW WAY LATHROP, CA 95330 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.102 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 3,850.00 |
|---|---|---|---|
| | GHUMAN LOGISTICS INC OR RTS FINANCIAL SERVICE, INC PO BOX 840267 DALLAS, TX 75284 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.103 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,000.00 |
|---|---|---|---|
| | GIBSONS EXPRESS LLC OR TRIUMPH BUSINESS CAPITAL PO BOX 610028 DALLAS, TX 75261-0028 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.103 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 47,700.00 |
|---|---|---|---|
| | GIGG EXPRESS INC 5355 CREEKBANK ROAD MISSISSAUGA, ON L4W 5L5 CANADA | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.103 2** 

**Nonpriority creditor's name and mailing address**

GIL TRANSPORT INC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,000.00

---

**3.103 3**

**Nonpriority creditor's name and mailing address**

GILL CARRIER
6569 N RIVERSIDE DR STE102 # 502
FRESNO, CA 93722

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 700.00

---

**3.103 4**

**Nonpriority creditor's name and mailing address**

GIOVANNI LOGISTICS LLC
OR ECAPITAL FREIGHT FACTORING
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 700.00

---

**3.103 5**

**Nonpriority creditor's name and mailing address**

GIS TRUCKING INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,400.00

---

**3.103 6**

**Nonpriority creditor's name and mailing address**

GK CARGO, INC.
1449 CHASE CT
BUFFALO GROVE, IL 60089

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,400.00

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.103 7**

**Nonpriority creditor's name and mailing address**

GK TRANSPORT INC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,200.00

---

**3.103 8**

**Nonpriority creditor's name and mailing address**

GLADON COMPANY
1350 S KINGSHIGHWAY BLVD
SAINT LOUIS, MO 63110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                    Undetermined

---

**3.103 9**

**Nonpriority creditor's name and mailing address**

GLOBAL FOUNDRIES
400 STONEBREAK EXT
BALLSTON SPA, NY 12020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                    Undetermined

---

**3.104 0**

**Nonpriority creditor's name and mailing address**

GLOBAL INDUSTRIES
107 GAITHER DR
MOUNT LAUREL, NJ 08054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                    Undetermined

---

**3.104 1**

**Nonpriority creditor's name and mailing address**

GLOBAL K LOGISTICS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    600.00

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.104 2** | **Nonpriority creditor's name and mailing address**

GLOBAL OMNIS DISTRIBUTION LOGISTICS LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                600.00

---

**3.104 3** | **Nonpriority creditor's name and mailing address**

GLOBALTRANZ ENTERPRISES, INC.
PO BOX 203285
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            37,260.00

---

**3.104 4** | **Nonpriority creditor's name and mailing address**

GLOBE LOGISTICS INC
70 ELM ST
NORTH ARLINGTON, NJ 07031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            15,550.00

---

**3.104 5** | **Nonpriority creditor's name and mailing address**

GLOBE TECH LLC
101 INDUSTRIAL DR
PLYMOUTH, MI 48170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              1,668.57

---

**3.104 6** | **Nonpriority creditor's name and mailing address**

GLOBE TRANSPORTATION INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              4,380.08

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.104 7**

**Nonpriority creditor's name and mailing address**

GLOBEMASTER INCORPORATED
OR SAINT JOHN CAPITAL CORPORATION
PO BOX 74007671
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,000.00

---

**3.104 8**

**Nonpriority creditor's name and mailing address**

GLOBEMAX EXPRESS INC
OR JD FACTORS LLC
PO BOX 687
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,400.00

---

**3.104 9**

**Nonpriority creditor's name and mailing address**

GLOVIS AMERICA INC
17305 VON KARMAN AVE
STE 200, IRVINE, CA 92614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.105 0**

**Nonpriority creditor's name and mailing address**

GLOVIS USA
3675 CRESTWOOD PKWY NW STE 501
DULUTH, MN 30096

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.105 1**

**Nonpriority creditor's name and mailing address**

GM CARGO FORWARDERS INCORPORATED
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,600.00

---

| Debtor | Yellow Logistics, Inc. | | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|---|
| | Name | | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.105 2**

**Nonpriority creditor's name and mailing address**

GM EXPRESS LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 550.00

---

**3.105 3**

**Nonpriority creditor's name and mailing address**

GMA EXPRESS, LLC
OR OTR CAPITAL LLC
DEPT# 390 PO BOX 1000
MEMPHIS, TN 38148-0390

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 750.00

---

**3.105 4**

**Nonpriority creditor's name and mailing address**

GMBS TRANSPORTS LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 990.00

---

**3.105 5**

**Nonpriority creditor's name and mailing address**

GMH TRANS, LLC
7668 US ROUTE 5
WESTMINSTER, VT 05158

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,200.00

---

**3.105 6**

**Nonpriority creditor's name and mailing address**

GMR XPRESS INCORPORATED
7928 GRANT ST
DARIEN, IL 60561

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,400.00

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.105 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,800.00 |
|---|---|---|---|
| | GMT LOGISTIC INC<br>50706 VARSITY COURT<br>WIXOM, MI 48393 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.105 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 800.00 |
|---|---|---|---|
| | GMT TRANSPORTATION SERVICES INC<br>12710 JACK LANE<br>CORONA, CA 92880 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.105 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,500.00 |
|---|---|---|---|
| | GND TRANSPORT INC<br>2839 COLLETON DR<br>MARIETTA, GA 30066 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.106 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,100.00 |
|---|---|---|---|
| | GND TRANSPORT INC (MC882992)<br>OR THUNDER FUNDING<br>DEPT #3003 PO BOX 1000<br>MEMPHIS, TN 38148 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.106 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 750.00 |
|---|---|---|---|
| | GO FRANK EXPRESS LLC | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.106 2** **Nonpriority creditor's name and mailing address**

GO POWER INC
OR ASSIST FINANCIAL SERVICES, INC.
PO BOX 347
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,780.00

---

**3.106 3** **Nonpriority creditor's name and mailing address**

GOD'S MERCY TRUCKING LLC
1901 WINDY HILL PT
LAWRENCEVILLE, GA 30046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500.00

---

**3.106 4** **Nonpriority creditor's name and mailing address**

GODSPEED TRANSPORTING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 425.00

---

**3.106 5** **Nonpriority creditor's name and mailing address**

GOIN MOBILE LLC
PO BOX
HAYDEN, CO 81639

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,100.00

---

**3.106 6** **Nonpriority creditor's name and mailing address**

GOLD STAR EXPRESS LLC
OR SOUND FINANCE CORPORATION
PO BOX 206489
DALLAS, TX 75320-6489

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,700.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.106 7**

**Nonpriority creditor's name and mailing address**

GOLD STAR EXPRESS LLC (BOWLING GREEN KY)
OR CJM FINANCIAL INC
PO BOX 727
ANKENY, IA 50021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106 8**

**Nonpriority creditor's name and mailing address**

GOLDEN EAGLE TRANS INC
5771 BOXWOOD HILLS PLACE
ANTELOPE, CA 95843

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106 9**

**Nonpriority creditor's name and mailing address**

GOLDEN GATE TRUCKING INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.107 0**

**Nonpriority creditor's name and mailing address**

GOLDEN STAR TRANSPORT INC
OR GREAT PLAINS TRANSPORTATION SERVICES INC
PO BOX 4539
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.107 1**

**Nonpriority creditor's name and mailing address**

GOLDEN TIME TRUCKING INC
P.O.  BOX 5262
EL MONTE, CA 91734

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 4,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.107 2**

**Nonpriority creditor's name and mailing address**

GOLDEN WINGS UZ INC
604 HOGELAND LANE
BENSALEM, PA 19020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                5,000.00

---

**3.107 3**

**Nonpriority creditor's name and mailing address**

GOOD DYE YOUNG
2726 LARMON DR
NASHVILLE, TN 37204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$            Undetermined

---

**3.107 4**

**Nonpriority creditor's name and mailing address**

GOOD FOLKES TRUCKING LLC
OR INTERNET TRUCKSTOP PAYMENTS DBA TRUCKSTOP FACTORING
P.O. BOX 7410411
CHICAGO, IL 60674-0411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  500.00

---

**3.107 5**

**Nonpriority creditor's name and mailing address**

GOOD NEWS CARRIER
13450 KING RD
LEMONT, IL 60439

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,100.00

---

**3.107 6**

**Nonpriority creditor's name and mailing address**

GOOD SOURCE TRUCKING INC
OR SUNBELT FINANCE
PO BOX 1000 DEPT 144
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              30,977.50

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.1077**

**Nonpriority creditor's name and mailing address**

GORAYA & SONS INC
6702 WINDCHIME CT
BAKERSFIELD, CA 93313

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,000.00

---

**3.1078**

**Nonpriority creditor's name and mailing address**

GORGAN TRUCKING LLC
OR INTEGRA FUNDING SOLUTIONS, LLC
6300 RIDGLEA PL, SUITE 1101
FORT WORTH, TX 76116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,200.00

---

**3.1079**

**Nonpriority creditor's name and mailing address**

GORGOR TRANSPORT LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,950.00

---

**3.1080**

**Nonpriority creditor's name and mailing address**

GOV FORWARD INC
OR ASSIST FINANCIAL SERVICES, INC.
PO BOX 347
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,900.00

---

**3.1081**

**Nonpriority creditor's name and mailing address**

GP FABRICATION
2401 FT WORTH ST
STE B, GRAND PRAIRIE, TX 75050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

Debtor   Yellow Logistics, Inc.
         Name                                    Case number (if known)   23-11083 (CTG)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.108 2**

**Nonpriority creditor's name and mailing address**

GP TRANSPORTATION COMPANY
PO BOX 95379
CHICAGO, IL 60694

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,172.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108 3**

**Nonpriority creditor's name and mailing address**

GR QUALITY TRANSPORTS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,150.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108 4**

**Nonpriority creditor's name and mailing address**

GRADE A DISPATCH & LOGISTICS LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108 5**

**Nonpriority creditor's name and mailing address**

GRAND LINE GROUP INC
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101-4565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108 6**

**Nonpriority creditor's name and mailing address**

GRAND RAPIDS TRANSPORT, INC.
2278 PORT SHELDON ST
JENISON, MI 49428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|--------|------------------------|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.108 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 50.00 |
|---|---|---|---|
| | GRAPE SOLAR<br>2635 W. 7TH PL.<br>EUGENE, OR 97402 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.108 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,600.00 |
|---|---|---|---|
| | GRATEFUL TRANSPORT INC<br>OR YANKTON FACTORING, INC<br>PO BOX 217<br>YANKTON, SD 57078 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.108 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 900.00 |
|---|---|---|---|
| | GREAT EXPRESS TRANSPORTATION LLC<br>4239 WOODS CREEK LN<br>SUWANEE, GA 30024 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.109 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | GREAT JONES BOOKS INC<br>27 ROUTE 31<br>PENNINGTON, NJ 08534 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Customer Claim | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☐ No<br>☒ Yes | |

| 3.109 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 17,070.00 |
|---|---|---|---|
| | GREAT LAKES TRUCKING MI INC<br>OR CRESTMARK TPG LLC<br>PO BOX 682348<br>FRANKLIN, TN 37068 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.109 2**

**Nonpriority creditor's name and mailing address**

GREAT NORTHERN
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.109 3**

**Nonpriority creditor's name and mailing address**

GREEN CARGO LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    2,700.00

---

**3.109 4**

**Nonpriority creditor's name and mailing address**

GREEN DIAMOND COMMERCIAL CLEANING LLC
OR TRANSAM FINANCIAL SERVICES, INC.
PO BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    361.25

---

**3.109 5**

**Nonpriority creditor's name and mailing address**

GREEN HORNETS LOGISTICS INC
OR SAINT JOHN CAPITAL CORP
PO BOX 74007671
CHICAGO, IL 60674-7671

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,350.00

---

**3.109 6**

**Nonpriority creditor's name and mailing address**

GREEN TRUCKING
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    750.00

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.109 7** **Nonpriority creditor's name and mailing address**

GREENSCREENS AI LLC
PO BOX 567
FORT PIERCE, FL 34954

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 6,950.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109 8** **Nonpriority creditor's name and mailing address**

GREENTREE TRANSPORTATION COMPANY
GREENTREE TRANSPORTATION COMPANY
PO BOX 644831 - DEPT GTC
PITTSBURGH, PA 15264-4831

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 9,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109 9** **Nonpriority creditor's name and mailing address**

GREENWAY TRANSPORT INC
OR ECAPITAL FREIGHT FACTORING CORP.
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 150.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110 0** **Nonpriority creditor's name and mailing address**

GRIFFIN TRANSPORTATION INC
4525 Clay Avenue Sw
GRAND RAPIDS, MI 49548

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110 1** **Nonpriority creditor's name and mailing address**

GROEN ENTERPRISES, INC.
7568 US 264 E
WASHINGTON, NC 27889

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.110 2** **Nonpriority creditor's name and mailing address**

GSA LOGISTICS INC (MC1182724)
OR CAPITAL DEPOT
8930 N WAUKEGAN RD STE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110 3** **Nonpriority creditor's name and mailing address**

GSC HEAVY HAULING LLC
OR PARTNERS FUNDING INC.,
PO BOX 5431
CAROL STREAM, IL 60197-5431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110 4** **Nonpriority creditor's name and mailing address**

GSG TRANSPORTATION, LLC.
4149 ST AUGUSTINE RD
JACKSONVILLE, FL 32207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110 5** **Nonpriority creditor's name and mailing address**

GSR TRANSPORT LLC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110 6** **Nonpriority creditor's name and mailing address**

GSTER FINANCIAL SERVICES

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Yellow Logistics, Inc.                                          Case number (if known)    23-11083 (CTG)
          Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.110 7** Nonpriority creditor's name and mailing address

GT TRUCK TRANSPORTATION INC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,250.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.110 8** Nonpriority creditor's name and mailing address

GTG TRANSPORTATION, INC.
P. O. BOX 1082
JONESBORO, GA 30212

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 700.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.110 9** Nonpriority creditor's name and mailing address

GTS EXPRESS INC
2300 N BARRINGTON ROAD STE 400
HOFFMAN ESTATES, IL 60169

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 86,300.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.111 0** Nonpriority creditor's name and mailing address

GTS TRANSPORTATION CORPORATION
7545 S MADISON STREET
7545 S MADISON STREET
BURR RIDGE, IL 60527

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,100.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.111 1** Nonpriority creditor's name and mailing address

GTY SERVICES LLC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 5,000.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 223 of 588

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.111 2** **Nonpriority creditor's name and mailing address**

GUARDIAN LOGISTICS
DBA GUARDIAN LOGISTICS SOLUTIONS
P.O. BOX 51160
DURHAM, NC 27717

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 245.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111 3** **Nonpriority creditor's name and mailing address**

GUIANO INTERNATIONAL LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111 4** **Nonpriority creditor's name and mailing address**

GULF LINE GROUP LTD
1278 CONCESSION RD
CAMBRIDGE, ON N3H4L6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,450.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111 5** **Nonpriority creditor's name and mailing address**

GUNDLACH & SONS LEASING COMPANY, INC.
P O BOX 830
LA PAZ, IN 46537

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111 6** **Nonpriority creditor's name and mailing address**

GUR EXPRESS INC (MC1221653)
OR CAPITAL DEPOT
8930 N WAUKEGAN RD SUITE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 575.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| **3.111 7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 50.00 |
|---|---|---|---|

GURB TRANSPORT LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **3.111 8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,700.00 |
|---|---|---|---|

GUREY GLOBAL TRUCKING LLC
OR CARRIERNET GROUP FINANCIAL
PO BOX 1130
SIOUX FALLS, SD 57101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **3.111 9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 850.00 |
|---|---|---|---|

GUYER THE MOVER, INC.
1050 INDUSTRIAL PARKWAY
PERU, IN 46970

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **3.112 0** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 620.00 |
|---|---|---|---|

GUZMAN TRUCKING
OR CARRIERNET GROUP FINANCIAL
PO BOX 1130
SIOUX FALLS, SD 57101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **3.112 1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 300.00 |
|---|---|---|---|

GWC  MASTERMINDING LLC
OR BOBTAIL
PO BOX 7410633
CHICAGO, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.112 2** Nonpriority creditor's name and mailing address

H & H EXPRESS LANES LLC
5245 RISCHOW DR SW
WYOMING, MI 49509

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,320.00

---

**3.112 3** Nonpriority creditor's name and mailing address

H & H EXPRESS LLC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284-0267

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,500.00

---

**3.112 4** Nonpriority creditor's name and mailing address

H & J TRANSPORT INC
21 SHELDUCK LANE
MECHANICSBURG, PA 17050

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,800.00

---

**3.112 5** Nonpriority creditor's name and mailing address

H & P TRANSPORT LLC
OR NFUSION CAPITAL, LLC, PO BOX 151072
OGDEN, UT 84415

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 550.00

---

**3.112 6** Nonpriority creditor's name and mailing address

H & Y TRUCKING, INC.
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 950.00

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|--------|------------------------|------------------------|----------------|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.112 7**

**Nonpriority creditor's name and mailing address**

H&JS TRUCKING LLC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161-1029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,600.00

---

**3.112 8**

**Nonpriority creditor's name and mailing address**

H&S LOGISTICS SERVICES INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,350.00

---

**3.112 9**

**Nonpriority creditor's name and mailing address**

H.F. KROEGER TRUCKING, LLC
106 S 3RD AVE
ELDRIDGE, IA 52748

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,550.00

---

**3.113 0**

**Nonpriority creditor's name and mailing address**

HACKBARTH DELIVERY SERVICE, INC.
3200 EXECUTIVE PARK CIR
MOBILE, AL 36606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 513.58

---

**3.113 1**

**Nonpriority creditor's name and mailing address**

HAI LONG TRUCKING INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 550.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.113 2**

**Nonpriority creditor's name and mailing address**

HALSTEAD NEW ENGLAND
104 THOMAS ST
CALHOUN, GA 30701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                Undetermined

---

**3.113 3**

**Nonpriority creditor's name and mailing address**

HAMILTON PARKER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                Undetermined

---

**3.113 4**

**Nonpriority creditor's name and mailing address**

HAMP'S LOGISTICS LLC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                1,350.00

---

**3.113 5**

**Nonpriority creditor's name and mailing address**

HAND TO HAND TRANSPORTATION
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                1,400.00

---

**3.113 6**

**Nonpriority creditor's name and mailing address**

HANEY FREIGHTWAYS LLC
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                2,525.00

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.113 7** | **Nonpriority creditor's name and mailing address**

HANTOVER INC
5200 W 110TH STE 100
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 880.88

---

**3.113 8** | **Nonpriority creditor's name and mailing address**

HARBOR BREEZE LOGISTICS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.113 9** | **Nonpriority creditor's name and mailing address**

HARDING METALS INC
42 HARDING DRIVE
NORTHWOOD, NH 03261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,400.00

---

**3.114 0** | **Nonpriority creditor's name and mailing address**

HARED TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,700.00

---

**3.114 1** | **Nonpriority creditor's name and mailing address**

HARGUN FREIGHT LINES
3900 HORNER ST #128
UNION CITY, CA 94587

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,150.00

Case 23-11083-CTG    Doc 4    Filed 09/12/23    Page 273 of 649

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.114 2**

**Nonpriority creditor's name and mailing address**

HARI INCORPORATION
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 4,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114 3**

**Nonpriority creditor's name and mailing address**

HARMANDER TRANSPORT INC
390 CONSERVATION DR
BRAMPTON, ON L6Z 0B9
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114 4**

**Nonpriority creditor's name and mailing address**

HARPER GLOBAL LOGISTICS LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114 5**

**Nonpriority creditor's name and mailing address**

HARPERS HOT SHOT TRUCKING LLC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114 6**

**Nonpriority creditor's name and mailing address**

HART TO HART TRANSPORTATION LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,175.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.114 7**

**Nonpriority creditor's name and mailing address**

HART XPRESS INC
4031 PARKWAY DR STE D
FLORENCE, AL 35630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,400.00

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

HASKELL OFFICE
273 MONTGOMERY AVE
BALA CYNWYD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

HAULAGE NORTH AMERICA INC
24 BUSHCROFT TRAIL
BRAMPTON, ON L7A 2L1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,050.00

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

HAULISTIC LLC
PO BOX 778724
CHICAGO, IL 60677-8724

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 151,995.84

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

HAULSTER TRANSPORT LTD.
62 ROZMUS BAY
WINNIPEG, MB R2P 1E1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500.00

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.115 2**

**Nonpriority creditor's name and mailing address**

HAWKS TRANSPORT LLC
OR SOUND FINANCE CORPORATION
P.O. BOX 206489
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,500.00

---

**3.115 3**

**Nonpriority creditor's name and mailing address**

HAYAT EXPRESS LLC
OR TREADSTONE US CAPITAL, LLC
PO BOX 631627
CINCINNATI, OH 45263-1627

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,000.00

---

**3.115 4**

**Nonpriority creditor's name and mailing address**

HB LOGISTICS LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   500.00

---

**3.115 5**

**Nonpriority creditor's name and mailing address**

HCH TRUCKING INC
OR FACTORING EXPRESS LLC
PO BOX 150205
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,300.00

---

**3.115 6**

**Nonpriority creditor's name and mailing address**

HDH TRANSPORTATION INC
3006 N HUNTINGTON DR
ARLINGTON HEIGHTS, IL 60004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,000.00

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
| | Name | | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.115 7**

**Nonpriority creditor's name and mailing address**

HDZ TRANSPORTATION CO
HDZ TRANSPORTATION CO
125 WOODSTREAM BLVD - SUITE 301
STAFFORD, VA 22556

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 700.00

---

**3.115 8**

**Nonpriority creditor's name and mailing address**

HE LOGISTICS LLC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,100.00

---

**3.115 9**

**Nonpriority creditor's name and mailing address**

HEALTH ONE TRANSPORT LLC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,400.00

---

**3.116 0**

**Nonpriority creditor's name and mailing address**

HEAT MAKES SENSE
300 MESEROLE ST
BROOKLYN, NY 11206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.116 1**

**Nonpriority creditor's name and mailing address**

HEBRON CARGO INC
OR CROSSROAD SERVICES LLC
PO BOX 653076
DALLAS, TX 75265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,250.00

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.116 2**

**Nonpriority creditor's name and mailing address**

HECHAVARRIA PEREZ LLC
OR NU-KO CAPITAL, LLC
PO BOX 150884
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    1,050.00

---

**3.116 3**

**Nonpriority creditor's name and mailing address**

HEEBY'S SURPLUS
1164 PARK RD
READING, PA 19605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                                  Undetermined

---

**3.116 4**

**Nonpriority creditor's name and mailing address**

HERCULEAN MOVERS LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                      250.00

---

**3.116 5**

**Nonpriority creditor's name and mailing address**

HERITAGE LOGISTICS LLC
OR RIVIERA FINANCE OF CA
PO BOX 848062
LOS ANGELES, CA 90084-8062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                   55,700.00

---

**3.116 6**

**Nonpriority creditor's name and mailing address**

HERITAGE MOTOR FREIGHT, INC.
733 NELSON RD
MORRISDALE, PA 16858

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                      600.00

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.116 7**

**Nonpriority creditor's name and mailing address**

HERO TRANSPORT LLC
OR CAPITAL DEPOT, 8930 N WAUKEGAN ROAD, SUITE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116 8**

**Nonpriority creditor's name and mailing address**

HETMEYER XPRESS, LLC
OR BOBTAIL
PO BOX 932119
ATLANTA, GA 31193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,350.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116 9**

**Nonpriority creditor's name and mailing address**

HETZELS OVERLAND TRANSPORT, INC.
P O BOX 6075
EFFINGHAM, IL 62401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.117 0**

**Nonpriority creditor's name and mailing address**

HFT LOGISTICS INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 750.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.117 1**

**Nonpriority creditor's name and mailing address**

HH LOGISTICS LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.117 2** Nonpriority creditor's name and mailing address

HICOVILLE INT'L INC
OR THUNDER FUNDING
DEPT #3003 P. O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 450.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.117 3** Nonpriority creditor's name and mailing address

HIGAREDA TRANSPORT LLC
OR TRANSWEST CAPITAL
PO BOX 123381 - DEPT 3381
DALLAS, TX 75312-3381

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.117 4** Nonpriority creditor's name and mailing address

HIGH SKY TRANSPORT LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.117 5** Nonpriority creditor's name and mailing address

HIGH TEMPERATURE SUPERCONDUCTORS
320 N NOPAL ST
SANTA BARBARA, CA 93103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.117 6** Nonpriority creditor's name and mailing address

HIGHLANDER TRANSPORTATION INC
HIGHLANDER TRANSPORTATION INC
1300 LUNT AVE
ELK GROVE VILLAGE, IL 60007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 36,250.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Yellow Logistics, Inc.                                    Case number (if known)   23-11083 (CTG)
         Name

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117 7**

**Nonpriority creditor's name and mailing address**

HILL BROTHERS TRANSPORTATION, INC.
7850 I STREET
OMAHA, NE 68127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.00

---

**3.117 8**

**Nonpriority creditor's name and mailing address**

HILLANDALE FARMS EAST
PO BOX 269
HARTLY, DE 19953

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 712.00

---

**3.117 9**

**Nonpriority creditor's name and mailing address**

HILLENBRAND - CTSI
4165 HALF ACRE RD
BATAVIA, OH 45103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.118 0**

**Nonpriority creditor's name and mailing address**

HINES TRANSPORTATION SERVICES LLC
OR ECAPITAL FREIGHT FACTORING CORP.
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,150.00

---

**3.118 1**

**Nonpriority creditor's name and mailing address**

HINES VIP TRUCKING
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 300.00

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.118 2**

**Nonpriority creditor's name and mailing address**

HIRA TRANSPORT INC
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,100.00

---

**3.118 3**

**Nonpriority creditor's name and mailing address**

HIRSH INDUSTRIES
631 RIDGELY ST STE 14
DOVER, DE 19904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 895.79

---

**3.118 4**

**Nonpriority creditor's name and mailing address**

HJ INTERNATIONAL GROUP INC
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101-4565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,000.00

---

**3.118 5**

**Nonpriority creditor's name and mailing address**

HL TRANSPORTATION
108 PINE ST
KEENE, TX 76059

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 940.00

---

**3.118 6**

**Nonpriority creditor's name and mailing address**

HM FREIGHT LLC
10921 REED HARTMAN HWY 304G
BLUE ASH, OH 45242

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,900.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.118 7** | **Nonpriority creditor's name and mailing address**
HMD LLC
OR HMD TRUCKING, INC.
10031 VIRGINIA AVE
CHICAGO RIDGE, IL 60415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    2,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 8** | **Nonpriority creditor's name and mailing address**
HMD TRUCKING, INC.
10031 VIRGINIA AVE
CHICAGO RIDGE, IL 60415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    1,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118 9** | **Nonpriority creditor's name and mailing address**
HMS EXPRESS LLC
OR ALADDIN FINANCIAL INC
PO BOX 1394
SIOUX FALLS, SD 57101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    3,050.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119 0** | **Nonpriority creditor's name and mailing address**
HNRY LOGISTICS INC
5200 W 110TH ST
LEAWOOD, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.119 1** | **Nonpriority creditor's name and mailing address**
HOLLAM GLOBAL LOGISTICS LLC
OR TBS FACTORING SERVICE
PO BOX 248920
OKLAHOMA CITY, OK 73124-8920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Yellow Logistics, Inc.                                    Case number (if known)    23-11083 (CTG)
          Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.119 2**

**Nonpriority creditor's name and mailing address**

HOLLAND TRANSFER COMPANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119 3**

**Nonpriority creditor's name and mailing address**

HOLTKAMP TRANSPORTATION LLC
2282 WINDMILL WAY
WEST POINT, IA 52656

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119 4**

**Nonpriority creditor's name and mailing address**

HOME DEPOT PRO
151 JOHN JAMES AUDUBON PKWY
BUFFALO, NY 14228

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.119 5**

**Nonpriority creditor's name and mailing address**

HOME DEPOT PRO
151 JOHN JAMES AUDUBON PKWY
BUFFALO, NY 14228

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                131,699.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119 6**

**Nonpriority creditor's name and mailing address**

HOME DEPOT PRO % NATIONAL TRAFFIC
701 SAN MARCO BLVD
JACKSONVILLE, FL 32207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                  1,795.44

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.119 7**

**Nonpriority creditor's name and mailing address**

HOMER EXPRESS LLC
OR FINANCIAL CARRIER SERVICES
PO BOX 151052
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    1,475.00

---

**3.119 8**

**Nonpriority creditor's name and mailing address**

HOMESTRETCH LOGISTICAL SOLUTIONS INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    1,000.00

---

**3.119 9**

**Nonpriority creditor's name and mailing address**

HOMEWERKS WORLDWIDE
55 ALBRECHT DR
LAKE BLUFF, IL 60044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**         Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                    Undetermined

---

**3.120 0**

**Nonpriority creditor's name and mailing address**

HORIZON FREIGHT SYSTEM, INC.
PO BOX 70242
CLEVELAND, OH 44190

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    3,262.40

---

**3.120 1**

**Nonpriority creditor's name and mailing address**

HOT SHOT FINAL MILE, LLC
PO BOX 701189
HOUSTON, TX 77270-1189

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    3,174.85

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

<table>
<tr><td colspan="2">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.</td><td>Amount of claim</td></tr>
</table>

| 3.120 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,400.00 |
|---|---|---|---|
| | HOT-LINE FREIGHT SYSTEM, INC. PO BOX 205 WEST SALEM, WI 54669 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.120 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 150.00 |
|---|---|---|---|
| | HOUSESPRINGS TRUCKING LC OR ASSIST FINANCIAL SERVICES, INC. PO BOX 347 MADISON, SD 57042 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.120 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 650.00 |
|---|---|---|---|
| | HOUSTON TANK SERVICES, LLC P.O. BOX 566 PARIS, TN 38242 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.120 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 248.58 |
|---|---|---|---|
| | HOWARD MILLER COMPANY 860 E MAIN AVE ZEELAND, MI 49464 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.120 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,300.00 |
|---|---|---|---|
| | HS TRANS INC OR SINGH FINANCING 10206 FAIRBANKS N. HOUSTON RD. HOUSTON, TX 77064 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.120 7** 

**Nonpriority creditor's name and mailing address**
HSG TRUCKING INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,500.00

---

**3.120 8**

**Nonpriority creditor's name and mailing address**
HTL
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 625.00

---

**3.120 9**

**Nonpriority creditor's name and mailing address**
HTS LOGISTICS LLC (MC1257495)
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 980.00

---

**3.121 0**

**Nonpriority creditor's name and mailing address**
HU FRIEDY MFG CO LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,850.00

---

**3.121 1**

**Nonpriority creditor's name and mailing address**
HUB2HOME LLC
41 ORCHARD ST # 103
RAMSEY, NJ 07446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 650.00

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.121 2**

**Nonpriority creditor's name and mailing address**

HUGO HUNTER INC
OR ORANGE COMMERCIAL CREDIT
PO BOX 11099
OLYMPIA, WA 98508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     4,500.00

**3.121 3**

**Nonpriority creditor's name and mailing address**

HUICHOL TRANSPORT
OR INTERNET TRUCKSTOP PAYMENTS LLC
PO BOX 7410411
CHICAGO, IL 60674-0411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     3,200.00

**3.121 4**

**Nonpriority creditor's name and mailing address**

HUNTERS EXPRESS INC
3102 GLOUCESTER DR
STERLING HEIGHTS, MI 48310

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     4,200.00

**3.121 5**

**Nonpriority creditor's name and mailing address**

HUSBAND&WIFE TRANSPORTATION LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     4,600.00

**3.121 6**

**Nonpriority creditor's name and mailing address**

HUSTLER TRANSPORT INC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161-1029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                     3,350.00

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.121 7**

**Nonpriority creditor's name and mailing address**

HYAB TRANSPORTATION LLC (MC1438998)
OR GREAT PLAINS TRANSPORTATION SERVICES INC
PO BOX 4539
CAROL STREAM, IL 60197-4539

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,700.00

---

**3.121 8**

**Nonpriority creditor's name and mailing address**

HYBRID LOGISTICS LLC
P.O.BOX 153927
IRVING, TX 75015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 800.00

---

**3.121 9**

**Nonpriority creditor's name and mailing address**

HYPER FREIGHT
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 900.00

---

**3.122 0**

**Nonpriority creditor's name and mailing address**

I & B TRANSPORTATION LLC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,800.00

---

**3.122 1**

**Nonpriority creditor's name and mailing address**

I & I BROTHERS EXPRESS LLC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,000.00

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.122
2** | **Nonpriority creditor's name and mailing address**

I & N TRANSPORTATION LLC
16725 168TH TERRACE SE
RENTON, WA 98058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 350.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.122
3** | **Nonpriority creditor's name and mailing address**

I T S TRUCKING
5405 BLACKSTOCK RD
SPARTANBURG, SC 29303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.122
4** | **Nonpriority creditor's name and mailing address**

I Y C XPRESS
OR RIVIERA FINANCE OF TX
PO BOX 202487
DALLAS, TX 75320-2487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.122
5** | **Nonpriority creditor's name and mailing address**

I. O. TRUCKING  LLC
24811 NW 4TH COURT
RIDGEFIELD, WA 98642

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.122
6** | **Nonpriority creditor's name and mailing address**

IAMLOGISTICS444
OR THUNDER FUNDING
DEPT #3003 P. O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 850.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Yellow Logistics, Inc.                                    Case number (if known)   23-11083 (CTG)
         Name

| | | Part 2: | Additional Page | | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| **3.122 7** | **Nonpriority creditor's name and mailing address** <br><br> IAN TRUCKING | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Trade Payable | $ 1,050.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| **3.122 8** | **Nonpriority creditor's name and mailing address** <br><br> IBO EXPRESS LLC <br> OR GAP FACTORING INC <br> PO BOX 150105 <br> OGDEN, UT 84415-0105 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Trade Payable | $ 1,100.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| **3.122 9** | **Nonpriority creditor's name and mailing address** <br><br> IC LOGISTIC CORP <br> OR PHOENIX CAPITAL GROUP <br> PO BOX 1415 <br> DES MOINES, IA 50305 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Trade Payable | $ 1,800.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| **3.123 0** | **Nonpriority creditor's name and mailing address** <br><br> ICLF TRUCKING INC <br> OR OTR CAPITAL LLC <br> DEPT# 390 P.O. BOX 1000 <br> MEMPHIS, TN 38148 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Trade Payable | $ 950.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| **3.123 1** | **Nonpriority creditor's name and mailing address** <br><br> ICOG EXPRESS LLC <br> OR PHOENIX CAPITAL GROUP <br> PO BOX 1415 <br> DES MOINES, IA 50305 | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Trade Payable | $ 150.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.123 2**

**Nonpriority creditor's name and mailing address**

ICONIC FLEET LLC
OR BASICBLOCK INC.
PO BOX 8697
OMAHA, NE 68108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,600.00

---

**3.123 3**

**Nonpriority creditor's name and mailing address**

IDAHO ICE
220 W MORTON ST
MOSCOW, ID 83843

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.123 4**

**Nonpriority creditor's name and mailing address**

IDAN EXPRESS LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,400.00

---

**3.123 5**

**Nonpriority creditor's name and mailing address**

IDEAL TRANS LLC
15143 BEVERLY DR UNIT B
PHILADELPHIA, PA 19116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,750.00

---

**3.123 6**

**Nonpriority creditor's name and mailing address**

IDEAL XPRESS LLC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,700.00

---

| Debtor | Yellow Logistics, Inc. | | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.123 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,600.00 |
|---|---|---|---|

IDS EXPRESS INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.123 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,450.00 |
|---|---|---|---|

IDS TRUCKING INC
OR JD FACTORS LLC
490 E ROOSEVELT ROAD SUITE 103
WEST CHICAGO, IL 60185

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.123 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 550.00 |
|---|---|---|---|

IFENZE LOGISTICS LLC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.124 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,450.00 |
|---|---|---|---|

IGN LOGISTICS CO
IGN LOGISTICS CO
15725 ORLAN BROOK DR #73
ORLAND PARK, IL 60462

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.124 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,320.00 |
|---|---|---|---|

IGS TRANS INC
33286 N BATTERSHALL RD
GRAYSLAKE, IL 60030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.124 2** | **Nonpriority creditor's name and mailing address**

IHAUL FREIGHT, INC.
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068-2348

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,050.00

---

**3.124 3** | **Nonpriority creditor's name and mailing address**

IIK TRANSPORT INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,500.00

---

**3.124 4** | **Nonpriority creditor's name and mailing address**

IKAMAL INC
OR SAINT JOHN CAPITAL CORPORATION
PO BOX 74007671
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 800.00

---

**3.124 5** | **Nonpriority creditor's name and mailing address**

ILOAD TRUCKING LTD
5308 E GREEN ALDER WAY
REGINA, S4V 3M7
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,200.00

---

**3.124 6** | **Nonpriority creditor's name and mailing address**

IMAN TRUCKING LLC (MC1072031)
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,200.00

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.124 7**

**Nonpriority creditor's name and mailing address**

IME EXPRESS LLC
OR FACTORING EXPRESS LLC
P.O. BOX 150205
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,550.00

---

**3.124 8**

**Nonpriority creditor's name and mailing address**

IMPALA LOGISTICS LLC
OR TBS FACTORING SERVICE
PO BOX 248920
OKLAHOMA CITY, OK 73124-8920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,700.00

---

**3.124 9**

**Nonpriority creditor's name and mailing address**

IMPRESSIONS MARKETING GROUP
234 SPRINGS RD
WASHINGTON, NC 27889

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.125 0**

**Nonpriority creditor's name and mailing address**

INCSTORES LLC
ATTN: OPERATIONS
OPERATIONS
11201 N TATUM BLVD
PHOENIX, AZ 85028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 682.69

---

**3.125 1**

**Nonpriority creditor's name and mailing address**

INDIAN CREEK EXPRESS, LLC
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,000.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.125 2**

**Nonpriority creditor's name and mailing address**

INFINITI ELITE DELIVERY SERVICES LLC
OR TRANSWEST CAPITAL
PO BOX 123381 - DEPT 3381
DALLAS, TX 75312-3381

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 3,250.00

---

**3.125 3**

**Nonpriority creditor's name and mailing address**

INFINITY FABRICS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 1,536.49

---

**3.125 4**

**Nonpriority creditor's name and mailing address**

INFINITY FREIGHT LOGISTICS CORP
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 1,125.00

---

**3.125 5**

**Nonpriority creditor's name and mailing address**

INFINITY LINE LLC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 5,900.00

---

**3.125 6**

**Nonpriority creditor's name and mailing address**

INFURNITURE INC
8500 CARBIDE CT SUITE B
SACRAMENTO, CA 95828

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   350.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1257**

**Nonpriority creditor's name and mailing address**

INTACT GROUP
605 HIGHWAY 169 N
PLYMOUTH, MN 55441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #800006682

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**    6682

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.1258**

**Nonpriority creditor's name and mailing address**

INTEGRITY FREIGHT SERVICES, INC
OR OTR CAPITAL LLC
P.O. BOX 1000 DEPT# 390
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    2,100.00

---

**3.1259**

**Nonpriority creditor's name and mailing address**

INTELLATRANS INC
OR SAINT JOHN CAPITAL CORPORATION
PO BOX 74007671
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    2,400.00

---

**3.1260**

**Nonpriority creditor's name and mailing address**

INTERNATIONAL CARRIER, INC.
4618 TRADD CIRCLE
MONROE, NC 28110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    150.00

---

**3.1261**

**Nonpriority creditor's name and mailing address**

INTERNET PLUS SPACE TIME

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,500.00

---

Debtor   Yellow Logistics, Inc.                                      Case number (if known)   23-11083 (CTG)
         Name

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |

**3.126 2**

**Nonpriority creditor's name and mailing address**

INTERSTATE EXPRESS INC
PO BOX 121
KEENE, KY 40339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$              14,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 3**

**Nonpriority creditor's name and mailing address**

INTERSTATE FREIGHT CARRIERS LLC
OR COMMERCIAL FUNDING INC
PO BOX 207527
DALLAS, TX 75320-7527

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                   800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 4**

**Nonpriority creditor's name and mailing address**

INTERSTATE ROADWAYS CORP
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                3,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 5**

**Nonpriority creditor's name and mailing address**

INVICTUS TRANSPORT LLC
7927 DOCKAL ROAD
HOUSTON, TX 77028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$              24,135.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 6**

**Nonpriority creditor's name and mailing address**

IP EXPRESS INC
8888 BELTON DR
N RIDGEVILLE, OH 44039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                   375.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.126 7** **Nonpriority creditor's name and mailing address**

ISCO EXPRESS TRUCKING LLC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     650.00

---

**3.126 8** **Nonpriority creditor's name and mailing address**

ISCO TRUCKING LLC
C/O APEX CAPITAL CORP
PO BOX 961029
FORT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   2,400.00

---

**3.126 9** **Nonpriority creditor's name and mailing address**

ISHER TRANSPORT INC
OR BOBTAIL
PO BOX 932119
ATLANTA, GA 31193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   2,200.00

---

**3.127 0** **Nonpriority creditor's name and mailing address**

ISME TRANSPORT LLC
OR MATCH FACTORS
P.O. BOX 13259
FLORENCE, SC 29504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   1,900.00

---

**3.127 1** **Nonpriority creditor's name and mailing address**

ISSA LOGISTICS LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   5,550.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
| --- | --- | --- | --- |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.127 2**

**Nonpriority creditor's name and mailing address**

ITF LLC
OR TRANSAM FINANCIAL SERVICES INC
PO BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 10,675.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 3**

**Nonpriority creditor's name and mailing address**

ITRUCKING LLC (MC1040744)
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 4**

**Nonpriority creditor's name and mailing address**

IWACHU TRANSPORTATION LLC
OR SMARTTRUCKER, LLC
PO BOX 30516 DEPT# 506
LANSING, MI 48909-8016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 5**

**Nonpriority creditor's name and mailing address**

J & B SERVICES, INC.
J & B SERVICES, INC.
79 SAND PEBBLE DRIVE
JACKSON, TN 38305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 6**

**Nonpriority creditor's name and mailing address**

J & E FREIGHT SERVICES LLC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 520.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Yellow Logistics, Inc.
Name                                                    Case number (if known)    23-11083 (CTG)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1277**

**Nonpriority creditor's name and mailing address**

J & J TRUCKING (MC587609)
OR PHOENIX CAPITAL GROP LLC
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,700.00

---

**3.1278**

**Nonpriority creditor's name and mailing address**

J & M TRANZPORT INC
OR TRANSAM FINANCIAL SERVICES INC
PO BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,100.00

---

**3.1279**

**Nonpriority creditor's name and mailing address**

J & N TRANSPORTATION LLC
OR G SQUARED FUNDING, LLC
8215 ROSWELL RD - BUILDING 600
SANDY SPRINGS, GA 30350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.00

---

**3.1280**

**Nonpriority creditor's name and mailing address**

J & S DRAYAGE, LLC
J & S DRAYAGE, LLC
PO BOX 6818
OAKLAND, CA 94603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 550.00

---

**3.1281**

**Nonpriority creditor's name and mailing address**

J & Z EXPRESS INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,200.00

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.128 2** Nonpriority creditor's name and mailing address

J A S & L LOGISTIC LLC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$  1,300.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.128 3** Nonpriority creditor's name and mailing address

J C PARRY & SONS INC
3901 WASHINGTON BLVD
BALTIMORE, MD 21227

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Customer Claim

$  Undetermined

Date or dates debt was incurred          Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☒ Yes

---

**3.128 4** Nonpriority creditor's name and mailing address

J E OWEN TRUCKING
1091 BLACKWATER ROAD
FOREST, VA 24551

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$  1,425.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.128 5** Nonpriority creditor's name and mailing address

J J REYNOLDS TRANSPORT INC
OR SMART FREIGHT FUNDING
PO BOX 3474
OMAHA, NE 68103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$  1,750.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.128 6** Nonpriority creditor's name and mailing address

J LARIOS TRANSPORTATION
OR TAFS, INC
PO BOX 872632
KANSAS CITY, MO 64187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$  1,350.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

| 3.128 7 | **Nonpriority creditor's name and mailing address**<br><br>J MANE ENTERPRISE LLC<br>OR TRIUMPH FINANCIAL SERVICES, LLC<br>PO BOX 610028<br>DALLAS, TX 75261-0028 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $    1,800.00 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.128 8 | **Nonpriority creditor's name and mailing address**<br><br>J P L TRUCKING<br>OR OTR SOLUTIONS<br>PO BOX 1175760<br>ATLANTA, GA 30368-7576 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $    450.00 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.128 9 | **Nonpriority creditor's name and mailing address**<br><br>J&A PRESTIGE TRANSPORT SERVICES LLC<br>OR OTR SOLUTIONS<br>PO BOX 1175760<br>ATLANTA, GA 30368-7576 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $    700.00 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.129 0 | **Nonpriority creditor's name and mailing address**<br><br>J&G LOGISTICS LLC<br>OR BIG BROTHER FINANCIAL<br>P.O. BOX 1949<br>SUGAR LAND, TX 77487-1949 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $    2,800.00 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.129 1 | **Nonpriority creditor's name and mailing address**<br><br>J&J 72 TRANSPORT LLC<br>OR OTR CAPITAL DBA OTR SOLUTIONS<br>PO BOX 1175760<br>ATLANTA, GA 30368-7576 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $    2,800.00 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor  Yellow Logistics, Inc.
        Name

Case number (if known)    23-11083 (CTG)

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.129 2**

**Nonpriority creditor's name and mailing address**

J&J BROS TRUCKING INC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 550.00

---

**3.129 3**

**Nonpriority creditor's name and mailing address**

J&J PALLET SOLUTIONS, INC.
P.O. BOX 1147
ALPHARETTA, GA 30009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,732.14

---

**3.129 4**

**Nonpriority creditor's name and mailing address**

J. CIOFFI LEASING & TRUCKING INC
PO BOX 591
CARTERET, NJ 07008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,700.00

---

**3.129 5**

**Nonpriority creditor's name and mailing address**

J.S.K. TRUCKING COMPANY, INC.
OR J D FACTORS
PO BOX 687
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,800.00

---

**3.129 6**

**Nonpriority creditor's name and mailing address**

J2O CONSULTANTS LLC
OR SMARTTRUCKER, LLC
PO BOX 30516 DEPT# 506
LANSING, MI 48909-8016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,500.00

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.129 7** **Nonpriority creditor's name and mailing address**

J3 TRUCKING LLC
OR EWALL CAPITAL SOLUTIONS, PO BOX 33849
LAS VEGAS, NV 89133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129 8** **Nonpriority creditor's name and mailing address**

JACK WINN COLOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.129 9** **Nonpriority creditor's name and mailing address**

JACKDOLLARS TRANSPORT LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 850.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130 0** **Nonpriority creditor's name and mailing address**

JACKY LINES, INC.
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130 1** **Nonpriority creditor's name and mailing address**

JAGIM TRANSPORTATION, INC.
4335 PARADISE RD, PO BOX 206
WATSONTOWN, PA 17777

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 8,050.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.130 2**

**Nonpriority creditor's name and mailing address**

JAGUAR LOGISTICS LLC
OR RTS FINANCIAL SERVICE
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,000.00

---

**3.130 3**

**Nonpriority creditor's name and mailing address**

JAI MATA DI TRANS INC
18516 20TH AVE CT E
SPANAWAY, WA 98387

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    3,550.00

---

**3.130 4**

**Nonpriority creditor's name and mailing address**

JALWO TRUCKING LLC
OR ORANGE COMMERCIAL CREDIT
PO BOX 11099
OLYMPIA, WA 98508-1099

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    5,700.00

---

**3.130 5**

**Nonpriority creditor's name and mailing address**

JAMBO LOGISTICS
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,500.00

---

**3.130 6**

**Nonpriority creditor's name and mailing address**

JAMES AND JAMES WOOD SHOP
1609 N. MISSOURI RD.
SPRINGDALE, AR 72764

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.130 7**

**Nonpriority creditor's name and mailing address**

JAMES WILLIAMS TRUCKING
OR NEAL FREEMAN INVESTMENTS
PO BOX 505062
ST LOUIS, MO 63150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,185.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.130 8**

**Nonpriority creditor's name and mailing address**

JAMESKKEXP LLC
OR INTERNET TRUCKSTOP PAYMENTS LLC
PO BOX 7410411
CHICAGO, IL 60674-0411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.130 9**

**Nonpriority creditor's name and mailing address**

JAMESTOWN ADVANCED PRODUCTS
2855 GIRTS RD
JAMESTOWN, NY 14701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.131 0**

**Nonpriority creditor's name and mailing address**

JAMM TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,337.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.131 1**

**Nonpriority creditor's name and mailing address**

JANDO TRANSPORTATION
4988 KINGSLEY ST
MONTCLAIR, CA 91763

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.131 2**

**Nonpriority creditor's name and mailing address**

JANN LOGISTICS INC
OR CROSSROAD SERVICES LLC
PO BOX 653076
DALLAS, TX 75265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,550.00

---

**3.131 3**

**Nonpriority creditor's name and mailing address**

JANNA TRANSPORT LLC
OR NEAL FREEMAN INVESTMENTS
PO BOX 505062
ST LOUIS, MO 63150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,200.00

---

**3.131 4**

**Nonpriority creditor's name and mailing address**

JAPCO TRANSPORT INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,350.00

---

**3.131 5**

**Nonpriority creditor's name and mailing address**

JARINI ASSOCIATES LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,300.00

---

**3.131 6**

**Nonpriority creditor's name and mailing address**

JASMA LLC
OR TAFS, INC
PO BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,150.00

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.131 7**   **Nonpriority creditor's name and mailing address**

JASMIN LOGISTICS LLC
1300 HARVARD DR
ROCHESTER HILLS, MI 48307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   3,905.00

---

**3.131 8**   **Nonpriority creditor's name and mailing address**

JAT OF FORT WAYNE, INC.
5031 INDUSTRIAL ROAD
FORT WAYNE, IN 46825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   2,900.00

---

**3.131 9**   **Nonpriority creditor's name and mailing address**

JAT SOLUTIONS LLC
OR ECAPITAL FREIGHT FACTORING
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   1,150.00

---

**3.132 0**   **Nonpriority creditor's name and mailing address**

JATT AIRWAYS TRANSPORT INC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   10,881.55

---

**3.132 1**   **Nonpriority creditor's name and mailing address**

JAYRAY TRUCKING LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   2,200.00

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.132.2**

**Nonpriority creditor's name and mailing address**

JAZZ ENTERPRISES LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,400.00

---

**3.132.3**

**Nonpriority creditor's name and mailing address**

JB & SONS EXPRESS LLC
PO BOX 966
BANNING, CA 92220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,200.00

---

**3.132.4**

**Nonpriority creditor's name and mailing address**

JBS EXPRESS INC
OR FREIGHT FACTORING SPECIALISTS LLC
DEPT 10010 - PO BOX 31792
TAMPA, FL 33631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 550.00

---

**3.132.5**

**Nonpriority creditor's name and mailing address**

JBS TRUCKING INC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.00

---

**3.132.6**

**Nonpriority creditor's name and mailing address**

JCA TRANSPORT INC
OR CROSSROAD SERVICES LLC
PO BOX 653076
DALLAS, TX 75265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,275.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.132 7

**Nonpriority creditor's name and mailing address**

JCC TRANSPORT INC
295 NAPLES ST
MENDOTA, CA 93640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,000.00

### 3.132 8

**Nonpriority creditor's name and mailing address**

JCP ENTERPRISE LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 550.00

### 3.132 9

**Nonpriority creditor's name and mailing address**

JD LOGISTICS TRUCKING INC
1933 S WEST AVE
WAUKESHA, WI 53189

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,100.00

### 3.133 0

**Nonpriority creditor's name and mailing address**

JDC LOGISTICS LLC
OR NUKO CAPITAL LLC
PO BOX 150884
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,900.00

### 3.133 1

**Nonpriority creditor's name and mailing address**

JDF TRUCKING, LLC
405 GAMBIT CIR
WAKE FOREST, NC 27587

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 850.00

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.133 2**

**Nonpriority creditor's name and mailing address**

JDM FREIGHT LLC
OR OTR CAPITAL LLC
DEPT# 390 P.O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.133 3**

**Nonpriority creditor's name and mailing address**

JEEP TRANSPORT INC
OR RTS FINANCIAL SERVICES
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 625.00

---

**3.133 4**

**Nonpriority creditor's name and mailing address**

JELEN'S TRANSPORTATION, INC.
PO BOX 119
LONG POND, PA 18334

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,600.00

---

**3.133 5**

**Nonpriority creditor's name and mailing address**

JENKINS EXPRESS LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 850.00

---

**3.133 6**

**Nonpriority creditor's name and mailing address**

JERICO PLASTIC IND INC
401 BRIDGE ST
MINERVA, OH 44657

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.133 7**

**Nonpriority creditor's name and mailing address**

JESSUP LOGISTICS LLC
11180 NORTH STATE ROAD 67
MOORESVILLE, IN 46158

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,000.00

---

**3.133 8**

**Nonpriority creditor's name and mailing address**

JFG INTERNATIONAL INC
1351 AIR WING RD STE 3
SAN DIEGO, CA 92154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    6,075.00

---

**3.133 9**

**Nonpriority creditor's name and mailing address**

JGA TRUCKING, INC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,900.00

---

**3.134 0**

**Nonpriority creditor's name and mailing address**

JH 1131 LLC
OR ENGAGED FINANCIAL LLC
PO BOX 775553
CHICAGO, IL 60677-5553

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,200.00

---

**3.134 1**

**Nonpriority creditor's name and mailing address**

JIM LAWRENCE TRANSPORTATION INC
20086 US HIGHWAY 301 NORTH
STARKE, FL 32091

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    2,800.00

---

Debtor  Yellow Logistics, Inc.
Name

Case number (if known)    23-11083 (CTG)

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.134 2 | **Nonpriority creditor's name and mailing address**<br><br>JIREH-SHALOM TRUCKING LLC<br>OR OTR SOLUTIONS<br>PO BOX 1175760<br>ATLANTA, GA 30368-7576 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 500.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.134 3 | **Nonpriority creditor's name and mailing address**<br><br>JJ&K TRUCKING LLC<br>OR SUNBELT FINANCE, PO BOX 1000 DEPT 144<br>MEMPHIS, TN 38148 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 550.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.134 4 | **Nonpriority creditor's name and mailing address**<br><br>JJR TRUCKING LLC<br>OR G SQUARED FUNDING, LLC<br>8215 ROSWELL RD BUILDING 600<br>SANDY SPRINGS, GA 30350 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 600.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.134 5 | **Nonpriority creditor's name and mailing address**<br><br>JKP LOGISTICS INC<br>OR TRIUMPH BUSINESS CAPITAL<br>PO BOX 610028<br>DALLAS, TX 75261-0028 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 54,500.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.134 6 | **Nonpriority creditor's name and mailing address**<br><br>JL OCEAN CONTAINER SERVICE LLC<br>OR SUMMAR FINANCIAL LLC<br>2299 SW 27 AVE<br>MIAMI, FL 33145 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 1,300.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor  Yellow Logistics, Inc.
Name

Case number (if known)   23-11083 (CTG)

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.134 7** 

**Nonpriority creditor's name and mailing address**

JLA TRANSPORT INC
17820 SAN JACINTO AVE
FONTANA, CA 92336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    2,800.00

---

**3.134 8**

**Nonpriority creditor's name and mailing address**

JLF LOGISTICS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,055.00

---

**3.134 9**

**Nonpriority creditor's name and mailing address**

JM EXPRESS SERVICES INC
P.O. BOX 4117
CLIFTON, NJ 07012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                       500.00

---

**3.135 0**

**Nonpriority creditor's name and mailing address**

JM&F USA TRANSPORT CORP
OR SUMMAR FINANCIAL LLC
PO BOX 748841
ATLANTA, GA 30374-8841

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    4,250.00

---

**3.135 1**

**Nonpriority creditor's name and mailing address**

JMD TRUCKING  LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    2,800.00

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.135 2**

**Nonpriority creditor's name and mailing address**

JMV TRANSPORT INC
OR INTERNET TRUCKSTOP PAYMENTS LLC
PO BOX 7410411
CHICAGO, IL 60674-0411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 700.00

**3.135 3**

**Nonpriority creditor's name and mailing address**

JOANN DC % INTUNE LOGISTICS
208 ADLEY WAY
GREENVILLE, SC 29607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

**3.135 4**

**Nonpriority creditor's name and mailing address**

JOE MACK TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 800.00

**3.135 5**

**Nonpriority creditor's name and mailing address**

JOELG TRUCKING
OR AZALINE CAPITAL, LLC
PO BOX 200814
DALLAS, TX 75320-0814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,000.00

**3.135 6**

**Nonpriority creditor's name and mailing address**

JOHN EXPRESS TRUCKING LLC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 750.00

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.135 7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 350.00
|---|---|---|

JOHNIE'S TRUCK & TRAILER LLC
OR PHOENIX CAPITAL
P.O. BOX 1415
DESMOINES, IA 50305

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.135 8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 650.00

JOHNSON ONE INC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.135 9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 800.00

JOKERS TRUCKING LLC
OR ECAPITAL FREIGHT FACTORING
PO BOX 206773
DALLAS, TX 75320-6773

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.136 0** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 450.00

JOMARRON TRANSPORTATION LLC
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.136 1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,505.00

JONES FAMILY FREIGHT LLC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.136 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 950.00 |
|---|---|---|
| JONES TRANSPORTATION | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.136 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 500.00 |
|---|---|---|
| JONI TRANS LLC<br>OR ENGAGED FINANCIAL LLC<br>PO BOX 775553<br>CHICAGO, IL 60677-5553 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.136 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 500.00 |
|---|---|---|
| JOSE A RAMIREZ<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.136 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,600.00 |
|---|---|---|
| JOSIAHS EMPIRE TRANSPORT INC<br>OR THUNDER FUNDING<br>DEPT #3003 P. O. BOX 1000<br>MEMPHIS, TN 38148 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.136 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,700.00 |
|---|---|---|
| JP LOGISTICS INC<br>671 EXECUTIVE DRIVE - SUITE C<br>671 EXECUTIVE DRIVE - SUITE C<br>WILLOWBROOK, IL 60527 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.136 7**

**Nonpriority creditor's name and mailing address**

JP TRUCKING INC
54340 SMILAX ROAD
NEW CARLISLE, IN 46552

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,200.00

---

**3.136 8**

**Nonpriority creditor's name and mailing address**

JPK TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,049.00

---

**3.136 9**

**Nonpriority creditor's name and mailing address**

JR TRANSPORT INC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,300.00

---

**3.137 0**

**Nonpriority creditor's name and mailing address**

JRC TRANSPORT
OR VIVA CAPITAL FUNDING, INC., PO BOX 17548
EL PASO, TX 79917

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 800.00

---

**3.137 1**

**Nonpriority creditor's name and mailing address**

JRR TRANSPORT INC
4511 BIRD FARM RD
CHINO HILLS, CA 91709

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 875.00

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137 2**

**Nonpriority creditor's name and mailing address**

JS EXPRESS
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.00

---

**3.137 3**

**Nonpriority creditor's name and mailing address**

JS TRANSPORTATION
21306 W 82ND STREET
LENEXA, KS 66220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,550.00

---

**3.137 4**

**Nonpriority creditor's name and mailing address**

JS UNITED EXPRESS INC
5438 W HARVARD AVE
FRESNO, CA 93722

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,105.00

---

**3.137 5**

**Nonpriority creditor's name and mailing address**

JSD TRANS INCORPORATED
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161-1029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,000.00

---

**3.137 6**

**Nonpriority creditor's name and mailing address**

JSL TRUCKING INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 650.00

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.137 7** Nonpriority creditor's name and mailing address

JSP LINES
OR ASSIST FINANCIAL SERVICES INC
PO BOX 347
MADISON, SD 57042

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 4,900.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.137 8** Nonpriority creditor's name and mailing address

JT TRANSPORTATION INC
OR CROSSROAD SERVICES LLC
PO BOX 7410440
CHICAGO, IL 60674

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,500.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.137 9** Nonpriority creditor's name and mailing address

JT XPRESS LLC
62 SUMMER ST APT 1
HYDE PARK, MA 02136-1565

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,300.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.138 0** Nonpriority creditor's name and mailing address

JTX
OR TAFS, INC
PO BOX 872632
KANSAS CITY, MO 64187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 560.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.138 1** Nonpriority creditor's name and mailing address

JUAN CALDERA TRANSPORT CORP
23265 WALNUT ST
PERRIS, CA 92570

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 600.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Debtor   Yellow Logistics, Inc.                                    Case number (if known)   23-11083 (CTG)
         Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.138 2** | **Nonpriority creditor's name and mailing address**

JUGGERNAUT SPARK LOGISTICS LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                950.00

---

**3.138 3** | **Nonpriority creditor's name and mailing address**

JULES TRANSPORTATION LLC
OR INTEGRA FUNDING SOLUTIONS LLC
6300 RIDGLEA PL, SUITE 316
FORT WORTH, TX 76116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              2,900.00

---

**3.138 4** | **Nonpriority creditor's name and mailing address**

JULIAN EXPRESS INC
OR PHOENIX CAPITAL GROUP
PO BOX 732951
DALLAS, TX 75373-2148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                550.00

---

**3.138 5** | **Nonpriority creditor's name and mailing address**

JURGEN TRUCKIN INC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              2,400.00

---

**3.138 6** | **Nonpriority creditor's name and mailing address**

JUST RIGHT LOGISTICS LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                150.00

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.138 7**

**Nonpriority creditor's name and mailing address**

JUST-N-TIME LLC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,300.00

---

**3.138 8**

**Nonpriority creditor's name and mailing address**

JV FREIGHT LLC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 650.00

---

**3.138 9**

**Nonpriority creditor's name and mailing address**

JV TRANSPORTATION LLP
OR FARWEST CAPITAL
PO BOX 961209
EL PASO, TX 79996

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,500.00

---

**3.139 0**

**Nonpriority creditor's name and mailing address**

JVF TRANSPORT LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,550.00

---

**3.139 1**

**Nonpriority creditor's name and mailing address**

JVM VENEGAS TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 375.00

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.139 2**

**Nonpriority creditor's name and mailing address**

K & J EXPRESS LOGISTICS LLC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,350.00

---

**3.139 3**

**Nonpriority creditor's name and mailing address**

K & ZL TRUCKING INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,100.00

---

**3.139 4**

**Nonpriority creditor's name and mailing address**

K EXPRESS INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.139 5**

**Nonpriority creditor's name and mailing address**

K GARCIA ENTERPRISE LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 350.00

---

**3.139 6**

**Nonpriority creditor's name and mailing address**

K JACOB LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,700.00

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.139 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,200.00 |
|---|---|---|---|

K K EXPRESS INC
810 SOUTH MAIN STREET
AKRON, OH 44311

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.139 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,900.00 |
|---|---|---|---|

K S CARRIERS LLC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.139 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 600.00 |
|---|---|---|---|

K&G TRUCK LINES LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.140 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 750.00 |
|---|---|---|---|

K. S. D. ATLANTIC TRANSPORT SYSTEMS INC.
84 G WARREN AVE
WESTBROOK, ME 04092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.140 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 750.00 |
|---|---|---|---|

K. W. SERVICE, INC.
12236 JEFFERSON STREET
PERRYSBURG, OH 43551

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.140 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,700.00 |
|---|---|---|---|

K2 EXPRESS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.140 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,781.00 |
|---|---|---|---|

KAD GROUP LOGISTICS INC
1627 EAGLE GROVE CT
WHEELING, IL 60090

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.140 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,000.00 |
|---|---|---|---|

KADAFY LOGISTICS CORP
OR ENGAGED FINANCIAL LLC
PO BOX 775553
CHICAGO, IL 60677-5553

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.140 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 800.00 |
|---|---|---|---|

KAIJU TRUCKING LLC
OR TBS FACTORING
PO BOX 151052
OGDEN, UT 84415

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.140 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,000.00 |
|---|---|---|---|

KAM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.140 7**

**Nonpriority creditor's name and mailing address**

KAMEX TRANSPORT LIMITED LIABILITY COMPANY
500 LINWOOD DRIVE APT 3H
FORT LEE, NJ 07024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,200.00

**3.140 8**

**Nonpriority creditor's name and mailing address**

KANG TRANSPORT INC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.00

**3.140 9**

**Nonpriority creditor's name and mailing address**

KAPISH TRUCKING LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 150.00

**3.141 0**

**Nonpriority creditor's name and mailing address**

KARL'S TRANSPORT, INC.
PO BOX 333
ANTIGO, WI 54409

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,100.00

**3.141 1**

**Nonpriority creditor's name and mailing address**

KARSHE TRANSPORT LLC
OR INSIGHT TECHNOLOGY, INC
PO BOX 200399
DALLAS, TX 75320-0399

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,700.00

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.141 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 800.00 |
|---|---|---|---|

KASAK WORLD LOGISTICS INC
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101-4565

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.141 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,200.00 |
|---|---|---|---|

KASONGO TRUCKING LLC
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.141 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,200.00 |
|---|---|---|---|

KAUSHAL EXPRESS INC
PO BOX 417
SEVERN, MD 21144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.141 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,700.00 |
|---|---|---|---|

KAZ TRUCKING, LLC
302 NORTH RD
BROAD BROOK, CT 06016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.141 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,825.00 |
|---|---|---|---|

KBFLOGISTICS LLC
OR BOBTAIL
PO BOX 7410633
CHICAGO, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Yellow Logistics, Inc.

Name

Case number (*if known*)    23-11083 (CTG)

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.141 7** | **Nonpriority creditor's name and mailing address**

KBG LOGISTICS
50 INEZ DR
BAY SHORE, NY 11706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,575.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.141 8** | **Nonpriority creditor's name and mailing address**

KBX

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 4,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.141 9** | **Nonpriority creditor's name and mailing address**

KC GLOBAL TRUCKING
PO BOX 24366
HOUSTON, TX 77229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.142 0** | **Nonpriority creditor's name and mailing address**

KCE ENTERPRISES LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 650.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.142 1** | **Nonpriority creditor's name and mailing address**

KEANE THUMMEL TRUCKING, INC.
PO BOX 33
NEW MARKET, IA 51646

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142 2** Nonpriority creditor's name and mailing address

KEEN CARGO EXPEDITE INC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,200.00

---

**3.142 3** Nonpriority creditor's name and mailing address

KEEN CARGO INC
OR APEX CAPITAL
PO BOX 961029
FT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,150.00

---

**3.142 4** Nonpriority creditor's name and mailing address

KEEP MOVING FORWARD ENTERPRISE LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,700.00

---

**3.142 5** Nonpriority creditor's name and mailing address

KEEP MOVING FREIGHT LLC
OR SUMMAR FINANCIAL LLC
2299 SW 27TH AVE
MIAMI, FL 33145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,000.00

---

**3.142 6** Nonpriority creditor's name and mailing address

KEITH A LAWLESS COMPANIES, LLC.
OR VENTURE CAPITAL INC.
P.O. BOX 274
DRAPER, UT 84020-0274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,800.00

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

---

**3.142 7**

**Nonpriority creditor's name and mailing address**

KEJR, INC
1835 WALL ST
SALINA, KS 67401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                    Undetermined

---

**3.142 8**

**Nonpriority creditor's name and mailing address**

KEL & JON TRUCKING LLC
30 PILOT STREET SUITE 6H
BRONX, NY 10464

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    1,200.00

---

**3.142 9**

**Nonpriority creditor's name and mailing address**

KELLER TRUCK LLC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    3,675.00

---

**3.143 0**

**Nonpriority creditor's name and mailing address**

KETTNER SPIRITS
6915 FLANDERS DR STE C
SAN DIEGO, CA 92121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                    Undetermined

---

**3.143 1**

**Nonpriority creditor's name and mailing address**

KEY CARRIER GROUP, CO.
OR PRO FUNDING INC
DEPT #3045 PO BOX 1000
MEMPHIS, TN 38148-3045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    1,990.00

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.143 2**

**Nonpriority creditor's name and mailing address**

KFORCE EXPRESS, INC
OR CD CONSORTIUM CORP
8930 WAUKEGAN RD, STE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.143 3**

**Nonpriority creditor's name and mailing address**

KG ACE TRANSPORT LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.143 4**

**Nonpriority creditor's name and mailing address**

KG GROUP LLC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.143 5**

**Nonpriority creditor's name and mailing address**

KG LINE GROUP INCORPORATED
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.143 6**

**Nonpriority creditor's name and mailing address**

KGS TRANSPORT LLC
OR ASSIST FINANCIAL SERVICES, INC.
PO BOX 347
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.143 7**

**Nonpriority creditor's name and mailing address**

KHAIRA CARRIER INC
1360 WHISPERING WIND DR
TRACY, CA 95377

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 450.00

---

**3.143 8**

**Nonpriority creditor's name and mailing address**

KHALSA FREIGHT INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,800.00

---

**3.143 9**

**Nonpriority creditor's name and mailing address**

KIC TRANSPORT INC
PO BOX 34645
CHICAGO, IL 60634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 800.00

---

**3.144 0**

**Nonpriority creditor's name and mailing address**

Kid Kraft

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,361.12

---

**3.144 1**

**Nonpriority creditor's name and mailing address**

KING KONG TRANSPORTATION. INC
2743 EVELYN AVE
ROSEMEAD, CA 91770

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,140.00

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.144 2** Nonpriority creditor's name and mailing address

KING LOGISTICS, INC.
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,150.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.144 3** Nonpriority creditor's name and mailing address

KING TRANSPORT INC
OR COMMONWEALTH CAPITAL LLC
PO BOX 1575 #168
MINNEAPOLIS, MN 55480

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.144 4** Nonpriority creditor's name and mailing address

KINGS EAGLE, INC.
OR JD FACTORS LLC
PO BOX 687
WHEATON, IL 60187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,850.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.144 5** Nonpriority creditor's name and mailing address

KING'S MOVING & STORAGE INC
2111 INDUSTRIAL PO BOX 16284
WICHITA, KS 67218

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 239.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.144 6** Nonpriority creditor's name and mailing address

KINGSTON TRANSPORTATION LLC
OR CAPITAL DEPOT
8930 N. WAUKEGAN ROAD, SUITE 230
MORTON GROVE, IL 60053

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.144 7**

**Nonpriority creditor's name and mailing address**

KINOVA LOGISTICS LLC
OR SMARTTRUCKER LLC
PO BOX 30516 DEPT# 506
LANSING, MI 48909-8016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    950.00

---

**3.144 8**

**Nonpriority creditor's name and mailing address**

KIYAN TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,700.00

---

**3.144 9**

**Nonpriority creditor's name and mailing address**

KK TRUCKING EXPRESS LLC
OR OTR CAPITAL LLC
DEPT# 390 P.O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,075.00

---

**3.145 0**

**Nonpriority creditor's name and mailing address**

KLDM LOGISTICS LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    575.00

---

**3.145 1**

**Nonpriority creditor's name and mailing address**

KLMB TRANSPORTATION INC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    5,240.00

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
| | Name | | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.145 2**

**Nonpriority creditor's name and mailing address**

KLYM SPIRIT INCORPORATED
OR J D FACTORS, LLC
PO BOX 687
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  1,000.00

---

**3.145 3**

**Nonpriority creditor's name and mailing address**

KMS TRANS INC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  11,200.00

---

**3.145 4**

**Nonpriority creditor's name and mailing address**

KNIGHT RESTORATION
4200 SOJOURN DR STE 307
ADDISON, TX 75001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$  Undetermined

---

**3.145 5**

**Nonpriority creditor's name and mailing address**

KNL LOGISTICS
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  500.00

---

**3.145 6**

**Nonpriority creditor's name and mailing address**

KNOCK KNOCK LLC
6695 GREEN VALLEY CIR UNIT 5167
CULVER CITY, CA 90230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$  Undetermined

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1457**

**Nonpriority creditor's name and mailing address**

KOLOBOK INC
3 GOLF CENTER UNITE 180
HOFFMAN ESTATES, IL 60169

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,000.00

---

**3.1458**

**Nonpriority creditor's name and mailing address**

KOM TRANSPORTATION LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 400.00

---

**3.1459**

**Nonpriority creditor's name and mailing address**

KORE LOGISTICS
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 800.00

---

**3.1460**

**Nonpriority creditor's name and mailing address**

KOYO CORPORATION OF USA
4903 SOUTHRIDGE BLVD STE 1
MEMPHIS, TN 38141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.1461**

**Nonpriority creditor's name and mailing address**

KOZOVA TRANSPORT INC
1649 MAPLE GROVE CT
STREETSBORO, OH 44241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,545.00

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.146 2** | **Nonpriority creditor's name and mailing address**

KRA TRUCKING EXPRESS LLC
OR INTERNET TRUCKSTOP PAYMENTS DBA TRUCKSTOP FACTORING
P.O. BOX 7410411
CHICAGO, IL 60674-0411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146 3** | **Nonpriority creditor's name and mailing address**

KRAKOWSKI TRUCKING, INC.
1100 W SMITH RD
MEDINA, OH 44256

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,825.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146 4** | **Nonpriority creditor's name and mailing address**

KRANAWETTER TRANSPORT LLC
RT 5 BOX 2228
PATTON, MO 63662

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,075.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146 5** | **Nonpriority creditor's name and mailing address**

KROACH ENTERPRISES LLC
KROACH ENTERPRISES LLC
1230 WALTS ROAD
GEORGETOWN, IN 47122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146 6** | **Nonpriority creditor's name and mailing address**

KROGER CENTRAL DIVISION
5960 CASTLEWAY WEST DR
INDIANAPOLIS, IN 46250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

Debtor  Yellow Logistics, Inc.
Name

Case number (if known)    23-11083 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.146 7** Nonpriority creditor's name and mailing address

KRUPP TRUCKING LLC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,000.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.146 8** Nonpriority creditor's name and mailing address

KSA EXPRESS INC
360 S LILAC AVE
RIALTO, CA 92376

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 10,900.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.146 9** Nonpriority creditor's name and mailing address

KSE TRUCKING LLC
OR FLASH FUNDING LLC, PO BOX 4745
HOUSTON, TX 77210

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,300.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.147 0** Nonpriority creditor's name and mailing address

KSK TRANSPORT INC.
KSK TRANSPORT INC.
1375 REMINGTON RD - SUITE W
SCHAUMBURG, IL 60173

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 2,700.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.147 1** Nonpriority creditor's name and mailing address

KST LOGISTICS GROUP CORP
OR SUN CAPITAL GROUP
6664 ANGELINA CT
CHINO, CA 91710

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 5,000.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.147 2**

**Nonpriority creditor's name and mailing address**

KULAR TRANSPORT INC
253 CATHERINE ST, 253 CATHERINE ST
SOUTH AMBOY,NJ, NJ 08879

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,550.00

---

**3.147 3**

**Nonpriority creditor's name and mailing address**

KULLAR BROS INC
25 ROCK ROAD
EPHRATA, PA 17522

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,625.00

---

**3.147 4**

**Nonpriority creditor's name and mailing address**

KUPEL TRANSPORT LLC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,700.00

---

**3.147 5**

**Nonpriority creditor's name and mailing address**

KVC  LOGISTICS  CORP
OR TRANSAM FINANCIAL SERVICES, INC.
PO BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,580.00

---

**3.147 6**

**Nonpriority creditor's name and mailing address**

KWIK KARGO INC TRANSPORT
OR COMMERCIAL FUNDING INC
P.O. BOX 207527
DALLAS, TX 75320-7527

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,100.00

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.1477**

**Nonpriority creditor's name and mailing address**

KYGUA LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 800.00

---

**3.1478**

**Nonpriority creditor's name and mailing address**

KZ EXPRESS INC
672 BANBURY WAY
BOLINGBROOK, IL 60440

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,093.70

---

**3.1479**

**Nonpriority creditor's name and mailing address**

L & A TRANSPORTATION INCORPORTAED
OR SAINT JOHN CAPITAL CORPORATION
PO BOX 74007671
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 700.00

---

**3.1480**

**Nonpriority creditor's name and mailing address**

L BLACKMON TRANSPORT LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,118.17

---

**3.1481**

**Nonpriority creditor's name and mailing address**

L N K INTL
50 DAVIDS DRIVE
HAUPPAUGE, NY 11788

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.148 2**

**Nonpriority creditor's name and mailing address**

L. S. S. D. INC.
1501 KAMAR DRIVE
PITTSFIELD, IL 62363

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,800.00

---

**3.148 3**

**Nonpriority creditor's name and mailing address**

LABOY EXPRESS LLC
OR TRUCKING PROS FINANCIAL
PO BOX 150523
OGDEN, UT 84111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,800.00

---

**3.148 4**

**Nonpriority creditor's name and mailing address**

LABRADA BODYBUILDING NUTRITION INC
333 NORTHPARK CENTRAL DR STE Z
HOUSTON, TX 77073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.148 5**

**Nonpriority creditor's name and mailing address**

LAC TRUCKING INC
OR FIDELITYT FACTORING, 2121 AVENUE OF THE STARS SUITE 800
CENTURY CITY, CA 90067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,700.00

---

**3.148 6**

**Nonpriority creditor's name and mailing address**

LAMBERT TRANSFER CO., INC.
PO BOX 1179
POCA, WV 25159

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 481.93

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | | **Amount of claim** |
|---|---|---|

| 3.148 7 | **Nonpriority creditor's name and mailing address**<br><br>LANDIS EXPRESS LLC<br>2600 BELTLINE AVE<br>READING, PA 19605 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 400.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.148 8 | **Nonpriority creditor's name and mailing address**<br><br>LANDSTAR EXPRESS AMERICA, INC.<br>13410 SUTTON PARK DRIVE SOUTH<br>JACKSONVILLE, IL 32224 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 1,000.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.148 9 | **Nonpriority creditor's name and mailing address**<br><br>LANDSTAR GEMINI, INC.<br>P O BOX 784302<br>PHILADELPHIA, PA 19178 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 11,445.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.149 0 | **Nonpriority creditor's name and mailing address**<br><br>LANDY TRANSPORT INC.<br>OR ENGLAND CARRIER SERVICES<br>PO BOX 953086<br>ST LOUIS, MO 63195-3086 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 1,675.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.149 1 | **Nonpriority creditor's name and mailing address**<br><br>LANTERN TRANSPORT LLC<br>OR PARTNERS FUNDING INC<br>PO BOX 5431<br>CAROL STREAM, IL 60197-5431 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 600.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.149 2** | **Nonpriority creditor's name and mailing address**

LARRY VITITOW TRUCKING, L.L.C.
PO BOX 351
SULPHUR SPRINGS, TX 75482

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149 3** | **Nonpriority creditor's name and mailing address**

LARRY WILLIAMS TRUCKING,  L.L.C.
466 SASSAFRAS STREET
COLCORD, OK 74338

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149 4** | **Nonpriority creditor's name and mailing address**

LAST CALL LOGISTICS LLC
N7784 HIGHWAY 67
MAYVILLE, WI 53050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 695.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149 5** | **Nonpriority creditor's name and mailing address**

LATE NITE TRUCKING INC
OR MATCH FACTORS
P.O. BOX 13259
FLORENCE, SC 29504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149 6** | **Nonpriority creditor's name and mailing address**

LATHAM TRANSPORT LLC
OR TRUCKSTOP
P.O. BOX 74 0411
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 670.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.149 7**

**Nonpriority creditor's name and mailing address**

LATIN EXPRESS CORPORATION

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 644.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149 8**

**Nonpriority creditor's name and mailing address**

LATIN PRO
33 WOOD AVE S STE 605-606
ISELIN, NJ 08830

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.149 9**

**Nonpriority creditor's name and mailing address**

LC TRUCK SERVICES LLC
OR NU-KO CAPITAL LLC
PO BOX 150884
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 650.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.150 0**

**Nonpriority creditor's name and mailing address**

LCA TRUCKING, INC
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 925.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.150 1**

**Nonpriority creditor's name and mailing address**

LEA LOGISTICS COMPANY LLC
OR TBS FACTORING SERVICE LLC
PO BOX 248920
OKLAHOMA CITY, OK 73124-8920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Yellow Logistics, Inc.
Name

Case number *(if known)*    23-11083 (CTG)

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.150 2**

**Nonpriority creditor's name and mailing address**

LEADERSHIPTRUCKING LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                600.00

---

**3.150 3**

**Nonpriority creditor's name and mailing address**

LEAN STAFFING SOLUTIONS INC
11555 HERON BAY BLVD STE 301
CORAL SPRINGS, FL 33076

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$              11,794.42

---

**3.150 4**

**Nonpriority creditor's name and mailing address**

LEASH TRANSPORTATION LLC
OR FIVE STAR FACTORING LLC
5789 WESTWOOD DRIVE
WELDON SPRING, MO 63304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                900.00

---

**3.150 5**

**Nonpriority creditor's name and mailing address**

LEGACY 2B LOGISTICS LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                550.00

---

**3.150 6**

**Nonpriority creditor's name and mailing address**

LEGACY ADVANTAGE TRUCKING
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                800.00

---

| Debtor | Yellow Logistics, Inc. | | Case number *(if known)* | 23-11083 (CTG) |
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.150 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,150.00 |
|---|---|---|---|
| | LEGACY EXPRESS TRUCKING INC OR COMPASS FUNDING SOLUTIONS PO BOX 205154 DALLAS, TX 75320 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.150 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,000.00 |
|---|---|---|---|
| | LEGRA TRANSPORT LLC OR SUMMAR FINANCIAL LLC PO BOX 748841 ATLANTA, GA 30374-8841 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.150 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,250.00 |
|---|---|---|---|
| | LEIR ONE TRANSPORT INC 2502 MT MORIAH A116 MEMPHIS, TN 38115 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.151 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | LEISURE TIME PRODUCTS INC PO BOX 604 PITTSBURG, KS 66762 | ☑ Contingent ☑ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Customer Claim | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** ☐ No ☑ Yes | |
| | **Last 4 digits of account number** | | |

| 3.151 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | LEMANS 45 ISIDOR CT SPARKS, NV 89441 | ☑ Contingent ☑ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Customer Claim | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** ☐ No ☑ Yes | |
| | **Last 4 digits of account number** | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.151 2**

**Nonpriority creditor's name and mailing address**

LENA TRUCKING TRANSPORTATION LLC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,700.00

---

**3.151 3**

**Nonpriority creditor's name and mailing address**

LEON TRANSPORT, LLC
OR ASSIST FINANCIAL SERVICES, INC.
PO BOX 347
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.00

---

**3.151 4**

**Nonpriority creditor's name and mailing address**

LERA EXPRESS LLC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 850.00

---

**3.151 5**

**Nonpriority creditor's name and mailing address**

LEVI EXPRESS LLC
OR INTEGRA FUNDING SOLUTIONS, LLC
6300 RIDGLEA PL, SUITE 1101
FORT WORTH, TX 76116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,700.00

---

**3.151 6**

**Nonpriority creditor's name and mailing address**

LEWIS TRANSPORTATION, INC.
13523 E 1750TH AVE
NEWTON, IL 62448

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,000.00

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.151 7** Nonpriority creditor's name and mailing address

LEWIS TRUCK LINES
OR TRANSPORT CLEARING EAST, 4651 CHARLOTTE PARK DR SUITE 450
CHARLOTTE, NC 28217

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$  600.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.151 8** Nonpriority creditor's name and mailing address

LGB LOGISTICS INC
3 STIMA AVE
CARTERET, NJ 07008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$  150.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.151 9** Nonpriority creditor's name and mailing address

LGB TRUCKING LLC
136 HIGH STREET
CARTERET, NJ 07008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$  1,600.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.152 0** Nonpriority creditor's name and mailing address

LGM FASTER & SAFER EXPRESS LLC
4545 WILLOWROCK LN
FORT WORTH, TX 77244

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$  1,400.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.152 1** Nonpriority creditor's name and mailing address

LGS ELITE TRANSPORTATION LLC
7159 W MAGNUM VISTA PL
WEST VALLEY CITY, UT 84128

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$  600.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152 2**

**Nonpriority creditor's name and mailing address**

LH TRANSPORTATION INC
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                950.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.152 3**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #674010586

$          Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**     0586

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.152 4**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #674218080

$          Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**     8080

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.152 5**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #674211502

$          Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**     1502

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.152 6**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #674020857

$          Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**     0857

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1527** Nonpriority creditor's name and mailing address

LIBERTY TRUCKING LLC
OR INSTAPAY FLEXIBLE, LLC
PO BOX 660771
DALLAS, TX 75266-0771

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,450.00

---

**3.1528** Nonpriority creditor's name and mailing address

LIDOSTAR EXPRESS LLC
OR INTEGRATED LOGISTICS & ASSOCIATES
PO BOX 25189
FARMINGTON, NY 14425

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 975.00

---

**3.1529** Nonpriority creditor's name and mailing address

LIFE SUPPORT CONSULTANTS LLC
303 W OHIO ST UNIT #3409
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,300.00

---

**3.1530** Nonpriority creditor's name and mailing address

LIION MOUNTAIN TRANSPORT LLC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 750.00

---

**3.1531** Nonpriority creditor's name and mailing address

LIKAM INTEGRATED SOLUTIONS INC.
4500 BORDENTOWN AVE, PMB 128
SAYREVILLE, NJ 08872

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.00

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.153 2** **Nonpriority creditor's name and mailing address**

LIMAX LOGISTICS LLC
OR SUNBELT FINANCE
PO BOX 1000 DEPT 144
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.00

---

**3.153 3** **Nonpriority creditor's name and mailing address**

LIMITLESS LOGISTICS INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,150.00

---

**3.153 4** **Nonpriority creditor's name and mailing address**

LIMITLESS TRANS AUTO GROUP INC.,
OR PARTNERS FUNDING INC.,
PO BOX 5431
CAROL STREAM, IL 60197-5431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,800.00

---

**3.153 5** **Nonpriority creditor's name and mailing address**

LINAT LOGISTICS LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,750.00

---

**3.153 6** **Nonpriority creditor's name and mailing address**

LINCOLN - CLEVELAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.1537**

**Nonpriority creditor's name and mailing address**

LINCOLN ELECTRIC SYSTEM
2620 FAIRFIELD ST
LINCOLN, NE 68521

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.1538**

**Nonpriority creditor's name and mailing address**

LINX LOGISTICS LLC
8640 INNOVATION CAMPUS WAY
NEW ALBANY, OH 43054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    150.00

---

**3.1539**

**Nonpriority creditor's name and mailing address**

LIONHEARTED LOGISTICS LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    850.00

---

**3.1540**

**Nonpriority creditor's name and mailing address**

LITCHFIELD DISTILLERY
569 BANTAM RD
LITCHFIELD, CT 06759

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.1541**

**Nonpriority creditor's name and mailing address**

LITERATI INC
1145 W 5TH ST
AUSTIN, TX 78703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.154 2**

**Nonpriority creditor's name and mailing address**
LITMAX LINES INC
OR ASSIST FINANCIAL SERVICES, INC.
PO BOX 347
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,600.00

---

**3.154 3**

**Nonpriority creditor's name and mailing address**
LITTLE RAPIDS CORP
2273 LARSEN RD
GREEN BAY, WI 54303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.154 4**

**Nonpriority creditor's name and mailing address**
LIV TRANSPORTATION INC
2 PLAZA DR # 5098
WOODRIDGE, IL 60517

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,850.00

---

**3.154 5**

**Nonpriority creditor's name and mailing address**
LIZARD TRANSPORT INC
OR TRU FUNDING LLC
PO BOX 151013
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 800.00

---

**3.154 6**

**Nonpriority creditor's name and mailing address**
LJ GOMEZ TRANSPORT LLC
2031 HILLVIEW PL
ARROYO GRANDE, CA 93420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.00

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.154 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,300.00 |
|---|---|---|---|
| | LJ TRANSPORTATION 176 WINDING CEDAR DR STATESVILLE, NC 28677 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.154 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,650.00 |
|---|---|---|---|
| | LJM INTERNATIONAL LLC OR OTR CAPITAL LLC P.O. BOX 1000 DEPT# 390 MEMPHIS, TN 38148 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.154 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,950.00 |
|---|---|---|---|
| | LJR TRANSPORT LLC OR BOBTAIL PO BOX 7410633 CHICAGO, IL 60674-0633 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.155 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,200.00 |
|---|---|---|---|
| | LK LOGISTICS LLC OR OTR SOLUTIONS PO BOX 1175760 ATLANTA, GA 30368-7576 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

| 3.155 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,000.00 |
|---|---|---|---|
| | LKC FRESNO CORP. OR WEX FLEET ONE PO BOX 94565 CLEVELAND, OH 44101-4565 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No | |
| | **Last 4 digits of account number** | ☐ Yes | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.155.2**

**Nonpriority creditor's name and mailing address**

LKRZ LLC
OR TREADSTONE US CAPITAL LLC
PO BOX 631627
CINCINNATI, OH 45263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    450.00

---

**3.155.3**

**Nonpriority creditor's name and mailing address**

LLI
402 OLD KNOXVILLE HIGHWAY
NEW TAZEWELL, TN 37825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,700.00

---

**3.155.4**

**Nonpriority creditor's name and mailing address**

LMV LOGISTICS INC
OR PRO FUNDING INC
PO BOX 1000 DEPT #3045
MEMPHIS, TN 38148-3045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    975.00

---

**3.155.5**

**Nonpriority creditor's name and mailing address**

LOAD EXPRESS LLC
7936 BELL ROAD
LENEXA, KS 66219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,650.00

---

**3.155.6**

**Nonpriority creditor's name and mailing address**

LOADCENTRIC INC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,000.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.155 7** **Nonpriority creditor's name and mailing address**

LOADED UP LOGISTICS
OR FLAT RATE FUNDING GROUP, LLC
P.O. BOX 150581
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,100.00

---

**3.155 8** **Nonpriority creditor's name and mailing address**

LOADLINER INC
P O BOX 681151
SCHAUMBURG, IL 60168

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 800.00

---

**3.155 9** **Nonpriority creditor's name and mailing address**

LOADS 24-7 TRANSPORT LLC
961 GARRISON DR
GREENWOOD, IN 46143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 800.00

---

**3.156 0** **Nonpriority creditor's name and mailing address**

LOB LOGISTICS LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 650.00

---

**3.156 1** **Nonpriority creditor's name and mailing address**

LOGAN TRANSPORTATION LOGISTICS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,700.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.156 2**

**Nonpriority creditor's name and mailing address**

LOGISTIC PROS LLC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    3,800.00

---

**3.156 3**

**Nonpriority creditor's name and mailing address**

LOGISTICS FREIGHT SOLUTIONS
3105 NW 107TH AVE
STE 504, MIAMI, FL 33172

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                    Undetermined

---

**3.156 4**

**Nonpriority creditor's name and mailing address**

LOGIX TRANSPORTATION, INC.
LOGIX TRANSPORTATION, INC.
NW 7215 - PO BOX 1450
MINNEAPOLIS, MN 55485-7215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    2,890.00

---

**3.156 5**

**Nonpriority creditor's name and mailing address**

LOMEX LIMITED
OR PRO FUNDING INC
PO BOX 1000 DEPT #3045
MEMPHIS, TN 38148-3045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,600.00

---

**3.156 6**

**Nonpriority creditor's name and mailing address**

LONGGO TRANS
PO BOX 1578
CHINO, CA 91708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    150.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.156 7** **Nonpriority creditor's name and mailing address**

LONGIA TRUCKING INC
4316 MALDENHAIR DR
INDIANAPOLIS, IN 46239

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 450.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.156 8** **Nonpriority creditor's name and mailing address**

LOPEZ EXPRESS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 550.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.156 9** **Nonpriority creditor's name and mailing address**

LOPEZ PENA BROTHERS TRUCKING
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,087.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.157 0** **Nonpriority creditor's name and mailing address**

LOS COLOMBINOS TRANSPORT INC
OR CAPITAL CREDIT INC
PO BOX 204695
DALLAS, TX 75320-4695

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 4,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.157 1** **Nonpriority creditor's name and mailing address**

LOS TACOS NO 1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157 2**

**Nonpriority creditor's name and mailing address**

LOUP LOGISTICS COMPANY
14671 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 49,382.68

---

**3.157 3**

**Nonpriority creditor's name and mailing address**

LOVE STAR LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,450.00

---

**3.157 4**

**Nonpriority creditor's name and mailing address**

LOWMOVERS LLC
OR ENGAGED FINANCIAL LLC
PO BOX 775553
CHICAGO, IL 60677-5553

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,100.00

---

**3.157 5**

**Nonpriority creditor's name and mailing address**

LOYAL SERVICES TRANSPORTATION LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,000.00

---

**3.157 6**

**Nonpriority creditor's name and mailing address**

LOYD TRANSPORT LLC
OR CFS INC DBA COMFREIGHT HAULPAY
P.O. BOX 200400
DALLAS, TX 75320-0400

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.00

---

Debtor   Yellow Logistics, Inc.                                        Case number (if known)   23-11083 (CTG)
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.157 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,600.00 |
|---|---|---|---|

LOZA TRUCKING INC
OR TRUCKSTOP FACTORING
P O BOX 7410411
CHICAGO, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.157 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,600.00 |
|---|---|---|---|

LOZAR INC
5105 TOLLVIEW DRIVE SUITE #295
ROLLING MEADOWS, IL 60008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.157 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 400.00 |
|---|---|---|---|

LR TRANSPORT & TOWING

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.158 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

LSC COMM US TOPS PRODUCTS
850 W PARK ROAD
UNION, MO 63084

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

| 3.158 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 650.00 |
|---|---|---|---|

LSTRUCKING LLC
6690 AUTUMN WOOD CV
MEMPHIS, TN 38141

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.158 2**

**Nonpriority creditor's name and mailing address**

LUCERO & KIDS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 3**

**Nonpriority creditor's name and mailing address**

LUCKY STONE EXPRESS INC
OR OTR CAPITAL LLC
DEPT #390 PO BOX 1000
MEMPHIS, TN 38148-0390

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 6,450.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 4**

**Nonpriority creditor's name and mailing address**

LUCKY TRANSPORTATION INC
4308 W DORSANEO LN
NEW RIVER, AZ 85087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 975.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 5**

**Nonpriority creditor's name and mailing address**

LUCKY TRANSPORTATION LLC
7728 W 158TH CT
ORLAND PARK, IL 60462

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 6**

**Nonpriority creditor's name and mailing address**

LUCKY WAY LOGISTICS INC
OR SAINT JOHN CAPITAL CORP
PO BOX 74007671
CHICAGO, IL 60674-7671

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 4,750.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1587**

**Nonpriority creditor's name and mailing address**

LUCKY WHEELS LLC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,400.00

---

**3.1588**

**Nonpriority creditor's name and mailing address**

LUCKYS EXPRESS TRUCKING
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,100.00

---

**3.1589**

**Nonpriority creditor's name and mailing address**

LUIS SANCHEZ TRASPORTENSON LLC
OR GH FACTOR LLC
PO BOX 746847
ATLANTA, GA 30374-6847

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.00

---

**3.1590**

**Nonpriority creditor's name and mailing address**

LUKAS CARGO SYSTEMS LLC
OR ORANGE COMMERCIAL CREDIT
PO BOX 11099
OLYMPIA, WA 98508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,100.00

---

**3.1591**

**Nonpriority creditor's name and mailing address**

LULUAL TRANSPORT LLC
OR INTERNET TRUCKSTOP PAYMENTS LLC
PO BOX 7410411
CHICAGO, IL 60674-0411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,200.00

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.159 2**

**Nonpriority creditor's name and mailing address**

LUTSK EXPRESS LLC
4226 KIOWA RD
RICHFIELD, OH 44286

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                14,150.00

---

**3.159 3**

**Nonpriority creditor's name and mailing address**

LV TRANSPORT
324 E 81ST ST
LOS ANGELES, CA 90003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   700.00

---

**3.159 4**

**Nonpriority creditor's name and mailing address**

LVH TRUCKING LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   950.00

---

**3.159 5**

**Nonpriority creditor's name and mailing address**

LYKE FURNITURE GROUP LLC
3612 DECATUR ST
PHILADELPHIA, PA 19136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   270.51

---

**3.159 6**

**Nonpriority creditor's name and mailing address**

LYMAR FREIGHT SERVICE, INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 3,600.00

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|--------|------------------------|------------------------|----------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1597**

**Nonpriority creditor's name and mailing address**

LYN TRUCK LINES
PO BOX 2897
SAN GABRIEL, CA 91778

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,300.00

---

**3.1598**

**Nonpriority creditor's name and mailing address**

M & H TRUCKING LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,100.00

---

**3.1599**

**Nonpriority creditor's name and mailing address**

M & I TRUCKING LLC
OR LOVES SOLUTIONS LLC, PO BOX 96-0479
OKLAHOMA CITY, OK 73196-0479

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 150.00

---

**3.1600**

**Nonpriority creditor's name and mailing address**

M & S TRANSPORT INC
765 RT 83 STE 112
BENSENVILLE, IL 60106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,100.00

---

**3.1601**

**Nonpriority creditor's name and mailing address**

M & VK TRANSPORTATION INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.00

---

Debtor   Yellow Logistics, Inc.                                          Case number (if known)   23-11083 (CTG)
         Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

---

**3.160 2** | **Nonpriority creditor's name and mailing address**

M 3 M INC

| **As of the petition filing date, the claim is:** | $ 850.00 |
| --- | --- |

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.160 3** | **Nonpriority creditor's name and mailing address**

M A L TRANSPORTATION
104 SHAKER CT N
NEW WINDSOR, NY 12553

| **As of the petition filing date, the claim is:** | $ 625.00 |
| --- | --- |

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.160 4** | **Nonpriority creditor's name and mailing address**

M GARCIA TRUCKING
OR LOVES SOLUTIONS LLC
PO BOX 96-0479
OKLAHOMA CITY, OK 73196-0479

| **As of the petition filing date, the claim is:** | $ 1,350.00 |
| --- | --- |

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.160 5** | **Nonpriority creditor's name and mailing address**

M MIGUELE LLC
6328 ARMADILLO CT
FT WORTH, TX 76179

| **As of the petition filing date, the claim is:** | $ 3,950.00 |
| --- | --- |

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.160 6** | **Nonpriority creditor's name and mailing address**

M PET GROUP
2980 NE 207TH ST STE 701
MIAMI, FL 33180

| **As of the petition filing date, the claim is:** | $ Undetermined |
| --- | --- |

*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☒ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.160 7** | **Nonpriority creditor's name and mailing address**

M V K TRANSPORT CORPORATION
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,720.00

---

**3.160 8** | **Nonpriority creditor's name and mailing address**

M&C FREIGHT LOGISTICS LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,625.00

---

**3.160 9** | **Nonpriority creditor's name and mailing address**

M&L 1TRANSPORT LLC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,900.00

---

**3.161 0** | **Nonpriority creditor's name and mailing address**

M&P KANG TRANSPORT INC
OR SUNBELT FINANCE
PO BOX 1000 DEPT 144
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 800.00

---

**3.161 1** | **Nonpriority creditor's name and mailing address**

M.SIMON&SON'S TRUCKING LLC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 900.00

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.161 2**

**Nonpriority creditor's name and mailing address**

MA LOGISTICS LLC
OR TRU FUNDING LLC
PO BOX 151013
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                   1,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161 3**

**Nonpriority creditor's name and mailing address**

MAA LOGISTICS INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                     900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161 4**

**Nonpriority creditor's name and mailing address**

MAAX BATH INC
600 RTE CAMERON
SAINTE-MARIE, QC G6E1B2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.161 5**

**Nonpriority creditor's name and mailing address**

MABLE LOGISTIC INC
OR SAFINANCIAL GROUP INC
P.O. BOX 195
GRANGER, IN 46530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                   1,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161 6**

**Nonpriority creditor's name and mailing address**

MAELY LOGISTICS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                   1,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| | | |
|---|---|---|
| 3.161 7 | **Nonpriority creditor's name and mailing address**<br><br>MAF EXPEDITED/BHM EXPRESS<br>4820 WESTPORT BLVD<br>MONTGOMERY, AL 36108 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $                     2,935.02 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.161 8 | **Nonpriority creditor's name and mailing address**<br><br>MAG CARRIERS LLC<br>OR CRESTMARK TPG LLC<br>PO BOX 682348<br>FRANKLIN, TN 37068 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $                     7,650.00 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.161 9 | **Nonpriority creditor's name and mailing address**<br><br>MAGIA LOGISTICS LLC<br>146 WATER ST<br>READING, PA 19605 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $                        600.00 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.162 0 | **Nonpriority creditor's name and mailing address**<br><br>MAGNOLIA FREIGHT SERVICE, LLC<br>120 CR 1389<br>SALTILLO, MS 38866 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $                        150.00 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.162 1 | **Nonpriority creditor's name and mailing address**<br><br>MAGNUM FREIGHT INC<br>OR COMPASS FUNDING SOLUTIONS<br>PO BOX 205154<br>DALLAS, TX 75320 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $                     3,950.00 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor   Yellow Logistics, Inc.
         Name

Case number (if known)   23-11083 (CTG)

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162 2** Nonpriority creditor's name and mailing address

MAHIR TRUCKING LLC
2007 MAYFIELD VILLA DR APT 13204
ARLINGTON, TX 76014-4733

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.162 3** Nonpriority creditor's name and mailing address

MAISHA LOGISTIC LLC
OR OTR CAPITAL LLC
DEPT# 390 P.O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.162 4** Nonpriority creditor's name and mailing address

MAK MAX LLC
OR PRO FUNDING INC DEPT #3045
PO BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.162 5** Nonpriority creditor's name and mailing address

MAKEBA TRANSPORT LLC
OR ALTACAPITAL
10455 N CENTRAL EXPRESSWAY #109-364
DALLAS, TX 75231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.162 6** Nonpriority creditor's name and mailing address

MAKSI TRANS LLC
1385 101ST ST STE F
LEMONT, IL 60439

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.162 7**

**Nonpriority creditor's name and mailing address**

MALCO PRODUCTS
14080 STATE HIGHWAY 55 NW
ANNANDALE, MN 55302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$   Undetermined

---

**3.162 8**

**Nonpriority creditor's name and mailing address**

MALHI LOGISTICS INC
OR NEAL FREEMAN INVESTMENTS
PO BOX 505062
ST LOUIS, MO 63150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   6,200.00

---

**3.162 9**

**Nonpriority creditor's name and mailing address**

MALIBU TAN SALON
1133 E  KARSCH BLVD
FARMINGTON, MO 63640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$   Undetermined

---

**3.163 0**

**Nonpriority creditor's name and mailing address**

MALUQUINHO TRANSPORTATION LLC
OR LOVES SOLUTIONS LLC
PO BOX 96-0479
OKLAHOMA CITY, OK 73196-0479

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   650.00

---

**3.163 1**

**Nonpriority creditor's name and mailing address**

MAMO TRUCKING LLC
OR ALTACAPITAL
10455 N CENTRAL EXPRESSWAY #109-364
DALLAS, TX 75231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   1,550.00

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.163 2**

**Nonpriority creditor's name and mailing address**

MAND FREIGHT WORKS LLC
24 DURHAM DRIVE
COLUMBUS, NJ 08022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 575.00

---

**3.163 3**

**Nonpriority creditor's name and mailing address**

MANDALAY FREIGHT LLC
OR COREFUND CAPITAL LLC
PO BOX 223766
DALLAS, TX 75222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 700.00

---

**3.163 4**

**Nonpriority creditor's name and mailing address**

MANE INC
10261 CHESTER RD
CINCINNATI, OH 45215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.163 5**

**Nonpriority creditor's name and mailing address**

MANGAT BROS TRUCKING INC
13352 MUSCATEL STREET
HESPERIA, CA 92344

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,100.00

---

**3.163 6**

**Nonpriority creditor's name and mailing address**

MANHATTAN LOGISTICS GROUP INC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,600.00

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.163 7** **Nonpriority creditor's name and mailing address**

MANN BROS LOGISTICS INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.163 8** **Nonpriority creditor's name and mailing address**

MANYANI TRANSPORT LLC
3 PARKWOOD DR APT I
SOUTH AMBOY, NJ 08879

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.163 9** **Nonpriority creditor's name and mailing address**

MARCO POLO INT'L TRADING INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164 0** **Nonpriority creditor's name and mailing address**

MARIETTA TRANSFER COMPANY, INC.
OR TRANSPORT CLEARINGS EAST
9140 ARROWPOINT BLVD SUITE 370
CHARLOTTE, NC 28273

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164 1** **Nonpriority creditor's name and mailing address**

MARIN LOGISTIC TRANSPORTATION, LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.164 2**   **Nonpriority creditor's name and mailing address**

MARINA EXPRESS
OR LOVES SOLUTIONS LLC
PO BOX 639565
CINCINNATI, OH 45263-9565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 725.00

---

**3.164 3**   **Nonpriority creditor's name and mailing address**

MARIO MOVING

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 550.00

---

**3.164 4**   **Nonpriority creditor's name and mailing address**

MARK ONE TRANSPORT LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,100.00

---

**3.164 5**   **Nonpriority creditor's name and mailing address**

MARKO POLO EXPRESS LLC
OR PRO FUNDING INC
DEPT# 3045 - PO BOX 1000
MEMPHIS, TN 38148-3045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500.00

---

**3.164 6**   **Nonpriority creditor's name and mailing address**

MARRLIN TRANSIT, INC.
PO BOX 645
VAN  BUREN, AR 72957

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,425.00

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.164 7** **Nonpriority creditor's name and mailing address**

MARSHALL TRANSPORT & LOGISTICS INC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,600.00

---

**3.164 8** **Nonpriority creditor's name and mailing address**

MARSHAL'S CANADIAN EXPRESS INC
4019 3 ST NW
EDMONTON, AB T6P 1T3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 150.00

---

**3.164 9** **Nonpriority creditor's name and mailing address**

MARTIN TRANSPORTATION SYSTEMS INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 350.00

---

**3.165 0** **Nonpriority creditor's name and mailing address**

MARTIN'S BULK MILK SERVICE, INC.
P.O. BOX 276
WILTON, WI 54670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.00

---

**3.165 1** **Nonpriority creditor's name and mailing address**

MARTINS TRUCKING STAR LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,100.00

---

Debtor   Yellow Logistics, Inc.
_____
Name

Case number (if known)   23-11083 (CTG)

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
| --- | --- |

| 3.165 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,200.00 |
| --- | --- | --- | --- |

MAS TRANSPORT INC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.165 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 740.00 |
| --- | --- | --- | --- |

MASE LOGISTICS LLC
OR INTERNET TRUCKSTOP PAYMENTS LLC
PO BOX 7410411
CHICAGO, IL 60674-0411

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.165 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,450.00 |
| --- | --- | --- | --- |

MASSMAN TRUCKING INC
3403 JAMES PHILLIPS DR
OKEMOS, MI 48864

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.165 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,600.00 |
| --- | --- | --- | --- |

MAST TRUCKING, INC.
6471 COUNTY ROAD 625
MILLERSBURG, OH 44654

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.165 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
| --- | --- | --- | --- |

MASTER BUILDER SOLUTIONS LLC % TMC
3146 S CHESTNUT AVE
FRESNO, CA 93725

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.165 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ Undetermined |
|---|---|---|---|

MASTER BUILDERS % TMC
1103 NORTHPOINT PKWY SE
ACWORTH, GA 30102

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☐ No
☑ Yes

**Last 4 digits of account number**

---

| 3.165 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 600.00 |
|---|---|---|---|

MASTER TRUCKING USA CORP
OR FIRST LINE FUNDING
PO BOX 328
MADISON, SD 57042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.165 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 1,150.00 |
|---|---|---|---|

MASTERMIND DELIVERY LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.166 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 1,700.00 |
|---|---|---|---|

MAT TRANS INC
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.166 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 3,500.00 |
|---|---|---|---|

MATRIX INC
2200 STONINGTON AVE STE 240 & 250
HOFFMAN ESTATES, IL 60169

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.166 2**

**Nonpriority creditor's name and mailing address**

MATT GENERAL TRANSPORTATION LLC
OR SAINT JOHN CAPITAL CORPORATION
PO BOX 74007671
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,775.00

---

**3.166 3**

**Nonpriority creditor's name and mailing address**

MAVERICK EXPRESS CARRIERS LLC
OR LOVES SOLUTIONS LLC
PO BOX 96-0479
OKLAHOMA CITY, OK 73196

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.00

---

**3.166 4**

**Nonpriority creditor's name and mailing address**

MAX MOVE LLC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,500.00

---

**3.166 5**

**Nonpriority creditor's name and mailing address**

MAXFINE GROUP INC
121 S DEL MAR AVE C68
SAN GABRIEL, CA 91766

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.00

---

**3.166 6**

**Nonpriority creditor's name and mailing address**

MAXUM EXPO
6754 CALLE DE LINEA
UNIT 109, OTAY MESA, CA 92154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.166 7**

**Nonpriority creditor's name and mailing address**

MAYBACH INTERNATIONAL GROUP INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,750.00

---

**3.166 8**

**Nonpriority creditor's name and mailing address**

MB SERVICES
OR PROVIDENT COMMERCIAL FINANCE LLC
P.O. BOX 11407 DEPT#2659
BIRMINGHAM, AL 35246-2659

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,345.00

---

**3.166 9**

**Nonpriority creditor's name and mailing address**

MC FREIGHT BROKERS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,300.00

---

**3.167 0**

**Nonpriority creditor's name and mailing address**

MC RAE'S U S MAIL SERVICE INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500.00

---

**3.167 1**

**Nonpriority creditor's name and mailing address**

MCCOMBS TRUCKING LLC
OR OTR CAPITAL LLC
DEPT# 390 P.O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,100.00

Debtor    Yellow Logistics, Inc.                                    Case number (if known)    23-11083 (CTG)
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.167 2**

**Nonpriority creditor's name and mailing address**

MCCOURT MFG COMPANY
1001 N 3RD ST
FORT SMITH, AR 72901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.167 3**

**Nonpriority creditor's name and mailing address**

MCLS GLOBAL ENTERPRISES INC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    450.00

---

**3.167 4**

**Nonpriority creditor's name and mailing address**

MCM TRUCKING INC
OR EXPRESS FREIGHT FINANCE
PO BOX 6188
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    2,000.00

---

**3.167 5**

**Nonpriority creditor's name and mailing address**

MCSHEER TRUCK'IN, LLC
2470 LITTLE ROCK RD
ROSE BUD, AR 72137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,600.00

---

**3.167 6**

**Nonpriority creditor's name and mailing address**

MDC LOGISTICS
OR PORTER BILLING SERVICES LLC
PO BOX 440127
NASHVILLE, TN 37244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    500.00

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167 7**

**Nonpriority creditor's name and mailing address**

MDN FREIGHT INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,650.00

---

**3.167 8**

**Nonpriority creditor's name and mailing address**

MECURY
1 CROSSWAYS PARK DRI
WOODBURY, NJ 11797

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.167 9**

**Nonpriority creditor's name and mailing address**

MEDALLION TRANSPORT & LOGISTICS LLC
701 EAST GATE DRIVE STE 110
MT LAUREL, NJ 08054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,450.00

---

**3.168 0**

**Nonpriority creditor's name and mailing address**

MEERAB FREIGHTLINES INC
MEERAB FREIGHTLINES INC
10 FORSYTH CRESCENT
BRAMPTON, L6X5N2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,100.00

---

**3.168 1**

**Nonpriority creditor's name and mailing address**

MEGA EXPRESS INC
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 750.00

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.168 2**

**Nonpriority creditor's name and mailing address**

MEGA SHIPPING AND FORWARDING LTD
301 PENHORN AVE STE 4
SECAUCUS, NJ 07094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.168 3**

**Nonpriority creditor's name and mailing address**

MEI FREIGHT INC.
OR CRESTMARK
P.O. BOX 682338
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 950.00

---

**3.168 4**

**Nonpriority creditor's name and mailing address**

MELGAR TRUCKING SERVICE INC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 133,650.00

---

**3.168 5**

**Nonpriority creditor's name and mailing address**

MENDOZA TRUCKING
OR TBS FACTORING
PO BOX 151052
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,300.00

---

**3.168 6**

**Nonpriority creditor's name and mailing address**

MENH LLC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,150.00

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1687**

**Nonpriority creditor's name and mailing address**
MENKE LLC
6260 E TOWER RD
LEAVENWORTH, IN 47137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  1,000.00

---

**3.1688**

**Nonpriority creditor's name and mailing address**
MERCHANT EXCAVATING, INC
4040 STATE ROAD
ALMA, MI 48801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  950.00

---

**3.1689**

**Nonpriority creditor's name and mailing address**
METSO OUTOTEC
1041 PONDEROSA POINT DR
COLUMBIA, SC 29203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$  Undetermined

---

**3.1690**

**Nonpriority creditor's name and mailing address**
MEXHANIX
28525 W WITHERSPOON PKWY
VALENCIA, CA 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$  Undetermined

---

**3.1691**

**Nonpriority creditor's name and mailing address**
MG COMICS
10035 AV DE BRUXELLES
MONTREAL-NORD, QC H1H4R1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$  Undetermined

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.169 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,750.00 |
|---|---|---|---|

MG EXPRESS INC
15347 S US 169 HWY STE A
OLATHE, KS 66062-3403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.169 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,800.00 |
|---|---|---|---|

MG TRUCKING INC.
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.169 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,800.00 |
|---|---|---|---|

MGA LOGISTICS LLC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.169 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

MGN LOGISTICS
MGN LOGISTICS, 712 FERRY ST
EASTON, PA 18042

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.169 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 20,488.26 |
|---|---|---|---|

MH EQUIPMENT COMPANY
#774469
4469 SOLUTIONS CENTER
CHICAGO, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1697**

**Nonpriority creditor's name and mailing address**

MHC CARRIER
2700 S 88TH ST
KANSAS CITY, KS 66111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.1698**

**Nonpriority creditor's name and mailing address**

MI XPRESS
4643 ELLERY DR
COLUMBUS, OH 43227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 630.00

---

**3.1699**

**Nonpriority creditor's name and mailing address**

MICHEL TRANSPORT
OR CFS INC DBA COMFREIGHT HAULPAY
P.O. BOX 200400
DALLAS, TX 75320-0400

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 800.00

---

**3.1700**

**Nonpriority creditor's name and mailing address**

MICHIGAN PROCUREMENTS LLC
OR FLAT RATE FUNDING GROUP, LLC
P.O. BOX 150581
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,200.00

---

**3.1701**

**Nonpriority creditor's name and mailing address**

MID STAR EXPRESS
4524 WIMBERLY RD
TOXEY, AL 36921

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 950.00

---

Debtor   Yellow Logistics, Inc.
Name

Case number (if known)   23-11083 (CTG)

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.170 2**

**Nonpriority creditor's name and mailing address**

MID-CON CARRIERS CORP.
9600 S SUNNYLANE ROAD
OKLAHOMA CITY, OK 73160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.00

---

**3.170 3**

**Nonpriority creditor's name and mailing address**

MIDDLE BAY TRANSPORTATION
PO BOX 745020
ATLANTA, GA 30374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,351.70

---

**3.170 4**

**Nonpriority creditor's name and mailing address**

MIDI TRANSPORT INC
OR TETRA CAPITAL, LLC
PO BOX 25297
SALT LAKE CITY, UT 84125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 150.00

---

**3.170 5**

**Nonpriority creditor's name and mailing address**

MIDWEST DIRECT TRANSPORT
411 64TH AVENUE
COOPERSVILLE, MI 49404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 650.00

---

**3.170 6**

**Nonpriority creditor's name and mailing address**

MIDWEST EXPRESS
4931 WIND CREEK DR
SACRAMENTO, CA 95838

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,400.00

---

Debtor   Yellow Logistics, Inc.
Name

Case number (if known)   23-11083 (CTG)

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.170 7**

**Nonpriority creditor's name and mailing address**

MIDWEST EXPRESS LLC
3627 FOREST DALE DRIVE
ST LOUIS, MO 63125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.170 8**

**Nonpriority creditor's name and mailing address**

MIDWEST FREIGHT EXPRESS, INC
796 FAIRWAY DRIVE
BENSENVILLE, IL 60106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,050.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.170 9**

**Nonpriority creditor's name and mailing address**

MIDWEST STEEL INC
2525 E GRAND BLVD
DETROIT, MI 48211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.171 0**

**Nonpriority creditor's name and mailing address**

MIELLE ORGANICS
8707 LOUISIANA ST
MERRILLVILLE, IN 46410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.171 1**

**Nonpriority creditor's name and mailing address**

MIG TRANSPORTATION INC
OR GREAT PLAINS TRANSPORTATION SERVICES INC
PO BOX 4539
CAROL STREAM, IL 60197-4539

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.171 2** 
**Nonpriority creditor's name and mailing address**
MIGUEL MADERAS RODRIGUEZ TRUCKING LLC
OR FLASH FUNDING LLC
PO BOX 224507
DALLAS, TX 75222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,100.00

---

**3.171 3**
**Nonpriority creditor's name and mailing address**
MIH FLEET SERVICES LLC
OR TRANSPORT FACTORING, INC.
PO BOX 167648
IRVING, TX 75016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              20,845.00

---

**3.171 4**
**Nonpriority creditor's name and mailing address**
MIKES TRUCKING INC
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                6,400.00

---

**3.171 5**
**Nonpriority creditor's name and mailing address**
MILER XPRESS INC
OR REVOLUTION CAPITAL
27 ROYTEC ROAD, UNIT 11
WOODBRIDGE, L4L8E3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  700.00

---

**3.171 6**
**Nonpriority creditor's name and mailing address**
MILES AHEAD
OR ENGAGED FINANCIAL LLC
PO BOX 775553
CHICAGO, IL 60677-5553

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,250.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.1717**

**Nonpriority creditor's name and mailing address**

MILESTONE TRUCKING
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101-4565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,800.00

---

**3.1718**

**Nonpriority creditor's name and mailing address**

MILLENNIUM TRUCKING LLC
PO BOX 25659
CHARLOTTE, NC 28229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,450.00

---

**3.1719**

**Nonpriority creditor's name and mailing address**

MILLER AUTO TECHNOLOGY
766 INDUSTRIAL BLVD
SUGAR LAND, TX 77478

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                Undetermined

---

**3.1720**

**Nonpriority creditor's name and mailing address**

MILLER'S EXPRESS TRUCKING LLC
OR INTERNET TRUCKSTOP PAYMENTS LLC
PO BOX 7410411
CHICAGO, IL 60674-0411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,650.00

---

**3.1721**

**Nonpriority creditor's name and mailing address**

MILLERS MOBILE WRENCHIN INC
1526 PERU OLENA ROAD WEST
NORWALK, OH 44857

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                700.00

---

| Debtor | Yellow Logistics, Inc. | | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|---|
| | Name | | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.172 2** Nonpriority creditor's name and mailing address

MILLION TRANSPORT LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 550.00

---

**3.172 3** Nonpriority creditor's name and mailing address

MILWAUKEE ELECTRIC TOOL C/O TRANS INTERNATIONAL LLC
N93 W16288 MEGAL DRIVE
MENOMONEE FALLS, WI 53051-1503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.172 4** Nonpriority creditor's name and mailing address

MISSION TRANSPORT, INC.
15044 HOTCHKISS VALLEY ROAD E
LOUDON, TN 37774

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 950.00

---

**3.172 5** Nonpriority creditor's name and mailing address

MITSUBISHI INTERNATIONAL
5080 TUTTLE CROSSING BLVD #400
DUBLIN, OH 43016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.172 6** Nonpriority creditor's name and mailing address

MITY LITE
1301 W 400 N
OREM, UT 84057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1727** **Nonpriority creditor's name and mailing address**

MJ MAINSTREAM AUTO & CARGO TRANSPORT SOLUTIONS LLC
4531 RIPPLEWOOD DR
LITHONIA, GA 30038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 432.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1728** **Nonpriority creditor's name and mailing address**

MJ TOP SHELF LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1729** **Nonpriority creditor's name and mailing address**

MK CARRIERS LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1730** **Nonpriority creditor's name and mailing address**

MK MOVERS
OR STEELHEAD FINANCE
3518 HEATHROW WAY
MEDFORD, OR 97504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1731** **Nonpriority creditor's name and mailing address**

MKU4 LLC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.173 2** Nonpriority creditor's name and mailing address

MLBD TRANSPORTATION LLC
OR LOVES SOLUTIONS LLC
PO BOX 96-0479
OKLAHOMA CITY, OK 73196-0479

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,675.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173 3** Nonpriority creditor's name and mailing address

MLG FREIGHT LLC
OR TRU FUNDING LLC
PO BOX 151013
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 750.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173 4** Nonpriority creditor's name and mailing address

MM EXPRESS
OR FINANCIAL CARRIER SERVICES
PO BOX 151052
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173 5** Nonpriority creditor's name and mailing address

MMRA TRANZ-IT COMPANY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 550.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173 6** Nonpriority creditor's name and mailing address

MMRL TRANSPORT LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Yellow Logistics, Inc.                                           Case number (if known)   23-11083 (CTG)
         Name

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.173 7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,750.00

MMW TRANSPORT LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173 8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,850.00

M-N TRANSPORTATION INC
OR INTEGRA FUNDING SOLUTIONS, LLC
6300 RIDGLEA PL, SUITE 1101
FORT WORTH, TX 76116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173 9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,050.00

MN89 INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.174 0** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 350.00

MNH TRUCK LEASING CO., LLC
MNH TRUCK LEASING CO., LLC
PO BOX 984
FOSTORIA, OH 44830

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.174 1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 450.00

MNK TRANS LLC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.174 2** **Nonpriority creditor's name and mailing address**

MNM TRANSPORT SERVICES LLC
OR CD CONSORTIUM CORP
8930 WAUKEGAN RD STE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,300.00

---

**3.174 3** **Nonpriority creditor's name and mailing address**

MNQ LOGISTICS LLC
OR INTERNET TRUCKSTOP PAYMENTS DBA TRUCKSTOP FACTORING
P.O. BOX 7410411
CHICAGO, IL 60674-0411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 700.00

---

**3.174 4** **Nonpriority creditor's name and mailing address**

MODE TRANSPORTATION LLC
PO BOX 936644
ATLANTA, GA 31193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 253,527.45

---

**3.174 5** **Nonpriority creditor's name and mailing address**

MODEL TRANSPORT LLC
9304 FOREST LN #236
DALLAS, TX 75243

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,900.00

---

**3.174 6** **Nonpriority creditor's name and mailing address**

MODELME FREIGHT MANAGEMENT  LLC
OR BASICBLOCK INC
PO BOX 8697
OMAHA, NE 68108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,300.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.174 7**

**Nonpriority creditor's name and mailing address**

MODENA FREIGHT LLC
OR TRU FUNDING LLC
PO BOX 151013
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,350.00

**3.174 8**

**Nonpriority creditor's name and mailing address**

MOE LOGISTICS INC
OR BASICBLOCK INC.
PO BOX 8697
OMAHA, NE 68108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,550.00

**3.174 9**

**Nonpriority creditor's name and mailing address**

MOHAWKS TRANSPORT LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,700.00

**3.175 0**

**Nonpriority creditor's name and mailing address**

MOHIE TRANS LINE
OR SOUND FINANCE CORPORATION
PO BOX 679281
DALLAS, TX 75267-9281

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,000.00

**3.175 1**

**Nonpriority creditor's name and mailing address**

MOLDEX INC.
OR CD CONSORTIUM CORP.
8930 WAUKEGAN RD, STE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,800.00

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.175 2**

**Nonpriority creditor's name and mailing address**

MOLEKULE INC
1301 FOLSOM ST ST
SAN FRANCISCO, CA 94103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.175 3**

**Nonpriority creditor's name and mailing address**

MOLINA DELIVERIES LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 750.00

---

**3.175 4**

**Nonpriority creditor's name and mailing address**

MOLINAR & SON'S TRUCKING
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,135.00

---

**3.175 5**

**Nonpriority creditor's name and mailing address**

MOMOS TRUCKING LLC
OR SINGLE POINT CAPITAL
PO BOX 224379
DALLAS, TX 75222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 750.00

---

**3.175 6**

**Nonpriority creditor's name and mailing address**

MONTVALE TRANSPORT LLC
4522 HOMESTEAD DR.
NAZARETH, PA 18064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 150.00

---

Debtor    Yellow Logistics, Inc.                                   Case number (if known)    23-11083 (CTG)
         Name

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.175 7**

**Nonpriority creditor's name and mailing address**

MOOSE POWER INC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                725.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.175 8**

**Nonpriority creditor's name and mailing address**

MORALES TRANSPORT LLC
OR INTEGRITY FACTORING & CONSULTING, INC
PO BOX 30015 DEPT 355
SALT LAKE CITY, UT 84130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                950.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.175 9**

**Nonpriority creditor's name and mailing address**

MORE XPRESS USA LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$              1,012.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.176 0**

**Nonpriority creditor's name and mailing address**

MORNING STAR EXPRESS INC
OR EXPRESS FREIGHT FINANCE
PO BOX 6188
CAROL STREAM, IL 60197-6188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$              1,050.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.176 1**

**Nonpriority creditor's name and mailing address**

MOSQUEDA 1 TRUCKING LLC
OR EXPRESS FREIGHT FINANCE
PO BOX 6188
CAROL STREAM, IL 60197-6188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.176 2**

**Nonpriority creditor's name and mailing address**

MOTIVATED FREIGHT LLC
OR COMMONWEALTH CAPITAL LLC
PO BOX 1575 #168
MINNEAPOLIS, MN 55480-1575

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 657.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.176 3**

**Nonpriority creditor's name and mailing address**

MOVE IT FORWARD

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.176 4**

**Nonpriority creditor's name and mailing address**

MOY TRUCKING LLC
OR THUNDER FUNDING
DEPT #3003 P. O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.176 5**

**Nonpriority creditor's name and mailing address**

MP CARRIERS INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.176 6**

**Nonpriority creditor's name and mailing address**

MR FOSTER TRANSPORT COMPANY LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1767**

**Nonpriority creditor's name and mailing address**

MR G TRANSPORTATION LLC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 700.00

---

**3.1768**

**Nonpriority creditor's name and mailing address**

MRK EXPRESS INC
OR CARRIERNET GROUP FINANCIAL
PO BOX 1130
SIOUX FALLS, SD 57101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,070.00

---

**3.1769**

**Nonpriority creditor's name and mailing address**

MRT TRANSPORTATION LLC
4447 KIRK LN SW
ALBUQUERQUE, NM 87121-7418

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,650.00

---

**3.1770**

**Nonpriority creditor's name and mailing address**

MS RESTAURANT EQUIPMENT & SALES
209 MEADOW LN
MECHANICSBURG, PA 17055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.1771**

**Nonpriority creditor's name and mailing address**

MS TRANS INC
OR TRANSPORTATION FUNDING GROUP
PO BOX 580054
MINNEAPOLIS, MN 55458

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 750.00

---

Debtor   Yellow Logistics, Inc.

Name

Case number (if known)   23-11083 (CTG)

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177 2** Nonpriority creditor's name and mailing address

MSB LOGISTICS LLC
17806 IH 10 W SUITE 300
SAN ANTONIO, TX 78257

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,850.00

---

**3.177 3** Nonpriority creditor's name and mailing address

MSC
PO BOX 9073
MELVILLE, NY 11747

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☒ Yes

$ Undetermined

---

**3.177 4** Nonpriority creditor's name and mailing address

MSC FTL % ASHLEY FURNITURE
1 ASHLEY WAY
ARCADIA, WI 54612

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☒ Yes

$ Undetermined

---

**3.177 5** Nonpriority creditor's name and mailing address

MSC TRANSPORTATION CORP
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,350.00

---

**3.177 6** Nonpriority creditor's name and mailing address

MSP STAR TRANSPORTATION LLC
OR SMARTTRUCKER LLC
PO BOX 30516 DEPT# 506
LANSING, MI 48909-8016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,210.00

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.177 7**

**Nonpriority creditor's name and mailing address**

MSP TRUCK LINES INC
1275 CAMDEN WAY
YUBA CITY, CA 95991-3469

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 800.00

---

**3.177 8**

**Nonpriority creditor's name and mailing address**

MSS TRUCKING INC
PO BOX 741791
LOS ANGELES, CA 90074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 650.00

---

**3.177 9**

**Nonpriority creditor's name and mailing address**

MT EMPIRE INC
4740 N CUMBERLAND AVE #103
CHICAGO, IL 60656

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,000.00

---

**3.178 0**

**Nonpriority creditor's name and mailing address**

MT. POCONO TRANSPORTATION INC
469 INDUSTRIAL PARK DRIVE
MT POCONO, PA 18344

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.00

---

**3.178 1**

**Nonpriority creditor's name and mailing address**

MTC TRUCKING LLC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,620.00

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.178 2**

**Nonpriority creditor's name and mailing address**

MTD CORPORATION
5903 GRAFTON RD
VALLEY CITY, OH 44280

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                    Undetermined

---

**3.178 3**

**Nonpriority creditor's name and mailing address**

MTI (MC1086729)
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    4,400.00

---

**3.178 4**

**Nonpriority creditor's name and mailing address**

MTK TRANSPORTATION INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    2,800.00

---

**3.178 5**

**Nonpriority creditor's name and mailing address**

MTY TRANSPORTATION LLC
3838 RHOTEN DR
STERLING HEIGHTS, MI 48310

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    1,435.00

---

**3.178 6**

**Nonpriority creditor's name and mailing address**

MUFASA LOGISTICS LLC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    600.00

---

| Debtor | Yellow Logistics, Inc. | | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.178 7**

**Nonpriority creditor's name and mailing address**

MUK TRANSPORTATION INC
533 SURF CT
WHEELING, IL 60090-5142

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,280.00

---

**3.178 8**

**Nonpriority creditor's name and mailing address**

MURDOCK TECHNOLOGY SERVICES CORPORATION
OR INTERNET TRUCKSTOP PAYMENTS
PO BOX 7410411
CHICAGO, IL 60674-0411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.00

---

**3.178 9**

**Nonpriority creditor's name and mailing address**

MUSE FREIGHT
ATTN: NATE STOVER
3943 MAIN ST
KANSAS CITY, MO 64111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.179 0**

**Nonpriority creditor's name and mailing address**

MUSHIANA TRANSPORT INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,000.00

---

**3.179 1**

**Nonpriority creditor's name and mailing address**

MUSHTAQ TRANSPORT LLC
OR INSIGHT TECHNOLOGY INC
PO BOX 200399
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.00

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.179 2**

**Nonpriority creditor's name and mailing address**

MV FREIGHT INC
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                5,100.00

---

**3.179 3**

**Nonpriority creditor's name and mailing address**

MVT SERVICES LLC
PO BOX 674364
DALLAS, TX 75267-4634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              12,995.00

---

**3.179 4**

**Nonpriority creditor's name and mailing address**

M-WEST-EXPRESS LLC
OR FINANCIAL CARRIER SERVICES
PO BOX 151052
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,000.00

---

**3.179 5**

**Nonpriority creditor's name and mailing address**

MX TRANSPORT LLC
2450 ADONAI BLVD
COLUMBUS, OH 43219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,800.00

---

**3.179 6**

**Nonpriority creditor's name and mailing address**

MY GENA MEDIA LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  700.00

---

Debtor   Yellow Logistics, Inc.                                    Case number (if known)    23-11083 (CTG)
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.179 7** Nonpriority creditor's name and mailing address

MY WAY TRUCKING INC
570 S MOLLISON AVE APT 22
EL CAJON, CA 92020

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                3,152.50

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.179 8** Nonpriority creditor's name and mailing address

MYKITTOS EXPRESS CORP
OR FREIGHT FUNDING LLC
PO BOX 16180
JONESBORO, AR 72403

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                   650.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.179 9** Nonpriority creditor's name and mailing address

MZ TRANSPORTS LLC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                2,600.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.180 0** Nonpriority creditor's name and mailing address

N BHULLAR TRANSPORT LTD
5610 CEDARCREEK DR
CHILLIWACK, V2R 5W1
CANADA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                4,600.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.180 1** Nonpriority creditor's name and mailing address

NAAJI INC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                   450.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

---

**3.180 2**

**Nonpriority creditor's name and mailing address**

NAC TRUCKING LLC
OR CARRIERNET GROUP FINANCIAL
PO BOX 1130
SIOUX FALLS, SD 57101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 475.00

---

**3.180 3**

**Nonpriority creditor's name and mailing address**

NAJERA S LOGISTICS LLC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500.00

---

**3.180 4**

**Nonpriority creditor's name and mailing address**

NAKFA TRUCKING LLC
OR CARRIERNET GROUP FINANCIAL
PO BOX 1130
SIOUX FALLS, SD 57101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,600.00

---

**3.180 5**

**Nonpriority creditor's name and mailing address**

NAMANAGH INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 18,475.00

---

**3.180 6**

**Nonpriority creditor's name and mailing address**

NAMI TRANSPORTATION INC.
6249 N CICERO AVE STE 2N
CHICAGO, IL 60646

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,100.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|--------|------------------------|------------------------|----------------|
|        | Name                   |                        |                |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.180 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

NANOLUX TECHNOLOGY
884 W 2ND ST BAY 1
OGDEN, UT 84404

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.180 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,300.00 |
|---|---|---|---|---|

NAPORA INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.180 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,750.00 |
|---|---|---|---|---|

NARA TRANSPORT LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.181 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 400.00 |
|---|---|---|---|---|

NARMER CARRIER SERVICE LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.181 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,000.00 |
|---|---|---|---|---|

NAS LOGISTICS LLC
OR TAFS, INC
PO BOX 872632
KANSAS CITY, MO 64187

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.181 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,400.00 |
|---|---|---|---|
| | NASH TRANSPORT LLC OR FIRST LINE FUNDING GROUP PO BOX 328 MADISON, SD 57042 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.181 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | NATCO PRODUCTS CORPORATION % TABS 100 CORPORATE PLACE PEABODY, MA 01960 | ☒ Contingent ☒ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Customer Claim | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☐ No ☒ Yes | |
| | **Last 4 digits of account number** | | |

| 3.181 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,050.00 |
|---|---|---|---|
| | NATION WIDE DELIVERY LLC OR WEX FLEET ONE PO BOX 94565 CLEVELAND, OH 44101-4565 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.181 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,584.58 |
|---|---|---|---|
| | NATIONAL DISTRIBUTORS LEASING, INC. OR ECAPITAL FREIGHT FACTORING CORP PO BOX 206773 DALLAS, TX 75320-6773 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.181 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 400.00 |
|---|---|---|---|
| | NATIONAL FREIGHT LINES INC (ASHEBORO NC) OR ORANGE COMMERCIAL CREDIT PO BOX 11099 OLYMPIA, WA 98508-1099 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** ☒ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.181 7** Nonpriority creditor's name and mailing address

NATIONAL LOGISTICS NETWORK, LLC
PO BOX 6528
ERIE, PA 16512

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 11,650.00

---

**3.181 8** Nonpriority creditor's name and mailing address

NATURAL STATE CARRIERS INC
135 JOHNSTON RD
SEARCY, AR 72143

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 700.00

---

**3.181 9** Nonpriority creditor's name and mailing address

NAV TRANSPORTATION LLC
17 MOVIE CT
EASTON, CT 18045

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 589.20

---

**3.182 0** Nonpriority creditor's name and mailing address

NAVGILL CARRIER INC
5958 ROOSEVELT DR
FONTANA, CA 92336-5368

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,900.00

---

**3.182 1** Nonpriority creditor's name and mailing address

NAVIGATOR TRUCKING LLC
3 BLUE SKY CT
MISSOURI CITY, TX 77459

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,370.00

---

Debtor    Yellow Logistics, Inc.
          Name

Case number (if known)    23-11083 (CTG)

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182 2** Nonpriority creditor's name and mailing address

NAVN TRANSPORT INC
3276 ZACCARIA WAY
STOCKTON, CA 95212

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 3,200.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.182 3** Nonpriority creditor's name and mailing address

NC EXPRESS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 900.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.182 4** Nonpriority creditor's name and mailing address

NC TRUCKING INC
5423 WEST LAWRENCE AVE
CHICAGO, IL 60630

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 900.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.182 5** Nonpriority creditor's name and mailing address

NEHAL TRUCKING LLC
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 5,000.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.182 6** Nonpriority creditor's name and mailing address

NEHTRAC TRANSPORT LLC
OR OTR CAPITAL LLC
DEPT# 390 P.O. BOX 1000
MEMPHIS, TN 38148

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 700.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1827**

**Nonpriority creditor's name and mailing address**

NEPTUNE TRANSPORTATION LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1828**

**Nonpriority creditor's name and mailing address**

NESCO RESOURCE
PO BOX 901372
CLEVELAND, OH 44190

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 70,762.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1829**

**Nonpriority creditor's name and mailing address**

NEST GROUP LLC
OR INTEGRA FUNDING SOLUTIONS LLC
6300 RIDGLEA PL, SUITE 316
FORT WORTH, TX 76116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,775.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1830**

**Nonpriority creditor's name and mailing address**

NEW CENTURY
OR TCI BUSINESS CAPITAL, PO BOX 9149
MINNEAPOLIS, MN 55480-9149

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.1831**

**Nonpriority creditor's name and mailing address**

NEW CENTURY TRANSPORT LLC
OR TCI BUSINESS CAPITAL
PO BOX 9149
MINNEAPOLIS, MN 55480-9149

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 31,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.183 2**

**Nonpriority creditor's name and mailing address**

NEW EAGLE TRANSPORT
1432 30 STREET NW
EDMONTON, T6T 1A8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 5,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.183 3**

**Nonpriority creditor's name and mailing address**

NEW EXPEDITIONS TRANSPORTATION LLC
OR TREADSTONE US CAPITAL, LLC
PO BOX 631627
CINCINNATI, OH 45263-1627

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 925.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.183 4**

**Nonpriority creditor's name and mailing address**

NEW LINE CARRIERS INC
OR PRO FUNDING INC
DEPT #3045 PO BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.183 5**

**Nonpriority creditor's name and mailing address**

NEW LINE GROUP INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.183 6**

**Nonpriority creditor's name and mailing address**

NEW PENN MOTOR EXPRESS, INC
10990 ROE AVE
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 236.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 368 of 588 |
|---|---|---|

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.183 7**

**Nonpriority creditor's name and mailing address**

NEW PIG
1 PORK AVE
TIPTON, PA 16684

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.183 8**

**Nonpriority creditor's name and mailing address**

NEW RAM EXPRESS LLC
OR ENGAGED FINANCIAL
PO BOX 775553
CHICAGO, IL 60677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,700.00

---

**3.183 9**

**Nonpriority creditor's name and mailing address**

NEW SUNRISE MOVERS LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 700.00

---

**3.184 0**

**Nonpriority creditor's name and mailing address**

NEW VIEW TRANSPORT INC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 650.00

---

**3.184 1**

**Nonpriority creditor's name and mailing address**

NEW WAY EXPRESS INC
309 E RAND RD STE 178
ARLINGTON HEIGHTS, IL 60004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,700.00

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.184 2**

**Nonpriority creditor's name and mailing address**

NEWAGE PRODUCTS INC
1190 CALEDONIA RD
NORTH YORK, ON M6A2W5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.184 3**

**Nonpriority creditor's name and mailing address**

NEWAGE PRODUCTS INC
1190 CALEDONIA RD
TORONTO, ON M6A 2W5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    222.00

---

**3.184 4**

**Nonpriority creditor's name and mailing address**

NEXOSS TRUCKING
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,200.00

---

**3.184 5**

**Nonpriority creditor's name and mailing address**

NEXT GENERATION FREIGHT LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    2,300.00

---

**3.184 6**

**Nonpriority creditor's name and mailing address**

NEXT LEVEL TRANSPORTATION INC
OR OTR CAPITAL LLC
DEPT# 390 P.O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    850.00

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page | | | |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim**

**3.1847**

**Nonpriority creditor's name and mailing address**

NF TRUCKING COMPANY LLC
2715 NW 66TH ST
KANSAS CITY, MO 64151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 300.00

---

**3.1848**

**Nonpriority creditor's name and mailing address**

NFG TRUCKLINE INC
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,600.00

---

**3.1849**

**Nonpriority creditor's name and mailing address**

NGOC AI TRANSPORT INC.
OR TBS FACTORING SERVICE
PO BOX 248920
OKLAHOMA CITY, OK 73124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,100.00

---

**3.1850**

**Nonpriority creditor's name and mailing address**

NH TRANSPORT INC
5132 JEROME AVE
SKOKIE, IL 60077

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,400.00

---

**3.1851**

**Nonpriority creditor's name and mailing address**

NIAGRA LASALLE CORP
16655 S CANAL ST
SOUTH HOLLAND, IL 60473

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 650.00

---

Debtor   Yellow Logistics, Inc.
         Name                                              Case number (if known)   23-11083 (CTG)

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.185 2**

**Nonpriority creditor's name and mailing address**

NIAZI GOODS
OR TAB BANK
PO BOX 150830
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 11,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.185 3**

**Nonpriority creditor's name and mailing address**

NICA'S FREIGHT GROUP LLC
NICAS FREIGHT GROUP LLC
19201 CRANWOOD PKWY
WARRENSVILLE HTS, OH 44128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,350.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.185 4**

**Nonpriority creditor's name and mailing address**

NICK HOLDEN TRANSPORT COMPANY
OR ECAPITAL FREIGHT FACTORING CORP
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.185 5**

**Nonpriority creditor's name and mailing address**

Nicole Express LLC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.185 6**

**Nonpriority creditor's name and mailing address**

NIGHTHAWKS
PO BOX 101
LEONIA, NJ 07605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 372 of 588

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.185 7** | **Nonpriority creditor's name and mailing address**

NIGSAM INC
2162 CONWELL AVE
PHILADELPHIA, PA 19115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,700.00

---

**3.185 8** | **Nonpriority creditor's name and mailing address**

NIKA TRANSPORT LLC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 650.00

---

**3.185 9** | **Nonpriority creditor's name and mailing address**

NJN LOGISTICS LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,100.00

---

**3.186 0** | **Nonpriority creditor's name and mailing address**

NMK EXPRESS LLC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 750.00

---

**3.186 1** | **Nonpriority creditor's name and mailing address**

NN TRUCKING INC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500.00

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.186 2** Nonpriority creditor's name and mailing address

NOAH STAR TRANSPORT LLC
389 CREEK WOOD DR
LANCASTER, TX 75146

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.00

---

**3.186 3** Nonpriority creditor's name and mailing address

NOB TRANS LLC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,280.08

---

**3.186 4** Nonpriority creditor's name and mailing address

NOBLE FREIGHT LLC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 800.00

---

**3.186 5** Nonpriority creditor's name and mailing address

NOHID TRUCKING LLC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,350.00

---

**3.186 6** Nonpriority creditor's name and mailing address

NOIZ LOGISTICS LLC
PO BOX 1505
PALATKA, FL 32178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 850.00

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.186 7**

**Nonpriority creditor's name and mailing address**

NOOR CORP INC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,350.00

---

**3.186 8**

**Nonpriority creditor's name and mailing address**

NORDIC LOGISTICS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 425.00

---

**3.186 9**

**Nonpriority creditor's name and mailing address**

NORMAN MEXICO COMPANY LIMITED S A DE C V
EDOUARD MICHELIN NO EXT 104
LEON,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.187 0**

**Nonpriority creditor's name and mailing address**

NORTH AMERICAN CARGO SERVICES, INC.
365 H STREET STE 227
BLAINE, WA 98230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,700.00

---

**3.187 1**

**Nonpriority creditor's name and mailing address**

NORTH CAROLINA LOGOSTICS INC
OR LOVES SOLUTIONS LLC
PO BOX 96-0479
OKLAHOMA CITY, OK 73196-0479

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,600.00

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|--------|------------------------|--|------------------------|----------------|
| | Name | | | |

Case 23-11083-CTG    Doc 4    Filed 09/12/23    Page 419 of 649

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.187 2** | **Nonpriority creditor's name and mailing address**

NORTH EAST LOGISTICS LLC.
5572 CANDLEWOOD CT
PARMA, OH 44134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,750.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.187 3** | **Nonpriority creditor's name and mailing address**

NORTH EXPRESS LLC
4961 S IMPERIAL CIR
GREENFIELD, WI 53220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.187 4** | **Nonpriority creditor's name and mailing address**

NORTH LOGISTICS COMPANY
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161-1029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.187 5** | **Nonpriority creditor's name and mailing address**

NORTHERN BUILDING COMP
44815 CR 388
BLOOMINGDALE, MI 49026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.187 6** | **Nonpriority creditor's name and mailing address**

NORTHERN EXPRESS LLC
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.187 7 | **Nonpriority creditor's name and mailing address**<br><br>NORTHGATE TRANSPORTATION INC | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $                     1,500.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.187 8 | **Nonpriority creditor's name and mailing address**<br><br>NORTHLAND INC.<br>4078 STRATFORD LN<br>CARPENTERSVILLE, IL 60110 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $                     3,600.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.187 9 | **Nonpriority creditor's name and mailing address**<br><br>NORTON TRUCKING INC<br>1327 STANFORD DR<br>KANKAKEE, IL 60901 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $                     1,275.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.188 0 | **Nonpriority creditor's name and mailing address**<br><br>NOS LOGIX LLC<br>OR QP CAPITAL LLC<br>PO BOX 1062<br>MIDDLETOWN, OH 45042 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $                       500.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.188 1 | **Nonpriority creditor's name and mailing address**<br><br>NOTHING BUT LOVE LLC<br>5104 ALYSHEBA DR<br>INDIAN TRAIL, NC 28079 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $                       750.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.188 2**

**Nonpriority creditor's name and mailing address**

NOVA FREIGHT LLC (MC1161243)
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 950.00

---

**3.188 3**

**Nonpriority creditor's name and mailing address**

NOVA MEDICAL
PO BOX 848513
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.188 4**

**Nonpriority creditor's name and mailing address**

NOVA START INC
16165 N 83RD AVE STE 200
PEORIA, AZ 85382

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,600.00

---

**3.188 5**

**Nonpriority creditor's name and mailing address**

NOVAS EXPRESS INC
OR SUNBELT FINANCE
PO BOX 1000 DEPT 144
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,300.00

---

**3.188 6**

**Nonpriority creditor's name and mailing address**

NOVI TRUCKING INC
OR TCI BUSINESS CAPITAL
PO BOX 9149
MINNEAPOLIS, MN 55480-9149

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,400.00

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.188 7**

**Nonpriority creditor's name and mailing address**

NOW DELIVERY & LOGISTICS LLC
NOW DELIVERY & LOGISTICS LLC
DEPT 4035 - PO BOX 30516
LANSING, MI 48909-8016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    5,000.00

**3.188 8**

**Nonpriority creditor's name and mailing address**

NR TRUCKING LLC
OR FLAT RATE FUNDING GROUP, LLC
PO BOX 150581
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    550.00

**3.188 9**

**Nonpriority creditor's name and mailing address**

NS EXPRESS LLC
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    4,350.00

**3.189 0**

**Nonpriority creditor's name and mailing address**

NU AGE LOGISTICS LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,250.00

**3.189 1**

**Nonpriority creditor's name and mailing address**

NUFORTUNE
OR LOVES SOLUTIONS LLC
PO BOX 96-0479
OKLAHOMA CITY, OK 73196-0479

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,850.00

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.189 2** **Nonpriority creditor's name and mailing address**

NULINE DELIVERY
1690 BRANDYWINE AVE STE A
CHULA VISTA, CA 91911

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  5,290.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.189 3** **Nonpriority creditor's name and mailing address**

NUSSBAUM TRANSPORTATION SERVICES, INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  2,050.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.189 4** **Nonpriority creditor's name and mailing address**

NVK LOGISTICS INC.
OR ECAPITAL FREIGHT FACTORING CORP
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  950.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.189 5** **Nonpriority creditor's name and mailing address**

NVR EXPRESS INC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  750.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.189 6** **Nonpriority creditor's name and mailing address**

NYC TRUCKING INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  13,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.1897**

**Nonpriority creditor's name and mailing address**

NYSR TRUCKING LLC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,150.00

**3.1898**

**Nonpriority creditor's name and mailing address**

NZ TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,200.00

**3.1899**

**Nonpriority creditor's name and mailing address**

O K B TRANSPORT INC.
5822 BEESTON LN
HOUSTON, TX 77084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,910.00

**3.1900**

**Nonpriority creditor's name and mailing address**

O K TRANSPORT LLC
647 SW CHERRY PK RD
PO BOX 593
TROUTDALE, OR 97060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,000.00

**3.1901**

**Nonpriority creditor's name and mailing address**

O&L TRUCKING LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 950.00

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.190 2**

**Nonpriority creditor's name and mailing address**

O11 NETWORK INC
OR J D FACTORS, LLC
PO BOX 687
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.190 3**

**Nonpriority creditor's name and mailing address**

OAK TRUCKERS LLC
OR RDS FUNDING LLC
500 W. PLAINFIELD RD STE 200
COUNTRYSIDE, IL 60525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,250.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.190 4**

**Nonpriority creditor's name and mailing address**

OAMIC
6 LABRIOLA COURT
ARMONK, NY 10504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.190 5**

**Nonpriority creditor's name and mailing address**

OASIS TRUCKING LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.190 6**

**Nonpriority creditor's name and mailing address**

OBERTO SNACKS INC
7060 OBERTO DR
KENT, WA 98032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.190 7** Nonpriority creditor's name and mailing address

OCEAN LOGISTICS INC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 1,700.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.190 8** Nonpriority creditor's name and mailing address

OCT LINE USA LOGISTICA LTDA
4160 TEMESCAL CANYON RD STE 401
CORONA, CA 92883

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Customer Claim

$ Undetermined

Date or dates debt was incurred        Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☒ Yes

---

**3.190 9** Nonpriority creditor's name and mailing address

ODAA BULTUM EXPRESS
OR ORANGE COMMERCIAL CREDIT, PO BOX 11099
OLYMPIA, WA 98508-1099

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 900.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.191 0** Nonpriority creditor's name and mailing address

ODELL MOP COMPANY

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 1,250.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.191 1** Nonpriority creditor's name and mailing address

OHIO FREIGHT SOLUTIONS LLC
445 W NORTH BEND RD
CINCINNATI, OH 45216

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 1,900.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.191 2**

**Nonpriority creditor's name and mailing address**

OHIO TRANSIT COMPANY INC
OR YANKTON FACTORING, INC
PO BOX 217
YANKTON, SD 57078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,200.00

---

**3.191 3**

**Nonpriority creditor's name and mailing address**

OHIO TRANSPORT CORPORATION
OHIO TRANSPORT CORPORATION
PO BOX 896751
CHARLOTTE, NC 28289-6751

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,375.00

---

**3.191 4**

**Nonpriority creditor's name and mailing address**

OL LOGISTICS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.191 5**

**Nonpriority creditor's name and mailing address**

OLD PAL TRANSPORTATION INC
18492 PEPPER ST
CASTRO VALLEY, CA 94546

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,600.00

---

**3.191 6**

**Nonpriority creditor's name and mailing address**

OLD STAR EXPRESS INC
OR GREAT PLAINS TRANSPORTATION SERVICES INC
PO BOX 4539
CAROL STREAM, IL 60197-4539

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,700.00

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.191 7**

**Nonpriority creditor's name and mailing address**

OLYMPIC TRANSFER CORP.
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.191 8**

**Nonpriority creditor's name and mailing address**

OMEGA CASTINGS INCORPORATED
301 FRITZ KEIPER BLVD
BATTLE CREEK, MI 49037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.191 9**

**Nonpriority creditor's name and mailing address**

OMEGA TRUCKING LLC (DEARBORN, MI)
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.192 0**

**Nonpriority creditor's name and mailing address**

OMNIA TRUCKING LLC
OR ECAPITAL FREIGHT FACTORING
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 150.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.192 1**

**Nonpriority creditor's name and mailing address**

ON LAND TRANSPORT INC.
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 625.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.192 2**

**Nonpriority creditor's name and mailing address**

ON THE ROCK LOGISTICS & FREIGHT FORWARDING, INC.
OR SUNBELT FINANCE LLC
DEPT 144 PO BOX 1000
MEMPHIS, TN 38148-0144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                900.00

---

**3.192 3**

**Nonpriority creditor's name and mailing address**

ON THE WAY LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                900.00

---

**3.192 4**

**Nonpriority creditor's name and mailing address**

ON TIME TRANSPORT
OR TRANSWEST CAPITAL
PO BOX 123381 - DEPT 3381
DALLAS, TX 75312-3381

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              3,475.00

---

**3.192 5**

**Nonpriority creditor's name and mailing address**

ON TRACK FREIGHT INC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              4,300.00

---

**3.192 6**

**Nonpriority creditor's name and mailing address**

ONE CARGO
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             10,000.00

---

Debtor    Yellow Logistics, Inc.                                    Case number (if known)    23-11083 (CTG)
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1927** Nonpriority creditor's name and mailing address

ONE FAMILY TRUCKING INC
OR THUNDER FUNDING
DEPT #3003 P. O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,250.00

---

**3.1928** Nonpriority creditor's name and mailing address

ONE LINE LOGISTICS INC
OR CROSSROAD SERVICES LLC
PO BOX 653076
DALLAS, TX 75265

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,975.00

---

**3.1929** Nonpriority creditor's name and mailing address

ONE8 FREIGHT LLC
3813 ILLINOIS AVE
ST CHARLES, IL 60174

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,225.00

---

**3.1930** Nonpriority creditor's name and mailing address

ONLINE TRANSPORT, INC.
6311 STONER DRIVE
GREENFIELD, IN 46140

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  700.00

---

**3.1931** Nonpriority creditor's name and mailing address

ONOREVOLE TRANSPORTATION LLC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  875.00

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.193 2** **Nonpriority creditor's name and mailing address**

ONTIME EXPRESS LINE, INC.
OR PORTER BILLING SERVICES, LLC
PO BOX 440127
NASHVILLE, TN 37244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.193 3** **Nonpriority creditor's name and mailing address**

ONTIME EXPRESS, LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.193 4** **Nonpriority creditor's name and mailing address**

ONTIME TRANSPORT & LOGISTICS LLC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 975.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.193 5** **Nonpriority creditor's name and mailing address**

ONTRACK TRANSPORTATION, INC
OR ORANGE COMMERCIAL CREDIT
PO BOX 11099
OLYMPIA, WA 98508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 950.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.193 6** **Nonpriority creditor's name and mailing address**

ONWARD FREIGHT SERVICES
OR J D FACTORS CORPORATION
315 MATHESON BLVD EAST
MISSISSAUGA, ON L4Z 1X8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1937**

**Nonpriority creditor's name and mailing address**

OONI
2140 S DUPONT HWY
CAMDEN WYOMING, DE 19934

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$     Undetermined

---

**3.1938**

**Nonpriority creditor's name and mailing address**

OPPERMANN WEBBING INC
129 HOLLOW DR
PIEDMONT, SC 29673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$     Undetermined

---

**3.1939**

**Nonpriority creditor's name and mailing address**

OPTIMA EXPRESS LINES INC
217 WATERS RUN LN
SIMPSONVILLE, SC 29681

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$     1,400.00

---

**3.1940**

**Nonpriority creditor's name and mailing address**

OPTIN TRANSPORT LLC
OR RIVIERA FINANCE OF TEXAS
PO BOX 202485
DALLAS, TX 75320-2487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$     1,800.00

---

**3.1941**

**Nonpriority creditor's name and mailing address**

OPTION TRANSPORT INC
OR ASSIST FINANCIAL SERVICES INC
PO BOX 347
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$     1,400.00

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Part 2: | Additional Page | |
| --- | --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.194
2** Nonpriority creditor's name and mailing address

ORANGE COAST EXPRESS INC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,100.00

---

**3.194
3** Nonpriority creditor's name and mailing address

ORD TRANS INC
2375 PRATT BLVD
ELK GROVE VILLAGE, IL 60007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,400.00

---

**3.194
4** Nonpriority creditor's name and mailing address

ORD TRANSPORTATION INC
8N154 PHAR LAP DR
ST CHARLES, IL 60175

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 800.00

---

**3.194
5** Nonpriority creditor's name and mailing address

ORION TRUCK INC
OR EXPRESS FREIGHT FINANCE
PO BOX 6188
CAROL STREAM, IL 60197-6188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,300.00

---

**3.194
6** Nonpriority creditor's name and mailing address

ORNELAS FREIGHT LINES CORP
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,200.00

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.1947** | **Nonpriority creditor's name and mailing address**

ORPHAN GRAIN TRAIN
33 S MAIN ST
TERRYVILLE, CT 06786

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.1948** | **Nonpriority creditor's name and mailing address**

OSCAR MORENO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,750.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1949** | **Nonpriority creditor's name and mailing address**

OSEGUERA TRUCKING
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1950** | **Nonpriority creditor's name and mailing address**

OTESCO LOGISTICS LLC
OR BOBTAIL
PO BOX 7410633
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1951** | **Nonpriority creditor's name and mailing address**

OVERLAND TRANSPORT LLC
OR CJM FINANCIAL INC
PO BOX 727
ANKENY, IA 50021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 920.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.195 2**

**Nonpriority creditor's name and mailing address**

OXBOW TEAM TRANSPORT
OR TRUCKSTOP FACTORING
PO BOX 7410411
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,175.00

---

**3.195 3**

**Nonpriority creditor's name and mailing address**

P & P TRUCKING, INC.
2807 QUALITY DRIVE
SEARCY, AR 72143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      500.00

---

**3.195 4**

**Nonpriority creditor's name and mailing address**

P & R TRUCKING INC
3205 OLD COOKEVILLE RD
SPARTA, TN 38583

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    4,600.00

---

**3.195 5**

**Nonpriority creditor's name and mailing address**

PACIFIC DRIVELINES
10040 10TH LINE
GEORGETOWN, ON L7G0N2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,650.00

---

**3.195 6**

**Nonpriority creditor's name and mailing address**

PACIFIC GATEWAY TRANSPORT INC
OR TCI BUSINESS CAPITAL
PO BOX 9149
MINNEAPOLIS, MN 55480

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  14,237.50

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.195 7**

**Nonpriority creditor's name and mailing address**

PACKAGE PROS LOGISTICS LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 685.00

---

**3.195 8**

**Nonpriority creditor's name and mailing address**

PACKER TRANSPORTATION CO.
OR BVD CAPITAL CORPORATION
8177 TORBRAM ROAD
BRAMPTON, ON L6T 5C5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,200.00

---

**3.195 9**

**Nonpriority creditor's name and mailing address**

Pac-Tec, Inc

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23,209.84

---

**3.196 0**

**Nonpriority creditor's name and mailing address**

PAIGE LOGISTICAL SOLUTIONS, LLC
2506 MOUNT MORIAH ROAD SUITE 418
MEMPHIS, TN 38115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500.00

---

**3.196 1**

**Nonpriority creditor's name and mailing address**

PAM INTERNATIONAL INC
OR CD CONSORTIUM CORP.
8930 WAUKEGAN RD, STE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,555.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.196 2**

**Nonpriority creditor's name and mailing address**

PAMLICOAIR
4841 LAMM R.
WILSON, NC 27893

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                    Undetermined

---

**3.196 3**

**Nonpriority creditor's name and mailing address**

PAN AMERICAN CARGO LLC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    2,800.00

---

**3.196 4**

**Nonpriority creditor's name and mailing address**

PANDHER CARGO INC
OR BOBTAIL
PO BOX 7410633
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    2,750.00

---

**3.196 5**

**Nonpriority creditor's name and mailing address**

PANDUIT CORPORATION % TRANZACT TECHNOLOGIES
18900 PANDUIT DR
TINLEY PARK, IL 60487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                    Undetermined

---

**3.196 6**

**Nonpriority creditor's name and mailing address**

PANIAGUA TRUCKING, LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,200.00

---

Debtor    Yellow Logistics, Inc.

Name

Case number *(if known)*    23-11083 (CTG)

---

| **Part 2:** | **Additional Page** | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | | **Amount of claim** |

**3.196 7**

**Nonpriority creditor's name and mailing address**

PAPERCHASINGTRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,400.00

---

**3.196 8**

**Nonpriority creditor's name and mailing address**

PAPPY'S TRUCKING SERVICES LLC
OR NU-KO CAPITAL LLC
PO BOX 150884
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    500.00

---

**3.196 9**

**Nonpriority creditor's name and mailing address**

PARADISE TRUCKING CORP
OR ECAPITAL FREIGHT FACTORING CORP.
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    4,300.00

---

**3.197 0**

**Nonpriority creditor's name and mailing address**

PARAMOUNT LOGISTICS INC
4826 4TH ST
IRWINDALE, CA 91706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,250.00

---

**3.197 1**

**Nonpriority creditor's name and mailing address**

PARASOURCE INC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,050.00

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.197 2**

**Nonpriority creditor's name and mailing address**

PARIS TRANSPORT LLC
118 JAMES LAKE WAY
EASLEY, SC 29642-8868

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                672.00

---

**3.197 3**

**Nonpriority creditor's name and mailing address**

PARK ONE PRO LLC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                800.00

---

**3.197 4**

**Nonpriority creditor's name and mailing address**

PARMAR FREIGHTLINES LLC
OR SOUND FINANCE CORPORATION
P.O. BOX 679281
DALLAS, TX 75267-9281

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                550.00

---

**3.197 5**

**Nonpriority creditor's name and mailing address**

PAT REILLY TRUCKING
OR TBS FACTORING SERVICE
PO BOX 248920
OKLAHOMA CITY, OK 73124-8920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                9,975.00

---

**3.197 6**

**Nonpriority creditor's name and mailing address**

PATAGONIA LOGISTICS INC
OR PRO FUNDING INC
PO BOX 1000 DEPT #3045
MEMPHIS, TN 38148-3045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                4,300.00

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.197 7** 

**Nonpriority creditor's name and mailing address**

PAUL TRANSPORTATION INC.
OR TRANSAM FINANCIAL SERVICES, INC.
PO BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.197 8**

**Nonpriority creditor's name and mailing address**

PAUL'S TRUCKING
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,760.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.197 9**

**Nonpriority creditor's name and mailing address**

PAV TRUCKING
OR TBS FACTORING SERVICE
PO BOX 248920
OKLAHOMA CITY, OK 73124-8920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.198 0**

**Nonpriority creditor's name and mailing address**

PB02 TRANSPORT INC
OR GREAT PLAINS TRANSPORTATION SERVICES INC
PO BOX 4539
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.198 1**

**Nonpriority creditor's name and mailing address**

PC LOGISTICS GROUP INC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 6,250.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.198 2** | **Nonpriority creditor's name and mailing address**

PDS EXPRESS INC
1070 SWANSON DR
BATAVIA, IL 60510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.198 3** | **Nonpriority creditor's name and mailing address**

PDX TRANSIT LLC
PO BOX 410
CLACKAMAS, OR 97015-0410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.198 4** | **Nonpriority creditor's name and mailing address**

PEARFAM TRANSPORT LLC
OR MATCH FACTORS
P.O. BOX 13259
FLORENCE, SC 29504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.198 5** | **Nonpriority creditor's name and mailing address**

PEARL VALLEY TRANSPORT LLC
OR SAINT JOHN CAPITAL CORPORATION
PO BOX 74007671
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.198 6** | **Nonpriority creditor's name and mailing address**

PEETS COFFEE & TEA
1400 PARK AVE
EMERYVILL, CA 94608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.198 7**

**Nonpriority creditor's name and mailing address**

PEGAS TRUCKING GROUP INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,950.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.198 8**

**Nonpriority creditor's name and mailing address**

PEGASUS TRANS LINK INC
OR OTR CAPITAL LLC
DEPT# 390 P.O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,324.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.198 9**

**Nonpriority creditor's name and mailing address**

PEI, INC.
598 RED OAK ROAD
STOCKBRIDGE, GA 30281

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.199 0**

**Nonpriority creditor's name and mailing address**

PENMARK TRANSPORTATION INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 850.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.199 1**

**Nonpriority creditor's name and mailing address**

PENTAGON LOGISTICS INC
7045 MILLCREEK DRIVE
MISSISSAUGA, ON L5N 3R3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Yellow Logistics, Inc.
        Name

Case number (if known)    23-11083 (CTG)

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.199 2**

**Nonpriority creditor's name and mailing address**

PERFORMANCE PACKAGING INC
7850 BARNSBURY RD
WEST BLOOMFIELD, MI 48324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                   7,224.00

---

**3.199 3**

**Nonpriority creditor's name and mailing address**

PERFORMANCE SYSTEMS
5310 ELM ST
HOUSTON, TX 77081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                                Undetermined

---

**3.199 4**

**Nonpriority creditor's name and mailing address**

PETPARTNERS, INC
8051 ARCO CORPORATE DR
RALEIGH, NC 27617

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                                Undetermined

---

**3.199 5**

**Nonpriority creditor's name and mailing address**

PHAGAN TRUCKING, INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                   2,650.00

---

**3.199 6**

**Nonpriority creditor's name and mailing address**

PHELPS FARMS, INC.
41 S HIGH ST 21ST FLOOR
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                                   1,200.00

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1997** **Nonpriority creditor's name and mailing address**

PHILLIPS LOGISTICS LLC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,300.00

---

**3.1998** **Nonpriority creditor's name and mailing address**

PHOENIX 682 LLC
29436 ROBERT DR
LIVONIA, MI 48150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 503.00

---

**3.1999** **Nonpriority creditor's name and mailing address**

PHOENIX TRUCKLINE LLC
254 S MULBERRY STE 113
MESA, AZ 85202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,700.00

---

**3.2000** **Nonpriority creditor's name and mailing address**

PICTSWEET COMPANY
10 PICTSWEET DR
BELLS, TN 38006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.2001** **Nonpriority creditor's name and mailing address**

PIEDMONT, LLC
PIEDMONT, LLC
PO BOX 503
BYRON CENTER, MI 49315

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 750.00

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.200 2**

**Nonpriority creditor's name and mailing address**

PIGEON FREIGHT SERVICES, INC.
OR PRO FUNDING INC - DEPT #3045
PO BOX 1000
MEMPHIS, TN 38148-3045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 6,925.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.200 3**

**Nonpriority creditor's name and mailing address**

PIKE TRANSPORT INC
6958 STATE HWY 2 41 M35
GLADSTONE, MI 49837

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.200 4**

**Nonpriority creditor's name and mailing address**

PINNACO TRANSPORTATION
OR ASSIST FINANCIAL SERVICES, INC.
PO BOX 347
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 775.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.200 5**

**Nonpriority creditor's name and mailing address**

PIONEER TANK LINES, INC.
12501 HUDSON ROAD SOUTH
AFTON, MN 55001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,450.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.200 6**

**Nonpriority creditor's name and mailing address**

PIRAMID TRUCKING INC
OR ECAPITAL FREIGHT FACTORING CORP
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,550.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.200 7** **Nonpriority creditor's name and mailing address**

PISHON EXPRESS INC.
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,695.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.200 8** **Nonpriority creditor's name and mailing address**

PJJ EXPRESS INC
PO BOX 389270
CHICAGO, IL 60638

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 550.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.200 9** **Nonpriority creditor's name and mailing address**

PJR TRUCKING INC
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 11,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.201 0** **Nonpriority creditor's name and mailing address**

PK TRANSPORTATION LLC
OR CARRIERNET GROUP FINANCIAL
PO BOX 1130
SIOUX FALLS, SD 57101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.201 1** **Nonpriority creditor's name and mailing address**

PKG EXPRESS, INC.
PO BOX 301
SHELBYVILLE, IN 46176

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|--------|------------------------|------------------------|-----------------|
| | Name | | |

Case 23-11083-CTG    Doc 4    Filed 09/12/23    Page 447 of 649

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.201 2**

**Nonpriority creditor's name and mailing address**

PL & Y TRUCKING CORP
249 ROCKWOOD ST
PORT CHARLOTTE, FL 33952

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 400.00

---

**3.201 3**

**Nonpriority creditor's name and mailing address**

PLACENCIA TRANSPORTATION LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 460.00

---

**3.201 4**

**Nonpriority creditor's name and mailing address**

PLAN T
7400 TECHNOLOGY DR
UNIT B, W MELBOURNE, FL 32904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.201 5**

**Nonpriority creditor's name and mailing address**

PLATINUM EXPRESS
OR CAPITAL CREDIT INC
PO BOX 204695
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,050.00

---

**3.201 6**

**Nonpriority creditor's name and mailing address**

PLOGER TRANSPORTATION LLC
300 CLEVELAND RD.
NORWALK, OH 44857

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 950.00

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2017** Nonpriority creditor's name and mailing address

PLUS FREIGHT SYSTEMS LLC
OR CAPITAL DEPOT
8930 N WAUKEGAN ROAD, SUITE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,150.00

---

**3.2018** Nonpriority creditor's name and mailing address

PLUS ONE EXPRESS
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,100.00

---

**3.2019** Nonpriority creditor's name and mailing address

PMF LOGISTICS INC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 975.00

---

**3.2020** Nonpriority creditor's name and mailing address

PMS XPRESS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,000.00

---

**3.2021** Nonpriority creditor's name and mailing address

POINTDIRECT TRANSPORT, INC.
10858 ALMOND AVE
FONTANA, CA 92337

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 550.00

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.202 2**

**Nonpriority creditor's name and mailing address**
POLARIS LOGISTICS INC
OR PARTNERS FUNDING INC
PO BOX 5431
CAROL STREAM, IL 60197-5431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 750.00

---

**3.202 3**

**Nonpriority creditor's name and mailing address**
POLARIUM
8369 SOUTHPARK LN
LITTLETON, CO 80120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.202 4**

**Nonpriority creditor's name and mailing address**
POLVON LLC
OR SAINT JOHN CAPITAL CORPORATION
PO BOX 74007671
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 550.00

---

**3.202 5**

**Nonpriority creditor's name and mailing address**
POLYTEK DEVELOPMENT CORP
55 HILTON ST
EASTON, PA 18042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.202 6**

**Nonpriority creditor's name and mailing address**
POOLCORP % TMC
109 NORTHPARK BLVD FL 4
COVINGTON, LA 70433

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.2027 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 33.77 |
|---|---|---|---|
| | POOLCORP % TMC<br>109 NORTHPARK BLVD FL 4<br>COVINGTON, LA 70433 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.2028 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 385.50 |
|---|---|---|---|
| | PORTER COUNTY SUPERIOR CRT 6<br>3560 WILLOW CREEK RD<br>PORTAGE, IN 46368 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.2029 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 930.00 |
|---|---|---|---|
| | PORTER MOVING COMPANY LLC<br>28261 WOODLAWN DR UNIT F<br>PUNTA GORDA, FL 33982 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.2030 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 7,040.00 |
|---|---|---|---|
| | PORTLAND CONTAINER REPAIR CORPORATION<br>8316 N LOMBARD<br>PORTLAND, OR 97203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.2031 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 542.08 |
|---|---|---|---|
| | POWERPACK<br>10613 STRAW FLOWER DR<br>AUSTIN, TX 78733 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.203 2**

**Nonpriority creditor's name and mailing address**
POWERPACK LLC
10613 STRAW FLOWER DR
AUSTIN, TX 78733

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,400.00

---

**3.203 3**

**Nonpriority creditor's name and mailing address**
PRAXIS CO
435 INDUSTRIAL RD
SAVANNAH, TN 38372

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.203 4**

**Nonpriority creditor's name and mailing address**
PREET LOGISTICS INC
10419 MUSTANG PEAK DR
BAKERSFIELD, CA 93311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,400.00

---

**3.203 5**

**Nonpriority creditor's name and mailing address**
PREMIER PAN
33 MCGOVERN BLVD
CRESCENT, PA 15046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.203 6**

**Nonpriority creditor's name and mailing address**
PREMIER TRANSPORTATION LLC (MC959420)
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,300.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.203 7**

**Nonpriority creditor's name and mailing address**

PREMIUM EXPRESS TRUCKING INC
OR CD CONSORTIUM CORP
8930 WAUKEGAN RD STE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,500.00

---

**3.203 8**

**Nonpriority creditor's name and mailing address**

PREP ONE TRUCKING LLC
OR NU-KO CAPITAL, LLC
PO BOX 150884
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 300.00

---

**3.203 9**

**Nonpriority creditor's name and mailing address**

PRESERVER TRANS LLC
3475 MUSGRAVE AVE
LIVE OAK, CA 95953

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,880.00

---

**3.204 0**

**Nonpriority creditor's name and mailing address**

PRESIDENTIAL TRANSPORTATION LLC
OR TRUCK STOP FACTORING
P.O. BOX 7410411
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,050.00

---

**3.204 1**

**Nonpriority creditor's name and mailing address**

PRESTRIGE TRANSPORT
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,100.00

---

| Debtor | Yellow Logistics, Inc. | | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.204 2**

**Nonpriority creditor's name and mailing address**
PREVAIL LOGISTICS LLC
OR SMARTTRUCKER LLC
PO BOX 30516 DEPT# 506
LANSING, MI 48909-8016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,500.00

---

**3.204 3**

**Nonpriority creditor's name and mailing address**
PRH TRUCKING INC
1121 N ELLIS ST
BENSENVILLE, IL 60106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 675.00

---

**3.204 4**

**Nonpriority creditor's name and mailing address**
PRIEST TRANSPORT LLC
OR ECAPITAL FREIGHT FACTORING
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 375.00

---

**3.204 5**

**Nonpriority creditor's name and mailing address**
PRIMARY EXPRESS CO
39W895 STONECROP CT
ST CHARLES, IL 60175

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,800.00

---

**3.204 6**

**Nonpriority creditor's name and mailing address**
PRIME EXPRESS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,500.00

---

Debtor    Yellow Logistics, Inc.
          Name

Case number (if known)    23-11083 (CTG)

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.204 7** Nonpriority creditor's name and mailing address

PRIME EXPRESS TRANSPORTATION
2502 HUDSPETH ST
INGLEWOOD, CA 90303

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$    400.00

---

**3.204 8** Nonpriority creditor's name and mailing address

PRIME FREIGHT LLC
OR INSIGHT TECHNOLOGY, INC
PO BOX 200399
DALLAS, TX 75320-0399

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$    600.00

---

**3.204 9** Nonpriority creditor's name and mailing address

PRIME ROAD CARRIERS INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$    3,250.00

---

**3.205 0** Nonpriority creditor's name and mailing address

PRIME TRANS INC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$    2,500.00

---

**3.205 1** Nonpriority creditor's name and mailing address

PRIME TRANSPORTATION SERVICES INC
OR PATHWARD NATIONAL ASSOCIATION
PO BOX 682348
FRANKLIN, TN 37068

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$    1,500.00

---

Debtor   Yellow Logistics, Inc.                                    Case number (if known)   23-11083 (CTG)
         Name

---

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.205
2**

**Nonpriority creditor's name and mailing address**

PRIORITY 1
PO BOX 398
NORTH LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                    Undetermined

---

**3.205
3**

**Nonpriority creditor's name and mailing address**

PRIORITY LOGISTICS
6900 COLLEGE BLVD, STE 470
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                    Undetermined

---

**3.205
4**

**Nonpriority creditor's name and mailing address**

PRO LOGISTIC LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    1,600.00

---

**3.205
5**

**Nonpriority creditor's name and mailing address**

PRO STAR LOGISTIC INC
OR SAINT JOHN CAPITAL CORP
PO BOX 74007671
CHICAGO, IL 60674-7671

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    3,550.00

---

**3.205
6**

**Nonpriority creditor's name and mailing address**

PRO TRUCKING INC (MC792385)
OR TRIUMPH FINANCIAL SERVICES, LLC, PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    2,657.50

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.205 7**

**Nonpriority creditor's name and mailing address**

PRODUCE TRANSPORT INC
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101-4565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,700.00

---

**3.205 8**

**Nonpriority creditor's name and mailing address**

PRODUCERS PEANUT CO INC
337 MOORE AVE
SUFFOLK, VA 23434

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                Undetermined

---

**3.205 9**

**Nonpriority creditor's name and mailing address**

PRODUCTION TOOL SUPPLY
21000 MAC ARTHUR BLVD
WARREN, MI 48089

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                Undetermined

---

**3.206 0**

**Nonpriority creditor's name and mailing address**

PROGISTICS DISTRIBUTION INC
PO BOX 5045
HAYWARD, CA 94540

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            1,233,740.37

---

**3.206 1**

**Nonpriority creditor's name and mailing address**

PROLOGISTIX
PO BOX 102332
ATLANTA, GA 30368

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                20,709.94

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.206 2**

**Nonpriority creditor's name and mailing address**

PRO-MEN TRANSFER LLC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                550.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.206 3**

**Nonpriority creditor's name and mailing address**

PRON LOGISTICS LLC
34970 ANN ARBOR TRL UNIT D10
LIVONIA, MI 48150-3780

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$              3,270.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.206 4**

**Nonpriority creditor's name and mailing address**

PROPER TRUCKING INC
OR CROSSROAD SERVICES LLC
PO BOX 7410440
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$              2,250.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.206 5**

**Nonpriority creditor's name and mailing address**

PRORELO, INC.
1600 1ST STREET NW
ALBUQUERQUE, NM 87102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$              2,298.54

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.206 6**

**Nonpriority creditor's name and mailing address**

PROSPERITY TRUCKING LLC
OR STEELHEAD FINANCE
3518 HEATHROW WAY
MEDFORD, OR 97504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$              4,690.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.206 7**

**Nonpriority creditor's name and mailing address**

PRY TRUCKING INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                700.00

---

**3.206 8**

**Nonpriority creditor's name and mailing address**

PRYDE INDUSTRIAL INC
187 EXETER RD RD
LONDON, ON N6L1A4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$            Undetermined

---

**3.206 9**

**Nonpriority creditor's name and mailing address**

PS EXPRESS INC
1555 E AMAR ROAD SUITE B #200
WEST COVINA, CA 91792

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              3,725.00

---

**3.207 0**

**Nonpriority creditor's name and mailing address**

PSALMS LLC
OR THUNDER FUNDING
DEPT #3003 P. O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                700.00

---

**3.207 1**

**Nonpriority creditor's name and mailing address**

PSB TRANS INC
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              2,300.00

---

Debtor   Yellow Logistics, Inc.                               Case number (if known)   23-11083 (CTG)
         Name

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.207.2**

**Nonpriority creditor's name and mailing address**

PSG TRUCKING INC

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                750.00

---

**3.207.3**

**Nonpriority creditor's name and mailing address**

PTD, INC.
1731 PRICE HOUSE RD
ROEBUCK, SC 29376

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                850.00

---

**3.207.4**

**Nonpriority creditor's name and mailing address**

PTX SERVICES, LLC
1431 BRUHY ROAD
PLYMOUTH, WI 53073

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                800.00

---

**3.207.5**

**Nonpriority creditor's name and mailing address**

PUNIA EXPRESS INC
16494 W 132ND CT
OLATHE, KS 66062

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             12,875.00

---

**3.207.6**

**Nonpriority creditor's name and mailing address**

PUNJAB TRANSIT LLC
OR SOUND FINANCE CORPORATION
PO BOX 679281
DALLAS, TX 75267-9281

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              9,050.00

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.2077**

**Nonpriority creditor's name and mailing address**

PW LOGISTICS, LLC
OR OUTGO, INC
117 E LOUISA ST # 161
SEATTLE, WA 98102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,600.00

---

**3.2078**

**Nonpriority creditor's name and mailing address**

QALASTRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    3,800.00

---

**3.2079**

**Nonpriority creditor's name and mailing address**

QFS TRANSPORTATION LLC
P.O. BOX 912394
DENVER, CO 80291

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    4,975.00

---

**3.2080**

**Nonpriority creditor's name and mailing address**

QQT TRUCKING LLC
OR TRANSAM FINANCIAL SERVICES, INC.
PO BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    350.00

---

**3.2081**

**Nonpriority creditor's name and mailing address**

QTI TRANS , LLC
OR YANKTON FACTORING INC
PO BOX 217
YANKTON, SD 57078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,825.00

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
| --- | --- | --- | --- |
| | Name | | |

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.208 2**

**Nonpriority creditor's name and mailing address**

QUALITY EXPRESS CORP

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,700.00

---

**3.208 3**

**Nonpriority creditor's name and mailing address**

QUALITY LIFT TRUCKS
115 NORTH GLOVER AVENUE
CHULA VISTA, CA 91910

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,739.07

---

**3.208 4**

**Nonpriority creditor's name and mailing address**

QUALITY SERVICES MEXICO
2455 OTAY CENTER DR # 117-19
SAN DIEGO, CA 92154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 455.00

---

**3.208 5**

**Nonpriority creditor's name and mailing address**

QUALITY SUPPLIER TRUCKING, INC.
PO BOX 488
KEYSER, WV 26726

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,200.00

---

**3.208 6**

**Nonpriority creditor's name and mailing address**

QUALITY TRANSFER LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,750.00

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.208 7**

**Nonpriority creditor's name and mailing address**

QUALITY TRANSPORTATION LLC (MC1108492)
OR ALADDIN FINANCIAL INC
PO BOX 1394
SIOUX FALLS, SD 57101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.00

---

**3.208 8**

**Nonpriority creditor's name and mailing address**

QUALITY TRUCKING SERVICES LLC
OR OTR CAPITAL LLC
DEPT# 390 P.O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.00

---

**3.208 9**

**Nonpriority creditor's name and mailing address**

QUANTINUUM
310 INTERLOCKEN PKWY STE 120
BROOMFIELD, CO 80021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.209 0**

**Nonpriority creditor's name and mailing address**

QUANTUM FREIGHT LLC
OR EDEN TRANSPORT CAPITAL, LLC
PO BOX 5699
CAROL STREAM, IL 60197-5699

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,000.00

---

**3.209 1**

**Nonpriority creditor's name and mailing address**

QUANTUM LOGISTICS INC.
13258 NELSON AVE
CITY OF INDUSTRY, CA 92336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.209 2**

**Nonpriority creditor's name and mailing address**

QUEEN TRANSPORTATION, LLC
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,800.00

---

**3.209 3**

**Nonpriority creditor's name and mailing address**

QUEENZ LOGISTIC INC
7771 SUMMERLIN BLVD
LIBERTY TOWNSHIP, OH 45044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 675.00

---

**3.209 4**

**Nonpriority creditor's name and mailing address**

QUENCH USA INC
PO BOX 781393
PHILADELPHIA, PA 19178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 452.24

---

**3.209 5**

**Nonpriority creditor's name and mailing address**

QUEST TRANSPORTATION LLC
OR JD FACTORS LLC
PO BOX 687
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,100.00

---

**3.209 6**

**Nonpriority creditor's name and mailing address**

QUICK FREIGHT LOGISTICS INC
OR CD CONSORTIUM CORP
8930 WAUKEGAN RD, SUITE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 300.00

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|--------|------------------------|--------------------------|----------------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2097**

**Nonpriority creditor's name and mailing address**
R & K TRUCKING OF MONTANA, INC.
OR TAB BANK
PO BOX 150290
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,200.00

---

**3.2098**

**Nonpriority creditor's name and mailing address**
R & R TRUCKING LLC
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 400.00

---

**3.2099**

**Nonpriority creditor's name and mailing address**
R & W FREIGHT LINE LLC
OR INTEGRATED LOGISTICS & ASSOCIATES
PO BOX 25189
FARMINGTON, NY 14425-0189

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,250.00

---

**3.2100**

**Nonpriority creditor's name and mailing address**
R A C FREIGHT LLC
OR OPERATION FINANCE, INC
PO BOX 227352
DALLAS, TX 75222-7352

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 350.00

---

**3.2101**

**Nonpriority creditor's name and mailing address**
R D F LOGISTICS INC.
7425 INDUSTRIAL PARKWAY
LORAIN, OH 44053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 945.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.210 2**

**Nonpriority creditor's name and mailing address**

R D V TRANSPORT LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    500.00

---

**3.210 3**

**Nonpriority creditor's name and mailing address**

R H CRAWFORD INC
341 MOULSTOWN RD
HANOVER, PA 17331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 1,300.00

---

**3.210 4**

**Nonpriority creditor's name and mailing address**

R S G TRANSPORT
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    839.58

---

**3.210 5**

**Nonpriority creditor's name and mailing address**

R T EXPRESS
OR ORANGE COMMERCIAL CREDIT
PO BOX 11099
OLYMPIA, WA 98508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    950.00

---

**3.210 6**

**Nonpriority creditor's name and mailing address**

R&A CORE
15024 ANACAPA RD
VICTORVILLE, CA 92392

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                 Undetermined

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.210 7** | **Nonpriority creditor's name and mailing address**

R&A'S STR8 SHOT INC
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,270.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.210 8** | **Nonpriority creditor's name and mailing address**

R&B TRUCKING, INC.
OR WALLACE COMPANY INC
PO BOX 988
FULTON, MS 38843

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.210 9** | **Nonpriority creditor's name and mailing address**

R&J CARGO INC
OR JD FACTORS LLC
PO BOX 687
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,171.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.211 0** | **Nonpriority creditor's name and mailing address**

R&L PRODUCE TRANSPORTATION LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,257.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.211 1** | **Nonpriority creditor's name and mailing address**

R&RTRUCKINGANDLOGISTICS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,325.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.211 2**

**Nonpriority creditor's name and mailing address**

R.A.B. EXPRESS, INC.
1247 EASTWOOD AVE.
TALLMADGE, OH 44278

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,250.00

---

**3.211 3**

**Nonpriority creditor's name and mailing address**

RADHOO INC
OR CD CONSORTIUM CORP.
8930 WAUKEGAN RD, STE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 150.00

---

**3.211 4**

**Nonpriority creditor's name and mailing address**

RADIANT GLOBAL
405 114TH AVE SE
BELLEVUE, WA 98004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.211 5**

**Nonpriority creditor's name and mailing address**

RAINE LOGISTICS INC
PO BOX 513
GETZVILLE, NY 14068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,150.00

---

**3.211 6**

**Nonpriority creditor's name and mailing address**

RAINIER TRANSPORTATION, INC
OR ORANGE COMMERCIAL CREDIT
PO BOX 11099
OLYMPIA, WA 98508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,550.00

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2117**

**Nonpriority creditor's name and mailing address**

RAJ PURA TRANSPORT
4225 BOUL HEBERT
SALABERRY-DE-VALLEYFIELD, QC J6S 6J2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,300.00

---

**3.2118**

**Nonpriority creditor's name and mailing address**

RAJEANA LLC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,050.00

---

**3.2119**

**Nonpriority creditor's name and mailing address**

RAKMARK INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  700.00

---

**3.2120**

**Nonpriority creditor's name and mailing address**

RAM TRUCKING GROUP, LLC
OR ORANGE COMMERCIAL CREDIT
PO BOX 11099
OLYMPIA, WA 98508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  550.00

---

**3.2121**

**Nonpriority creditor's name and mailing address**

RAMA TRUCKING ENTERPRISE, INC.
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,181.25

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.212 2**

**Nonpriority creditor's name and mailing address**

RAMIRO ELIZONDO DIAZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.212 3**

**Nonpriority creditor's name and mailing address**

RAMZ TRANSPORT INC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 950.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.212 4**

**Nonpriority creditor's name and mailing address**

RANA TRANSPORT LLC
OR PARTNERS FUNDING INC.,
PO BOX 5431
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.212 5**

**Nonpriority creditor's name and mailing address**

RANA TRUCKLINE LLC
RANA TRUCKLINE LLC
465 ALEMAR WAY
YUBA CITY, CA 95991

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 45,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.212 6**

**Nonpriority creditor's name and mailing address**

RANGE EXPRESS LLC
OR ECAPITAL FREIGHT FACTORING CORP
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Yellow Logistics, Inc.
Name

Case number *(if known)*    23-11083 (CTG)

---

| **Part 2:** | **Additional Page** | |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | | **Amount of claim** |

---

**3.212 7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,000.00

RANI EXPRESS LLC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.212 8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,650.00

RAPID TRANSPORT INC.
OR LOVES SOLUTIONS LLC
PO BOX 639565
CINCINNATI, OH 45263-9565

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.212 9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,500.00

RAPIDUS AMERICA LLC
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.213 0** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,150.00

RAPTOR AUTO TRANSPORT INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.213 1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,550.00

RATHOUR LOGISTICS INC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.213
2**

**Nonpriority creditor's name and mailing address**

RAV TRANSPORT INC
ECAPITAL ORILLIA (CAN)
174 WEST ST SOUTH - 2ND FLOOR
ORILLIA, L3V6L4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    4,600.00

---

**3.213
3**

**Nonpriority creditor's name and mailing address**

RAVAGO
1900 SUMMIT TOWER BLVD STE 900
ORLANDO, FL 32810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$    Undetermined

---

**3.213
4**

**Nonpriority creditor's name and mailing address**

RAVEN EXPRESS TRUCKING
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,600.00

---

**3.213
5**

**Nonpriority creditor's name and mailing address**

RAY & SHERI TRUCKING, LLC
44 BEACH STREET
NORTH HAVEN, CT 06473

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,350.00

---

**3.213
6**

**Nonpriority creditor's name and mailing address**

RAYKO TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,100.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.213 7** **Nonpriority creditor's name and mailing address**

RAYMOND D TRUCKING LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,000.00

---

**3.213 8** **Nonpriority creditor's name and mailing address**

RAY'S TRANSPORT INC
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  400.00

---

**3.213 9** **Nonpriority creditor's name and mailing address**

RAYSTAR EXPRESS, LLC
OR ENGAGED FINANCIAL LLC
PO BOX 775553
CHICAGO, IL 60677-5553

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,800.00

---

**3.214 0** **Nonpriority creditor's name and mailing address**

RB CARGO INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  800.00

---

**3.214 1** **Nonpriority creditor's name and mailing address**

RDX, LLC
7731 HIGHWAY 70 SUITE 107
BARTLETT, TN 38133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,250.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.214 2**

**Nonpriority creditor's name and mailing address**

READY 2 PICKUP LLC
OR YANKTON FACTORING INC
PO BOX 217
YANKTON, SD 57078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,500.00

---

**3.214 3**

**Nonpriority creditor's name and mailing address**

READY2GOTRUCKING LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 375.00

---

**3.214 4**

**Nonpriority creditor's name and mailing address**

REAL STAR TRUCKING LLC
11421 SE 214TH ST
KENT, WA 98031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,100.00

---

**3.214 5**

**Nonpriority creditor's name and mailing address**

REALTRANS TRANSPORTATION INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 350.00

---

**3.214 6**

**Nonpriority creditor's name and mailing address**

RECASNER TRUCKING, L.L.C.
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.00

| Debtor | Yellow Logistics, Inc. | | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2147**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|
| RED DEVIL INC<br>4175 WEBB ST<br>PRYOR, OK 74361 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:** Customer Claim | | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?**<br>☐ No<br>☒ Yes | | |
| **Last 4 digits of account number** | | | |

**3.2148**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 2,100.00 |
|---|---|---|---|
| RED HEELER TRANSPORTATION LLC<br>OR RTS FINANCIAL SERVICE INC<br>PO BOX 840267<br>DALLAS, TX 75284-0267 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:** Trade Payable | | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Last 4 digits of account number** | | | |

**3.2149**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 800.00 |
|---|---|---|---|
| RED SEA TRANSPORT LLC<br>OR TREADSTONE US CAPITAL, LLC<br>PO BOX 32160 - DEPT #128<br>LOUISVILLE, KY 40232 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:** Trade Payable | | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Last 4 digits of account number** | | | |

**3.2150**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,600.00 |
|---|---|---|---|
| RED SEA TRUCKING<br>OR ENGLAND CARRIER SERVICES<br>PO BOX 953086<br>ST LOUIS, MO 63195-3086 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:** Trade Payable | | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Last 4 digits of account number** | | | |

**3.2151**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 6,000.00 |
|---|---|---|---|
| RED TRANSPORT USA INC<br>OR NEXT DAY FUNDING INC<br>PO BOX 640<br>CHICAGO HEIGHTS, IL 60412 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:** Trade Payable | | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | |
| **Last 4 digits of account number** | | | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.215
2**

**Nonpriority creditor's name and mailing address**

REDDAWAY CARTAGE ONLY
PO BOX 1300
TUALATIN, OR 97062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$   Undetermined

---

**3.215
3**

**Nonpriority creditor's name and mailing address**

REDPATH TRANSPORTATION INC
OR REVOLUTION CAPITAL
PO BOX 741791
LOS ANGELES, CA 90074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   5,000.00

---

**3.215
4**

**Nonpriority creditor's name and mailing address**

REFRIGERATED DIRECT TRANSIT, INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   1,000.00

---

**3.215
5**

**Nonpriority creditor's name and mailing address**

REGAL TRANS INC
OR TRANSPORTATION FUNDING GROUP
PO BOX 580054
MINNEAPOLIS, MN 55458-0054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   1,200.00

---

**3.215
6**

**Nonpriority creditor's name and mailing address**

REISCH TRUCKING INC
316 E WARREN
LUVERNE, MN 56156

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   1,300.00

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.215 7**

**Nonpriority creditor's name and mailing address**

REJUVENATION
2550 NW NICOLAI ST
PORTLAND, OR 97210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 786.22

---

**3.215 8**

**Nonpriority creditor's name and mailing address**

REK EXPRESS INC
2740 W LEXINGTON AVE
ELKHART, IN 46514

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,400.00

---

**3.215 9**

**Nonpriority creditor's name and mailing address**

REL EXPRESS INC
OR CROSSROAD SERVICES LLC
PO BOX 653076
DALLAS, TX 75265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,770.00

---

**3.216 0**

**Nonpriority creditor's name and mailing address**

RELAXED LOGISTICS LLC
OR OTR CAPITAL LLC
DEPT# 390 P.O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,400.00

---

**3.216 1**

**Nonpriority creditor's name and mailing address**

RELIABLE CARRIERS, INC.
POST OFFICE BOX 288
MANCHESTER, TN 37349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,400.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.216 2**

**Nonpriority creditor's name and mailing address**

RELIABLE ENTERPRISE LLC
OR INTERNET TRUCKSTOP PAYMENTS DBA TRUCKSTOP FACTORING
P.O. BOX 7410411
CHICAGO, IL 60674-0411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    4,500.00

---

**3.216 3**

**Nonpriority creditor's name and mailing address**

RELIABLE INC
OR INTERNET TRUCKSTOP PAYMENTS LLC
PO BOX 7410411
CHICAGO, IL 60674-0411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      800.00

---

**3.216 4**

**Nonpriority creditor's name and mailing address**

RELIABLE LOGISTIC SERVICES LLC
15 COOPERATIVE WAY
WRIGHT CITY, MO 63390

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,000.00

---

**3.216 5**

**Nonpriority creditor's name and mailing address**

RELIABLE TRANSPORT LLC
2311 S MEADOWLARK LANE
SPRINGFIELD, MO 65807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  39,900.00

---

**3.216 6**

**Nonpriority creditor's name and mailing address**

REN EXPRESS LLC
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101-4565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      950.00

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2167**

**Nonpriority creditor's name and mailing address**

RESPONSIVE RESPIRATORY
6244 LEMAY FERRY RD
SAINT LOUIS, MO 63129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.2168**

**Nonpriority creditor's name and mailing address**

RETURNS % GLOVIS AMERICA
17305 VON KARMAN AVE
IRVINE, CA 92614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.2169**

**Nonpriority creditor's name and mailing address**

REVI EXPRESS INC
OR INTERNET TRUCKSTOP PAYMENTS, LLC
P.O. BOX 7410411
CHICAGO, IL 60674-0411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    650.00

---

**3.2170**

**Nonpriority creditor's name and mailing address**

REVOLUCION LOGISTICS INC
54 E JASMINE ST
MESA, AZ 85201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,400.00

---

**3.2171**

**Nonpriority creditor's name and mailing address**

REYHANA TRANSPORT INC
OR TAB BANK
PO BOX 150290
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    4,000.00

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.217.2**

**Nonpriority creditor's name and mailing address**

RF MACDONALD
25920 EDEN LANDING RD
HAYWARD, CA 94545

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$        Undetermined

---

**3.217.3**

**Nonpriority creditor's name and mailing address**

RGR TRANS INC.
OR CD CONSORTIUM CORP.
8930 WAUKEGAN RD, STE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$        1,085.00

---

**3.217.4**

**Nonpriority creditor's name and mailing address**

RHODES RECOVERY LOGISTICS LLC
OR PORTER BILLING SERVICES LLC
PO BOX 440127
NASHVILLE, TN 37244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$        3,050.00

---

**3.217.5**

**Nonpriority creditor's name and mailing address**

RICARDO'S & SON LLC
OR ENGAGED FINANCIAL LLC
PO BOX 775553
CHICAGO, IL 60677-5553

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$        4,358.60

---

**3.217.6**

**Nonpriority creditor's name and mailing address**

RICCA AMERICAN MOTOR FREIGHT, LLC
OR LOVE'S SOLUTIONS LLC, PO BOX 639745
CINCINNATI, OH 45263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$        2,215.00

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2177**

**Nonpriority creditor's name and mailing address**

RIFT VALLEY CARRIERS LLC
OR FINANCIAL CARRIER SERVICES
PO BOX 151052
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2178**

**Nonpriority creditor's name and mailing address**

RIGHT CHOICE TRANS INC
868 SOMMERSWEET RUN
GREENWOOD, IN 46143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2179**

**Nonpriority creditor's name and mailing address**

RIGHT TIME TRANSPORT COMPANY
OR OTR CAPITAL LLC
DEPT# 390 P.O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,606.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2180**

**Nonpriority creditor's name and mailing address**

RITAL TRANSPORTATION LLC
OR INTERNET TRUCKSTOP PAYMENTS LLC
PO BOX 7410411
CHICAGO, IL 60674-0411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,150.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2181**

**Nonpriority creditor's name and mailing address**

RITEX EXPRESS LIMITED
10 PEACEKEEPING CRT
BRAMPTON, ON L6P 4H1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Yellow Logistics, Inc.
Name

Case number *(if known)*    23-11083 (CTG)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.218 2 | **Nonpriority creditor's name and mailing address**<br><br>RITTER TRANSPORT, INC.<br>2075 W PINNACLE PEAK RD, STE 130<br>PHOENIX, AZ 85027 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 2,050.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.218 3 | **Nonpriority creditor's name and mailing address**<br><br>RIVERA ALAMO TRANSPORTACION LLC<br>OR ECAPITAL FREIGHT FACTORING CORP.<br>PO BOX 206773<br>DALLAS, TX 75001 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 550.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.218 4 | **Nonpriority creditor's name and mailing address**<br><br>RIVERS TRUCKING INC<br>16586 E MARIPOSA ROAD<br>STOCKTON, CA 95215 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 850.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.218 5 | **Nonpriority creditor's name and mailing address**<br><br>RIVERWOOD TRUCKING<br>1005 N 500 E<br>PLEASANT GROVE, UT 84062 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 1,050.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.218 6 | **Nonpriority creditor's name and mailing address**<br><br>RJ TRANSPORT LLC<br>OR TBS FACTORING SERVICE, PO BOX 248920<br>OKLAHOMA CITY, OK 73124 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 945.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.218 7** 
**Nonpriority creditor's name and mailing address**
RJAD TRANSPORTATION LLC
OR ECAPITAL FREIGHT FACTORING
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.218 8**
**Nonpriority creditor's name and mailing address**
RJDJ TRANSPORTATION CO
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 550.00

---

**3.218 9**
**Nonpriority creditor's name and mailing address**
RJ'S TRANSPORT

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,050.00

---

**3.219 0**
**Nonpriority creditor's name and mailing address**
R-K-CAMPF TRANSPORT
465 NEWGARDEN AVENUE
SALEM, OH 44460

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 750.00

---

**3.219 1**
**Nonpriority creditor's name and mailing address**
RKK TRUCKING INC
OR OTR CAPITAL LLC
DEPT# 390 P.O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,200.00

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.219 2**

**Nonpriority creditor's name and mailing address**

RLH EXPORT LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   5,100.00

---

**3.219 3**

**Nonpriority creditor's name and mailing address**

RLW TRUCKING LLC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161-1029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     600.00

---

**3.219 4**

**Nonpriority creditor's name and mailing address**

RMW EXPEDITORS LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   1,175.00

---

**3.219 5**

**Nonpriority creditor's name and mailing address**

RNR LOGISTICS LLC
OR INTERNET TRUCKSTOP PAYMENTS LLC
PO BOX 7410411
CHICAGO, IL 60674-0411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     740.00

---

**3.219 6**

**Nonpriority creditor's name and mailing address**

ROAD HOGZ TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   1,000.00

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.219 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 600.00 |
|---|---|---|---|

ROAD KING EXPRESS INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.219 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 85,250.00 |
|---|---|---|---|

ROAD RANGE INC
OR CRESTMARK
PO BOX 682348
FRANKLIN, TN 37068-2348

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.219 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,650.00 |
|---|---|---|---|

ROAD STAR CARRIER INC.
6545 MARKET AVE N STE 100
N CANTON, OH 44721-2430

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.220 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,200.00 |
|---|---|---|---|

ROAD WOLVES INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.220 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 500.00 |
|---|---|---|---|

ROADACITY LLC
OR INTERNET TRUCKSTOP PAYMENTS LLC
PO BOX 7410411
CHICAGO, IL 60674-0411

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.220 2**

**Nonpriority creditor's name and mailing address**

ROADFLEET CARRIER SERVICES INC
3243 W PIMA ST
PHOENIX, AZ 85009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,300.00

---

**3.220 3**

**Nonpriority creditor's name and mailing address**

ROADJET TRANSPORT INC
24811 RIVARD RD
MORENO VALLEY, CA 92551

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,200.00

---

**3.220 4**

**Nonpriority creditor's name and mailing address**

ROADLINE CORPORATION
217 WASHINGTON AVE
CARLSTADT, NJ 07072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,000.00

---

**3.220 5**

**Nonpriority creditor's name and mailing address**

ROADONE INTERMODALOGISTICS / CROWN INTERMODALOGISTICS
OR RTS HOLDINGS, LLC
PO BOX 674939
DETROIT, MI 48267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,400.00

---

**3.220 6**

**Nonpriority creditor's name and mailing address**

ROADWAYS TRANS INC
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500.00

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.2207**

**Nonpriority creditor's name and mailing address**

ROADX EXPRESS LTD.
OR BARON FINANCE CALIFORNIA INC DBA REVOLUTION CAPITAL
PO BOX 741791
LOS ANGELES, CA 90074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,350.00

---

**3.2208**

**Nonpriority creditor's name and mailing address**

ROANE TRANSPORTATION SERVICES LLC
284 CARDIFF VALLEY ROAD
ROCKWOOD, TN 37854

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,300.00

---

**3.2209**

**Nonpriority creditor's name and mailing address**

ROANOKE INSURANCE GROUP INC.
35079 EAGLE WAY
CHICAGO, IL 60678

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                118.93

---

**3.2210**

**Nonpriority creditor's name and mailing address**

ROAR LOGISTICS, INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,950.00

---

**3.2211**

**Nonpriority creditor's name and mailing address**

ROCHLING ADVENT TOOL & MOLD
999 RIDGEWAY AVE
ROCHESTER, NY 14615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                Undetermined

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.221
2**

**Nonpriority creditor's name and mailing address**

ROCK TRUCKER INC
OR TRANS FG, PO BOX 743863
LOS ANGELES, CA 90074-3863

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.221
3**

**Nonpriority creditor's name and mailing address**

ROCKNROLLA TRANSPORT, INC.
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.221
4**

**Nonpriority creditor's name and mailing address**

ROCKWELL TRUCK LINE
11277 COUNTY ROAD 42
TECUMSEH, ON N8N0H1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 14,060.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.221
5**

**Nonpriority creditor's name and mailing address**

ROCWAY LLC
1781 LONG POND RD STE 1
ROCHESTER, NY 14606-4031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 835.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.221
6**

**Nonpriority creditor's name and mailing address**

ROGUE CARRIER INC
1312 MARQUETTE DR UNIT E
ROMEOVILLE, IL 60446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2217**

**Nonpriority creditor's name and mailing address**

ROL TECH
62 ELM ST
FORT LORAMIE, OH 45845

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.2218**

**Nonpriority creditor's name and mailing address**

ROLL IN ROYAL TRUCKING LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 600.00

---

**3.2219**

**Nonpriority creditor's name and mailing address**

ROMAGA TRANSPORTATION LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 350.00

---

**3.2220**

**Nonpriority creditor's name and mailing address**

ROMEXPRESS INC
23405 STONEYBROOK DRIVE
NORTH OLMSTED, OH 44070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,500.00

---

**3.2221**

**Nonpriority creditor's name and mailing address**

ROMTEX TRANSPORT LLC
OR LOVES SOLUTIONS LLC
PO BOX 96-0479
OKLAHOMA CITY, OK 73196-0479

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,900.00

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.222 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 850.00 |
|---|---|---|---|
| | RON FREIGHT
12344 PARSIDE CR
YUCAIPA, CA 92399 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No
☐ Yes | |

| 3.222 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 4,400.00 |
|---|---|---|---|
| | ROSA TRUCK SERVICES  INC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No
☐ Yes | |

| 3.222 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 150.00 |
|---|---|---|---|
| | ROSAVA GROUP INC
PO BOX 2488
NORTHLAKE, IL 60164 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No
☐ Yes | |

| 3.222 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 875.00 |
|---|---|---|---|
| | ROSCOES XPRESS INC
OR PATHWARD NATIONAL ASSOCIATION
PO BOX 682348
FRANKLIN, TN 37068 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No
☐ Yes | |

| 3.222 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,150.00 |
|---|---|---|---|
| | ROSE CARRIER INC
OR ASSIST FINANCIAL SERVICES INC
PO BOX 347
MADISON, SD 57042 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No
☐ Yes | |

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.2227**

**Nonpriority creditor's name and mailing address**

ROSEMONT LOGISTICS LLC
OR STEELHEAD FINANCE
3518 HEATHROW WAY
MEDFORD, OR 97504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,200.00

---

**3.2228**

**Nonpriority creditor's name and mailing address**

ROSHI FREIGHT & DISPATCHING LLC
510 TAYLOR AVE #F
GLEN ELLYN, IL 60137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.2229**

**Nonpriority creditor's name and mailing address**

ROSS TRUCKING INC
OR APEX CAPITAL CORP
PO BOX 961029
FORT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,000.00

---

**3.2230**

**Nonpriority creditor's name and mailing address**

ROWE TRANSFER, INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,000.00

---

**3.2231**

**Nonpriority creditor's name and mailing address**

ROWONE RETRANS FREIGHT
PO BOX 9490
FALL RIVER, MA 02720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

Debtor    Yellow Logistics, Inc.
          Name

Case number (if known)    23-11083 (CTG)

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.223 2**

**Nonpriority creditor's name and mailing address**

ROYAL CARGO LLC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,100.00

---

**3.223 3**

**Nonpriority creditor's name and mailing address**

ROYAL FREIGHT INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    3,585.00

---

**3.223 4**

**Nonpriority creditor's name and mailing address**

ROYAL GLOBAL LOGISTICS & CONSULTING LLC
5011 BARTLEY WAY
MCLEANSVILLE, NC 27301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,500.00

---

**3.223 5**

**Nonpriority creditor's name and mailing address**

ROYAL HUNTS INC
4641 ZOE AVE
KEYES, CA 95328

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,717.92

---

**3.223 6**

**Nonpriority creditor's name and mailing address**

ROYAL LOGISTICS, INC.
4083 37TH ST N
FARGO, ND 58102-6223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,400.00

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.223.7** **Nonpriority creditor's name and mailing address**

ROYAL TRUCKING COMPANY
OR CORPORATE BILLING LLC
Dept 100 - Po Box 830604
BIRMINGHAM, AL 35283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,227.92

---

**3.223.8** **Nonpriority creditor's name and mailing address**

ROYAL X INC
13 EQUINE RUN
BURLINGTON, NJ 08016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    800.00

---

**3.223.9** **Nonpriority creditor's name and mailing address**

ROYAL3 INC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    9,650.00

---

**3.224.0** **Nonpriority creditor's name and mailing address**

ROZAFA TRANSPORT, INC.
52011 FINCH COURT
SHELBY TOWNSHIP, MI 48315

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,500.00

---

**3.224.1** **Nonpriority creditor's name and mailing address**

RPM TRUCKING COMPANY LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,700.00

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.224
2**

**Nonpriority creditor's name and mailing address**

RPS TRUCKING LLC
16166 Z HWY
NELSON, MO 65347

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,050.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224
3**

**Nonpriority creditor's name and mailing address**

RRK TRUCKING INC
OR ORANGE COMMERCIAL CREDIT
PO BOX 11099
OLYMPIA, WA 98508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 650.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224
4**

**Nonpriority creditor's name and mailing address**

RRT TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224
5**

**Nonpriority creditor's name and mailing address**

RS LOGISTIC SOLUTIONS INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 15,350.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224
6**

**Nonpriority creditor's name and mailing address**

RSA TRANSPORT LLC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 450.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Yellow Logistics, Inc.
Name

Case number *(if known)*    23-11083 (CTG)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.224**
**7**

**Nonpriority creditor's name and mailing address**

RSB
OR COMPASS FUNDING SOLUTIONS LLC
PO BOX 205154
DALLAS, TX 75320-5154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,200.00

---

**3.224**
**8**

**Nonpriority creditor's name and mailing address**

RTN EXPRESS INC
OR NEXT DAY FUNDING, INC.
PO BOX 640
CHICAGO HEIGHTS, IL 60412

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,500.00

---

**3.224**
**9**

**Nonpriority creditor's name and mailing address**

RTP CO - WINONA - 99070100
580 E FRONT ST
WINONA, MN 55987

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$    Undetermined

---

**3.225**
**0**

**Nonpriority creditor's name and mailing address**

RTS EXPRESS INC
RTS EXPRESS INC
PO BOX 88
WOOD DALE, IL 60191-0088

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,500.00

---

**3.225**
**1**

**Nonpriority creditor's name and mailing address**

RUAG AMMOTEC
6706 N  54TH ST
TAMPA, FL 33610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$    Undetermined

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.225 2**

**Nonpriority creditor's name and mailing address**

RUBBER MEETS ROAD, INC.
OR ADVANCE FINANCIAL CORPORATION
PO BOX 1147
ALPHARETTA, GA 30009-1147

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,130.00

---

**3.225 3**

**Nonpriority creditor's name and mailing address**

RUBIN TRANSPORTATION LLC
OR ENGAGED FINANCIAL LLC
PO BOX 775553
CHICAGO, IL 60677-5553

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 800.00

---

**3.225 4**

**Nonpriority creditor's name and mailing address**

RUMA TRANSPORT LLC
OR PAY4FREIGHT.COM
PO BOX 1429
BELLEVUE, NE 68005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,950.00

---

**3.225 5**

**Nonpriority creditor's name and mailing address**

RUMCO TRANSPORT SERVICES LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,250.00

---

**3.225 6**

**Nonpriority creditor's name and mailing address**

RUN FREIGHT LLC
2435 PILLSBURY AVE S APT 405
MINNEAPOLIS, MN 55404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500.00

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.225 7** Nonpriority creditor's name and mailing address

RUNFOREST INC
OR TRU FUNDING LLC
PO BOX 151013
OGDEN, UT 84415

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,100.00

---

**3.225 8** Nonpriority creditor's name and mailing address

RUNTAL NORTH AMERICAN
187 NECK RD
HAVERHILL, MA 01835

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Customer Claim

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☒ Yes

$ Undetermined

---

**3.225 9** Nonpriority creditor's name and mailing address

RUSE EXPRESS INC
OR FINANCIAL CARRIER SERVICES
PO BOX 151052
OGDEN, UT 84415

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,625.00

---

**3.226 0** Nonpriority creditor's name and mailing address

RUSSELL'S EASY TRUCKING LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 800.00

---

**3.226 1** Nonpriority creditor's name and mailing address

RUSSELL'S TRANSPORT LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$ 400.00

| Debtor | Yellow Logistics, Inc. | | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.226 2**

**Nonpriority creditor's name and mailing address**

RVK EXPRESS INC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                1,900.00

---

**3.226 3**

**Nonpriority creditor's name and mailing address**

RW AMERICAN TRANSPORT INC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                  675.00

---

**3.226 4**

**Nonpriority creditor's name and mailing address**

RYAN LOGISTICS, INC.
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                  400.00

---

**3.226 5**

**Nonpriority creditor's name and mailing address**

RYDER CARRIER % DATA2LOGIISTICS
4330 SILVERPARK DR
CHARLOTTE, NC 28269

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                Undetermined

---

**3.226 6**

**Nonpriority creditor's name and mailing address**

RYPE LOGISTICS LLC
OR LOVES SOLUTIONS LLC
PO BOX 96-0479
OKLAHOMA CITY, OK 73196-0479

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                1,000.00

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.226 7** 

**Nonpriority creditor's name and mailing address**

RZS EXPRESS LLC
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,600.00

---

**3.226 8**

**Nonpriority creditor's name and mailing address**

S & D TRANSPORT INC
1169 113TH STREET
GRAND PRAIRIE, TX 75050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,689.65

---

**3.226 9**

**Nonpriority creditor's name and mailing address**

S & P LOGISTICS LLC
OR RIVIERA FINANCE OF TX
PO BOX 202487
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 620.00

---

**3.227 0**

**Nonpriority creditor's name and mailing address**

S D TRUCK WORLD INC
617 ANNA DR
YUBA CITY, CA 95993

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 900.00

---

**3.227 1**

**Nonpriority creditor's name and mailing address**

S F T
2231 TREVA WAY
GREENWOOD, IN 46143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,250.00

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.227 2**

**Nonpriority creditor's name and mailing address**

S P RICHARDS
8231 STAYTON DR STE C
JESSUP, MD 20794

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.227 3**

**Nonpriority creditor's name and mailing address**

S S J LOGISTICS LLC
1359 WOODLANE ROAD
EASTAMPTON, NJ 08060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    3,000.00

---

**3.227 4**

**Nonpriority creditor's name and mailing address**

S&H TRUCKING, INC.
P.O.BOX 6099
CHATTANOOGA, TN 37401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    300.00

---

**3.227 5**

**Nonpriority creditor's name and mailing address**

S&T TRANSPORT, INC.
4830 N Cumberland Ave
SUITE 2
NORRIDGE, IL 60706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    6,750.00

---

**3.227 6**

**Nonpriority creditor's name and mailing address**

S. J. S., INC.
6329 S. 2000 W.
REXBURG, ID 83440

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,600.00

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 456 of 588

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
| --- | --- | --- | --- |
| | Name | | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.2277**

**Nonpriority creditor's name and mailing address**

S.G. LOGISTICS
OR J D FACTORS CORPORATION
315 MATHESON BLVD EAST
MISSISSAUGA, L4Z 1X8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,150.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2278**

**Nonpriority creditor's name and mailing address**

S10 TRUCKING INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2279**

**Nonpriority creditor's name and mailing address**

SADLER BROS. TRUCKING & LEASING CO., INC.
436 ENOS REED DRIVE
NASHVILLE, TN 37210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,470.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2280**

**Nonpriority creditor's name and mailing address**

SAE LOGISTICS LLC
OR RIVIERA FINANCE OF TEXAS
PO BOX 202485
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2281**

**Nonpriority creditor's name and mailing address**

SAFARI EXPRESS
OR TBS FACTORING SERVICE
PO BOX 248920
OKLAHOMA CITY, OK 73124-8920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,080.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.228 2 | **Nonpriority creditor's name and mailing address**<br><br>SAFE & SECURE TRUCKING LLC<br>1333 CEDAR GROVE RD# 485<br>CONLEY, GA 30288 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 1,300.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.228 3 | **Nonpriority creditor's name and mailing address**<br><br>SAFE HOUSE LOGISTICS LLC<br>OR G SQUARED FUNDING, LLC<br>8215 ROSWELL RD - BUILDING 600<br>SANDY SPRINGS, GA 30350 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 500.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.228 4 | **Nonpriority creditor's name and mailing address**<br><br>SAFER TRANSPORTATION INC<br>OR APEX CAPITAL CORP<br>PO BOX 961029<br>FT WORTH, TX 76161-1029 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 41,500.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.228 5 | **Nonpriority creditor's name and mailing address**<br><br>SAFETY-KLEEN SYSTEMS INC<br>PO BOX 382066<br>PITTSBURGH, PA 15250 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 72.14 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.228 6 | **Nonpriority creditor's name and mailing address**<br><br>SAFEX TRANSPORT<br>216 RUE DE L'AFFLUENT<br>VAUDREUIL DORION, QC J7V 0E3<br>CANADA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 700.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | **Additional Page** | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

---

**3.228 7**

**Nonpriority creditor's name and mailing address**

SAFEX TRANSPORT INC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    2,000.00

---

**3.228 8**

**Nonpriority creditor's name and mailing address**

SAHUARO TRUCKING LLC
OR SUMMAR FINANCIAL LLC
PO BOX 748841
ATLANTA, GA 30374-8841

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    3,500.00

---

**3.228 9**

**Nonpriority creditor's name and mailing address**

SAINCY ENTERPRISE LLC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    8,605.00

---

**3.229 0**

**Nonpriority creditor's name and mailing address**

SALAAM TRANSPORTATION LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,900.00

---

**3.229 1**

**Nonpriority creditor's name and mailing address**

SALAZAR TRUCKING INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,400.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.229 2**

**Nonpriority creditor's name and mailing address**

SALU TRUCKING LLC
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101-4565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.229 3**

**Nonpriority creditor's name and mailing address**

SAM CARRIER CORP
OR SUMMAR FINANCIAL LLC
2299 SW 27 AVE
MIAMI, FL 33145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,425.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.229 4**

**Nonpriority creditor's name and mailing address**

SAMCO FREIGHT
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.229 5**

**Nonpriority creditor's name and mailing address**

SAMI TRUCKING LLC (MC1239675)
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.229 6**

**Nonpriority creditor's name and mailing address**

SAMJE LOGISTIC INC
OR TAFS, INC
P.O. Box 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.229 7**

**Nonpriority creditor's name and mailing address**

SAMRA TRUCKING LLC
43329 SILVERWOOD DR
CANTON, MI 48188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.229 8**

**Nonpriority creditor's name and mailing address**

SAMRA TRUCKING LLC
43329 SILVERWOOD DR
CANTON, MI 48188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 650.00

---

**3.229 9**

**Nonpriority creditor's name and mailing address**

SAN TRANSPORTATION LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,300.00

---

**3.230 0**

**Nonpriority creditor's name and mailing address**

SANCHEZ TRUCKING
OR ADVANCED COMMERCIAL CAPITAL
761 EAST ENTERPRISE DR. #1
ST. GEORGE, UT 84790

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,150.00

---

**3.230 1**

**Nonpriority creditor's name and mailing address**

SANDERS FREIGHT ENTERPRISES
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 400.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|--------|------------------------|------------------------|----------------|
|        | Name                   |                        |                |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.230 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 875.00 |
|---|---|---|---|
| SANDHU BROS INC<br>OR WEX FLEET ONE<br>PO BOX 94565<br>CLEVELAND, OH 44101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:**  Trade Payable | | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | | |

**3.230 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,800.00 |
|---|---|---|---|
| SANDHU ROYAL INC<br>OR ECAPITAL FREIGHT FACTORING CORP.<br>PO BOX 206773<br>DALLAS, TX 75320-6773 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:**  Trade Payable | | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | | |

**3.230 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|
| SANDUSKY PACKAGING CORP<br>2016 GEORGE ST<br>SANDUSKY, OH 44870 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:**  Customer Claim | | |
| **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number** | ☐ No<br>☒ Yes | | |

**3.230 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 3,600.00 |
|---|---|---|---|
| SANGHA CARRIER<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:**  Trade Payable | | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | | |

**3.230 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 4,750.00 |
|---|---|---|---|
| SANGHA LOGISTICS INC | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Basis for the claim:**  Trade Payable | | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | | |

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.230 7** | **Nonpriority creditor's name and mailing address**

SANTANA & SONS
OR KINGPIN CAPITAL INC
PO BOX 150226
OGDEN, UT 84415-0226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                250.00

---

**3.230 8** | **Nonpriority creditor's name and mailing address**

SANTANA LOGISTICS EXPRESS INC
292 YOSEMITE AVE
PERRIS, CA 92570-8664

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              1,600.00

---

**3.230 9** | **Nonpriority creditor's name and mailing address**

SANTANA TRANSPORTATION LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              2,000.00

---

**3.231 0** | **Nonpriority creditor's name and mailing address**

SAR TRANSPORTATION LLC
OR ALADDIN FINANCIAL, INC
PO BOX 1394
SIOUX FALLS, SD 57101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                850.00

---

**3.231 1** | **Nonpriority creditor's name and mailing address**

SARA LOGISTICS LLC
888 MERIWETHER STREET
GRIFFIN, GA 30224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              1,800.00

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.231 2**

**Nonpriority creditor's name and mailing address**

SARA TRANS EXPRESS INC
OR RIVIERA FINANCE - ATLANTA
PO BOX 945213
ATLANTA, GA 30394-5213

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,150.00

---

**3.231 3**

**Nonpriority creditor's name and mailing address**

SARAN TRUCKING INC
6512 AVERELL DRIVE
DAYTON, OH 45424

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,100.00

---

**3.231 4**

**Nonpriority creditor's name and mailing address**

SARAT UA INC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 700.00

---

**3.231 5**

**Nonpriority creditor's name and mailing address**

SAROYA EXPRESS INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,464.00

---

**3.231 6**

**Nonpriority creditor's name and mailing address**

SAS ENRAPTURE LLC
765 NW 9TH STREET
GRESHAM, OR 97030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,630.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2317**

**Nonpriority creditor's name and mailing address**

SAS INC
OR ALADDIN FINANCIAL, INC
PO BOX 1394
SIOUX FALLS, SD 57101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 800.00

---

**3.2318**

**Nonpriority creditor's name and mailing address**

SASHCO
10300 E 107TH PL
BRIGHTON, CO 80601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.2319**

**Nonpriority creditor's name and mailing address**

SATKARTAR LOGISTICS INC
3643 IGNACIO CIR
STOCKTON, CA 95209-3900

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,675.00

---

**3.2320**

**Nonpriority creditor's name and mailing address**

SATURDAY LOGISTICS LLC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161-1029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,200.00

---

**3.2321**

**Nonpriority creditor's name and mailing address**

SAUER TRANSPORT INC.
2128 N DEVLIN WAY
NAMPA, ID 83687

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,950.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.232 2**

**Nonpriority creditor's name and mailing address**

SAYLESS LOGISTICS LLC
OR PORTER BILLING SERVICES LLC
PO BOX 440127
NASHVILLE, TN 37244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 950.00

**3.232 3**

**Nonpriority creditor's name and mailing address**

SAYRAM CORP
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 775.00

**3.232 4**

**Nonpriority creditor's name and mailing address**

SB TRANSPORT
131 FLORIDA ST UNIT 3R
SPRINGFIELD, MA 01109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,450.00

**3.232 5**

**Nonpriority creditor's name and mailing address**

SB TRUCKING SERVICES INC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,300.00

**3.232 6**

**Nonpriority creditor's name and mailing address**

SBC TRANSPORTATION INC
OR RTS FINANCIAL SERVICE IN
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 150.00

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.232 7**

**Nonpriority creditor's name and mailing address**

SBDS TRANSPORT LLC
132 CARLTON AVE FL 2
JERSEY CITY, NJ 07306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    2,005.00

---

**3.232 8**

**Nonpriority creditor's name and mailing address**

SBT TRANS INC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    2,850.00

---

**3.232 9**

**Nonpriority creditor's name and mailing address**

SCHAFER SYSTEMS INC
1000 FLAG RD
ADAIR, IA 50002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                    Undetermined

---

**3.233 0**

**Nonpriority creditor's name and mailing address**

SCHNEIDER NATIONAL, INC.
PO BOX 841831
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    282,499.17

---

**3.233 1**

**Nonpriority creditor's name and mailing address**

SCHROEDER ASSOCIATES, INC.
2529 W FERGUSON ROAD
FORT WAYNE, IN 46809

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    150.00

---

Debtor   Yellow Logistics, Inc. _____   Case number *(if known)*   23-11083 (CTG)
     Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.233
2** | **Nonpriority creditor's name and mailing address**

SCORPION EXPRESS LOGISTICS CORP
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$          2,075.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.233
3** | **Nonpriority creditor's name and mailing address**

SEA & SUN TRANSPORTATION
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$          2,050.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.233
4** | **Nonpriority creditor's name and mailing address**

SEA TRANSPORT & LOGISTICS INC
1 ORIENT WAY SUITE F#109
RUTHERFORD, NJ 07070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$          880.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.233
5** | **Nonpriority creditor's name and mailing address**

SEBAS TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$          850.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.233
6** | **Nonpriority creditor's name and mailing address**

SECURE IT ADS LLC
29601 SOLON RD.
SOLON, OH 44139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$          Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

Debtor   Yellow Logistics, Inc.
      Name

Case number (if known)   23-11083 (CTG)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2337**

**Nonpriority creditor's name and mailing address**

SECURE LOGISTICS, LLC
700 WEST RANDALL STREET
COOPERSVILLE, MI 49404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 450.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2338**

**Nonpriority creditor's name and mailing address**

SECUREIT CO RETRANS FREIGHT
1005 W. WINTERGREEN ROAD
HUTCHINS, TX 75141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.2339**

**Nonpriority creditor's name and mailing address**

SEKO WORLDWIDE, LLC
PO BOX 71141
CHICAGO, IL 60694

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 4,762.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2340**

**Nonpriority creditor's name and mailing address**

SEKULA LLC
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2341**

**Nonpriority creditor's name and mailing address**

SELFMADE ELITE LLC
OR SUMMAR FINANCIAL LLC
PO BOX 748841
ATLANTA, GA 30374-8841

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.234 2**

**Nonpriority creditor's name and mailing address**

SER TRANSPORT LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,400.00

---

**3.234 3**

**Nonpriority creditor's name and mailing address**

SEROT LOGISTICS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 800.00

---

**3.234 4**

**Nonpriority creditor's name and mailing address**

SERVICE ONE TRANSPORT INC
220 INDUSTRIAL DRIVE
MUSCLE SHOALS, AL 35661

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,100.00

---

**3.234 5**

**Nonpriority creditor's name and mailing address**

SERVICE TRANSFER, INC.
4101 WILCOX STREET
CHESAPEAKE, VA 23324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,697.50

---

**3.234 6**

**Nonpriority creditor's name and mailing address**

SERVICES EN TRANSPORT STCH INC
248 BOUL INDUSTRIEL
CHATEAUGUAY, QC J6J4Z2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|--------|------------------------|------------------------|----------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.234 7** | **Nonpriority creditor's name and mailing address**

SEVEN ELEVEN TRANSPORTATION LLC
214 E 23RD ST
LOS ANGELES, CA 90011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 450.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.234 8** | **Nonpriority creditor's name and mailing address**

SEVEN WHEELS, INC.
PO BOX 237
MORRISTOWN, TN 37815

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.234 9** | **Nonpriority creditor's name and mailing address**

SGC SEVEN STAR, INC.
21262 ALAMEDA ST
CARSON, CA 90810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.235 0** | **Nonpriority creditor's name and mailing address**

SGK TRANSPORT LLC
OR SUMMAR FINANCIAL LLC
PO BOX 748841
ATLANTA, GA 30374-8841

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 792.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.235 1** | **Nonpriority creditor's name and mailing address**

SGT TRANSPORT INC
OR CENTURY FINANCE LLC
PO BOX 589
MEMPHIS, TN 38101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.235 2**

**Nonpriority creditor's name and mailing address**

SH TRU TRUCKING LTD LIABILITY CO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                3,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.235 3**

**Nonpriority creditor's name and mailing address**

SHAAN TRANS INC
2969 SILVER LN
LIVINGSTON, CA 95334-9124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                1,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.235 4**

**Nonpriority creditor's name and mailing address**

SHABAD TRANSPORT INC
4445 E ARBOR CT
WEST CHESTER, OH 45069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                5,285.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.235 5**

**Nonpriority creditor's name and mailing address**

SHAD TRANSPORTATION

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                  800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.235 6**

**Nonpriority creditor's name and mailing address**

SHADAI TRUCKING SERVICES LIMITED LIABILITY COMPANY
OR CENTURY FINANCE LLC
PO BOX 589
MEMPHIS, TN 38101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                1,650.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
| | Name | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.235 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 700.00 |
|---|---|---|---|
| | SHALOM TRANS LLC<br>297 SHILOH CROSSING<br>AVON, IN 46123 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.235 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 700.00 |
|---|---|---|---|
| | SHAMA EXPRESS LLC<br>OR COMPASS FUNDING SOLUTIONS<br>PO BOX 205154<br>DALLAS, TX 75320-5154 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.235 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,250.00 |
|---|---|---|---|
| | SHARK'S LOGISTICS LLC<br>OR FIRST LINE FUNDING GROUP<br>PO BOX 328<br>MADISON, SD 57042 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.236 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,550.00 |
|---|---|---|---|
| | SHARP ONE INC.<br>OR COMPASS FUNDING SOLUTIONS<br>PO BOX 205154<br>DALLAS, TX 75320-5154 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.236 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,500.00 |
|---|---|---|---|
| | SHARP TRANSPORTATION, INC.<br>390 NORTH 900 EAST<br>WELLSVILLE, UT 84339 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.236 2**

**Nonpriority creditor's name and mailing address**

SHAW INDUSTRIES % DATA2LOGISTICS
PO BOX 61050
FORT MYERS, FL 33906

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.236 3**

**Nonpriority creditor's name and mailing address**

SHEEHY EXPRESS, INC.
127 CENTRAL AVE
WATERLOO, WI 53594

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    6,000.00

---

**3.236 4**

**Nonpriority creditor's name and mailing address**

SHELTERWORDS
2616 S 3RD ST
ST LOUIS, MO 63118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.236 5**

**Nonpriority creditor's name and mailing address**

SHEPARD TRUCKING LLC
OR OTR CAPITAL LLC
DEPT# 390 P.O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    2,475.00

---

**3.236 6**

**Nonpriority creditor's name and mailing address**

SHIBA TRUCKING LLC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    2,000.00

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.236 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

SHIPAZON
72 S ATLANTIC ST
SEATTLE, WA 98134

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.236 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 17,573.69 |
|---|---|---|---|

SHOPPA'S MATERIAL HANDLING, LTD.
PO BOX 612027
DALLAS, TX 75261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.236 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 150.00 |
|---|---|---|---|

SI LOGISTICS LLC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.237 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,100.00 |
|---|---|---|---|

SIAN TRANSPORT LLC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.237 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,573.33 |
|---|---|---|---|

SIBIC TRUCKING LLC
SIBIC TRUCKING LLC
12032 TESSON FERRY RD - STE 104
ST LOUIS, MO 63128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2372** Nonpriority creditor's name and mailing address

SID COURIER LLC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,000.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2373** Nonpriority creditor's name and mailing address

SIDHU FREIGHTLINES
2211 VIA BASILICA AVE
DELANO, CA 93215-3860

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,000.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2374** Nonpriority creditor's name and mailing address

SIERRA EXPEDITING INC
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 2,000.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2375** Nonpriority creditor's name and mailing address

SIERRA SHEET & PLATE
15160 PRATER DR
COVINGTON, GA 30014

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Customer Claim

$ Undetermined

Date or dates debt was incurred     Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☒ Yes

---

**3.2376** Nonpriority creditor's name and mailing address

SIKORA EXPRESS LLC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 6,200.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    Yellow Logistics, Inc.                                            Case number (if known)    23-11083 (CTG)
          Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.237 7** **Nonpriority creditor's name and mailing address**

SILENCE LINES LLC
9276 MARINE CITY HWY
CASCO, MI 48064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                6,800.00

---

**3.237 8** **Nonpriority creditor's name and mailing address**

SILVAN TRUCKING COMPANY OF OHIO
3150 VALLEYVIEW DRIVE
COLUMBUS, OH 43204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  500.00

---

**3.237 9** **Nonpriority creditor's name and mailing address**

SILVER CITY EXPRESS LLC
OR ECAPITAL FREIGHT FACTORING CORP
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  700.00

---

**3.238 0** **Nonpriority creditor's name and mailing address**

SILVER FORTRESS LOGISTICS INC
1300 W OPTICAL DR #600
AZUSA, CA 91702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,600.00

---

**3.238 1** **Nonpriority creditor's name and mailing address**

SIMPLE FREIGHT INC
OR RM CAPITAL GROUP INC
PO BOX 8331
LA CRESCENTA, CA 91224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,300.00

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.238 2**

**Nonpriority creditor's name and mailing address**

SIMPSON STRONG TIE % DATA2LOGISTICS
PO BOX 61050
FORT MYERS, FL 33906

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                Undetermined

---

**3.238 3**

**Nonpriority creditor's name and mailing address**

SINGH EXP LLC
OR SINGH FINANCING
10206 FAIRBANKS N. HOUSTON RD.
HOUSTON, TX 77064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                1,754.00

---

**3.238 4**

**Nonpriority creditor's name and mailing address**

SINGHLOGISTIC LLC
OR CAPITAL CREDIT INC.
PO BOX 204695
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                900.00

---

**3.238 5**

**Nonpriority creditor's name and mailing address**

SINGLE SOURCE LOGISTICS, INC.
OR CORPORATE BILLING, LLC
DEPT 100 - PO BOX 830604
BIRMINGHAM, AL 35283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                700.00

---

**3.238 6**

**Nonpriority creditor's name and mailing address**

SIP LOGISTICS INC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                50,050.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.238 7** **Nonpriority creditor's name and mailing address**

SITES TRANSPORT LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.238 8** **Nonpriority creditor's name and mailing address**

SIX 10 TRANSPORT, LLC
OR STEELHEAD FINANCE
3518 HEATHROW WAY
MEDFORD, OR 97504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 650.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.238 9** **Nonpriority creditor's name and mailing address**

SIZLON LLC
PO BOX 1390
VINELAND, NJ 08362

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.239 0** **Nonpriority creditor's name and mailing address**

SKI TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.239 1** **Nonpriority creditor's name and mailing address**

SKR LOGISTICS INC
OR ECAPITAL FREIGHT FACTORING CORP.
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
| --- | --- | --- | --- |
| | Name | | |

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.239 2**

**Nonpriority creditor's name and mailing address**

SKY HIGH CARRIERS INC
OR TRANSAM FINANCIAL SERVICES, INC.
PO BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,000.00

---

**3.239 3**

**Nonpriority creditor's name and mailing address**

SKYJACK MEXICO S DE RL DE CV
3000-1 AVENIDA CHUY MARIA RAMON
RAMOS ARIZPE,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.239 4**

**Nonpriority creditor's name and mailing address**

SKYLINE LOGISTICS LLC (MC1144325)
OR ALADDIN FINANCIAL, INC
PO BOX 1394
SIOUX FALLS, SD 57101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,950.00

---

**3.239 5**

**Nonpriority creditor's name and mailing address**

SKYLINE LOGISTICS LLC (MC810540)
OR GREAT PLAINS TRANSPORTATION SERVICES INC
PO BOX 4539
CAROL STREAM, IL 60197-4539

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,200.00

---

**3.239 6**

**Nonpriority creditor's name and mailing address**

SKYLINE TRANSPORTATION GROUP LLC
10005 NE 163RD CIR
BATTLE GROUND, WA 98604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,400.00

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.2397**

**Nonpriority creditor's name and mailing address**

SKYLINE TRANSPORTATION, INC.
OR ENGS COMMERCIAL CAPITAL LLC
PO BOX 6745
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,500.00

---

**3.2398**

**Nonpriority creditor's name and mailing address**

SKYLOGISTIX
4100 N COMMERCE DR
ATLANTA, GA 30344

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                    Undetermined

---

**3.2399**

**Nonpriority creditor's name and mailing address**

SKYSTAR LLC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    5,300.00

---

**3.2400**

**Nonpriority creditor's name and mailing address**

SLAM TRUCKING, LLC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    9,516.55

---

**3.2401**

**Nonpriority creditor's name and mailing address**

SLR EXPRESS INC
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,900.00

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.240 2**

**Nonpriority creditor's name and mailing address**

SM INVESTMENT & PROPERTY MGT LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                800.00

---

**3.240 3**

**Nonpriority creditor's name and mailing address**

SMACK TRUCKING LLC
1050 COKER CIR NW
KENNESAW, GA 30144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              3,411.25

---

**3.240 4**

**Nonpriority creditor's name and mailing address**

SMANDX LOGISTICS LLC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              1,900.00

---

**3.240 5**

**Nonpriority creditor's name and mailing address**

SMART CHOICE TRUCKING INC
OR TREADSTONE US CAPITAL, LLC
PO BOX 32160 DEPT# 128
LOUISVILLE, KY 40232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              1,575.00

---

**3.240 6**

**Nonpriority creditor's name and mailing address**

SMART J SERVICES INC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              1,200.00

---

Debtor  Yellow Logistics, Inc.                                    Case number (if known)  23-11083 (CTG)
        Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.240 7**

**Nonpriority creditor's name and mailing address**

SMARTLINK SATELLITE LLC
PO BOX 8176
JERSEY CITY, NJ 07308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                3,600.00

---

**3.240 8**

**Nonpriority creditor's name and mailing address**

SMARTWAY CARRIER LLC
OR SOUND FINANCE CORPORATION
P.O. BOX 206489
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,700.00

---

**3.240 9**

**Nonpriority creditor's name and mailing address**

SMD TRANSPORTATION & LOGISTICS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,400.00

---

**3.241 0**

**Nonpriority creditor's name and mailing address**

SMITH EXPRESS INC
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 640.00

---

**3.241 1**

**Nonpriority creditor's name and mailing address**

SMITH TRANSPORT LLC
4301 DIXON RD
EATON, OH 45320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 650.00

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.241 2** **Nonpriority creditor's name and mailing address**

SMP TRUCKING INC
8518 S 79TH CT
JUSTICE, IL 60458

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 600.00

---

**3.241 3** **Nonpriority creditor's name and mailing address**

SMS TRANSPORT
OR EXPRESS FREIGHT FINANCE
PO BOX 6188
CAROL STREAM, IL 60197-6188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 850.00

---

**3.241 4** **Nonpriority creditor's name and mailing address**

SMT TRANS LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,100.00

---

**3.241 5** **Nonpriority creditor's name and mailing address**

SNIDER FLEET
6025 LEES MILL RD
FOREST PARK, GA 30297

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.241 6** **Nonpriority creditor's name and mailing address**

SNL LOGISTICS L.L.C.
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,375.00

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
| | Name | | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.2417**

**Nonpriority creditor's name and mailing address**

SOFI LOGISTICS INC
4344 FOX RIDGE CT
SAINT PAUL, MN 55122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 700.00

---

**3.2418**

**Nonpriority creditor's name and mailing address**

SOFIIA TRANSPORT INC
OR GAP FACTORING INC
PO BOX 150105
OGDEN, UT 84415-0105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,900.00

---

**3.2419**

**Nonpriority creditor's name and mailing address**

SOGA CARRIERS
OR ECAPITAL FREIGHT FACTORING CORP
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,400.00

---

**3.2420**

**Nonpriority creditor's name and mailing address**

SOGO

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.2421**

**Nonpriority creditor's name and mailing address**

SOLANO LOGISTICS INC
OR NFUSION CAPITAL, LLC
PO BOX 151072
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 400.00

---

Debtor   Yellow Logistics, Inc.

Name

Case number *(if known)*   23-11083 (CTG)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.242 2**

**Nonpriority creditor's name and mailing address**

SOLE TRANS LLC
21126 SE HWY 212
DAMASCUS, OR 97089

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,400.00

---

**3.242 3**

**Nonpriority creditor's name and mailing address**

SOLID GROUP INC
50 WEST 75TH STREET SUITE 210
WILLOWBROOK, IL 60527

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,600.00

---

**3.242 4**

**Nonpriority creditor's name and mailing address**

SOLO EXPRESS INC
13637 W MONTEBELLO AVE
LITCHFIELD PARK, AZ 85340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.00

---

**3.242 5**

**Nonpriority creditor's name and mailing address**

SOLOONG TRANSPORTATION INC
SOLOONG TRANSPORTATION INC, 12433 MISSISSIPPI DR
EASTVALE, CA 91752

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,600.00

---

**3.242 6**

**Nonpriority creditor's name and mailing address**

SONG LOGISTICS LLC
PO BOX 3125
RIDGEFIELD, NJ 07657

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 350.00

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2427**

**Nonpriority creditor's name and mailing address**

SONIC LOGISTICS LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                3,100.00

---

**3.2428**

**Nonpriority creditor's name and mailing address**

SONIC TRANSPORT INC
PO BOX 117626
CARROLLTON, TX 75011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                3,100.00

---

**3.2429**

**Nonpriority creditor's name and mailing address**

SONY TRANSPORT CORP
52 PORTLAND STREET
EDISON, NJ 08820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                3,500.00

---

**3.2430**

**Nonpriority creditor's name and mailing address**

SOS LOADRUNNER LLC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161-1029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                3,652.50

---

**3.2431**

**Nonpriority creditor's name and mailing address**

SOS TRUCKING SERVICES LLC
OR FINANCIAL CARRIER SERVICES
PO BOX 151052
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,750.00

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.243 2** **Nonpriority creditor's name and mailing address**

SOUND TRANSPORTATION INC
OR ORANGE COMMERCIAL CREDIT
PO BOX 11099
OLYMPIA, WA 98508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,400.00

---

**3.243 3** **Nonpriority creditor's name and mailing address**

SOUTHWEST STAR INC
5301 POLK STREET, BUILDING 9
HOUSTON, TX 77023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,950.00

---

**3.243 4** **Nonpriority creditor's name and mailing address**

SOUTHWIND TRANSPORTATION , INC.
OR RIVIERA FINANCE - ATLANTA
PO BOX 535213
ATLANTA, GA 30353

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,300.00

---

**3.243 5** **Nonpriority creditor's name and mailing address**

SPARTAN TRANSPORTATION LLC
1487 E PEARCE BLVD
WENTZVILLE, MO 63385

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 375.00

---

**3.243 6** **Nonpriority creditor's name and mailing address**

SPECIALIZED TRANSPORT SOLUTIONS
128 HOLIDAY COURT SUITE 113
FRANKLIN, TN 37067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,400.00

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.243
7** | **Nonpriority creditor's name and mailing address**

SPEED FREIGHT INC.
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                         2,200.00

---

**3.243
8** | **Nonpriority creditor's name and mailing address**

SPEED HAULIER INC
3422 FABRIZIO CT
STOCKTON, CA 95212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                         3,500.00

---

**3.243
9** | **Nonpriority creditor's name and mailing address**

SPEED TRUX LOGISTICS INC
12 WISHING WELL CR
CALEDON, ON L7C 3R2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                         1,500.00

---

**3.244
0** | **Nonpriority creditor's name and mailing address**

SPEEDSMART FREIGHT SERVICES INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                         1,750.00

---

**3.244
1** | **Nonpriority creditor's name and mailing address**

SPEEDY DELIVERY LLC
901 AARON DR
RICHLAND, WA 99352

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                           362.51

Debtor   Yellow Logistics, Inc.
         Name

Case number (if known)   23-11083 (CTG)

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.244 2**

**Nonpriority creditor's name and mailing address**

SPEEDY EAGLE TRUCKING INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,250.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.244 3**

**Nonpriority creditor's name and mailing address**

SPENCER GIFTS % RIGHT FREIGHT SOLUTIONS
PO BOX 35783
AMF G BORO, NC 27425

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.244 4**

**Nonpriority creditor's name and mailing address**

SPINE LOGISTICS INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.244 5**

**Nonpriority creditor's name and mailing address**

SPIRIT LOGISTICS LLC (MC019041)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 630.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.244 6**

**Nonpriority creditor's name and mailing address**

SPIRITCRAFT FURNITURE
PO BOX 6047
KENNEWICK, WA 99336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.244 7** Nonpriority creditor's name and mailing address

SPOT ON TMS LLC
PO BOX 26551
KANSAS CITY, MO 64196

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$  350.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.244 8** Nonpriority creditor's name and mailing address

SPREETAIL LLC
2021 TRANSFORMATION DR
SUITE 2500
LINCOLN, NE 68508

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$  3,747.12

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.244 9** Nonpriority creditor's name and mailing address

SPREEWAY SOLUTIONS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$  2,100.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.245 0** Nonpriority creditor's name and mailing address

SPRING MEADOW NURSERY
12601 120TH AVE
GRAND HAVEN, MI 49417

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Customer Claim

$  Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☒ Yes

---

**3.245 1** Nonpriority creditor's name and mailing address

SRT TRUCKING LLC
132 AURORA SPRINGS DR
KATY, TX 77493

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$  1,325.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.245 2**

**Nonpriority creditor's name and mailing address**

SS TRANSPORT LLC (MAYER MN)
OR ASSIST FINANCIAL SERVICES, INC.
PO BOX 347
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 12,800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.245 3**

**Nonpriority creditor's name and mailing address**

SSR EXPRESS LLC
3922 GLENMEADOW DR
MATTHEWS, NC 28105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.245 4**

**Nonpriority creditor's name and mailing address**

ST GERMAIN'S WAREHOUSE CO. INC.
PO BOX 116
WOONSOCKET, RI 02895

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,650.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.245 5**

**Nonpriority creditor's name and mailing address**

ST MICHAEL FREIGHT LLC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.245 6**

**Nonpriority creditor's name and mailing address**

ST. MARYS TRUCKING COMPANY, INC.
625 SOUTH WAYNE STREET
SAINT MARYS, OH 45885

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.245 7**

**Nonpriority creditor's name and mailing address**

STALLMAN TRUCKING INC.
1001 PHOENIX LAKE AVENUE
STREAMWOOD, IL 60107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 600.00

---

**3.245 8**

**Nonpriority creditor's name and mailing address**

STALWART PLASTICS
7701 CHATTSWORTH RD
MIDLAND, GA 31820

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$            Undetermined

---

**3.245 9**

**Nonpriority creditor's name and mailing address**

STAN & SON LOGISTICS LLC
OR CARRIERNET GROUP FINANCIAL
PO BOX 1130
SIOUX FALLS, SD 57101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 830.00

---

**3.246 0**

**Nonpriority creditor's name and mailing address**

STAN KOCH & SONS TRUCKING, INC.
SDS - 12 - 2753
P.O. BOX 86
MINNEAPOLIS, MN 55486

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               1,200.00

---

**3.246 1**

**Nonpriority creditor's name and mailing address**

STAN THE MAN TRUCKING LLC
OR OPENROAD FINANCIAL SERVICES INC
PO BOX 484
DALLAS, OR 97338

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               5,300.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.246 2**

**Nonpriority creditor's name and mailing address**

STANDARD XPRESS LLC
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101-4565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,600.00

---

**3.246 3**

**Nonpriority creditor's name and mailing address**

STAPLES
19499 NE RIVERSIDE
PORTLAND, OR 97230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.246 4**

**Nonpriority creditor's name and mailing address**

STAR LINE TRANSPORT LLC
4040 ERIE ST UNIT 1132
WILLOUGHBY, OH 44096-8647

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.246 5**

**Nonpriority creditor's name and mailing address**

STAR PLASTICS & LOGISTICS SERVICES LLC
OR ORANGE COMMERCIAL CREDIT
PO BOX 11099
OLYMPIA, WA 98508-1099

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,350.00

---

**3.246 6**

**Nonpriority creditor's name and mailing address**

STAREX TRANSPORT LLC
4641 GRAVOIS AVE STE B
SAINT LOUIS, MO 63116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.00

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.246 7**

**Nonpriority creditor's name and mailing address**

STARGATE TRANSPORTATION
OR ENGAGED FINANCIAL LLC
PO BOX 775553
CHICAGO, IL 60677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.246 8**

**Nonpriority creditor's name and mailing address**

STARMARK TRANSPORT INC
23605 NE HALSEY ST STE B
WOOD VILLAGE, OR 97060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.246 9**

**Nonpriority creditor's name and mailing address**

STATE LINE TRANSPORTATION LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.247 0**

**Nonpriority creditor's name and mailing address**

STATELINE CARRIER LLC
OR ALADDIN FINANCIAL, INC
PO BOX 1394
SIOUX FALLS, SD 57101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.247 1**

**Nonpriority creditor's name and mailing address**

STATUS TRANSPORTATION CORPORATION
OR STEELHEAD FINANCE LLC
3518 HEATHROW WAY
MEDFORD, OR 97504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.247 2** Nonpriority creditor's name and mailing address

STEADY FLEET LOGISTICS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 2,700.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.247 3** Nonpriority creditor's name and mailing address

STEAM CARGO, INC
6974 CAMPBELL BLVD
N TONAWANDA, NY 14120-9605

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 1,200.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.247 4** Nonpriority creditor's name and mailing address

STEEL CITY ENTERPRISES, INC.
OR G SQUARED FUNDING, LLC
8215 ROSWELL RD BUILDING 600
SANDY SPRINGS, GA 30350

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 2,200.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.247 5** Nonpriority creditor's name and mailing address

STEFAN TRUCKING INC (MC1263207)
6184 BURROUGHS AVE
STERLING HEIGHTS, MI 48314

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 375.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.247 6** Nonpriority creditor's name and mailing address

STELLIUM TRANSPORT CORP
OR J D FACTORS
PO BOX 3428
PALOS VERDES, CA 90274

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 2,500.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    Yellow Logistics, Inc.    Case number (if known)    23-11083 (CTG)

Name

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | | Amount of claim |

**3.247 7**

**Nonpriority creditor's name and mailing address**

STEP EXPRESS INC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.247 8**

**Nonpriority creditor's name and mailing address**

STEREO LOGISTICS INC
OR TRU FUNDING LLC
PO BOX 151013
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.247 9**

**Nonpriority creditor's name and mailing address**

STEVENS CREEK LLC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.248 0**

**Nonpriority creditor's name and mailing address**

STEVENS TRUCKING CO.
PO BOX 19608
OKLAHOMA CITY, OK 73144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.248 1**

**Nonpriority creditor's name and mailing address**

STG INTERMODAL SOLUTIONS
27836 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 15,794.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.248
2**    **Nonpriority creditor's name and mailing address**

STIG, LLC
OR TAFS, INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500.00

---

**3.248
3**    **Nonpriority creditor's name and mailing address**

STO INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,550.00

---

**3.248
4**    **Nonpriority creditor's name and mailing address**

STOELZLE GLASS USA INC
400 9TH ST
MONACA, PA 15061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.248
5**    **Nonpriority creditor's name and mailing address**

STP TRUCKING

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.00

---

**3.248
6**    **Nonpriority creditor's name and mailing address**

StrategIQ  Commerce

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,318.10

---

Debtor   Yellow Logistics, Inc.                                    Case number (if known)   23-11083 (CTG)
         Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.248 7**

**Nonpriority creditor's name and mailing address**

STRATEGIQ COMMER
549 W RANDOLPH ST FL
CHICAGO, IL 60661

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$   Undetermined

---

**3.248 8**

**Nonpriority creditor's name and mailing address**

STREAM TRANSPORT, LLC
OR TAB BANK
PO BOX 150830
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   1,800.00

---

**3.248 9**

**Nonpriority creditor's name and mailing address**

STREET FLEET
PO BOX 130081
ROSEVILLE, MN 55113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   82.60

---

**3.249 0**

**Nonpriority creditor's name and mailing address**

STRONG TRANSPORTATION & SERVICES LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   700.00

---

**3.249 1**

**Nonpriority creditor's name and mailing address**

STYER TRANSPORTATION CO.
PO BOX 592
LAKEVILLE, MN 55044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   700.00

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 499 of 588

Debtor   Yellow Logistics, Inc.                                    Case number (if known)   23-11083 (CTG)
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.249 2**

**Nonpriority creditor's name and mailing address**

SUBARU % CASS
PO BOX 17618
SAINT LOUIS, MO 63178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.249 3**

**Nonpriority creditor's name and mailing address**

SUBURBAN PROPANE PARTNERS, L.P.
240 ROUTE 10 W
WHIPPANY, NJ 07981

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 402.68

---

**3.249 4**

**Nonpriority creditor's name and mailing address**

SUN EXPRESS (MC900966)
4300 LINCOLN AVE STE O
ROLLING MEADOWS, IL 60008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,470.00

---

**3.249 5**

**Nonpriority creditor's name and mailing address**

SUNBOW TRUCKING INC
145 S 8TH AVE
CITY OF INDUSTRY, CA 91746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,000.00

---

**3.249 6**

**Nonpriority creditor's name and mailing address**

SUNGOR TRANSPORTATION INC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,775.00

---

Debtor    Yellow Logistics, Inc.

Name

Case number (if known)    23-11083 (CTG)

| **Part 2:** | **Additional Page** | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

---

**3.2497**

**Nonpriority creditor's name and mailing address**

SUNNY TRUCKING LLC
41542 STRAWBERRY CT
CANTON, MI 48188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 500.00

---

**3.2498**

**Nonpriority creditor's name and mailing address**

SUNRISE CARRIER INC
OR ECAPITAL FREIGHT FACTORING (EAST) CORP
PO BOX 100920
ATLANTA, GA 30384-0920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               2,350.00

---

**3.2499**

**Nonpriority creditor's name and mailing address**

SUNSET PACIFIC TRANSPORTATION. INC.
13875 NORTON AVE
CHINO, CA 91710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$             22,722.44

---

**3.2500**

**Nonpriority creditor's name and mailing address**

SUNSET XPRESS LLC
3850 CADET CT
PENN LAIRD, VA 22846

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               2,000.00

---

**3.2501**

**Nonpriority creditor's name and mailing address**

SUNWAY CARRIERS INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               3,700.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.250 2**

**Nonpriority creditor's name and mailing address**

SUPER EXPRESS TRANSPORT TX LLC
OR CDF CAPITAL, LLC
1212 N OAK ST
ALTON, TX 78573

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     800.00

---

**3.250 3**

**Nonpriority creditor's name and mailing address**

SUPER SERVICE CARRIERS LLC
OR INTEGRA FUNDING SOLUTIONS, LLC
6300 RIDGLEA PL, SUITE 316
FORT WORTH, TX 76116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     800.00

---

**3.250 4**

**Nonpriority creditor's name and mailing address**

SUPERFAST TRUCKING INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   1,300.00

---

**3.250 5**

**Nonpriority creditor's name and mailing address**

SUPERIOR SOLUTIONS STAFFING SVCS INC 1
PO BOX 1577
GAINESVILLE, TX 76241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  10,045.32

---

**3.250 6**

**Nonpriority creditor's name and mailing address**

SUPERIOR THIRD PARTY LOGISTICS
245 COUCHVILLE INDUSTRIAL BOULEVARD
MOUNT JULIET, TN 37122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                  Undetermined

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.250 7**

**Nonpriority creditor's name and mailing address**

SUPERSONIK TRANS LLC
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,250.00

---

**3.250 8**

**Nonpriority creditor's name and mailing address**

SUPERSTAR TRUCKING GROUP LLC
OR RIVIERA FINANCE OF TEXAS
PO BOX 202487
DALLAS, TX 75320-2487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                3,800.00

---

**3.250 9**

**Nonpriority creditor's name and mailing address**

SUPPLYHOUSE LLC
130 SPAGNOLI RD
MELVILLE, NY 11747

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                Undetermined

---

**3.251 0**

**Nonpriority creditor's name and mailing address**

SUPREME ENTERPRISES LLC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161-1029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,050.00

---

**3.251 1**

**Nonpriority creditor's name and mailing address**

SUPREME EXPRESS
3041 W NIELSEN AVE
FRESNO, CA 93706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                7,350.00

---

| Debtor | Yellow Logistics, Inc. | | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.251 2**

**Nonpriority creditor's name and mailing address**

SUPREME LAWN CARE LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 825.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.251 3**

**Nonpriority creditor's name and mailing address**

SUPREME LOGISTICS SOLUTIONS
6 KALEIGH CT
BARRINGTON, IL 60010-9349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 18,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.251 4**

**Nonpriority creditor's name and mailing address**

SURCAL TRANSPORTATION INC
OR ECAPITAL FREIGHT FACTORING CORP
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,450.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.251 5**

**Nonpriority creditor's name and mailing address**

SUSCO TRANSPORTATION
266 OLD TOM MORRIS RD
GARLAND, NC 28441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,050.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.251 6**

**Nonpriority creditor's name and mailing address**

SV WAY LLC
OR TBS FACTORING SERVICE
PO BOX 248920
OKLAHOMA CITY, OK 73124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.251 7**

**Nonpriority creditor's name and mailing address**

SVENS-SONS TRUCKING LLC
OR RIVIERA FINANCE OF TX
PO BOX 202487
DALLAS, TX 75320-2487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,700.00

---

**3.251 8**

**Nonpriority creditor's name and mailing address**

SVX TRANSPORTATION LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,000.00

---

**3.251 9**

**Nonpriority creditor's name and mailing address**

SWEET LIFE LLC
OR CRESTMARK TPG LLC
PO BOX 682348
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,000.00

---

**3.252 0**

**Nonpriority creditor's name and mailing address**

SYBROS LOGISTICS LLC
OR ORANGE COMMERCIAL CREDIT
PO BOX 11099
OLYMPIA, WA 98508-1099

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.00

---

**3.252 1**

**Nonpriority creditor's name and mailing address**

SYLVRLEAF LLC
51 MUSANO CT
WEST ORANGE, NJ 07052-4114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.252
2**

**Nonpriority creditor's name and mailing address**

SYNAGRO HYPEX
451 N CANNON AVE
LANSDALE, PA 19446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$  Undetermined

---

**3.252
3**

**Nonpriority creditor's name and mailing address**

SYNTER RESOURCE GROUP, LLC
PO BOX 62016
CHARLESTON, SC 29419

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  27,885.48

---

**3.252
4**

**Nonpriority creditor's name and mailing address**

SYP TRUCKING, LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  500.00

---

**3.252
5**

**Nonpriority creditor's name and mailing address**

T & J TRANSPORT, INC.
46 BIG HILL DRIVE
BEATTYVILLE, KY 41311

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  1,250.00

---

**3.252
6**

**Nonpriority creditor's name and mailing address**

T & T FREIGHT CORP
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  900.00

---

| Part 2: | Additional Page | |
|---------|-----------------|--|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.252 7** | **Nonpriority creditor's name and mailing address**

T E TRANSPORT

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,050.00

---

**3.252 8** | **Nonpriority creditor's name and mailing address**

T&A
OR LOVES SOLUTIONS LLC
PO BOX 96-0479
OKLAHOMA CITY, OK 73196-0479

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    3,400.00

---

**3.252 9** | **Nonpriority creditor's name and mailing address**

T&A LOGISTICS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    800.00

---

**3.253 0** | **Nonpriority creditor's name and mailing address**

T. ALEXANDER III TRUCKING LLC
OR INTERNET TRUCKSTOP PAYMENTS DBA TRUCKSTOP FACTORING
P.O. BOX 7410411
CHICAGO, IL 60674-0411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,800.00

---

**3.253 1** | **Nonpriority creditor's name and mailing address**

T. MOSS TRUCKING, INC.
OR G SQUARED FUNDING LLC
8215 ROSWELL RD BUILDING 600
SANDY SPRINGS, GA 30350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    550.00

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.253 2**

**Nonpriority creditor's name and mailing address**

T. S. EXPEDITING SERVICES, INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.00

---

**3.253 3**

**Nonpriority creditor's name and mailing address**

TA GRAHAM TRUCKING LLC
OR TBS FACTORING SERVICE LLC
PO BOX 248920
OKLAHOMA CITY, OK 73124-8920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,900.00

---

**3.253 4**

**Nonpriority creditor's name and mailing address**

TAG TRANS INC
7701 S GRANT STREET SUITE D
BURR RIDGE, IL 60527

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,000.00

---

**3.253 5**

**Nonpriority creditor's name and mailing address**

TAILGATORS CORPORATION OF ATLANTA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 750.00

---

**3.253 6**

**Nonpriority creditor's name and mailing address**

TAK TRANSPORT LLC
OR QP CAPITAL LLC
PO BOX 1062
MIDDLETOWN, OH 45042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,250.00

| Part 2: | Additional Page | |
|---|---|---|

| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.** | **Amount of claim** |
|---|---|

| 3.253 7 | **Nonpriority creditor's name and mailing address**<br><br>TALLIE HANDYMAN SERVICE LIMITED LIABILITY COMPANY<br>OR INTERNET TRUCKSTOP PAYMENTS DBA TRUCKSTOP FACTORING<br>P.O. BOX 7410411<br>CHICAGO, IL 60674-0411 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 525.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.253 8 | **Nonpriority creditor's name and mailing address**<br><br>TALON LOGISTICS SERVICES, LLC<br>PO BOX 2124<br>JEFFERSONVILLE, IN 47131 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 1,450.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.253 9 | **Nonpriority creditor's name and mailing address**<br><br>TANTARA TRANSPORTATION CORP.<br>2420 STEWART ROAD<br>MUSCATINE, IA 52761 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 700.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.254 0 | **Nonpriority creditor's name and mailing address**<br><br>TARGET STORES<br>7000 TARGET PKWY<br>BROOKLYN PARK, MN 55445 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Customer Claim | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☒ Yes | |

| 3.254 1 | **Nonpriority creditor's name and mailing address**<br><br>TASIC TRUCKING LLC<br>OR ASSIST FINANCIAL SERVICES, INC.<br>PO BOX 347<br>MADISON, SD 57042 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 1,469.58 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor    Yellow Logistics, Inc.                                    Case number (if known)    23-11083 (CTG)
          Name

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.254.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,700.00 |
|---|---|---|---|

TAT TRANSIT LLC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.254.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 700.00 |
|---|---|---|---|

TAYLOR TRANSPORT, INC.
1708 HWY 113 SW
CARTERSVILLE, GA 30120

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.254.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 4,100.00 |
|---|---|---|---|

TAYLOR TRUCK LINE INC
801 Hwy 3 N
NORTHFIELD, MN 55057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.254.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 790.00 |
|---|---|---|---|

TAYLORGANG TRUCKING LLC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.254.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,600.00 |
|---|---|---|---|

TAZ TRANS INC
OR CAPITAL DEPOT
8930 N. WAUKEGAN ROAD, SUITE 230
MORTON GROVE, IL 60053

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 510 of 588

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.254 7 | **Nonpriority creditor's name and mailing address**<br><br>TAZ TRUCKING, INC.<br>TAZ TRUCKING, INC.<br>6318 TAZ COURT<br>BOWLING GREEN, KY 42104 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 500.00 |
| --- | --- | --- | --- |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.254 8 | **Nonpriority creditor's name and mailing address**<br><br>TDH TRANSPORT INC | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 3,400.00 |
| --- | --- | --- | --- |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.254 9 | **Nonpriority creditor's name and mailing address**<br><br>TEAM ARMSTRONG TRUCKING LLC<br>OR ENGAGED FINANCIAL LLC<br>PO BOX 775553<br>CHICAGO, IL 60677-5553 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 600.00 |
| --- | --- | --- | --- |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.255 0 | **Nonpriority creditor's name and mailing address**<br><br>TEAM TRUCKER LLC<br>527 STUYVESANT AVE<br>LYNDHURST, NJ 07071-2627 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 5,652.50 |
| --- | --- | --- | --- |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.255 1 | **Nonpriority creditor's name and mailing address**<br><br>TECH SPECIALIST, INC<br>810 GREAT SOUTHWEST PKWY.<br>ATLANTA, GA 30336 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 1,220.97 |
| --- | --- | --- | --- |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.255 2**

**Nonpriority creditor's name and mailing address**

TECHNISOURCE
4475 N 124TH ST STE C
BROOKFIELD, WI 53005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.255 3**

**Nonpriority creditor's name and mailing address**

TECLAB
6450 VALLEY INDUSTRIAL DR
KALAMAZOO, MI 49009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.255 4**

**Nonpriority creditor's name and mailing address**

TEDDY'S TRANSPORT
930 INTERCHANGE DR
HOLLAND, MI 49424

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    20,103.86

---

**3.255 5**

**Nonpriority creditor's name and mailing address**

TEH TUNG CORP
3654 ENTERPRISE AVE
HAYWARD, CA 94545

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.255 6**

**Nonpriority creditor's name and mailing address**

TELMAN EXPRESS INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    950.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |

Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.255 7 | **Nonpriority creditor's name and mailing address**<br><br>TEMPER CORPORATION<br>544 PERSSE RD<br>FONDA, NY 12068 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Customer Claim | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☒ Yes | |

| 3.255 8 | **Nonpriority creditor's name and mailing address**<br><br>TEMPLAR INVESTING GROUP LLC<br>OR LOVE'S SOLUTIONS, LLC DBA LOVE'S FINANCIAL<br>PO BOX 96-0479<br>OKLAHOMA CITY, OK 73196-0479 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 900.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.255 9 | **Nonpriority creditor's name and mailing address**<br><br>TEMPO FREIGHT SYSTEMS LLC<br>OR TRIUMPH BUSINESS CAPITAL<br>PO BOX 610028<br>DALLAS, TX 75261-0028 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 1,350.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.256 0 | **Nonpriority creditor's name and mailing address**<br><br>TEN-EIGHT INC<br>OR COMPASS FUNDING SOLUTIONS<br>PO BOX 205154<br>DALLAS, TX 75320 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 2,500.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.256 1 | **Nonpriority creditor's name and mailing address**<br><br>TERA LOGISTICS INC<br>OR RTS FINANCIAL SERVICE, INC, PO BOX 840267<br>DALLAS, TX 75284 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 2,300.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Case 23-11083-CTG    Doc 4    Filed 09/12/23    Page 557 of 649

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.256 2**

**Nonpriority creditor's name and mailing address**

TERRAZAS TRANSPORTATION, LLC
OR FARWEST CAPITAL
PO BOX 961209
EL PASO, TX 79996

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,050.00

---

**3.256 3**

**Nonpriority creditor's name and mailing address**

TESHAVOY CARGO LLC
20 S 3RD ST, SUITE 210
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,400.00

---

**3.256 4**

**Nonpriority creditor's name and mailing address**

TESLA LOGISTICS INC
OR JD FACTORS LLC
PO BOX 687
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,200.00

---

**3.256 5**

**Nonpriority creditor's name and mailing address**

TEXARKANA SUGAR HILL, INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.00

---

**3.256 6**

**Nonpriority creditor's name and mailing address**

TGI WAREHOUSE
6930 SAN TOMAS RD
ELKRIDGE, MD 21075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

| Debtor | Yellow Logistics, Inc. | | Case number *(if known)* | 23-11083 (CTG) |
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.256 7**

**Nonpriority creditor's name and mailing address**

TGT TRUCKING LLC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,400.00

---

**3.256 8**

**Nonpriority creditor's name and mailing address**

THAD TRANSPORT LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500.00

---

**3.256 9**

**Nonpriority creditor's name and mailing address**

THE BBT COMPANY LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,300.00

---

**3.257 0**

**Nonpriority creditor's name and mailing address**

THE BOEING COMPANY
12701 FAIR LAKES CIR BLDG 95-701
FAIRFAX, VA 22033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.257 1**

**Nonpriority creditor's name and mailing address**

THE BUFFALO GROUP OF COMPANIES LTD.
THE BUFFALO GROUP OF COMPANIES LTD.
938 W TROY AVENUE
INDIANAPOLIS, IN 46225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,600.00

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 515 of 588

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.257 2**

**Nonpriority creditor's name and mailing address**

THE DELIVERY PEOPLE
13025 CERISE AVENUE
HAWTHORNE, CA 90250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,636.70

---

**3.257 3**

**Nonpriority creditor's name and mailing address**

THE GAP STORES % CASS
PO BOX 67
SAINT LOUIS, MO 63166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                    Undetermined

---

**3.257 4**

**Nonpriority creditor's name and mailing address**

THE HAIRSTON GROUP LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,700.00

---

**3.257 5**

**Nonpriority creditor's name and mailing address**

THE HOME DEPOT
601 NORTH CREEK DR
SHERMAN, TX 75092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,138.93

---

**3.257 6**

**Nonpriority creditor's name and mailing address**

THE MITTEN TRANSPORT LLC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,400.00

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.257 7**

**Nonpriority creditor's name and mailing address**

THE PACKAGING WHOLESALERS % MIHFELD
63 GREEN MOUNTAIN RD
HAZLETON, PA 18202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.257 8**

**Nonpriority creditor's name and mailing address**

THE PLANT STAND OF ARIZON
6420 S 28TH ST
PHOENIX, AZ 85042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.257 9**

**Nonpriority creditor's name and mailing address**

THE RELIANT LIFTERS LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 950.00

---

**3.258 0**

**Nonpriority creditor's name and mailing address**

THE RIGHT PATH EXPRESS LLC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 400.00

---

**3.258 1**

**Nonpriority creditor's name and mailing address**

THE SUPPLY CHAIN INC
OR TRU FUNDING LLC
PO BOX 151013
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 150.00

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.258 2**

**Nonpriority creditor's name and mailing address**

THE TRANZONIC COMPANIES
26301 CURTISS WRIGHT PKWY STE 200
CLEVELAND, OH 44143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 505.00

---

**3.258 3**

**Nonpriority creditor's name and mailing address**

THE WAY TRUCKING LLC
OR INTERNET TRUCKSTOP PAYMENTS, LLC
PO BOX 7410411
CHICAGO, IL 60674-0411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 400.00

---

**3.258 4**

**Nonpriority creditor's name and mailing address**

THEO TRUCKING INC
948 SPRING HILL CT
BRUNSWICK, OH 44212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 425.00

---

**3.258 5**

**Nonpriority creditor's name and mailing address**

THERE IT IS THERE LOGISTICS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,500.00

---

**3.258 6**

**Nonpriority creditor's name and mailing address**

THERMAL TECH
1911 AIRPORT BLVD
SANTA ROSA, CA 95403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.258 7**

**Nonpriority creditor's name and mailing address**

THK TRUCKING INC
562 WEST LORRAINE AVE
ELMHURST, IL 60126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,845.00

---

**3.258 8**

**Nonpriority creditor's name and mailing address**

THOMAS TRANSPORTATION
1828 OAKHAVEN DRIVE
ALBANY, GA 31701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,000.00

---

**3.258 9**

**Nonpriority creditor's name and mailing address**

THOROUGHBRED DIRECT INTERMODAL SERVICES
PO BOX 71209
MAIL CODE 5629
CHARLOTTE, NC 28272

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,892.76

---

**3.259 0**

**Nonpriority creditor's name and mailing address**

THOROUGHBRED TRANSPORTATION, INC.
PO BOX 991274
LOUISVILLE, KY 40269

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,317.08

---

**3.259 1**

**Nonpriority creditor's name and mailing address**

THREE C&T TRUCKING LLC
OR ECAPITAL FREIGHT FACTORING CORP.
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 900.00

---

Debtor  Yellow Logistics, Inc.
Name

Case number (if known)    23-11083 (CTG)

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.259 2** Nonpriority creditor's name and mailing address

THREE WAY LOGISTICS, INC.
PO BOX 1806
FREMONT, CA 94538

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                400.00

---

**3.259 3** Nonpriority creditor's name and mailing address

THREE-D TRANSPORT LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                750.00

---

**3.259 4** Nonpriority creditor's name and mailing address

THUNDER AG INC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$              15,300.00

---

**3.259 5** Nonpriority creditor's name and mailing address

THUNDER AUTO GROUP LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$              15,300.00

---

**3.259 6** Nonpriority creditor's name and mailing address

THUNDER EXPRESS INC.
241 S DELLROSE
WICHITA, KS 67218

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

$                700.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 520 of 588

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.259 7**

**Nonpriority creditor's name and mailing address**

THUNDER TRANSPORTATION INC
67808 CAMPGROUND RD
WASHINGTON TWP, MI 48095

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                        35.00

---

**3.259 8**

**Nonpriority creditor's name and mailing address**

TIENTA TRANSPORT INC
112 PINE NEEDLE CIRCLE
CAPE CARTERET, NC 28584

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                       500.00

---

**3.259 9**

**Nonpriority creditor's name and mailing address**

TIGER LINES LLC
9826 S 242ND PL
KENT, WA 98030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                       800.00

---

**3.260 0**

**Nonpriority creditor's name and mailing address**

TIMBERLAND  TRUCKING,  INC.
1906 MEDWAY RD
MEDWAY, ME 04460

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     2,500.00

---

**3.260 1**

**Nonpriority creditor's name and mailing address**

TIMEX, INC
OR ECAPITAL FREIGHT FACTORING CORP
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     2,200.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.260 2**

**Nonpriority creditor's name and mailing address**

TIP TOP LOGISTICS INC
OR CARRIERNET GROUP FINANCIAL
PO BOX 1130
SIOUX FALLS, SD 57101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,300.00

---

**3.260 3**

**Nonpriority creditor's name and mailing address**

TIPTOP TRANS INC
2968 SENTIMENT LANE
GREENWOOD, IN 46143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,600.00

---

**3.260 4**

**Nonpriority creditor's name and mailing address**

TIPTOP TRANSPORT
OR ECAPITAL ORILLIA (CAN)
174 WEST ST SOUTH 2ND FLOOR
ORILLIA, L3V6L4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,900.00

---

**3.260 5**

**Nonpriority creditor's name and mailing address**

TITAN LOGISTICS LLC
OR NEAL FREEMAN INVESTMENTS
PO BOX 505062
ST LOUIS, MO 63150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 425.00

---

**3.260 6**

**Nonpriority creditor's name and mailing address**

TITAN TRANSPORT, LLC
OR TRANSPORT CLEARINGS EAST
9140 ARROWPOINT BLVD SUITE 370
CHARLOTTE, NC 28273

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,550.00

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.260 7**

**Nonpriority creditor's name and mailing address**

TITANS WAY LLC
OR EXPRESS FREIGHT FINANCE
PO BOX 6188
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 825.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.260 8**

**Nonpriority creditor's name and mailing address**

TJ GOODS CARRIER INC
606 NICOLE DR APT B
GREENWOOD, IN 46143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.260 9**

**Nonpriority creditor's name and mailing address**

TJ LOGISTICS LLC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,250.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.261 0**

**Nonpriority creditor's name and mailing address**

TKO LOGISTICS INC
1012 JOLIET ST
WEST CHICAGO, IL 60185

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,048.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.261 1**

**Nonpriority creditor's name and mailing address**

TLAXCALA PRODUCE LLC
OR ADVANCED COMMERCIAL CAPITAL
761 EAST ENTERPRISE DR # 1
ST GEORGE, UT 84790

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.261 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 550.00 |
|---|---|---|---|

TLC TRANSPORT GROUP LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.261 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,500.00 |
|---|---|---|---|

TLD LOGISTICS SERVICES INC.
TLD LOGISTICS SERVICES INC.
DEPT AT 952873
ATLANTA, GA 31192-2873

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.261 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 800.00 |
|---|---|---|---|

TM TRANS LLC
2718 KRISTEN STREET
LIVE OAK, CA 95953

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.261 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,000.00 |
|---|---|---|---|

TMARK TRUCKING LLC
7801 DAY DR UNIT 29495
CLEVELAND, OH 44129-5683

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.261 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 825.00 |
|---|---|---|---|

TMT EXPRESS LLC
OR GENERAL BUSINESS CREDIT
110 E. 9THST, SUITE C-900
LOS ANGELES, CA 90079

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.261 7** | **Nonpriority creditor's name and mailing address**

TMT TRUCKING LLC
OR OTR CAPITAL LLC
DEPT# 390 P.O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,000.00

---

**3.261 8** | **Nonpriority creditor's name and mailing address**

TNT
6600 S MELVINA AVE UNIT 102
BEDFORD PARK, IL 60638

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.261 9** | **Nonpriority creditor's name and mailing address**

TNT EXPRESS
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.262 0** | **Nonpriority creditor's name and mailing address**

TOBY EXPRESS
OR INTERNET TRUCKSTOP PAYMENTS LLC
PO BOX 7410411
CHICAGO, IL 60674-0411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,400.00

---

**3.262 1** | **Nonpriority creditor's name and mailing address**

TOLEN TRUCKING
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,600.00

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|--------|------------------------|------------------------|----------------|
|        | Name                   |                        |                |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.262 2**

**Nonpriority creditor's name and mailing address**

TONY LOGISTICS INC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,150.00

---

**3.262 3**

**Nonpriority creditor's name and mailing address**

TOP GUN TRANSPORTATION LLC
1430 CLINTON STREET
BUFFALO, NY 14206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 550.00

---

**3.262 4**

**Nonpriority creditor's name and mailing address**

TOP OF THE LINE HAY STRAW & TRANSPORT LLC
PO BOX 301
HARRIS, NY 12742

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 700.00

---

**3.262 5**

**Nonpriority creditor's name and mailing address**

TOP-TEN EXPRESS CORP
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,450.00

---

**3.262 6**

**Nonpriority creditor's name and mailing address**

TOSAF USA
330 SOUTHRIDGE PKWY
BESSEMER CITY, NC 28016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.262 7** | **Nonpriority creditor's name and mailing address**

TOTAL CARGO LLC
810 E CASS ST
JOLIET, IL 60432

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.262 8** | **Nonpriority creditor's name and mailing address**

TOTAL PRIME LOGISTICS LLC
OR TBS FACTORING SERVICE LLC
PO BOX 248920
OKLAHOMA CITY, OK 73124-8920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.262 9** | **Nonpriority creditor's name and mailing address**

TOTAL QUALITY TRUCKING INC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.263 0** | **Nonpriority creditor's name and mailing address**

TOW EXPRESS LLC
715 MURFREESBORO PIKE
NASHVILLE, TN 37210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.263 1** | **Nonpriority creditor's name and mailing address**

TP TRANSPORT LLC
29 GREENBRIER DR
WESTAMPTON, NJ 08060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.263 2** | **Nonpriority creditor's name and mailing address**

TP TRUCKING, LLC
5630 TABLE ROCK RD
CENTRAL POINT, OR 97502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.263 3** | **Nonpriority creditor's name and mailing address**

TPA CARGO SOLUTIONS LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,165.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.263 4** | **Nonpriority creditor's name and mailing address**

TR LINES INC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161-1029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.263 5** | **Nonpriority creditor's name and mailing address**

TRAC USA LLC
810 UNION PACIFIC BLVD
LAREDO, TX 78045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.263 6** | **Nonpriority creditor's name and mailing address**

TRADE OFF TRUCKING LLC
1282 COMSTOCK RD
ULSTER, PA 18850

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Yellow Logistics, Inc.
        Name

Case number (if known)    23-11083 (CTG)

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.263 7**

**Nonpriority creditor's name and mailing address**

TRADEWINDS LOGISTICS INC
OR MARQUETTE TRANPORTATION FINANCE
P O BOX 1450 NW 7939
MINNEAPOLIS, MN 55485

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                                1,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.263 8**

**Nonpriority creditor's name and mailing address**

TRAIL LINES, INC.
9415 SORENSEN AVE
SANTA FE SPRINGS, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                                   700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.263 9**

**Nonpriority creditor's name and mailing address**

TRAMCOR CORPORATION
908 N 2000 W
FARR WEST, UT 84404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                                3,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.264 0**

**Nonpriority creditor's name and mailing address**

TRANS AM LOGISTICS LLC
2743 BACHMAN DR
BETHLEHEM, PA 18020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                                   800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.264 1**

**Nonpriority creditor's name and mailing address**

TRANS AMERICAN EXPRESS INC
PO BOX 589
MEMPHIS, TN 38101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                                3,775.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.264 2**

**Nonpriority creditor's name and mailing address**

TRANS CONNECTION LLC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,100.00

---

**3.264 3**

**Nonpriority creditor's name and mailing address**

TRANS EXPERT INC
100 MARKET DR
MILTON, ON L9T 3H5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    9,400.00

---

**3.264 4**

**Nonpriority creditor's name and mailing address**

TRANS GLOBAL EXPRESS INC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    2,450.00

---

**3.264 5**

**Nonpriority creditor's name and mailing address**

TRANS LOGISTICS LLC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    2,400.00

---

**3.264 6**

**Nonpriority creditor's name and mailing address**

TRANSABSOLUT CO
22W261 THORNDALE AVE
MEDINAH, IL 60157

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,900.00

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.264 7**

**Nonpriority creditor's name and mailing address**

TRANSFLEET
11699 FENNER RD
PERRY, MI 48872

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 800.00

---

**3.264 8**

**Nonpriority creditor's name and mailing address**

TRANSIT ONE LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,600.00

---

**3.264 9**

**Nonpriority creditor's name and mailing address**

TRANSMC INCORPORATED
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.00

---

**3.265 0**

**Nonpriority creditor's name and mailing address**

TRANS-NATIONAL EXPRESS
12250 WINDEMERE DR
EL PASO, TX 79928

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 104,898.42

---

**3.265 1**

**Nonpriority creditor's name and mailing address**

TRANSNET LOGISTICS LLC
OR TBS FACTORING SERVICE
PO BOX 248920
OKLAHOMA CITY, OK 73124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,000.00

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.265 2**

**Nonpriority creditor's name and mailing address**

TRANSPORT INSIGHT
PO BOX 23000
HICKORY, NC 28603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$  Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.265 3**

**Nonpriority creditor's name and mailing address**

TRANSPORT MAX INC
OR NEXT DAY FUNDING, INC.
21000 TORRENCE AVE
FORD HEIGHTS, IL 60411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  2,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.265 4**

**Nonpriority creditor's name and mailing address**

TRANSPORT ONE, INC.
3514 GOODFELLOW BLVD
ST. LOUIS, MO 63120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.265 5**

**Nonpriority creditor's name and mailing address**

TRANSPORT US
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  3,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.265 6**

**Nonpriority creditor's name and mailing address**

TRANSPORTER SOLUTION LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

---

**3.2657** Nonpriority creditor's name and mailing address

TRANSURFING INC
OR ORANGE COMMERCIAL CREDIT
PO BOX 11099
OLYMPIA, WA 98508-1099

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,300.00

---

**3.2658** Nonpriority creditor's name and mailing address

TRANSVAL INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,400.00

---

**3.2659** Nonpriority creditor's name and mailing address

TRANSWORTH LEASING LLC
PO BOX 1657
FORTSON, GA 31808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,400.00

---

**3.2660** Nonpriority creditor's name and mailing address

TRANZIT INC
OR TBS FACTORING SERVICE
PO BOX 248920
OKLAHOMA CITY, OK 73124-8920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,000.00

---

**3.2661** Nonpriority creditor's name and mailing address

TRAVELOKO
OR OTR CAPITAL LLC
DEPT# 390 PO BOX 1000
MEMPHIS, TN 38148-0390

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,750.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.266
2**

**Nonpriority creditor's name and mailing address**

TRAX DXYN
3175 LENOX BLVD
MEMPHIS, TN 38115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$  Undetermined

---

**3.266
3**

**Nonpriority creditor's name and mailing address**

TRC FREIGHT INC
OR SUNBELT FINANCE
PO BOX 1000 DEPT 144
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  1,400.00

---

**3.266
4**

**Nonpriority creditor's name and mailing address**

TRH WHEELS LLC
411 HACKENSACK AVE STE 200
HACKENSACK, NJ 07601-6451

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  1,640.00

---

**3.266
5**

**Nonpriority creditor's name and mailing address**

TRI CITY DELIVERY LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  790.00

---

**3.266
6**

**Nonpriority creditor's name and mailing address**

TRI STAR FREIGHT SYSTEM, INC.
5407 MESA DRIVE
HOUSTON, TX 77028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  1,397.50

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.266 7**

**Nonpriority creditor's name and mailing address**

TRI STARS LOGISTICS, INC.
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   1,200.00

---

**3.266 8**

**Nonpriority creditor's name and mailing address**

TRI WEST LTD
12005 PIKE ST
SANTA FE SPRINGS, CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$   Undetermined

---

**3.266 9**

**Nonpriority creditor's name and mailing address**

TRI-BUILT CONSTRUCTION LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   850.00

---

**3.267 0**

**Nonpriority creditor's name and mailing address**

TRICO TECHNOLOGIES CORP % ITS TRAFFIC SY
28915 CLEMENS RD STE 200
WESTLAKE, OH 44145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$   Undetermined

---

**3.267 1**

**Nonpriority creditor's name and mailing address**

TRILLIUM ROADWAYS
1625 SHAWSON DRIVE
MISSISSAUGA, L4W 1T7
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   8,000.00

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.267 2**

**Nonpriority creditor's name and mailing address**

TRIMBLE TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     300.00

---

**3.267 3**

**Nonpriority creditor's name and mailing address**

TRIPACK SLEEVER
401 MILFORD PKWY
MILFORD, OH 45150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                Undetermined

---

**3.267 4**

**Nonpriority creditor's name and mailing address**

TRIPLE I EXPRESS LLC
OR SAINT JOHN CAPITAL CORPORATION
PO BOX 74007671
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   1,750.00

---

**3.267 5**

**Nonpriority creditor's name and mailing address**

TRIPPLE SILVER STAR, INC
OR ASTERIA CORP
PO BOX 911
BURBANK, CA 91503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   5,600.00

---

**3.267 6**

**Nonpriority creditor's name and mailing address**

TRITON LOGISTICS INC (MIAMI FL)
1900 NW 129 AVE STE 115
MIAMI, FL 33182

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     710.00

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.2677 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,200.00 |
|---|---|---|---|
| | TROTTER TRANSPORT LLC<br>610 N MISSOURI STREET SUITE 1<br>WEST MEMPHIS, AR 72301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.2678 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,700.00 |
|---|---|---|---|
| | TRUCK IT LLC<br>875 SUMMIT AVE<br>HARRISONBURG, VA 22802 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.2679 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,700.00 |
|---|---|---|---|
| | TRUCK ON LOGISTICS INC<br>828 SOMMERSWEET RUN<br>GREENWOOD, IN 46143-5566 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.2680 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 950.00 |
|---|---|---|---|
| | TRUCK ONE LLC. LIMITED LIABILITY COMPANY<br>OR ALADDIN FINANCIAL, INC<br>PO BOX 1394<br>SIOUX FALLS, SD 57101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.2681 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 630.00 |
|---|---|---|---|
| | TRUCKBULL LLC<br>OR TRIUMPH BUSINESS CAPITAL<br>PO BOX 610028<br>DALLAS, TX 75261-0028 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | | Amount of claim |
|---|---|---|

**3.268 2**

**Nonpriority creditor's name and mailing address**

TRUCKENS WAYS LLC
PO BOX 8595
PORT SAINT LUCIE, FL 34985

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 750.00

---

**3.268 3**

**Nonpriority creditor's name and mailing address**

TRUCKERS DRIVE LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 700.00

---

**3.268 4**

**Nonpriority creditor's name and mailing address**

TRUCKERS GLOBE LOGISTICS, INC
OR CROSSROAD SERVICES LLC
PO BOX 653076
DALLAS, TX 75265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 17,048.75

---

**3.268 5**

**Nonpriority creditor's name and mailing address**

TRUCKLAND INC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,500.00

---

**3.268 6**

**Nonpriority creditor's name and mailing address**

TRUCKLOAD ONLY LESLIE POOL % ECHO
600 W CHICAGO AVE
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

| Debtor | Yellow Logistics, Inc. | | | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|---|---|
| | Name | | | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.2687**

**Nonpriority creditor's name and mailing address**

TRUCKNLOAD EXPRESS
OR OTR SOLUTIONS
PO Box 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 700.00

---

**3.2688**

**Nonpriority creditor's name and mailing address**

TRUCKS 2 GO LLC
OR OTR CAPITAL LLC
DEPT# 390 P.O. BOX 1000
MEMPHIS, TN 38148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,300.00

---

**3.2689**

**Nonpriority creditor's name and mailing address**

TRUCKS LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,600.00

---

**3.2690**

**Nonpriority creditor's name and mailing address**

TRUE LINES FREIGHT INC
2656 COOLIDGE PL
MANTECA, CA 95337

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,300.00

---

**3.2691**

**Nonpriority creditor's name and mailing address**

TRUKING
DBA VAL EXPRESS LLC
3530 MALVERN DR
BRUNSWICK, OH 44212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,400.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.269 2**

**Nonpriority creditor's name and mailing address**

TRUST TRANSPORT INC
430 E BUFFALO ST
NEW BUFFALO, MI 49117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,300.00

---

**3.269 3**

**Nonpriority creditor's name and mailing address**

TRUSTED INC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.269 4**

**Nonpriority creditor's name and mailing address**

TRUSTED TRANSFER, LLC
710 N MAIN STREET SUITE 101A
RIVER FALLS, WI 54022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,325.00

---

**3.269 5**

**Nonpriority creditor's name and mailing address**

TRYON TRUCKING, INC.
PO BOX 68
FAIRLESS HILLS, PA 19030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.269 6**

**Nonpriority creditor's name and mailing address**

TSS ACQUISITION
8800 GLOBAL WAY
DOOR 50, W CHESTER, OH 45069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2697**

**Nonpriority creditor's name and mailing address**

TT UNITED INC
OR J D FACTORS, LLC
PO BOX 687
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,250.00

---

**3.2698**

**Nonpriority creditor's name and mailing address**

TTM TECHNOLOGIES
1200 SEVERN WAY
STERLING, VA 20166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                Undetermined

---

**3.2699**

**Nonpriority creditor's name and mailing address**

TUCSON-XCEL INC
3770 S BROADMONT DR
TUCSON, AZ 85713

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      205.80

---

**3.2700**

**Nonpriority creditor's name and mailing address**

TUENTE TRUCKING, INC.
14804 STATE , ROUTE 716
YORKSHIRE, OH 45388

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                      450.00

---

**3.2701**

**Nonpriority creditor's name and mailing address**

TUJ TRANSPORTATION INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,375.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.270 2**

**Nonpriority creditor's name and mailing address**

TURFWAY PARK LLC DBA NEWPORT RACING AND GAMING
1723 MONMOUTH ST
NEWPORT, KY 41071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.270 3**

**Nonpriority creditor's name and mailing address**

TWC LOGISTICS CORP
OR PAY4FREIGHT.COM
PO BOX 1429
BELLEVUE, NE 68005-1429

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,100.00

---

**3.270 4**

**Nonpriority creditor's name and mailing address**

TWINKLE STAR LOGISTICS INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,100.00

---

**3.270 5**

**Nonpriority creditor's name and mailing address**

TWO & TWO TRUCKING LLC
OR ENGAGED FINANCIAL LLC
PO BOX 775553
CHICAGO, IL 60677-5553

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    500.00

---

**3.270 6**

**Nonpriority creditor's name and mailing address**

TY & TAN EXPRESS LLC
OR G SQUARED FUNDING, LLC
8215 ROSWELL RD - BUILDING 600
SANDY SPRINGS, GA 30350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,100.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.270 7**

**Nonpriority creditor's name and mailing address**

TYCO SIMPLEXGRINNELL LP
915 TATE SE BLVD
HICKORY, NC 28602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.270 8**

**Nonpriority creditor's name and mailing address**

TYCOON LOGISTICS INC
OR REV CAPITAL
PO BOX 741791
LOS ANGELES, CA 90074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,516.60

---

**3.270 9**

**Nonpriority creditor's name and mailing address**

TYME-IT TRANSPORTATION, INC.
DEPARTMENT 4949
CAROL STREAM, IL 60122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,000.00

---

**3.271 0**

**Nonpriority creditor's name and mailing address**

U MAX LOGISTICS
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101-4565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,900.00

---

**3.271 1**

**Nonpriority creditor's name and mailing address**

UCS
8755 S 300 W
SANDY, UT 84070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.271 2**

**Nonpriority creditor's name and mailing address**

ULINE SHIPPING SUPPLY SPECIALISTS
2200 S LAKESIDE DRIVE
WAUKEGAN, IL 60085

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                15,154.62

---

**3.271 3**

**Nonpriority creditor's name and mailing address**

ULTIMATE FREIGHT CARGO LLC
ULTIMATE FREIGHT CARGO LLC
452 FARMER RD
BRIDGEWATER, NJ 08807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     900.00

---

**3.271 4**

**Nonpriority creditor's name and mailing address**

UMAR INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   1,750.00

---

**3.271 5**

**Nonpriority creditor's name and mailing address**

UMBER TRANS INC
1169 S MAIN ST SUITE 353
MANTECA, CA 95337

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   1,552.00

---

**3.271 6**

**Nonpriority creditor's name and mailing address**

UNDERGROUND KINGS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   1,700.00

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.2717**

**Nonpriority creditor's name and mailing address**

UNDERWOOD TRANSPORT LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.00

---

**3.2718**

**Nonpriority creditor's name and mailing address**

UNICORN FREIGHT SOLUTIONS LLC
11835 S CENTRAL PARK AVE
MERRIONETT PK, IL 60803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,000.00

---

**3.2719**

**Nonpriority creditor's name and mailing address**

UNIQUALITY
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,700.00

---

**3.2720**

**Nonpriority creditor's name and mailing address**

UNIQUE'S TRANSPORTATION LLC
OR PORTER BILLING SERVICES, LLC
PO BOX 440127
NASHVILLE, TN 37244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.00

---

**3.2721**

**Nonpriority creditor's name and mailing address**

UNITED AUTO TRANSPORT
OR ACS FACTORS
PO BOX 150306
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 33,305.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.272 2** Nonpriority creditor's name and mailing address

UNITED CARRIER LLC (BOILING SPRINGS SC)
170 OLD JOHN DODD RD
BOILING SPRINGS, SC 29316

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.00

---

**3.272 3** Nonpriority creditor's name and mailing address

UNITED EXPRESS LINES INC.
OR TRU FUNDING LLC
PO BOX 151013
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 750.00

---

**3.272 4** Nonpriority creditor's name and mailing address

UNITED FREIGHT LINES INC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,000.00

---

**3.272 5** Nonpriority creditor's name and mailing address

UNITED KING TRANSPORT LTD

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,000.00

---

**3.272 6** Nonpriority creditor's name and mailing address

UNITED LINES INC
OR ASSIST FINANCIAL SERVICES, INC.
PO BOX 347
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,900.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2727**

**Nonpriority creditor's name and mailing address**

UNITED LOGISTICS LLC
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                650.00

---

**3.2728**

**Nonpriority creditor's name and mailing address**

UNITED MATERIAL HANDLING INC
24665 NANDIA AVE AVE
MORENO VALLEY, CA 92551

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$          Undetermined

---

**3.2729**

**Nonpriority creditor's name and mailing address**

UNITED TRANS LLC
2485 MARGARET CT
EASTON, PA 18040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                900.00

---

**3.2730**

**Nonpriority creditor's name and mailing address**

UNITED TRANS LOGISTICS INC
OR CD CONSORTIUM CORP.
8930 WAUKEGAN RD STE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              6,200.00

---

**3.2731**

**Nonpriority creditor's name and mailing address**

UNITED TRANSPORT INC
UNITED TRANSPORT INC
3640 179TH ST
HAMMOND, IN 46323

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                500.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.273
2**

**Nonpriority creditor's name and mailing address**

UNITED TRUCKING EXPRESS LLC
OR INSIGHT TECHNOLOGY, INC
PO BOX 27405
SALT LAKE CITY, UT 84127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.273
3**

**Nonpriority creditor's name and mailing address**

UNITED TRUCKING LLC (DENVER CO)
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101-4565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$              1,050.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.273
4**

**Nonpriority creditor's name and mailing address**

UNIVERSAL EXPRESS TRUCKING INC
7350 SACHEM TRL
VICTOR, NY 14564

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$              2,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.273
5**

**Nonpriority creditor's name and mailing address**

UNIVERSE TRANSPORT LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.273
6**

**Nonpriority creditor's name and mailing address**

UNKNOWN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$             Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.273 7**

**Nonpriority creditor's name and mailing address**

UNLIMITED CARGO TRANSPORT LLC
OR ORANGE COMMERCIAL CREDIT
PO BOX 11099
OLYMPIA, WA 98508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.273 8**

**Nonpriority creditor's name and mailing address**

URSA LOGISTICS
2075 W PINNACLE PEAK RD
STE 130
PHOENIX, AZ 85027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,375.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.273 9**

**Nonpriority creditor's name and mailing address**

US ADVANCE TRANSPORTATION INC
US ADVANCE TRANSPORTATION INC
11171 NW 26TH DRIVE
CORAL SPRINGS, FL 33065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.274 0**

**Nonpriority creditor's name and mailing address**

US BANK SYNCADA
10990 ROE AVE
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.274 1**

**Nonpriority creditor's name and mailing address**

US COMMERCIAL FREIGHT INC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161-1029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 31,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.274 2** **Nonpriority creditor's name and mailing address**

US EXPRESS LLC (ANDERSON SC)
OR APEX CAPITAL CORP
PO BOX 961029
FORT WORTH, TX 76161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.274 3** **Nonpriority creditor's name and mailing address**

US FREIGHT CARRIER LLC
167 HERITAGE LANE
LYNDEN, WA 98264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 150.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.274 4** **Nonpriority creditor's name and mailing address**

US PRIDE INC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,050.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.274 5** **Nonpriority creditor's name and mailing address**

US TRUCKING INC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 800.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.274 6** **Nonpriority creditor's name and mailing address**

USA EXPRESS LLC
OR SAINT JOHN CAPITAL CORP
PO BOX 74007671
CHICAGO, IL 60674-7671

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.274 7** | **Nonpriority creditor's name and mailing address**

USA TRANSPORT GROUP INC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,550.00

---

**3.274 8** | **Nonpriority creditor's name and mailing address**

USBT
OR TBS FACTORING SERVICE
PO BOX 248920
OKLAHOMA CITY, OK 73124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,500.00

---

**3.274 9** | **Nonpriority creditor's name and mailing address**

USCARGOLINE EXPRESS INC.
13060 CAMELLIA RD
VICTORVILLE, CA 92392

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,200.00

---

**3.275 0** | **Nonpriority creditor's name and mailing address**

USF HOLLAND
24903 NETWORK PL
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 93,917.58

---

**3.275 1** | **Nonpriority creditor's name and mailing address**

USF REDDAWAY INC.
11500 OUTLOOK STREET
SUITE 400
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 314.00

---

Debtor   Yellow Logistics, Inc.
          Name                                                    Case number (if known)   23-11083 (CTG)

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.275 2** **Nonpriority creditor's name and mailing address**

USMEX TRUCKING INC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.275 3** **Nonpriority creditor's name and mailing address**

UZ MOTORS TRANSPORTATION LLC
9624 OLD STABLE CT
MASON, OH 45040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,650.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.275 4** **Nonpriority creditor's name and mailing address**

UZUETA RUIZ & SON TRANSPORT LLC
OR INTERNET TRUCKSTOP PAYMENTS, LLC
PO BOX 7410411
CHICAGO, IL 60674-0411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.275 5** **Nonpriority creditor's name and mailing address**

V&B ENTERPRISE 57 LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 875.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.275 6** **Nonpriority creditor's name and mailing address**

V1 TRANSPORT INC
OR APEX CAPITAL CORP
PO BOX 961029
FT WORTH, TX 76161-1029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.2757**

**Nonpriority creditor's name and mailing address**

V4U LOGISTIC INC
V4U LOGISTICS INC
27 HANSEN ROAD
BRAMPTON, L6W3H7
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,200.00

---

**3.2758**

**Nonpriority creditor's name and mailing address**

VALLEY BROS TRANSPORTATION INC
P.O. BOX 314
LATHROP, CA 95330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 300.00

---

**3.2759**

**Nonpriority creditor's name and mailing address**

VAN DAM EGG CO., INC.
4409 - 38TH ST.
HAMILTON, MI 49419

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.00

---

**3.2760**

**Nonpriority creditor's name and mailing address**

VAN ZYVERDEN INC
12035 HIGGINS AIRPORT WAY
BURLINGTON, WA 98233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.2761**

**Nonpriority creditor's name and mailing address**

VANGUARD TRANSPORTATION LLC
OR ECAPITAL FREIGHT FACTORING, INC
PO BOX 660919
DALLAS, TX 75266-0919

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,700.00

---

Debtor    Yellow Logistics, Inc.                                    Case number (if known)    23-11083 (CTG)
          Name

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.276 2** Nonpriority creditor's name and mailing address

VANN & SONS TRANSPORT LLC
OR TBS FACTORING
PO BOX 151052
OGDEN, UT 84415

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                500.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.276 3** Nonpriority creditor's name and mailing address

VANTAGE
5070 PHILLIP LEE DR SW
ATLANTA, GA 30336

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$            Undetermined

Date or dates debt was incurred        Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☒ Yes

---

**3.276 4** Nonpriority creditor's name and mailing address

VAPETRO TECHNOLOGY
8300B WESTPARK DR STE 1
HOUSTON, TX 77063

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$            Undetermined

Date or dates debt was incurred        Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☒ Yes

---

**3.276 5** Nonpriority creditor's name and mailing address

VASWANI
75 CARTER DR
STE 1, EDISON, NJ 08817

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$            Undetermined

Date or dates debt was incurred        Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☒ Yes

---

**3.276 6** Nonpriority creditor's name and mailing address

VBT LOGISTICS

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$              1,800.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

Name            Case number *(if known)*    23-11083 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.2767**

**Nonpriority creditor's name and mailing address**

VCT
OR PARIKH FINANCIAL
2802 TRAILRIDGE COURT
MISSOURI CITY, TX 77459

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,000.00

---

**3.2768**

**Nonpriority creditor's name and mailing address**

VD SERVICES LLC
PO BOX 12742
CHICAGO, IL 60612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,700.00

---

**3.2769**

**Nonpriority creditor's name and mailing address**

VEHICLE SERVICE GROUP
PO BOX 888440
GRAND RAPIDS, MI 49588

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.2770**

**Nonpriority creditor's name and mailing address**

VELOX TRANSPORT SOLUTIONS LLC
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,534.72

---

**3.2771**

**Nonpriority creditor's name and mailing address**

VELTRI, INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 550.00

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.277 2**

**Nonpriority creditor's name and mailing address**

VENTURE PRODUCTS INC
500 VENTURE DR
ORRVILLE, OH 44667

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$   Undetermined

---

**3.277 3**

**Nonpriority creditor's name and mailing address**

VENUS TRUCKING
OR INTEGRA FUNDING SOLUTIONS, LLC
6300 RIDGLEA PL, SUITE 1101
FORT WORTH, TX 76116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   2,800.00

---

**3.277 4**

**Nonpriority creditor's name and mailing address**

VEPAC TRANSPORT LLC
OR OTR CAPITAL, LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   625.00

---

**3.277 5**

**Nonpriority creditor's name and mailing address**

VEREENS EXPEDITING SERVICES LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   693.50

---

**3.277 6**

**Nonpriority creditor's name and mailing address**

VEROOT LLC
PO BOX 57
BEREA, OH 44017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   2,397.00

---

Debtor   Yellow Logistics, Inc.                                    Case number (if known)   23-11083 (CTG)
     Name

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.2777** **Nonpriority creditor's name and mailing address**

VERTICAL LOGISTICS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2778** **Nonpriority creditor's name and mailing address**

VERY BEST TRANSPORT LLC
OR GRADE A FUNDING INC.
P.O. BOX 45
HUNTINGBURG, IN 47542

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,020.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2779** **Nonpriority creditor's name and mailing address**

VESONE TRANSPORTATION INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,050.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2780** **Nonpriority creditor's name and mailing address**

VETSLG
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,550.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2781** **Nonpriority creditor's name and mailing address**

VHS TRUCKING INC.
OR CD CONSORTIUM CORP.
8930 WAUKEGAN RD, STE 230
MORTON GROVE, IL 60053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,875.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.278 2**

**Nonpriority creditor's name and mailing address**

VICTORY TRANSPORTATION, INCORPORATED
PO BOX 308
SELLERSBURG, IN 47172

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,100.00

---

**3.278 3**

**Nonpriority creditor's name and mailing address**

VIN LOGISTICS INC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,400.00

---

**3.278 4**

**Nonpriority creditor's name and mailing address**

VINCO LOGISTICS, INC.
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,480.00

---

**3.278 5**

**Nonpriority creditor's name and mailing address**

VIP LOGISTICS INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,300.00

---

**3.278 6**

**Nonpriority creditor's name and mailing address**

VIRDI TRANSPORT LLC
OR ORANGE COMMERCIAL CREDIT
PO BOX 11099
OLYMPIA, WA 98508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500.00

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.278 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 900.00 |
|---|---|---|---|

VIRVISAF COMPANY LLC
OR SUMMAR FINANCIAL LLC
2299 SW 27 AVE
MIAMI, FL 33145

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.278 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,400.00 |
|---|---|---|---|

VISION LOGISTICS (MC748540)
OR AEROFUND FINANCIAL INC
6910 SANTA TERESA BLVD
SAN JOSE, CA 95119

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.278 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 650.00 |
|---|---|---|---|

VISION LOGISTICS INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.279 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,600.00 |
|---|---|---|---|

VISION TRANS INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.279 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,275.00 |
|---|---|---|---|

VISION TRANSPORT LOGISTICS LLC
1029 CLUB DR
DULUTH, GA 30096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Yellow Logistics, Inc.                                    Case number *(if known)*    23-11083 (CTG)

Name

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.279 2** **Nonpriority creditor's name and mailing address**

VISTABELLA TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.279 3** **Nonpriority creditor's name and mailing address**

VITAR EXPRESS INC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 850.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.279 4** **Nonpriority creditor's name and mailing address**

VIVA FREIGHT INC
1041 RIVER DOWNS CT
BUFORD, GA 30518

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.279 5** **Nonpriority creditor's name and mailing address**

VIVA LOGISTICS INC
OR RIVIERA FINANCE - MINNEAPOLIS
PO BOX 850243
MINNEAPLIS, MN 55485-0243

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.279 6** **Nonpriority creditor's name and mailing address**

VK TRUCKING INC.
106 HICKORY STREET
CARTERET, NJ 07008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.279 7**

**Nonpriority creditor's name and mailing address**

VKA EXPRESS INC
OR PORTER BILLING SERVICES, LLC
PO BOX 398
BIRMINGHAM, AL 35201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.279 8**

**Nonpriority creditor's name and mailing address**

VLASIC FREIGHT LLC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.279 9**

**Nonpriority creditor's name and mailing address**

VM INNOVATIONS
2021 TRANSFORMATION DR SUITE 2500
LINCOLN, NE 68508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.280 0**

**Nonpriority creditor's name and mailing address**

VM TRUCKING LLC
4967 MARTIN RD
WARREN, MI 48092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 350.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.280 1**

**Nonpriority creditor's name and mailing address**

VOESH CORP
5001 HADLEY RD STE 2
SOUTH PLAINFIELD, NJ 07080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.280 2**

**Nonpriority creditor's name and mailing address**

VOYAGER EXPRESS INC
4111 CENTRAL ST
DETROIT, MI 48210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    896.77

---

**3.280 3**

**Nonpriority creditor's name and mailing address**

VOYAGER FREIGHTWAY INC.
13 KISTLER ST
BRAMPTON, ON L6R 0P7
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    9,870.00

---

**3.280 4**

**Nonpriority creditor's name and mailing address**

VOZI INC.
OR JD FACTORS LLC
PO BOX 687
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,400.00

---

**3.280 5**

**Nonpriority creditor's name and mailing address**

VR TRUCKING
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,150.00

---

**3.280 6**

**Nonpriority creditor's name and mailing address**

VSP TRANSPORTATION LLC
OR PATHWARD NATIONAL ASSOCIATION
PO BOX 682348
FRANKLIN, TN 37068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,500.00

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.280 7**

**Nonpriority creditor's name and mailing address**

VSS TRANSPORTATION GROUP, INC.
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,735.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.280 8**

**Nonpriority creditor's name and mailing address**

VVV PARADISE LOGISTIC LLC
OR LOVES SOLUTIONS LLC
PO BOX 639565
CINCINNATI, OH 45263-9565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.280 9**

**Nonpriority creditor's name and mailing address**

VYSNIA GLOBAL TRANSPORT INC
OR PARTNERS FUNDING INC
PO BOX 5431
CAROL STREAM, IL 60197-5431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,010.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.281 0**

**Nonpriority creditor's name and mailing address**

W R LONG INCORPORATED
401 WEST HOPE LODGE ST.
TARBORO, NC 27886

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.281 1**

**Nonpriority creditor's name and mailing address**

W. M. JOHNSON TRUCK LINES, INC.
PO BOX 467
FORT MADISON, IA 52627

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,375.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.281 2**

**Nonpriority creditor's name and mailing address**

WABCO NORTH AMERICA
8225 PATRIOT BLVD
NORTH CHARLESTON, SC 29418

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.281 3**

**Nonpriority creditor's name and mailing address**

WAL-MART CORPORATE OFFICE
720 SW 8TH STREET
BENTONVILLE, AR 72716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.281 4**

**Nonpriority creditor's name and mailing address**

WALTER'S TRANSPORT INC
OR OTR CAPITAL LLC
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    1,300.00

---

**3.281 5**

**Nonpriority creditor's name and mailing address**

WAREHOUSE SPECIALISTS INC-WSI
525 ENTERPRISE DR.
NEENAH, WI 54956

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.281 6**

**Nonpriority creditor's name and mailing address**

WARM TRUCKING

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    700.00

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.281 7** | **Nonpriority creditor's name and mailing address**

WARM UP EXPRESS INC
2815 YOJOA PLACE
HACIENDA HEIGHTS, CA 91745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    20,825.00

---

**3.281 8** | **Nonpriority creditor's name and mailing address**

WARMINGTON INDUSTRIES
1336 FRONT ST
GRAND RAPIDS, MI 49504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                    Undetermined

---

**3.281 9** | **Nonpriority creditor's name and mailing address**

WASHINGTON FREIGHT TEAM INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    550.00

---

**3.282 0** | **Nonpriority creditor's name and mailing address**

WATKINS EXPRESS FREIGHT, INC.
WATKINS EXPRESS FREIGHT, INC.
420 DAVENPORT LANE
HOPKINSVILLE, KY 42240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    475.00

---

**3.282 1** | **Nonpriority creditor's name and mailing address**

WAVE LOGISTICS INC
WAVE LOGISTICS INC
2027 FIELDCREST LANE
TWINSBURG, OH 44087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    2,250.00

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.282 2** Nonpriority creditor's name and mailing address

WAY EXPRESS
24440 MEADOW LN
OLMSTED FALLS, OH 44138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.282 3** Nonpriority creditor's name and mailing address

WAYSTAR EXPRESS, INC
9546 CREEMORE DR
TUJUNGA, CA 91042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.282 4** Nonpriority creditor's name and mailing address

WCT LOGISTICS LLC
WCT LOGISTICS LLC
4660 SOUTH 146TH ST
TUKWILA, WA 98168

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 5,600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.282 5** Nonpriority creditor's name and mailing address

WE HAUL LOGISTICS (MC1077175)
OR REVOLUTION CAPITAL, PO BOX 741791
LOS ANGELES, CA 90074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 950.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.282 6** Nonpriority creditor's name and mailing address

WE OUTSIDE LLC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Case 23-11083-CTG    Doc 4    Filed 09/12/23    Page 610 of 649

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2827**

**Nonpriority creditor's name and mailing address**

WEAVES TRUCKING INC
OR ORANGE COMMERCIAL CREDIT, PO BOX 11099
OLYMPIA, WA 98508-1099

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 600.00

---

**3.2828**

**Nonpriority creditor's name and mailing address**

WEBSTAR LOGISTICS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.00

---

**3.2829**

**Nonpriority creditor's name and mailing address**

WELLA OPERATIONS US LLC
PO BOX 9202
OLD BETHPAGE, NY 11804-9002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.2830**

**Nonpriority creditor's name and mailing address**

WELLSTON AEROSOL
PO BOX 326
WELLSTON, OH 45692

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.2831**

**Nonpriority creditor's name and mailing address**

WEP EXPRESS INC
19824 E RAMBLING RD # B
COVINA, CA 91724-3441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,000.00

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.283 2**

**Nonpriority creditor's name and mailing address**

WESFER FREIGHT INC
OR LOVES SOLUTIONS LLC
PO BOX 96-0479
OKLAHOMA CITY, OK 73196-0479

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.00

---

**3.283 3**

**Nonpriority creditor's name and mailing address**

WEST CARRIERS LLC
OR FARWEST CAPITAL
PO BOX 961209
EL PASO, TX 79996

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,600.00

---

**3.283 4**

**Nonpriority creditor's name and mailing address**

WEST COAST FREIGHTLINE LLC
OR WEX FLEET ONE
PO BOX 94565
CLEVELAND, OH 44101-4565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 900.00

---

**3.283 5**

**Nonpriority creditor's name and mailing address**

WEST PROLINE LOGISTICS
OR QUICKPAY FUNDING LLC
PO BOX 23360
SAN DIEGO, CA 92193-3360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,100.00

---

**3.283 6**

**Nonpriority creditor's name and mailing address**

WEST SIDE CONNECTION
446 W 150TH ST
LOS ANGELES, CA 90003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,600.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.283 7**

**Nonpriority creditor's name and mailing address**

WEST TN EXPEDITING
182 VOLZ RD.
RIPLEY, TN 38063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,200.00

---

**3.283 8**

**Nonpriority creditor's name and mailing address**

WESTERN FREIGHT CARRIER, INC.
321 E GARDENA BLVD
GARDENA, CA 90248

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,850.00

---

**3.283 9**

**Nonpriority creditor's name and mailing address**

WESTERN LINES INC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,900.00

---

**3.284 0**

**Nonpriority creditor's name and mailing address**

WESTERN PEAKS LOGISTICS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 365.81

---

**3.284 1**

**Nonpriority creditor's name and mailing address**

WESTERN TRANSPORTATION LLC
7480 NORTH 56TH STREET SUITE 6
LINCOLN, NE 68514

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 450.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.284
2** **Nonpriority creditor's name and mailing address**

WESTWAY GROUP CANADA INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,200.00

---

**3.284
3** **Nonpriority creditor's name and mailing address**

WH FREIGHT LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.00

---

**3.284
4** **Nonpriority creditor's name and mailing address**

WHEEL OF GOD TRANSPORT LLC
OR PORTER BILLING SERVICES, LLC
PO BOX 440127
NASHVILLE, TN 37244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 650.00

---

**3.284
5** **Nonpriority creditor's name and mailing address**

WHITACRE LOGISTICS LLC
12602 S DIXIE HIGHWAY
PORTAGE, OH 43451

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,295.00

---

**3.284
6** **Nonpriority creditor's name and mailing address**

WHITAKER & FAMILY TRUCK LLC
OR TBS FACTORING SERVICE LLC
PO BOX 248920
OKLAHOMA CITY, OK 73124-8920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,175.00

---

Debtor  Yellow Logistics, Inc.    Case number (if known)  23-11083 (CTG)
        Name

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |

**3.2847** Nonpriority creditor's name and mailing address

WHITE CITY LOGISTICS
OR JD FACTORS LLC
PO BOX 687
WHEATON, IL 60187

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 700.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2848** Nonpriority creditor's name and mailing address

WHITE EAGLE TRANS LLC
OR CARRIERNET GROUP FINANCIAL
PO BOX 1130
SIOUX FALLS, SD 57101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 2,800.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2849** Nonpriority creditor's name and mailing address

WHITE WAY LLC
5540 CENTERVILLE DR STE 204
RALEIGH, NC 27606

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 3,750.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2850** Nonpriority creditor's name and mailing address

WHITNIEL AUTOMOBILE & LOGISTICS LLC
OR TBS FACTORING SERVICE
PO BOX 248920
OKLAHOMA CITY, OK 73124-8920

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 2,100.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2851** Nonpriority creditor's name and mailing address

WHOLESALE INTERIORS
991 SUPREME DR
BENSENVILLE, IL 60106

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 82.50

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.285 2** | **Nonpriority creditor's name and mailing address**

WHOLESOME TRUCKING

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.285 3** | **Nonpriority creditor's name and mailing address**

WIDER GROUP INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,200.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.285 4** | **Nonpriority creditor's name and mailing address**

WIKIWOO LLC
11917 PLANTSIDE DR
LOUISVILLE, KY 40299

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.285 5** | **Nonpriority creditor's name and mailing address**

WILLIAM J. TOBY TRUCKING
PO BOX 188
CENTRALIA, KS 66415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.285 6** | **Nonpriority creditor's name and mailing address**

WILLYMAR CORPORATION
8779 DARCY RD
DISTRICT HEIGHTS, MD 20747

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2857**

**Nonpriority creditor's name and mailing address**

WILSON'S ROADWAY SERVICES LLC
OR ENGAGED FINANCIAL LLC
PO BOX 775553
CHICAGO, IL 60677-5553

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    800.00

---

**3.2858**

**Nonpriority creditor's name and mailing address**

WINCO MANUFACTURING
5516 SW 1ST LANE
OCALA, FL 34474

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                    Undetermined

---

**3.2859**

**Nonpriority creditor's name and mailing address**

WINDS TRANSPORTATION INC
OR ECAPITAL FREIGHT FACTORING CORP
PO BOX 206773
DALLAS, TX 75320-6773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    1,600.00

---

**3.2860**

**Nonpriority creditor's name and mailing address**

WINDSURFING DIRECT LIMITED
598 NORRIS CT
KINGSTON, ON K7P 2R9
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    2,169.76

---

**3.2861**

**Nonpriority creditor's name and mailing address**

WINOLA INDUSTRIAL INC
5790 MISLEVY RD
FACTORYVILLE, PA 18419

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                    Undetermined

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.286 2**

**Nonpriority creditor's name and mailing address**

WIPEOUT LOGISTICS LLC
OR FIRST LINE FUNDING GROUP
PO BOX 328
MADISON, SD 57042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.286 3**

**Nonpriority creditor's name and mailing address**

WIRE CARGO INC
OR TRU FUNDING LLC
PO BOX 151013
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.286 4**

**Nonpriority creditor's name and mailing address**

WISPERKOOL
1001 N  3RD ST
FT SMITH, AR 72901 1009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.286 5**

**Nonpriority creditor's name and mailing address**

WITL TRUCKING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 600.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.286 6**

**Nonpriority creditor's name and mailing address**

WOLF PAK TRANSPORT LLC.
PO BOX 466
ELIZABETHTOWN, PA 17022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 775.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2867**

**Nonpriority creditor's name and mailing address**

WONDER EXPRESS INC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  2,350.00

---

**3.2868**

**Nonpriority creditor's name and mailing address**

WOOD TRUCK LINES LLC
OR CENTURY FINANCE LLC
PO BOX 589
MEMPHIS, TN 38101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  900.00

---

**3.2869**

**Nonpriority creditor's name and mailing address**

WOODSTREAM % DATA2LOGISTICS
PO BOX 61050
FORT MYERS, FL 33906

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$  Undetermined

---

**3.2870**

**Nonpriority creditor's name and mailing address**

WOODWORKSBYLEGRAND
5214 MEADOW CREST
LAPORTE, TX 77571

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  922.00

---

**3.2871**

**Nonpriority creditor's name and mailing address**

WOOSTER MOTOR WAYS, INC.
PO BOX 19
WOOSTER, OH 44691

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  1,800.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.287.2**

**Nonpriority creditor's name and mailing address**

WORKPLACE RESOURCE
2639 E ROSEMEADE PKWY
CARROLLTON, TX 75007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                Undetermined

---

**3.287.3**

**Nonpriority creditor's name and mailing address**

WORLDWIDE LOGISTICS
1213 W REMINGTON BLVD
ROMEOVILLE, IL 60446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                Undetermined

---

**3.287.4**

**Nonpriority creditor's name and mailing address**

WRAY TRUCKING CO., LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                1,300.00

---

**3.287.5**

**Nonpriority creditor's name and mailing address**

WRIGHT TRANSPORTATION, INC.
PO BOX 50317
MOBILE, AL 36605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                2,600.00

---

**3.287.6**

**Nonpriority creditor's name and mailing address**

WT EMPIRE INC
2190 JORDAN COURT
ELGIN, IL 60123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                1,900.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2877** **Nonpriority creditor's name and mailing address**

WWL EXPRESS, INC.
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2878** **Nonpriority creditor's name and mailing address**

X RAY LOGISTICS LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2879** **Nonpriority creditor's name and mailing address**

XAT LOGISTICS LLC
OR ORANGE COMMERCIAL CREDIT
PO BOX 11099
OLYMPIA, WA 98508-1099

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,050.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2880** **Nonpriority creditor's name and mailing address**

XPRESS LOGISTICS LLC
OR ENGAGED FINANCIAL LLC
PO BOX 775553
CHICAGO, IL 60677-5553

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2881** **Nonpriority creditor's name and mailing address**

XPRO EXPRESS LLC
OR RTS FINANCIAL SERVICE, INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,900.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Yellow Logistics, Inc.                                    Case number (if known)   23-11083 (CTG)
         Name

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.288
2**

**Nonpriority creditor's name and mailing address**

Y&B TRANSPORTATION LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    600.00

---

**3.288
3**

**Nonpriority creditor's name and mailing address**

Y&L DELIVERY
OR TRIUMPH FINANCIAL SERVICES, LLC
PO BOX 610028
DALLAS, TX 75261-0028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    600.00

---

**3.288
4**

**Nonpriority creditor's name and mailing address**

YALONG LLC
OR LOVES SOLUTIONS LLC
PO BOX 96-0479
OKLAHOMA CITY, OK 73196-0479

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  2,875.00

---

**3.288
5**

**Nonpriority creditor's name and mailing address**

YASA EXPRESS LOADS INC
OR TRIUMPH BUSINESS CAPITAL
PO BOX 610028
DALLAS, TX 75261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    800.00

---

**3.288
6**

**Nonpriority creditor's name and mailing address**

YELLOW
10990 ROE AVE
LEAWOOD, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                Undetermined

---

| Debtor | Yellow Logistics, Inc. | | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.2887**

**Nonpriority creditor's name and mailing address**

YELLOW LOGISTICS - ENGINEERED SOLUTIONS
5200 W 110TH ST
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$    Undetermined

---

**3.2888**

**Nonpriority creditor's name and mailing address**

YELLOW LOGISTICS RESI
5200 110TH ST
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$    Undetermined

---

**3.2889**

**Nonpriority creditor's name and mailing address**

YELLOW LOGISTICS RESI
5200 110TH ST
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    30,207.04

---

**3.2890**

**Nonpriority creditor's name and mailing address**

YLD TRANSPORT, INC
2609 SE ELLIOTT DR
GRESHAM, OR 97080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    4,800.00

---

**3.2891**

**Nonpriority creditor's name and mailing address**

YM TRUCKING LLC
3030 N 35TH AVE APT 332
PHOENIX, AZ 85017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,700.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.289 2**

**Nonpriority creditor's name and mailing address**

YOUR SOURCE TRANSPORT LLC
OR OPERATION FINANCE, INC, 539 W COMMERCE ST # 2400
DALLAS, TX 75208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,240.00

---

**3.289 3**

**Nonpriority creditor's name and mailing address**

YOWELL TRANSPORTATION SERVICES INC.
YOWELL TRANSPORTATION SERVICES INC.
PO BOX 9278
DAYTON, OH 45409

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.289 4**

**Nonpriority creditor's name and mailing address**

YRC ENTERPRISE SERVICES, INC.
11500 OUTLOOK STREET
SUITE 400
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 549,724.30

---

**3.289 5**

**Nonpriority creditor's name and mailing address**

YRC FREIGHT
PO BOX 730375
DALLAS, TX 75373

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 232,155.93

---

**3.289 6**

**Nonpriority creditor's name and mailing address**

YRC FREIGHT - PT ONLY
10990 ROE AVE
LEAWOOD, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2897**

**Nonpriority creditor's name and mailing address**

YRC FREIGHT - UPGRADES
10990 ROE AVE
LEAWOOD, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.2898**

**Nonpriority creditor's name and mailing address**

YRC FREIGHT - UPGRADES
10990 ROE AVE
LEAWOOD, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,562.12

---

**3.2899**

**Nonpriority creditor's name and mailing address**

YRC INC.
11500 OUTLOOK STREET
SUITE 400
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,283,601.65

---

**3.2900**

**Nonpriority creditor's name and mailing address**

YSS ENTERPRISES INC
OR EWALL CAPITAL SOLUTIONS
PO BOX 33849
LAS VEGAS, NV 89133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,100.00

---

**3.2901**

**Nonpriority creditor's name and mailing address**

YUGOS LOGISTICS LLC
OR TRU FUNDING LLC
PO BOX 151013
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,350.00

---

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.290 2**

**Nonpriority creditor's name and mailing address**

Z BEST LOGISTICS INC.
4632 N ORANGE AVE
NORRIDGE, IL 60706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,600.00

---

**3.290 3**

**Nonpriority creditor's name and mailing address**

Z BROTHERS LLC
OR YANKTON FACTORING INC
PO BOX 217
YANKTON, SD 57078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,400.00

---

**3.290 4**

**Nonpriority creditor's name and mailing address**

Z&L LOGISTICS, INC
161 LYNDHURST DR
LAVERGNE, TN 37086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,300.00

---

**3.290 5**

**Nonpriority creditor's name and mailing address**

Z4 LOGISTICS INC
OR OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,000.00

---

**3.290 6**

**Nonpriority creditor's name and mailing address**

ZAGROS EXPRESS LLC
2713 NOLENSVILLE PIKE
NASHVILLE, TN 37211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.00

Debtor    Yellow Logistics, Inc.
       Name

Case number *(if known)*    23-11083 (CTG)

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.290 7** | **Nonpriority creditor's name and mailing address**

ZAM TRANS INC
4811 CHIPPENDALE DR - SUITE 802
SACRAMENTO, CA 95841

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,800.00

---

**3.290 8** | **Nonpriority creditor's name and mailing address**

ZAV EXPRESS INC
OR FLAT RATE FUNDING GROUP LLC
P.O. BOX 150581
OGDEN, UT 84415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    15,550.00

---

**3.290 9** | **Nonpriority creditor's name and mailing address**

ZAVALAS TRUCKING
25454 MOORLAND RD
MORENO VALLEY, CA 92551

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    3,125.00

---

**3.291 0** | **Nonpriority creditor's name and mailing address**

ZCLLZ TRANSPORTATION
OR BOBTAIL
PO BOX 7410633
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,250.00

---

**3.291 1** | **Nonpriority creditor's name and mailing address**

ZED EXPRESS LLC
OR ENGLAND CARRIER SERVICES
PO BOX 953086
ST LOUIS, MO 63195-3086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,200.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known) | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.291 2**

**Nonpriority creditor's name and mailing address**

ZED PLUS TRANSPORT INC
OR RTS FINANCIAL SERVICE INC
PO BOX 840267
DALLAS, TX 75284-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,100.00

---

**3.291 3**

**Nonpriority creditor's name and mailing address**

ZEPHYR EXPEDITING LLC
OR COMPASS FUNDING SOLUTIONS
PO BOX 205154
DALLAS, TX 75320-5154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,550.00

---

**3.291 4**

**Nonpriority creditor's name and mailing address**

ZEPHYR VENTILATION LLC
2277 HARBOR BAY PARKWAY
ALAMEDA, CA 94502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 62.00

---

**3.291 5**

**Nonpriority creditor's name and mailing address**

ZEPPELIN LOGISTICS LLC
OR TAFS INC
P.O. BOX 872632
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,550.00

---

**3.291 6**

**Nonpriority creditor's name and mailing address**

ZERO PRESSURE FREIGHT LLC
OR OTR CAPITAL DBA OTR SOLUTIONS
PO BOX 1175760
ATLANTA, GA 30368-7576

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,800.00

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| | |
|---|---|
| **3.2917** **Nonpriority creditor's name and mailing address** | $ 1,500.00 |
| ZEROMAX MOTORS INC.<br>OR APEX CAPITAL CORP<br>PO BOX 961029<br>FT WORTH, TX 76161 | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.2918** **Nonpriority creditor's name and mailing address** | $ 18,857.50 |
|---|---|
| ZETINOS TRANSPORT<br>OR FREIGHT FACTORING SPECIALISTS LLC<br>DEPT 10010 - PO BOX 31792<br>TAMPA, FL 03361-3792 | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.2919** **Nonpriority creditor's name and mailing address** | $ 3,500.00 |
|---|---|
| ZHW TRUCKING INC<br>OR TAFS INC<br>P.O. BOX 872632<br>KANSAS CITY, MO 64187 | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.2920** **Nonpriority creditor's name and mailing address** | $ 950.00 |
|---|---|
| ZION TRANSFER<br>OR OTR CAPITAL DBA OTR SOLUTIONS<br>PO BOX 1175760<br>ATLANTA, GA 30368-7576 | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.2921** **Nonpriority creditor's name and mailing address** | $ 13,300.00 |
|---|---|
| ZION TRANSPORT<br>20401 NE 116TH CIRCLE<br>BRUSH PRAIRIE, WA 98606 | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Logistics, Inc. | Case number *(if known)* | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.292 2**

**Nonpriority creditor's name and mailing address**

ZION TRANSPORT LLC
8710 SHERWOOD TERRACE
8710 SHERWOOD TERRACE
SAN DIEGO, CA 92154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,400.00

---

**3.292 3**

**Nonpriority creditor's name and mailing address**

ZOUIN TRANSPORT LLC
803 HARLAND CT
SHELBYVILLE, KY 40065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,100.00

---

**3.292 4**

**Nonpriority creditor's name and mailing address**

ZULA LLC
OR COMFREIGHT HAULPAY
PO BOX 200400
DALLAS, TX 75320-0400

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,220.00

---

**3.292 5**

**Nonpriority creditor's name and mailing address**

ZULA TRUCKING LLC
OR PHOENIX CAPITAL GROUP
PO BOX 1415
DES MOINES, IA 50305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,350.00

---

**3.292 6**

**Nonpriority creditor's name and mailing address**

ZUPA GLOBAL INC
OR JD FACTORS LLC
PO BOX 687
WHEATON, IL 60187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 550.00

---

| Debtor | Yellow Logistics, Inc. | Case number (if known): | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | | Line <br> ☐ Not listed.  Explain | |
| 4.2 | | Line <br> ☐ Not listed.  Explain | |
| 4.3 | | Line <br> ☐ Not listed.  Explain | |
| 4.4 | | Line <br> ☐ Not listed.  Explain | |
| 4.5 | | Line <br> ☐ Not listed.  Explain | |
| 4.6 | | Line <br> ☐ Not listed.  Explain | |
| 4.7 | | Line <br> ☐ Not listed.  Explain | |
| 4.8 | | Line <br> ☐ Not listed.  Explain | |
| 4.9 | | Line <br> ☐ Not listed.  Explain | |

Debtor   Yellow Logistics, Inc.                                    Case number (if known)   23-11083 (CTG)
         Name

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ | 0.00 |
| 5b. | **Total claims from Part 2** | 5b. ✚ | $ | 12,403,105.58 |
|  |  |  |  | + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 12,403,105.58 |
|  |  |  |  | + Undetermined Amounts |

**Fill in this information to identify the case:**

Debtor name: Yellow Logistics, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number (If known): 23-11083 (CTG)

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REAL PROPERTY LEASE - LITHIA SPRINGS, GA<br><br>BREIT INDUSTRIAL CANYON GA 1B01 LLC<br>C/O LINK INDUSTRIAL MANAGEMENT<br>602 W OFFICE CENTER DRIVE<br>SUITE 200<br>FORT WASHINGTON, PA 30122 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REAL PROPERTY LEASE - AUSTELL, GA<br><br>HARTMAN ROAD LLC<br>ATTN: WADE GOETZ<br>1904 MONROE DRIVE<br>SUITE 250<br>ATLANTA, GA 30324 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REAL PROPERTY LEASE - SALT LAKE CITY, UT<br><br>NED PROPERTIES, LLC<br>ATTN: MARK DEWALD<br>2200 EAST CAMELBACK ROAD<br>SUITE 101<br>PHOENIX, AZ 85016 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REAL PROPERTY LEASE - GROVE CITY, OH<br><br>PAC OPERATING LIMITED PARTNERSHIP<br>ATTN: HALLE GREENHUT<br>383 NORTH FRONT STREET<br>SUITE 1A<br>COLUMBUS, OH 43215 |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REAL PROPERTY LEASE - SAN DIEGO, CA<br><br>PPF SUDBERRY OCEAN VIEW HILLS, LP<br>ATTN: TERESA SOURIS<br>PO BOX 100329<br>PASADENA, CA 91189 |

Debtor   Yellow Logistics, Inc.

Name

Case number (If known):   23-11083 (CTG)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO TRANSPORTATION SERVICES AGREEMENT DATED 07/22/2023 | PROGISTICS DISTRIBUTION INC<br>PO BOX 5045<br>HAYWARD, CA 94540 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE - GROVE CITY, OH | PROLOGIS LP<br>ATTN: HALLE GREENHUT<br>383 NORTH FRONT STREET<br>SUITE 1A<br>COLUMBUS, OH 43215 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE - MESQUITE, TX | RGA DALFEN EAST DALLAS LP<br>ATTN: MICHELLE ANNETT<br>C/O 1460 E KEARNEY OWNER<br>5575 S SEMORAN BOULEVARD<br>SUITE 5010<br>ORLANDO, FL 32882 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name        Yellow Logistics, Inc.

United States Bankruptcy Court for the:        District of Delaware

Case number (If known):        23-11083 (CTG)

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.   If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | 1105481 Ontario Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.2 | 1105481 Ontario Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.3 | 1105481 Ontario Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.4 | 1105481 Ontario Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.5 | 1105481 Ontario Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.6 | Express Lane Service, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |

| Debtor | Yellow Logistics, Inc. | | Case number (if known): | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.7 | Express Lane Service, Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CITADEL | ☒ D<br>☐ E/F<br>☐ G |
| 2.8 | Express Lane Service, Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☒ D<br>☐ E/F<br>☐ G |
| 2.9 | Express Lane Service, Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D<br>☒ E/F<br>☐ G |
| 2.10 | Express Lane Service, Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☒ D<br>☐ E/F<br>☐ G |
| 2.11 | New Penn Motor Express LLC | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CHUBB GROUP | ☐ D<br>☒ E/F<br>☐ G |
| 2.12 | New Penn Motor Express LLC | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CITADEL | ☒ D<br>☐ E/F<br>☐ G |
| 2.13 | New Penn Motor Express LLC | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☒ D<br>☐ E/F<br>☐ G |
| 2.14 | New Penn Motor Express LLC | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D<br>☒ E/F<br>☐ G |

| Debtor | Yellow Logistics, Inc. | | | Case number (If known): | 23-11083 (CTG) |
|---|---|---|---|---|---|
| | Name | | | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.15 | New Penn Motor Express LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.16 | Roadway Express International, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.17 | Roadway Express International, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.18 | Roadway Express International, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.19 | Roadway Express International, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.20 | Roadway Express International, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.21 | Roadway LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.22 | Roadway LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |

| Debtor | Yellow Logistics, Inc. | | Case number (If known): | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | | |
|---|---|---|---|---|

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 | Roadway LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.24 | Roadway LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.25 | Roadway LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.26 | Roadway Next Day Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.27 | Roadway Next Day Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.28 | Roadway Next Day Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.29 | Roadway Next Day Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.30 | Roadway Next Day Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |

| Debtor | Yellow Logistics, Inc. | | | Case number (If known): | 23-11083 (CTG) |
|---|---|---|---|---|---|
| | Name | | | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.31 | USF Bestway Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CHUBB GROUP | ☐ D<br>☑ E/F<br>☐ G |
| 2.32 | USF Bestway Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CITADEL | ☑ D<br>☐ E/F<br>☐ G |
| 2.33 | USF Bestway Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.34 | USF Bestway Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D<br>☑ E/F<br>☐ G |
| 2.35 | USF Bestway Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D<br>☐ E/F<br>☐ G |
| 2.36 | USF Dugan Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CHUBB GROUP | ☐ D<br>☑ E/F<br>☐ G |
| 2.37 | USF Dugan Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CITADEL | ☑ D<br>☐ E/F<br>☐ G |
| 2.38 | USF Dugan Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Yellow Logistics, Inc. | Case number (If known): | 23-11083 (CTG) |
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.39 | USF Dugan Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.40 | USF Dugan Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.41 | USF Holland International Sales Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.42 | USF Holland International Sales Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.43 | USF Holland International Sales Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.44 | USF Holland International Sales Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.45 | USF Holland International Sales Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.46 | USF Holland LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |

| Debtor | Yellow Logistics, Inc. | | Case number (If known): | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

### Additional Page if Debtor Has More Codebtors

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.47 | USF Holland LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☒ D ☐ E/F ☐ G |
| 2.48 | USF Holland LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☒ D ☐ E/F ☐ G |
| 2.49 | USF Holland LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☒ E/F ☐ G |
| 2.50 | USF Holland LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☒ D ☐ E/F ☐ G |
| 2.51 | USF Reddaway Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☒ E/F ☐ G |
| 2.52 | USF Reddaway Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☒ D ☐ E/F ☐ G |
| 2.53 | USF Reddaway Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☒ D ☐ E/F ☐ G |
| 2.54 | USF Reddaway Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☒ E/F ☐ G |

| Debtor | Yellow Logistics, Inc. | | Case number (If known): | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.55 | USF Reddaway Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.56 | USF RedStar LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.57 | USF RedStar LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.58 | USF RedStar LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.59 | USF RedStar LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.60 | USF RedStar LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.61 | Yellow Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.62 | Yellow Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |

| Debtor | Yellow Logistics, Inc. | | | Case number (if known): 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

| | | | | | |
|---|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | | |

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.63 | Yellow Corporation | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.64 | Yellow Corporation | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D<br>☑ E/F<br>☐ G |
| 2.65 | Yellow Corporation | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D<br>☐ E/F<br>☐ G |
| 2.66 | Yellow Freight Corporation | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CHUBB GROUP | ☐ D<br>☑ E/F<br>☐ G |
| 2.67 | Yellow Freight Corporation | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D<br>☑ E/F<br>☐ G |
| 2.68 | YRC Association Solutions, Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CHUBB GROUP | ☐ D<br>☑ E/F<br>☐ G |
| 2.69 | YRC Association Solutions, Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CITADEL | ☑ D<br>☐ E/F<br>☐ G |
| 2.70 | YRC Association Solutions, Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Yellow Logistics, Inc. | | Case number (If known): | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.71 | YRC Association Solutions, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.72 | YRC Association Solutions, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.73 | YRC Enterprise Services, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.74 | YRC Enterprise Services, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.75 | YRC Enterprise Services, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.76 | YRC Enterprise Services, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.77 | YRC Enterprise Services, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.78 | YRC Freight Canada Company | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |

| Debtor | Yellow Logistics, Inc. | | Case number (If known) | 23-11083 (CTG) |

Name

---

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.79 | YRC Freight Canada Company | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.80 | YRC Freight Canada Company | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.81 | YRC Freight Canada Company | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.82 | YRC Freight Canada Company | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.83 | YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.84 | YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.85 | YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.86 | YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |

Debtor  Yellow Logistics, Inc.                                    Case number (If known)    23-11083 (CTG)
        Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.87 | YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.88 | YRC International Investments, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.89 | YRC International Investments, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.90 | YRC International Investments, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.91 | YRC International Investments, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.92 | YRC International Investments, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.93 | YRC Logistics Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.94 | YRC Logistics Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |

Debtor   Yellow Logistics, Inc.

Name

Case number (If known): 23-11083 (CTG)

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.95 | YRC Logistics Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.96 | YRC Logistics Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.97 | YRC Logistics Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.98 | YRC Logistics Services, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.99 | YRC Logistics Services, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.100 | YRC Logistics Services, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.101 | YRC Logistics Services, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.102 | YRC Logistics Services, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |

| Debtor | Yellow Logistics, Inc. | Case number (If known): | 23-11083 (CTG) |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.103 | YRC Mortgages, LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.104 | YRC Mortgages, LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.105 | YRC Mortgages, LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.106 | YRC Mortgages, LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.107 | YRC Mortgages, LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.108 | YRC Regional Transportation, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.109 | YRC Regional Transportation, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.110 | YRC Regional Transportation, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |

| Debtor | Yellow Logistics, Inc. | | Case number (If known) | 23-11083 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.111 | YRC Regional Transportation, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.112 | YRC Regional Transportation, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.113 | | | | ☐ D ☐ E/F ☐ G |
| 2.114 | | | | ☐ D ☐ E/F ☐ G |
| 2.115 | | | | ☐ D ☐ E/F ☐ G |
| 2.116 | | | | ☐ D ☐ E/F ☐ G |
| 2.117 | | | | ☐ D ☐ E/F ☐ G |
| 2.118 | | | | ☐ D ☐ E/F ☐ G |

Fill in this information to identify the case and this filing:

Debtor name  Yellow Logistics, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number (If known)  23-11083 (CTG)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended Schedule  _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/11/2023
MM / DD / YYYY

X /s/ Daniel L. Olivier
Signature of individual signing on behalf of debtor

Daniel L. Olivier
Printed name

Chief Financial Officer
Position or relationship to debtor